UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
TIME INC., HEARST CORPORATION, ADVANCE :
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA :
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK :
MAGAZINES, LLC, REED BUSINESS             : 08 Civ. _____
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED        :
ELSEVIER PROPERTIES INC., BONNIER         : TIME INC.'S
CORPORATION, ZIFF DAVIS PUBLISHING        : RULE 7.1 DISCLOSURE
HOLDINGS INC., FORBES LLC, REIMAN MEDIA   : STATEMENT
GROUP, INC., RD LARGE EDITION, INC., HOME :
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,                  :

      Plaintiffs,           :

    - against -                        :

DARREN ANDREW BUDD, SALVEO LIMITED,       :
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;           :
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,   :

      Defendants.           :
------------------------------------------------------------- x



  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Time Inc. certifies that it is an indirect wholly owned subsidiary of Time Warner Inc., which is a publicly traded Delaware corporation. Time Warner Inc. holds a 75-100% interest in Time Warner Cable Inc., a publicly held company.

Dated: New York, New York
   August 19, 2008

               Respectfully Submitted,

               DAVIS WRIGHT TREMAINE LLP

               By:_____
                Robert D. Balin (RDB 5847)
                Lacy H. Koonce, III (LK 8784)
                Deborah A. Adler (DA 0909)

1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Plaintiffs*

DWT 11680242v1 3840024-000013