UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

                Plaintiffs,

            - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                Defendants.

-------------------------------------------------------------- x

08 Civ. _____

THE HEARST
CORPORATION'S
RULE 7.1 DISCLOSURE
STATEMENT



Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff The Hearst Corporation states that it is privately owned, has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       August 19, 2008

                                  Respectfully Submitted,

                                  DAVIS WRIGHT TREMAINE LLP

                                  By: _____
                                     Robert D. Balin (RDB 5847)
                                     Lacy H. Koonce, III (LK 8784)
                                     Deborah A. Adler (DA 0909)

                                  1633 Broadway
                                  New York, New York 10019
                                  (212) 489-8230

                                  *Attorneys for Plaintiffs*

DWT 11680242v1 3840024-000013