UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08  CV  7392

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

             Plaintiffs,

       - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. _____

**HACHETTE FILIPACCHI
MEDIA U.S., INC.S'
RULE 7.1 DISCLOSURE
STATEMENT**



RECEIVED
AUG 2 1 2008
U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Hachette

Filipacchi Media U.S., Inc. states that it is a wholly owned subsidiary of Lagardère Active,

which is a division of Lagardère SCA. Lagardère SCA is a publicly traded company in France.

No publicly traded company owns 10% or more of Lagardère SCA.

Dated: New York, New York
       August 19, 2008

                 Respectfully Submitted,

                 DAVIS WRIGHT TREMAINE LLP

                 By:
                   Robert D. Balin (RDB 5847)
                   Lacy H. Koonce, III (LK 8784)
                   Deborah A. Adler (DA 0909)

                 1633 Broadway
                 New York, New York 10019
                 (212) 489-8230

                 *Attorneys for Plaintiffs*