UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7392

------------------------------------------------------------x

TIME INC., HEARST CORPORATION, ADVANCE MAGAZINE PUBLISHERS INC., AMERICAN MEDIA, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., THE McGRAW-HILL COMPANIES, INC., NEWSWEEK, INC., SOURCE INTERLINK MAGAZINES, LLC, REED BUSINESS INFORMATION, A DIVISION OF REED ELSEVIER INC., VARIETY, INC., REED ELSEVIER PROPERTIES INC., BONNIER CORPORATION, ZIFF DAVIS PUBLISHING HOLDINGS INC., FORBES LLC, REIMAN MEDIA GROUP, INC., RD LARGE EDITION, INC., HOME SERVICE PUBLICATIONS, INC. and READER'S DIGEST LATINOAMERICA SA,

:
:
:
:
:
:
:
:
:
:
:
:
:

08 Civ.

THE McGRAW-HILL COMPANIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs,

- against -

DARREN ANDREW BUDD, SALVEO LIMITED, CYBERNET COMMUNICATIONS, INC., SWITCHWORKS TECHNOLOGIES, INC.; HAMIDULLA GHUMAL ABBAS, YOAV SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

Defendants.

------------------------------------------------------------x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff The McGraw-Hill Companies, Inc. ("McGraw-Hill") certifies that McGraw-Hill is a publicly held company traded on the New York Stock Exchange. T. Rowe Price Group, Inc., a publicly held company that trades on the NASDAQ, indirectly owns more than 10 percent of McGraw-Hill through its wholly owned subsidiary T. Rowe Price Associates, Inc. No other publicly held company has a 10 percent or greater direct or indirect ownership interest in McGraw-Hill.

Dated: New York, New York
       August 19, 2008

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
    Robert D. Balin (RDB 5847)
    Lacy H. Koonce, III (LK 8784)
    Deborah A. Adler (DA 0909)
1633 Broadway
New York, New York 10019
(212) 489-8230
*Attorneys for Plaintiffs*

DWT 11680242v1 3840024-000013