UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7392

---------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

          Plaintiffs,

      - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

          Defendants.

---------------------------------------------------------------- x

08 Civ. _____

NEWSWEEK, INC.'S
RULE 7.1 DISCLOSURE
STATEMENT



RECEIVED AUG 21 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Newsweek, Inc. states that it is a wholly owned subsidiary of The Washington Post Company, a publicly held corporation traded on the New York Stock Exchange. Berkshire Hathaway, Inc., a publicly held company, has a 10% or greater ownership interest in The Washington Post Company.

Dated: New York, New York
      August 19, 2008

                                    Respectfully Submitted,

                                    DAVIS WRIGHT TREMAINE LLP

                                    By: _____
                                        Robert D. Balin (RDB 5847)
                                        Lacy H. Koonce, III (LK 8784)
                                        Deborah A. Adler (DA 0909)

                                        1633 Broadway
                                        New York, New York 10019
                                        (212) 489-8230

                                        *Attorneys for Plaintiffs*

DWT 11680242v1 3840024-000013