UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

          Plaintiffs,

    - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

          Defendants.
----------------------------------------------------------------x

08 Civ. _____

SOURCE INTERLINK
MAGAZINES, LLC'S
RULE 7.1 DISCLOSURE
STATEMENT

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Source Interlink Magazines, LLC makes the following disclosures:

      1.     Source Interlink Magazines, LLC is not a publicly traded entity and there is no publicly traded entity that owns ten percent (10%) or more of its stock.

      2.     Source Interlink Magazines, LLC is a wholly owned subsidiary of Source Interlink Media, LLC. Source Interlink Media, LLC is not a publicly traded entity.

Dated: New York, New York
       August 19, 2008

                          Respectfully Submitted,

                          DAVIS WRIGHT TREMAINE LLP

                          By: _____
                            Robert D. Balin (RDB 5847)
                            Lacy H. Koonce, III (LK 8784)
                            Deborah A. Adler (DA 0909)
1633 Broadway
New York, New York 10019
(212) 489-8230
*Attorneys for Plaintiffs*