UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| TIME INC., HEARST CORPORATION, ADVANCE MAGAZINE PUBLISHERS INC., AMERICAN MEDIA, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., THE McGRAW-HILL COMPANIES, INC., NEWSWEEK, INC., SOURCE INTERLINK MAGAZINES, LLC, REED BUSINESS INFORMATION, A DIVISION OF REED ELSEVIER INC., VARIETY, INC., REED ELSEVIER PROPERTIES INC., BONNIER CORPORATION, ZIFF DAVIS PUBLISHING HOLDINGS INC., FORBES LLC, REIMAN MEDIA GROUP, INC., RD LARGE EDITION, INC., HOME SERVICE PUBLICATIONS, INC. and READER'S DIGEST LATINOAMERICA SA, <br><br> Plaintiffs, <br><br> - against - <br><br> DARREN ANDREW BUDD, SALVEO LIMITED, CYBERNET COMMUNICATIONS, INC., SWITCHWORKS TECHNOLOGIES, INC.; HAMIDULLA GHUMAL ABBAS, YOAV SCHWARTZ, RICK ROSS and JOHN DOES 1-20, <br><br> Defendants. | 08 Civ. _____ <br><br> REED BUSINESS INFORMATION, A DIVISION OF REED ELSEVIER INC., VARIETY, INC. AND REED ELSEVIER PROPERTIES INC.'S RULE 7.1 DISCLOSURE STATEMENT |

------------------------------------------------------------ x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiffs Reed Business Information, A Division of Reed Elsevier Inc., Variety, Inc., and and Reed Elsevier Properties Inc. state that they are wholly owned subsidiaries of Reed Elsevier Group PLC, which is owned equally by Reed Elsevier PLC and Reed Elsevier NV, both of which are publicly traded.

Dated: New York, New York
August 19, 2008

                                           Respectfully Submitted,

                                           DAVIS WRIGHT TREMAINE LLP

                                           By: _____
                                              Robert D. Balin (RDB 5847)
                                              Lacy H. Koonce, III (LK 8784)
                                              Deborah A. Adler (DA 0909)

1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Plaintiffs*

DWT 11680242v1 3840024-000013