UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

                         Plaintiffs,

                    - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                         Defendants.

-------------------------------------------------- x

08 Civ. _____

**ZIFF DAVIS PUBLISHING
HOLDINGS INC.'S
RULE 7.1 DISCLOSURE
STATEMENT**

AUG 2 1 2008
U.S.D.C. S.D.N.Y.
CASHIERS

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Ziff Davis

Publishing Holdings Inc. states that 100% of the equity securities of Ziff Davis Publishing Inc. are

owned by Ziff Davis Publishing Holdings Inc., 100% of the equity securities of which are held by

Ziff Davis Media Inc., 100% of the equity securities of which are held by Ziff Davis Intermediate

Holdings Inc., 100% of the equity securities of which are held by Ziff Davis Holdings Inc.

Dated: New York, New York
       August 19, 2008

                         Respectfully Submitted,

                         DAVIS WRIGHT TREMAINE LLP

                         By: _____
                              Robert D. Balin (RDB 5847)
                              Lacy H. Koonce, III (LK 8784)
                              Deborah A. Adler (DA 0909)
                         1633 Broadway
                         New York, New York 10019
                         (212) 489-8230
                         *Attorneys for Plaintiffs*

DWT 11680242v1 3840024-000013