UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

                Plaintiffs,

     - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                Defendants.

------------------------------------------------------------ x

08 Civ. _____

**FORBES LLC'S RULE 7.1 DISCLOSURE STATEMENT**



08 CV 7392

AUG 21 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Forbes LLC states that it has no parent companies and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 19, 2008

                              Respectfully Submitted,

                              DAVIS WRIGHT TREMAINE LLP

                              By: _____
                                 Robert D. Balin (RDB 5847)
                               Lacy H. Koonce, III (LK 8784)
                               Deborah A. Adler (DA 0909)

                            1633 Broadway
                            New York, New York 10019
                            (212) 489-8230

                            *Attorneys for Plaintiffs*

DWT 11680242v1 3840024-000013