UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE MAGAZINE PUBLISHERS INC., AMERICAN MEDIA, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., THE McGRAW-HILL COMPANIES, INC., NEWSWEEK, INC., SOURCE INTERLINK MAGAZINES, LLC, REED BUSINESS INFORMATION, A DIVISION OF REED ELSEVIER INC., VARIETY, INC., REED ELSEVIER PROPERTIES INC., BONNIER CORPORATION, ZIFF DAVIS PUBLISHING HOLDINGS INC., FORBES LLC, REIMAN MEDIA GROUP, INC., RD LARGE EDITION, INC., HOME SERVICE PUBLICATIONS, INC. and READER'S DIGEST LATINOAMERICA SA,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

08 Civ. _____

REIMAN MEDIA GROUP, INC., RD LARGE EDITION, INC., READER'S DIGEST LATINOAMERICA SA, AND HOME SERVICE PUBLICATIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs,

- against -

DARREN ANDREW BUDD, SALVEO LIMITED, CYBERNET COMMUNICATIONS, INC., SWITCHWORKS TECHNOLOGIES, INC.; HAMIDULLA GHUMAL ABBAS, YOAV SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

Defendants.

------------------------------------------------------------- x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiffs Reiman Media Group, Inc., RD Large Edition, Inc.; Reader's Digest Latinoamerica SA; and Home Service Publications, Inc. state that they are wholly owned subsidiaries of The Reader's Digest Association, Inc. which is a wholly owned subsidiary of RDA Holding Co. No public company owns 10% or more of the stock in RDA Holding Co.

Dated: New York, New York
       August 19, 2008

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
    Robert D. Balin (RDB 5847)
    Lacy H. Koonce, III (LK 8784)
    Deborah A. Adler (DA 0909)

1633 Broadway
New York, New York 10019
(212) 489-8230
*Attorneys for Plaintiffs*

DWT 11680242v1 3840024-000013