UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

    :
    :
    :
    :
    :     08 Civ. 7392 (WHP)
    :
    :     ECF CASE
    :
    :
    :
    :
    :
    :

                        Plaintiffs,

                    - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.,
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                        Defendants.

---------------------------------------------------------------- x

**DECLARATION OF ANDREW BLAU IN SUPPORT OF PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, ANDREW BLAU, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am Senior Vice President and General Manager of Time Inc. Interactive, the

division within Time Inc. ("Time") that is responsible for the company's digital publishing

operations, finance and strategic development.  Concurrently, I am also the President of LIFE,

the division responsible for print and electronic publishing under the LIFE brand.  Prior

to these positions I was Group Vice President and General Manager of the TIME Group,

comprising the domestic and international magazines and website published and distributed

under the TIME Magazine brand. I have been employed by Time for 23 years and, in addition to these three positions, have held a variety of jobs in finance and operations for both print and online. I am fully familiar with the facts and circumstances stated herein.

2.     I submit this declaration in support of plaintiffs' application, by order to show cause, for a temporary restraining order and preliminary injunction enjoining and restraining defendants Darren Andrew Budd ("Budd"), Salveo Limited ("Salveo"), Cybernet Communications, Inc. ("Cybernet"), Switchworks Technologies, Inc. ("Switchworks"), Hamidulla Ghumal Abbas ("Abbas"), Yoav Schwartz ("Schwartz"), Rick Ross ("Ross") and John Does 1-20 (collectively, "defendants") from wholesale and blatant infringement of plaintiffs' copyrights and trademarks in our well-known magazines on a website known as Mygazines.com (the "Infringing Website"), and from inducing and encouraging the users of that Website to upload our copyrighted content in violation of law.

### **Introduction**

3.     Time and the other magazine publishing plaintiffs seek emergency injunctive relief to stop the blatant, willful and unprecedented infringement of their magazines at the Infringing Website. That Website, as described more fully below, offers users access to scanned versions of virtually every major magazine published in the United States, and hundreds of other magazines as well, including smaller publications and magazines published in other countries. At last count, the Infringing Website offered upwards of 1450 entire issues of magazines, of various types, almost all published within the past 6–8 months, and the majority published within the past two months and still selling on newsstands and by subscription across the country. In all, there are more than 20 different magazines published by Time alone currently available on the Infringing Website, and multiple issues of most of these magazines; in all, this means that

there are approximately 90 individual issues of Time's magazines available on the Infringing Website, and more are being added on a daily basis.

4.    The owners of the Infringing Website have employed extensive measures to hide their true identities, including registering their domain names under false identities, not providing valid contact information on the Website, declining to respond to demands, using false names in communications with the press, and frequently moving their Infringing Website to different web hosts. However, after investing a significant amount of time and effort investigating the owners, we have discovered that the domain name registrant and the applicant for the MYGAZINES trademark in the U.S. and Canada is defendant Darren Budd, an individual residing in Toronto, Ontario. We have also discovered that two (related) companies, defendants Cybernet and Switchworks, host the "back-end" image servers for all of the infringing content, and defendant Ross appears to be providing financial backing to the venture. Defendants Abbas and Schwartz were responsible for "building" the Infringing Website itself, and continue to actively support the site.

5.    The Infringing Website – hosted seriatim by a series of different servers in other countries as part of defendants' continuing efforts to evade detection – displays high-quality scanned copies of these magazines which users can peruse in a "flipbook", intended to replicate the experience of reading a physical copy of a magazine. Users are encouraged, in the words of the site's owners, to "browse, share, archive and customize unlimited magazine articles". Individual articles within different magazines from different publishers may be clipped and recompiled into derivative "mygazines" by users, and those "mygazines" may be shared with friends and are available to the public at large.

6.    The Infringing Website purports to allow users to upload their own scanned magazines to the site, but in the main, that does not at all appear to be what has transpired.

When we first discovered the site on July 22, 2008, it already offered many hundreds of scanned magazines and, in almost every case, the particular magazine had been posted as an "anonymous contribution", without any indication of a purported user who had uploaded the magazine file. It was our strong belief then, and it is our strong belief now, that the vast majority of the scanned magazines available on the Infringing Website have not been uploaded by third-party users, but rather by the owners, operators and/or hosts of the Infringing Website.

7.    Time has not authorized the owners of Mygazines.com to upload scanned copies of its magazines to the Internet, nor does it permit the owners of individual copies of its magazines (such as subscribers or purchasers at newsstands) to upload scanned copies. (They are of course permitted, under the first sale doctrine, to give the physical copy to others, but no law allows them to reproduce entire copies online or in any other manner or medium or to create unauthorized derivative works.) Consequently, every single copy of Time's magazines that is available on the Infringing Website is an unauthorized, infringing copy. Also, users of the Infringing Website, if they follow defendants' exhortations, will be creating unauthorized derivative works.

8.    It is also Time's firm belief that the vast majority – if not all – of the magazines from other publishers that are available on the Infringing Website are also unauthorized, infringing copies. The declarations submitted by each of the publisher-plaintiffs in support of this motion confirm that this is true for all of the magazines available on the Infringing Website that are published by the publisher-plaintiffs: approximately 465 of the approximately 1450 documents on the site, or approximately one-third of all the magazine issues. *See, e.g.* Declaration of Debra S. Weaver, sworn to August 15, 2008, ¶ 11; Declaration of Adriaan Bouten, sworn to August 19, 2008, ¶ 10; Declaration of John Bellando, sworn to August 19,

2008, ¶ 11.    Based on my review of the other magazines on the Infringing Website, my knowledge of the magazine publishing industry, and public statements from industry trade groups such as the Magazine Publishers of America, it appears to me that virtually all of the remaining magazines available on the Infringing Website also are unauthorized, infringing copies.

9.    In addition to the massive copyright infringement being perpetrated by the Infringing Website (and indeed inherent in its stated mission and current functionality), the owners of the Infringing Website are also infringing Time's trademarks on a similarly enormous scale.    The titles and covers of our magazines are being used in online advertisements for defendants' website, in various places on the Internet, notably Facebook.com, to entice visitors to the Infringing Website.    Once at the homepage of that site, visitors encounter a virtual revolving newsstand rack, which displays a changing assortment of magazine covers containing, *inter alia*, Time's trademarked magazine titles and logos, all under the overarching MYGAZINES trademark at the top of the page.

10.    The Infringing Website makes multiple other uses of Time's trademarked magazine titles in other locations throughout the site.    Indeed, it contains individual web pages for each unauthorized magazine, with page titles that incorporate Time's trademarked magazine titles, presumably in order to ensure that search engines return results that link the MYGAZINES trademark with the various titles of Time's magazines in a way that suggests sponsorship endorsement, or association.    For example, if a user looking for the August issue of Time's *Real Simple* magazine runs a Google search for "Real Simple August 2008", the *very first result* returned is a link to a web page entitled "Mygazines.com – Real Simple – August 2008 (CAN/USA)", which is the Infringing Website's landing page for that issue.    A link to the

RealSimple.com website, which is Time's website for the magazine, comes up second in the list of search results. Time has not licensed or otherwise authorized the owners of Mygazines.com to use any of its trademarks.

11.    By encouraging users to clip individual articles from different magazines and combine them into a single customized "mygazine" which is then publicly available, the Infringing Website encourages users to create unauthorized derivative works in which our trademarks (displayed at the bottom or top of each page) may be juxtaposed with the content and trademarks of other publishers, in a manner that is likely to blur or tarnish Time's valuable trademarks.

12.    Without immediate injunctive relief, the Infringing Website represents a grave threat to Time and the other publisher-plaintiffs. By offering for free content that Time has expended considerable energy and expense to produce and/or acquire, in direct competition with Time's current newsstand and subscription sales and its own magazine websites and its sales through online partners, the Infringing Website seeks to trade upon Time's intellectual property in wholesale fashion, with a concomitant negative impact on Time's own legitimate and authorized sales. That impact, however, is unquantifiable: we simply have no way of knowing how many potential purchasers of our magazines have declined or will decline to purchase them, because they can simply read them for free online at this unauthorized site, rather than visiting our own authorized sites. Nor do we have any way of knowing how many advertisers who currently advertise in our magazines might otherwise be inclined to advertise on Time's websites but, seeing their advertisements distributed for free on the Mygazines.com website, will decline to do so. Moreover, as the content of our magazines is time-sensitive, the corresponding window of opportunity for sales is an extremely short one. By usurping that window of opportunity,

Mygazines.com threatens severe damage to the magazine industry publishing model. In sum, plaintiffs are running a free online magazine store, without license or authority, which threatens to destroy the entire value of our business model for magazine sales, much as Napster threatened the record industry until the courts intervened and it was shut down.

13.     Although the harm caused to plaintiffs by defendants' infringing acts occurs in the United States, and primarily in New York, a portion (but by no means all) of the infringing acts themselves occur in Canada. Mindful of not seeking relief that exceeds the territorial reach of the Copyright Act, but with a compelling need to stop this egregious infringement, the plaintiffs are taking two related steps. First, we are simultaneously bringing a second action in Toronto under the Canadian copyright and trademark laws. Second, we are seeking injunctive relief from this Court only enjoining and restraining the defendants from hosting, distributing and displaying the infringing content to users in the United States, and from inducing those domestic users to upload domestically copyright protected content and/or to post, share, and archive that content on the Infringing Website.

## Time's Magazine Business

14.     Time is a Delaware corporation with its principal place of business in New York, New York. It is one of the largest content companies in the world. With a portfolio of more than 120 magazines, including some of the world's most popular, powerful and trusted brands, it is the largest magazine publisher in the United States. Time's popular brands and successful franchises extend to online, television, mobile devices and other media. Each month, one out of every two American adults reads a Time magazine, and one out of every seven who are online visits an authorized Time website.

15.     Time is the owner and publisher of such widely recognized magazines in the United States as *Time, People, Sports Illustrated, Entertainment Weekly, Essence, Fortune, Golf,*

*In Style, Money, People en Espanol, People Child Stars, People Style Watch, Real Simple, Sports Illustrated For Kids, This Old House, Coastal Living, Cooking Light, Health, Southern Accents,* and *Southern Living.*

16.    The combined circulation for the above magazines alone is in the tens of millions monthly in the United States.  Each of the above magazines also has its own website or web pages fully devoted to that particular brand's content.

<u>**Time's Copyrights and Trademarks**</u>

17.    Time owns the copyright in each issue of its various magazines, including the copyright in the original content therein.  [Time's customary practice is to submit an application for federal copyright registration for each issue within three months after first publication.]  For the purposes of this action, Time has accelerated its normal procedure, and has applied for expedited registration of certain of the recently published issues of its magazines in issue.

18.    Specifically, Time currently holds the following copyright registrations in its magazines and their contents:

a.    *Entertainment Weekly*: issues dated June 20, 2008, June 27 & July 4, 2008, July 11, 2008, July 18, 2008; July 25, 2008, August 1, 2008 and August 8, 2008 (Copyright Registration No. TX 6-648-136, effective August 5, 2008).    Copies of Time's copyright registrations are annexed hereto as Exhibit 1 to this declaration.  Time has not yet applied for registration of the issues dated August 15, 2008 and August 22, 2008 because they were so recently published, but intends to do so.

b.    *Essence*: issues dated May 2008, June 2008 and July 2008 (Copyright Registration No. TX 6-648-139, effective August 5, 2008); issue dated August 2008 (Copyright Registration No. TX 6-857-547, effective August 5, 2008).  *See* Exhibit 1.  Time has not yet

applied for registration of the issue dated September 2008 because it was so recently published, but intends to do so.

c.    *Fortune*: issues dated March 17, 2008, March 31, 2008, April 14, 2008, April 28, 2008, May 5, 2008 and May 12, 2008 (Copyright Registration No. TX 6-648-144, effective August 5, 2008); issues dated May 26, 2008, June 9, 2008, June 23, 2008, July 7, 2008 and July 21, 2008 (Copyright Registration No. TX 6-648-134, effective August 5, 2008). *See* Exhibit 1.

d.    *Golf Magazine*: issues dated May 2008, June 2008 and July 2008 (Copyright Registration No. TX 6-648-132, effective August 5, 2008); issue dated August 2008 (Copyright Registration No. TX 6-857-563, effective August 5, 2008). *See* Exhibit 1.  Time has not yet applied for registration of the issue dated September 2008 because it was so recently published, but intends to do so.

e.    *InStyle*: issues dated May 2008, June 2008 and July 2008 (Copyright Registration No. TX 6-648-137, effective August 5, 2008); issue dated August 2008 (Copyright Registration No. TX 6-857-567, effective August 5, 2008). *See* Exhibit 1.

f.    *Money*: issues dated May 2008, June 2008 and July 2008 (Copyright Registration No. TX 6-648-141, effective August 5, 2008). *See* Exhibit 1.  Time has not yet applied for registration of the issue dated August 2008 because it was so recently published, but intends to do so.

g.    *People*: issues dated April 7, 2008, April 14, 2008, April 21, 2008, April 28, 2008, May 5, 2008, May 12, 2008, May 19, 2008, June 2008 (Jones), May 26, 2008, June

2008 (Country) and June 2, 2008 (Copyright Registration No. 6-648-142, effective August 5, 2008); issues dated June 9, 2008, June 16, 2008, June 23, 2008, June 30, 2008, July 7, 2008, July 2008 (Miley), July 14, 2008, July 21, 2008, July 28, 2008, August 4, 2008, August 11, 2008 and August 18, 2008 (Copyright Registration No. TX 6-648-130, effective August 5, 2008). *See* Exhibit 1. Time has not yet applied for registration of the issue dated August 25, 2008 because it was so recently published, but intends to do so.

h.    *People en Espanol*: issues dated June 2008, July 2008 and August 2008 (Copyright Registration No. TX 6-648-131, effective August 5, 2008). *See* Exhibit 1. Time has not yet applied for registration of the issue dated September 2008 because it was so recently published, but intends to do so.

i.    *People Style Watch*: issue dated June/July 2008 (Copyright Registration No. TX 6-857-545, effective August 5, 2008). *See* Exhibit 1.

j.    *Real Simple*: issues dated May 2008, June 2008 and July 2008 (Copyright Registration No. TX 6-648-138, effective August 5, 2008); issue dated August 2008 (Copyright Registration No. TX 6-857-540, effective August 5, 2008). *See* Exhibit 1.

k.    *Sports Illustrated*: issues dated April 7, 2008, April 8, 2008, April 14, 2008, April 21, 2008, April 28, 2008, May 5, 2008, May 6, 2008, May 12, 2008, May 19, 2008, May 26, 2008, June 2, 2008, June 9, 2008, June 10, 2008 and June 16, 2008 (Copyright Registration No. TX 6-648-145, effective August 5, 2008); issues dated June 23, 2008, June 30, 2008, July 7, 2008, July 14-21, 2008, July 28, 2008 and August 4, 2008 (Copyright Registration No. TX 6-648-133, effective August 5, 2008). *See* Exhibit 1. Time has not yet applied for

registration of the issues dated August 11, 2008 and August 18, 2008 because they were so recently published, but intends to do so.

l.      *Sports Illustrated for Kids*: issue dated June 2008 (Copyright Registration No. TX 6-857-684, effective August 5, 2008); issue dated July 2008 (Copyright Registration No. TX 6-857-559, effective August 5, 2008); issue dated August 2008 (Copyright Registration No. TX 6-857-562, effective August 5, 2008).  *See* Exhibit 1.   Time has not yet applied for registration of the issue dated September 2008 because it was so recently published, but intends to do so.

m.      *This Old House*: issues dated June 2008 and July/August 2008 (Copyright Registration No. TX 6-648-140, effective August 5, 2008).  *See* Exhibit 1.   Time has not yet applied for registration of the issue dated September 2008 because it was so recently published, but intends to do so.

n.      *Time*: issues dated April 7, 2008, April 14, 2008, Summer 2008 (S&D), April 21, 2008, April 28, 2008, May 5, 2008, May 12, 2008, May 19, 2008, May 26, 2008, June 2, 2008, June 9, 2008 and June 16, 2008 (Copyright Registration No. TX 6-648-143, effective August 5, 2008); issues dated June 23, 2008, June 30, 2008, July 7, 2008, July 14, 2008, July 21, 2008, July 28, 2008, August 4, 2008 and August 11, 2008 (Copyright Registration No. TX 6-648-135, effective August 5, 2008).  *See* Exhibit 1.  Time has not yet applied for registration of the issue dated August 18, 2008 because it was so recently published, but intends to do so.

o.      *People Child Stars*: Time applied for a registration for the Summer 2008 issue on August 4, 2008 and expects for the application to be approved, as Time has never been

denied a copyright in its magazines. A copy of Time's pending copyright application is annexed hereto as part of Exhibit 2 to this declaration.

p.     *Coastal Living*: Time applied for a registration for the June 2008 issue on June 1, 2008 and for a registration for the July/August 2008 issue on July 1, 2008. Time expects for the applications to be approved, as Time has never been denied a copyright in its magazines. Copies of Time's pending copyright applications are annexed hereto as part of Exhibit 2 to this declaration.

q.     *Cooking Light*: Time applied for registrations for the June 2008, July 2008 and August 2008 issues and expects for the applications to be approved, as Time has never been denied a copyright in its magazines. Copies of Time's pending copyright applications are annexed hereto as part of Exhibit 2 to this declaration.

r.     *Health*: Time applied for registrations for the June 2008 and July 2008 issues and expects for the applications to be approved, as Time has never been denied a copyright in its magazines. Copies of Time's pending copyright applications are annexed hereto as part of Exhibit 2 to this declaration.

s.     *Southern Accents*: Time has applied for a registration for the July/August 2008 issue and expects for the application to be approved, as Time has never been denied a copyright in its magazines. A copy of Time's pending copyright application is annexed hereto as part of Exhibit 2 to this declaration.

t.     *Southern Living*: Time has applied for registrations for the June 2008, July 2008 and August 2008 issues and expects for the applications to be approved, as Time has never

been denied a copyright in its magazines.  Copies of Time's pending copyright applications are annexed hereto as part of Exhibit 2 to this declaration.

19.    Time holds federal trademark registrations for the titles of each of its serial publications, as well as for the distinctive trade dress of the covers of some of its magazines. Time also holds common law trademark rights, based on its long-standing and continuous use of the names of its magazines in connection with the promotion and sale of those publications and of other goods and services, and based on widespread consumer recognition of those titles as a source of Time's goods and services.  Time's valuable trademarks appear at the bottom or top of most of the pages of our magazines (they do not appear on pages that consist solely of advertisements).  This information is set forth in detail in the accompanying Declaration of Paul A. Lee.

20.    In addition, Time holds common law rights in the trade dress of its magazines. Each magazine has a distinctive cover with a stylized logo and a highly recognizable layout and graphic style, with standard features and elements, that functions as a source indicator to consumers, and is non-functional.

### Time's Online Presence

21.    Time operates websites or web pages for each of its magazine brands.  Visitors to such sites as People.com, SportsIllustrated.com, EW.com, Time.com, RealSimple.com, and Golf.com are able to peruse countless articles, photographs and other relevant content provided by Time and its partners, including content also found in the print versions of our magazines. Time has successfully – with great care and at great expense – developed these companion websites such that they complement Time's print magazines.  Indeed, the print magazines drive traffic to the websites, and vice versa.  Time realizes revenue from its websites in a variety of

ways, including online advertising, sales of back issues of its magazines, sales of subscriptions, and the like.

22.     It is crucial to Time's success that its magazine brands are presented to the public in a consistent fashion.  For this reason, we carefully select our business partners, and only enter into agreements pursuant to which we exercise substantial control over the use of our content and our brands.

### Time's Discovery of the Mygazines.com Website

23.     On July 22, 2008, an employee of Time learned of the existence of the Infringing Website and immediately notified us.  Upon receiving this information, I personally visited the Infringing Website and verified that the site indeed contained numerous issues of our magazines, available for free to be read, shared, and manipulated by visitors to the site.  I believe that we discovered the Infringing Website within weeks of it going "live", based on the absence of any mention of the website online prior to end of June 2008, and an abundance of commentary, blogs and message boards mentioning the Website beginning in mid-to-late July.  A printout of the Infringing Website's home page is annexed hereto as Exhibit 3.

24.     Although the Infringing Website claims to be a site that allows users to "upload" their own favorite magazine content, it was apparent to me even upon my first review that most of the magazines available on the site did not appear to have been uploaded by third-party users. The magazines generally had been uploaded anonymously, and the uniform quality of the scanned images was striking. Indeed, literally hundreds of the magazines on the Site have had their UPC bar codes and/or mailing address information obscured in exactly the same way:  by the apparent application of gray or white strips of paper to cover the information before the issue was scanned.  Examples of this method of obscuring the UPC bar code and other information are annexed hereto as Exhibit 4.  Also, almost all of the magazines were very recent issues, as if

someone had purchased a large quantity of magazines from a newsstand, scanned each of them, and loaded them on the site.

25.    At that time, a total of 61 issues of Time's magazines were available on the Infringing Website:

- *Entertainment Weekly* (July 25, 2008, July 18, 2008, July 11, 2008, June 20, 2008 and June 27, 2008 issues)

- *Essence* (August 2008 and July 2008 issues)

- *Fortune 500* (May 5, 2008 issue)

- *Fortune Special Investors Issue* (2008 issue)

- *Fortune* (July 7, 2008 issue)

- *Golf* (August 2008 and June 2008 issues)

- *In Style* (August 2008 and July 2008 issues)

- *Money* (June 2008 issue)

- *People* (July 28, 2008, July 21, 2008, July 14, 2008, July 7, 2008, June 30, 2008, June 23, 2008, June 16, 2008, June 2, 2008, and May 26, 2008 issues)

- *People En Espanol* (August 2008 and July 2008 issues)

- *People Child Stars* (Summer 2008 issue)

- *People Style Watch* (June 2008 issue)

- *Real Simple* (August 2008, July 2008 and June 2008 issues)

- *Sports Illustrated* (July 14, 2008, July 7, 2008, June 30, 2008, June 23, 2008, June 16, 2008, June 2, 2008, May 19, 2008 and May 12, 2008 issues)

- *Sports Illustrated For Kids* (August 2008, July 2008 and June 2008 issues)

- *This Old House* (July 2008 issue)

- *Time* (July 21, 2008, July 14, 2008, July 7, 2008, June 23, 2008, June 16, 2008, June 9, 2008, June 2, 2008, May 19, 2008, and May 12, 2008 issues)

- *Coastal Living* (July 2008 and June 2008 issues)

- *Cooking Light* (July 2008 and June 2008 issues)

- *Health* (July 2008 and June 2008 issues)

- *Southern Accents* (July 2008 issue)

- *Southern Living* (July 2008 and June 2008 issues)

Printouts of pages from the Infringing Website showing each of the above magazine issues are annexed hereto as Exhibit 5.

26.    Since our initial discovery that the above infringing copies of our magazines were being offered on the Infringing Website, at least 23 additional issues of Time's magazines have been uploaded onto this site, including two issues of an additional magazine title, *Business 2.0*:

- *Business 2.0* (April 2007 and May 2007 issues)

- *Entertainment Weekly* (August 1, 2008, August 15, 2008, and August 8, 2008 issues)

- *Fortune Small Business* (May 2007 issue)

- *Golf* (September 2008 issue)

- *Money* (August 2008 issue)

- *People* (August 11, 2008, August 18, 2008, and August 4, 2008 issues)

- *People en Espanol* (September 2008 issue)

- *Sports Illustrated* (August 11, 2008, August 18, 2008, August 4, 2008, and July 28, 2008 issues)

- *Sports Illustrated For Kids* (September 2008 issue)

- *Time* (August 11, 2008, August 18, 2008, August 4, 2008, and July 28, 2008 issues)

- *Cooking Light* (August 2008 issue)

- *Southern Living* (August 2008 issue)

(The issues of the magazines owned by Time which are being offered on the Infringing Website, as identified in paragraphs 25 and 26, are collectively referred to as the "Infringed Magazine Issues.")

27.    Time has not authorized the owners of Mygazines.com, or anyone else, to display copies of the Infringed Magazine Issues on the Infringing Website.

### The Blatantly Infringing Nature of the Mygazines.com Website

28.    The Infringing Website purports to be a "free place to browse, share, archive and customize unlimited magazine articles uploaded by you, the Mygazines community"; the site's tagline reads: "upload. share. archive".  The site proclaims that "[y]our document will be converted by our system into an interactive publication allowing users from all over the world to read, comment, share and archive articles from your publication until the end of time!"  Copies of relevant pages from the Infringing Website describing these and other aspects of the site are annexed hereto as Exhibit 6.

29.    With respect to clipping and recompiling articles from different magazines, from different publishers, published at different times into a new compilation – referred to at the Infringing Website as "mygazines" – the site says:

> *So what are you to do with all these articles you like? Why not archive them into your own personal magazines, or, "mygazines": a collection of articles arranged just the way you like them. Each of your mygazines can be focused on an area of interest – you could setup "recipes" mygazines and store all those pie recipes you found. Redecorating your bedroom? Create "bedrooms" mygazines and store all the articles you find on bedroom décor. You can create as many mygazines as you like and store as many or as few articles in each as you like. The possibilities are endless!*

*See* Exhibit 6.

30.    The Infringing Website allows and indeed encourages users to email links to magazines, articles or customized "mygazines" to others; to "share" magazines, articles and "mygazines" with other members of the site; and to bookmark or save favorite content on the site.

31.    Other than two boilerplate sentences in the Terms of Use regarding content that is "infringing, libelous, defamatory, obscene, pornographic, abusive, offensive, profane, or otherwise violates any law or right of any third party", and conduct that would "violate any laws in your jurisdiction (including but not limited to copyright laws)", nowhere on the Infringing Website is there any indication that users should not post copyrighted magazine content. Indeed, to the contrary, the Terms of Use state:

> *By uploading, submitting or otherwise disclosing or distributing Content for display or inclusion on the Site, you represent and warrant that either:*
>
> - *you purchased the Content,*
> - *you created the Content,*
> - *you own the rights to the Content, and/or*
> - *the Content is freely distributed by its Creator*

*See* Exhibit 6.  Obviously, no individual user will have created an entire magazine published by Time (or any other publisher), and will not own the rights in the magazine, and Time does not distribute its magazines for free (nor, to its knowledge, do other publishers).    Yet the

representation and warranty required by the Infringing Website is in the disjunctive, and indicates that users who have merely "purchased" magazines are free to upload copies of those magazines. Thus, the site's owners are clearly encouraging users to upload infringing content.

32.     Throughout the Infringing Website, the names and full covers of Time's magazines are used to guide users through the site. In particular, the home page for the site includes, at the top of the page, a revolving, virtual "news rack" that contains a changing assortment of magazine covers, including Time's magazine covers. *See* Exhibit 6. Clicking on those covers leads to web pages within the site dedicated to each magazine issue.

33.     The names of Time's magazines are used as the titles of multiple web pages throughout the site, and as a consequence, searches on search engines (such as Google) for Time's magazines, yield search results that include Mygazines.com web pages for those magazines, often at the top of search results and above search results that link to Time's own websites. Copies of samples of such search results are annexed hereto as Exhibit 7.

### The Owner of the Infringing Website Attempts to Conceal His Identity

34.     Upon discovery of the Infringing Website, one of the first things we did was to try to uncover some information about the ownership of the Infringing Website. We located the WHOIS information for the mygazines.com domain name, and that information was as follows:

> owner-c:
> nic-hdl: JS3604-GANDI
> owner-name: Salveo Limited
> organisation: Salveo Limited
> person: John Smith
> address: Mitchell House
> zipcode: P.O. Box 17
> city: The Valley
> country: Anguilla
> phone: 40.312249340
> E-Mail:  bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net

A copy of the full WHOIS information for the domain name Mygazines.com is annexed hereto as Exhibit 8.

35.    We were immediately skeptical that "John Smith" was the name of a real person, especially given the private/masked email address routed through Gandi SAS, the registrar for the domain name. Additionally, the address for the registered owner of the Infringing Website, "Salveo Limited", is a post office box address in Anguilla and the listed phone number for the company (40.812249340) is a Romanian number.

36.    In addition to the above information, we were able to determine from the WHOIS results that the Domain Name Server ("DNS") for the Infringing Website was being hosted by Dynamic Network Services, Inc., of Manchester, New Hampshire ("Dynamic").

### Time's Cease and Desist Letters and Takedown Notices to Mygazines.com and a Series of Web Hosts

37.    Armed with that limited information, we engaged outside counsel to further investigate the Infringing Website, and send appropriate cease and desist letters, including take-down notices under the Digital Millennium Copyright Act ("DMCA") as appropriate, to John Smith at Salveo Limited, as well as any internet service providers that were providing hosting services for the Infringing Website, demanding that, at a minimum, our magazine content be removed from the site.

38.    On July 23, 2008, our outside counsel sent Salveo Limited – to the attention of John Smith – a cease and desist letter, as well as a DMCA take-down notice in the event that any of Time's content on the Infringing Website had actually been posted by third-party users. The cease and desist letter and take down notice were sent by overnight mail to Salveo Limited's physical address in Anguilla and by email to several email addresses that appear on the Infringing Website and purport to be addresses for claims of abuse or general feedback about the

site (abuse@mygazines.com, feedback@mygazines.com).  The letter and take down notice were also sent to the private/masked email address in the WHOIS information for the mygazines.com domain name (bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net).  Copies of the cease and desist letter and take down notice sent to Salveo Limited are annexed hereto as Exhibit 9.

39.     In that cease and desist letter, we demanded that Salveo Limited either shut down the Infringing Website or remove our magazines from the site.  The letter also clearly advised of Time's belief that the content was primarily being uploaded not by third parties but by the site's owners and thus constituted direct copyright and trademark infringement, as well as contributory infringement and inducement of others to infringe.

40.     The letter and take down notice emailed to the abuse and feedback email addresses for the Infringing Website were returned undeliverable, stating that "The e-mail account does not exist at the organization this message was sent to".  The email addressed to Salveo at the email address listed for the company in WHOIS generated the following response: "We are currently unavailable.  Thanks in advance for your patience and understanding".  The copies of the letter and take down notice that were mailed were delivered successfully to Salveo's post office box in Anguilla.  Copies of these email responses and Federal Express confirmation are annexed hereto as Exhibit 10.

41.     On July 23, 2008, we learned that the company providing web hosting for the Infringing Website was Cybernet Communication Inc., of Markham, Ontario ("Cybernet"), a town just outside of Toronto, Ontario.  We then instructed our outside counsel to send a cease and desist letter to Cybernet as well as to Dynamic, the DNS host.  (A DNS host provides the servers which allow a domain name to be associated with underlying content on a website; that

is, they direct traffic from the domain name to the associated website, and thus act somewhat like a "doorway" to the website. By contrast, a web host provides the servers upon which the actual content for a website actually resides.) A copy of the letter sent by our counsel to Cybernet and Dynamic on July 24, 2008 is annexed hereto as Exhibit 11.

42.    Our outside counsel then contacted Cybernet and Dynamic by telephone on July 25, 2008 to determine whether those companies intended to take action with respect to the Infringing Website in response to our written demands. In speaking to employees of Dynamic, our outside counsel learned that Dynamic had called the phone number listed in the Mygazines.com domain name WHOIS information (the Romanian number), and reached an owner of the site and conveyed to that individual that the site constituted a serious copyright infringement. The individual with whom Dynamic spoke responded dismissively to that admonition. Subsequent to that call, Dynamic terminated its DNS hosting services for the Infringing Website. However, the owners of the Infringing Website apparently then switched the site from Dynamic to a new DNS hosting service, Gandi SAS in Paris (the site's domain name registrar, as noted in Paragraph 35 above).

43.    As to the web host, Cybernet, our outside counsel was unable to secure any immediate assurances by telephone that Cybernet would take down the infringing materials or the Infringing Website as a whole and, as we later learned, that was hardly surprising given Cybernet's intimate involvement in this entire scheme. On July 25 – that same day – our outside counsel received the following non-committal email response from Cybernet, stating:

> *Thank-you for raising this issue to our attention. We have forwarded your concerns for investigation. Should we have further information, we will advise.*

*Sincerely,*
*Rick Ross, President*
*myCybernet / SwitchWorks Technologies Inc.*

A copy of this email is annexed hereto as Exhibit 12.

44.    Also on that same day, we learned that the Infringing Website was being hosted by another web host in addition to Cybernet, a company known as Secure Hosting, Ltd. in Nassau, Bahamas, so we instructed our outside counsel to send a cease and desist letter to that company, as well as to Gandi SAS.  Gandi SAS responded by saying that it was the registrar of the domain name, but provides no hosting services; Secure Hosting responded only by acknowledging receipt of our demand.  Copies of our counsel's letter and these responses are annexed hereto as Exhibit 13.

45.    As of July 27, 2008, we thought that Cybernet had complied with our demand letter, and had removed the Infringing Website from its servers, such that the only hosting service for the site was Secure Hosting in the Bahamas.  However, as explained further below, that was not the case:  indeed, Cybernet continues to host the Infringing Website's content despite our letters and notices.

46.    After numerous additional calls from our outside counsel seeking information regarding the status of our demands, on July 31, 2008 we received an email from Secure Hosting in the Bahamas stating: "The content that you refer to in your complaint is no longer hosted on our networks."  A copy of that email is annexed hereto as Exhibit 14.  We confirmed that this was the case, but without missing a beat, the owners of the Infringing Website yet again migrated their content to another web host – this one in Hong Kong – named New World Telecommunications Limited.   We thereafter learned that the Infringing Website was simultaneously being hosted by Best Hosting in Moscow.  Again, our outside counsel sent a

cease and desist letter to these new hosts.  A copy of that letter, dated August 1, 2008, is annexed hereto as Exhibit 15.

47.    New World Telecommunications Limited and Best Hosting continue to host the Infringing Website, despite our demands.  Copies of reports showing that these companies are still providing hosting services to the Infringing Website are annexed hereto as Exhibit 16.

48.    On August 6, 2008, the owner of Mygazines apparently added an additional web host called "PRQ INET"; this one is based in Stockholm, Sweden.  According to the *New York Times*, "PRQ is owned by two founders of the Pirate Bay, the BitTorrent tracker site that is Hollywood's least favorite online destination. The Pirate Bay guys have made a sport out of taunting all forms of authority, including the Swedish police, and PRQ has gone out of its way to be a host to sites that other companies would not touch. It is perhaps the world's least lawyer-friendly hosting company. . . ."  A copy of a February 25, 2008 *New York Times* article about PRQ, accessed August 7, 2008, is annexed hereto as Exhibit 17.

49.    On August 8, 2008, at our instructions, our outside counsel then sent a cease and desist letter to PRQ in Stockholm.  A copy of that letter is annexed hereto as Exhibit 18.

**The Roles of Defendants Cybernet, Switchworks and Ross in the Ongoing Infringement**

50.    The Infringing Website now appears to be switching regularly between PRQ in Stockholm, and Cybernet, the original web host in Markham, Ontario, in an effort to evade Time's demands and detection.  Despite Cybernet's apparent compliance on July 25, we have since learned that it in fact never stopped hosting the Infringing Website, and at the very least has always maintained the site's image library of magazine files, on its servers in Ontario.  It is my understanding that when a visitor seeks to view a magazine on the Mygazines.com site, the primary web hosting servers request the underlying magazine file from Cybernet's server which

hosts the image content. A copy of a report showing Cybernet as the host of the image servers is annexed hereto as Exhibit 19.

51.    Cybernet is apparently owned by, or closely affiliated with, a company known as Switchworks Technologies, Inc. ("Switchworks"). Switchworks also hosts the Infringing Website's image library. *See* Exhibit 19. The president of both companies is one Rick Ross. Mr. Ross has stated on a business networking website that "Switchworks has evolved to become an incubator organization focused on the development of next generation Internet companies …." An incubator company typically works to develop entrepreneurial companies by providing business support resources. A copy of Mr. Ross's statement about Switchworks is annexed hereto as Exhibit 20. On August 1, 2008, our outside counsel sent a demand letter to Switchworks. A copy of that letter is annexed hereto as Exhibit 21.

52.    Indeed, Mr. Ross appears to be the force behind a family of "My___" companies: his company Cybernet does business under the name "**My**Cybernet" (emphasis added) on the Internet at www.mycybernet.net (emphasis added), and one of his other companies within the Cybernet incubator, which offers customizable virtual "personas" for websites, is known as "**My**Persona" (again, emphasis added). Printouts of the MyCybernet and MyPersona home pages are annexed hereto as Exhibit 22. The fact that Cybernet/Switchworks is hosting the **My**gazines site and all of its infringing images is strong circumstantial evidence that Mygazines.com is but another company in the Switchworks incubator. Even if that is not the case, Cybernet/Switchworks has been on notice since July 24, 2008 that we object to the hosting of Time's magazines on the Infringing Website, and despite repeated demands (a copy of an August 6, 2008 follow-up letter to Cybernet and New World Telecom is annexed hereto as Exhibit 23), it has not taken any action whatsoever to address this blatant infringement.

53.    The accompanying declaration of our computer forensics investigator sets forth in more detail the technical details of the Cybernet and Switchworks hosting, as well as the apparent role of defendants Abbas and Schwartz in the infringing conduct.

### Efforts of the Infringing Website's Owners to Disguise Their Identities

54.    As noted at the outset, the only names publicly identified with the Infringing Website are "John Smith" and "Salveo Limited", which are listed in the WHOIS information for the mygazines.com domain name.    The Infringing Website lists no information about its ownership or the physical location of its business operations (if any), and the email addresses listed on the site are not active.    Emails to the address listed in the WHOIS information are automatically bounced back to the sender from the return email address "salveoltd@gmail.com". Likewise, the telephone number listed is apparently a number in Romania, although it is my strong suspicion that this is a "virtual" telephone number that is likely forwarded to a number in another country.    Our outside counsel has called that number on several occasions, at our instruction, but has reached a recording saying that the party is unavailable.

55.    As detailed below, on several occasions the purported owner of the Infringing Website has communicated to the press his intentions for the site, including his intent to further monetize it, identifying himself only as "John Smith" or as being based in Anguilla, consistent with the WHOIS information for the domain name.    Copies of articles about the Infringing Website quoting "John Smith" are annexed hereto as Exhibit 24.

56.    On the Facebook social networking website, a "John Smith" has posted an application that can be added to a user's Facebook account entitled "Mygazines Gift".    That application allows users to "share" magazines (including Time's magazines) from the Mygazines site with other Facebook users.    The posting states:

> *With Mygazines Gift! you can share magazines with your friends*
> *so they can read it!*
>
> *Simply select a category, then a magazine, and then some friends.*
> *Unlock more selection of magazines by earning "Gazines". You*
> *earn one "G" for every share.*

Relevant pages from Facebook are annexed hereto as Exhibit 25.

### **Defendant Darren Andrew Budd is Unmasked**

57.     We reviewed the "domain history" for the mygazines.com domain name and learned that the WHOIS information for the domain name at various points over the last several years since it was first registered on October 14, 2006 listed the original registrant for the domain name as one "Darren Budd". This suggests that Mr. Budd has had a scheme to offer infringing magazine content for several years. A copy of that domain history is annexed hereto as Exhibit 26. This discovery prompted our further investigation of that individual to try to unmask "John Smith".

58.     We then searched the database of the United States Patent & Trademark Office ("USPTO") and discovered that a "Darren Andrew Budd" of 21 Mayfair Avenue, Toronto, Canada, had applied to register the word mark MYGAZINES in International Class 16 for use on and in connection with "computer software relating to general interest magazines; computer software development tools; electronic publications, namely, general interest magazines; audio and audio-visual recordings relating to general interest magazines"; in International Class 16 for "printed publications, namely, general interest magazines"; in International Class 41 for "electronic publishing, namely, publication of text and graphic works of others relating to general interest magazines," and in two other International Classes in the United States, on September 13, 2007. That application, which was submitted by an attorney practicing with a law firm in Washington, D.C., was recently suspended, pending the resolution of an application filed

in the Canadian Intellectual Property Office ("CIPO"), which is the Canadian equivalent of the USPTO.  A copy of Mr. Budd's USPTO trademark application is annexed hereto as Exhibit 27.

59.    We then searched the CIPO trademark database and discovered that a "Darren Andrew Budd" of 21 Mayfair Avenue, Toronto had applied for the registration of a trademark for the word mark MYGAZINES on September 5, 2007.  That application was submitted by an attorney practicing with a law firm in Toronto.  A printout showing Mr. Budd's CIPO trademark application is annexed hereto as Exhibit 28.

60.    Once we learned of Mr. Budd's name from these trademark filings for MYGAZINES, we were able to discover that a person posting under the name "Darren Budd" has made numerous postings on various Facebook pages advertising the Infringing Website, including postings that use Time's magazine covers and trademarks to advertise that site. Examples of these postings are annexed hereto as Exhibit 29.

**Defendants' Advertising and Promotion of the Infringing Website**

61.    While simply ignoring plaintiffs' cease and desist letters and our demands, Mygazines.com has been actively and continuously promoting the Infringing Website, not just on Facebook as noted above.  For instance, on July 29, 2008, Mygazines issued a press release stating that "The mygazines concept is simple, essentially it allows its members to share magazines in the same manner a doctors' office, law firm, libraries, and hair salons would with their clients every day. mygazines allows users to read, archive and upload content for everyone to read and share within the online magazine community."  That press release further states: "The mygazines platform was designed for growth, and the possibilities are endless." *See* Exhibit 24.

62.    On August 5, 2008, Mygazines.com sent a letter (without attribution to an individual author) to *Press Gazette*, a British publication that had previously written about

Mygazines.com. That letter, published in its entirety by *Press Gazette*, described the website as a "free magazine store", and responded to previous press coverage about the site as follows:

> *The most surprising aspect of almost every article is that they are completely missing our inactive revenue model.* **We have ways of drawing revenue from a number of sources, some more obvious than others.** *Mygazines is hardly a pirate website with the interest of breaking the industry. Rather, we offer a paradigm shift that is far more fiscally comprehensive than meets the eye and yet easily transitionable by even the biggest publishers... The true future of the industry lies in the final stages of our site concept. We can easily transition to the final revenue model quickly with the co-operation of the publishers. We cannot however reveal the full concept at this time as we are saving that discussion for the publishing industry directly...*

(emphasis supplied) Mygazines removed any lingering doubt that it is transacting business and earning or will earn substantial revenues when it conceded in that August 5, 2008 letter: "Mygazines sharing model is a solid one with lots of hidden potential revenue and demographics to appease all." *See* Exhibit 24.

63. Recently, the Infringing Website has begun encouraging users, regardless of country of residence, to refer friends to the site, by offering a monthly prize of US$1,000 to the user who refers the most friends each month during the next six months, with a grand prize of US$5,000 for the user who has referred the most friends in the aggregate over a six-month period. *See* Exhibit 30.

64. It appears that Mygazines.com's promotion is having the intended result: Alexa.com – a website that provides statistics for traffic to websites – shows that traffic to the Infringing Website has skyrocketed over the past few months, moving from a ranking of 8,234,477 to an average ranking during the first week of August 2008 of 23,480 (that is, putting it in the top 25,000 most visited websites in the world). For the sake of comparison, Alexa.com's rankings for some of Time's magazine websites during roughly the same period

were:  Time.com (725); ew.com (*Entertainment Weekly*) (1,458); RealSimple.com (11,784); Golf.com (12,984); CookingLight.com (31,071); SouthernLiving.com (65,151); and CoastalLiving.com (148,946).  Printouts from Alexa.com showing these statistics are annexed hereto as Exhibit 31.

65.    Alexa.com also shows that Mygazines.com receives approximately 54% of its traffic from the United States.  By contrast, traffic from Canada (which ranks a distant second after the United States), makes up only 8% of the total traffic.

66.    Also, it appears that the promotion of the Infringing Website may now be encouraging third-party users to finally begin uploading material to the site themselves.  Even this by no means certain, given that the site only indicates a username for a particular uploaded document without any other identifying information such as an email address or location (and thus many of these purported users could be mere aliases for defendants).  Yet it appears that of the over 1152 magazines shown in the "recently uploaded" section of the site, 43 are listed as having been uploaded by a user other than "Anonymous Contribution".  Given that some of the users uploaded several items, as of August 12 the total number of non-anonymous users who had uploaded material was 34, indicating that less than 3.75% of the content was uploaded by users who have usernames.  Notably, approximately the first 700 magazines uploaded to the site were uploaded anonymously.

67.    We have identified two users in particular who do appear to be real individuals.  Those users go by the usernames "aliciapascale" and "turkeymonkey".  The username "aliciapascale" appears to be associated with an individual named Alicia Pascale, who lives in Westchester County, New York, and has uploaded a copy of *Putnam* magazine to the Infringing Website (*Putnam* magazine is a local magazine for Putnam County, New York).  The username

"turkeymonkey" appears to be associated with an individual named Ted Mann, who also lives in Westchester County, New York, and has uploaded a copy of *Rockland* magazines to the Infringing Website (*Rockland* magazine is a local magazine for Rockland County, New York). Printouts from the Infringing Website showing these users' uploads, and printouts of other publicly available information identifying these users, are annexed hereto as Exhibit 32.

68.    Apparently, the success of Mygazines.com's model of trading on the content of the copyright owners without permission has encouraged Darren Budd and those with whom he is working to launch a new website, Porngazines.com, which is a direct clone of Mygazines.com, except that its offerings are only of "adult" magazines. The domain name for Porngazines.com is registered to one "Juan Cortez" at the same address as listed for Salveo Limited, in The Valley, Anguilla. A printout of the porngazines.com WHOIS information is annexed hereto as Exhibit 33.

69.    The Terms of Use of the Porngazines.com site differ from those of the Mygazines.com site, in that they specifically address the issue of notice under the Digital Millennium Copyright Act. In language that is conspicuously absent from the Mygazines.com Terms of Use, the Porngazines Terms of Use states:

> *Porngazines respects the intellectual property of others. It is Porngazines's policy to respond expeditiously to claims of copyright and other intellectual property infringement. Porngazines will promptly process and investigate notices of alleged infringement and will take appropriate actions under the Digital Millennium Copyright Act ("DMCA") and other applicable intellectual property laws. Upon receipt of notices complying or substantially complying with the DMCA, Porngazines may act expeditiously to remove or disable access to any material claimed to be infringing or claimed to be the subject of infringing activity and may act expeditiously to remove or disable access to any reference or link to material or activity that is claimed to be infringing. Porngazines will terminate access for subscribers and account holders who are repeat infringers.*

Printouts from relevant portions of the Porngazines.com site are annexed hereto as Exhibit 34.

70.    It also appears that Mr. Budd and his colleagues intend to expand their infringing concept even further: Mr. Budd has registered the domain name kidgazines.com, as well.  A copy of the WHOIS information for kidgazines.com is annexed hereto as Exhibit 35.

### Defendants' Conduct is Causing Time Irreparable Harm

71.    Defendants have lifted, wholesale, our valuable intellectual property, including the copyright ownership interest we have in the Time magazines, the brands we have worked so long to establish as reflected in our trademarks and trade dress of those magazines, and the substantial goodwill we have invested much time, effort, advertising and the like to develop over, in some cases, decades.  What defendants are doing constitutes blatant infringement: simply scanning entire issues of magazines, uploading them online, and encouraging users to read them online instead of buying copies at the newsstand, by subscription, or at our own authorized and licensed websites.  It also encourages them to take articles from our magazines and combine them with articles from magazines published by other copyright holders, to create unauthorized derivative works.

72.    Consumers, upon viewing the Infringing Website, are likely to believe that we have authorized Mygazines.com to post entire copies of our magazines on this website and that Mygazines.com is licensed by or otherwise associated with Time.  Our content is up there in full; our trademarks and trade dress are plastered all over the pages of the website, and are used to advertise it.

73.    We have absolutely no way of knowing how many potential purchasers of our magazines have declined or will decline to purchase them because they can simply read them for free online at this unauthorized site, rather than visiting our own authorized sites.  Further, much as in the case of music industry websites such as the now-defunct Napster and Grokster, which

allowed the sharing of individual songs from whole albums, consumers may simply read a single article or the headline article from a particular issue of our magazine on the Infringing Website, rather than buying the entirety of the magazine or subscribing to it. Likewise, we have no way of knowing how many advertisers who currently advertise in our magazines might otherwise be inclined to advertise on Time's websites but, seeing their advertisements distributed *gratis* on the Mygazines.com website, will decline to do so.

74.    Our editors take care in selecting a mix and balance of articles to appear in each issue of our magazines. Of course, we recognize that some consumers will read, at their whim, some articles and not others. Which articles we choose to combine and compile in a single issue of the magazine is a critical part of our editorial process, and contributes to the expansion and continued strength of our brands. It is our hope and belief that a consumer may, for instance, buy *Time* magazine to read the cover story but then, having purchased the issue, continue reading, discover other stories of interest, and become more inclined to buy the next issue or to subscribe. By urging consumers to unbundle our content and combine it with other content, the Infringing Website threatens to dilute brand associations we have endeavored to build for so long and at such great expense, and to interfere with out relationships with both our customers and advertisers.

75.    Mygazines.com undoubtedly knows, as the selection on the Infringing Website indicates, that most magazine content is time-sensitive – our publications are weeklies (*People, Sports Illustrated, Entertainment Weekly, Time*), bi-weeklies (*Fortune*), and monthlies (*Real Simple, InStyle, Money*). The window of opportunity for sales, particularly newsstand sales and for unique visitors to our authorized websites, is an extremely limited one. By usurping that

window of opportunity, Mygazines is severely damaging the magazine industry publishing model, as it itself has acknowledged in its letter to the *Press Gazette*. *See* Exhibit 24.

76.    For the foregoing reasons, together with those urged in the accompanying complaint, the declarations of the other publisher-plaintiffs, and in the accompanying memorandum of law, we seek a temporary restraining order and preliminary injunction, enjoining and restraining defendants from distributing or displaying Time's magazines on the Infringing Website, and from inducing and encouraging the users of that Website to upload Time's content.

77.    Simply restraining defendants from continuing to post the existing issues of our magazines on the Infringing Website will not, given the time-sensitive nature of the entire magazine industry, suffice to redress the imminent and continuing harm and injury we face. Mygazines.com is not simply running a magazine store where it re-sells copies of the magazines purchased from us or our authorized licensees and distributors; it is reproducing in total virtually each and every issue of our most popular magazines and offering them free to the public at large. Just as defendants have jumped from server to server to evade our legitimate demands, they will simply take down the existing issues and post the next issue of each of these magazines, if a narrow injunction is issued.  In these circumstances, this Court has the power, and should exercise that power, to enjoin defendants from continuing to engage in primary and secondary copyright and trademark infringement and dilution, by entering a broad injunction in the language requested.

78.    No prior application for the relief requested herein has been made.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 19, 2008

_____
ANDREW BLAU

EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-135**

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**
ONE DEPOSIT RECEIVED
**AUG 05 2008**
EXAMINED BY _____ CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

## 1

List in order of publication

No previous registration under identical title ☐

TITLE ▼ **ENTERTAINMENT WEEKLY**      ISSN ▼ **10490434**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 2 | 999 | June 20, 2008 | June 13, 2008 |
| 2. | 2 | 999/1000 | June 27 & July 4, 2008 | June 20, 2008 |
| 3. | 2 | 1001 | July 11, 2008 | July 4, 2008 |
| 4. | 2 | 1002 | July 18, 2008 | July 11, 2008 |
| 5. | 2 | 1003 | July 25, 2008 | July 18, 2008 |
| 6. | 2 | 1004 | August 1, 2008 | July 25, 2008 |
| 7. | 2 | 1005 | August 8, 2008 | August 1, 2008 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Entertainment Weekly, Inc.
1675 Broadway
29th Floor
New York, NY 10019

FOR NON-U.S. WORKS: Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Irina Mayakova*    Typed or printed name    Irina Mayakova

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶ Irina Mayakova    Daytime telephone ▶ 212.522.8340
Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688    Email ▶ irina_mayakova@timeinc.com

Certificate will be mailed in window envelope to this address:

Name ▼
Irina Mayakova, Time Inc. Legal Dept.
Number/Street/Apt ▼
1271 Avenue of the Americas, Room 11-35C.D
City/State/ZIP ▼
New York, NY 10020-1393

DEPOSIT ACCOUNT
Account number ▶ DA0 17523
Name of account ▶ Time Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—30,000
WEB REV: February 2000     PRINTED ON RECYCLED PAPER    ☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-139**

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**

APPLICATION RECEIVED
AUG 05 2008

ONE DEPOSIT RECEIVED
AUG 05 2008

EXAMINED BY ☐ CORRESPONDENCE

---

DO NOT WRITE ABOVE THIS LINE.

**1** List in order of publication

No previous registration under identical title ☐

TITLE ▼  ESSENCE

ISSN ▼  0014-0880

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 39 | 4 | May 2008 | April 15, 2008 |
| 2. | 39 | 5 | June 2008 | May 20, 2008 |
| 3. | 39 | 6 | July 2008 | June 17, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Essence Communications, Inc.
135 West 50th Street
New York, NY 10020

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION*:    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Irina Mayakova*

Typed or printed name   Irina Mayakova

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Irina Mayakova              Daytime telephone ▶ 212.522.8340

Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688          Email ▶ irina_mayakova@timeinc.com

Certificate will be mailed in window envelope to this address:

Name▼
Irina Mayakova, Time Inc. Legal Dept.
Number/Street/Apt ▼
1271 Avenue of the Americas, Room 11-35C.D
City/State/ZIP▼
New York, NY 10020-1393

DEPOSIT ACCOUNT
Account number ▶ DA0 17523
Name of account ▶ Time Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
February 2000—20,000        ♻ PRINTED ON RECYCLED PAPER        ☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109
WEB REV: February 2000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-857-547**

**Effective date of registration:**

August 5, 2008

---

## Title

**Title of Work:** ESSENCE

**Volume** 39      **Number** 4      **Date on Copies**  August 2008

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 15, 2008

**International Standard Number:** ISSN      0014-0880

## Author

■      **Author:** Essence Communications, Inc.

**Author Created:** collective work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Essence Communications, Inc.

135 West 50th Street, New York, NY, 10020

## Certification

**Name:** Irina Mayakova

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UN
RE    TX 6-648-144

EFFECTIVE DATE OF REGISTRATION
AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008
EXAMINED BY          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title

**TITLE ▼** Fortune

**ISSN ▼** 0015-8259

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 157 | 5 | March 17, 2008 | March 10, 2008 |
| 2. | 157 | 6 | March 31, 2008 | March 24, 2008 |
| 3. | 157 | 7 | April 14, 2008 | April 7, 2008 |
| 4. | 157 | 8 | April 28, 2008 | April 21, 2008 |
| 5. | 157 | 9 | May 5, 2008 | April 28, 2008 |
| 6. | 157 | 10 | May 12, 2008 | May 5, 2008 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Time Inc.
1271 Avenue of the Americas
New York, NY 10020

**FOR NON-U.S. WORKS:** Author's citizenship ▶          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X) *Irina Mayakova*          Typed or printed name  Irina Mayakova

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Irina Mayakova          Daytime telephone ▶ 212.522.8340
Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688          Email ▶ irina_mayakova@timeinc.com

| Certificate will be mailed in window envelope to this address: | **Name ▼** Irina Mayakova, Time Inc. Legal Dept. |
|---|---|
| | **Number/Street/Apt ▼** 1271 Avenue of the Americas, Room 11-35C.D |
| | **City/State/ZIP ▼** New York, NY 10020-1393 |

**DEPOSIT ACCOUNT**
Account number ▶ DAO 17523
Name of account ▶ Time Inc.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—30,000
WEB REV: February 2000

 PRINTED ON RECYCLED PA

☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/108

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE



**TX 6-648-134**

WTX0006648134W

**EFFECTIVE DATE OF REGISTRATION**
AUG 05 2008

**APPLICATION RECEIVED**
AUG 05 2008
**ONE DEPOSIT RECEIVED**
AUG 05 2008

EXAMINED BY ☑    CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

**1**
List in order of publication

For previous registration under identical title

TITLE ▼    ISSN ▼
Fortune    0015-8259

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 157 | 11 | May 26, 2008 | May 12, 2008 |
| 2. | 157 | 12 | June 9, 2008 | June 2, 2008 |
| 3. | 157 | 13 | June 23, 2008 | June 16, 2008 |
| 4. | 158 | 1 | July 7, 2008 | June 30, 2008 |
| 5. | 158 | 2 | July 21, 2008 | July 14, 2008 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼
Time Inc.
1271 Avenue of the Americas
New York, NY 10020

FOR NON-U.S. WORKS:  Author's citizenship ▼    Domicile ▼    Nation of publication ▼

CERTIFICATION*:    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Irina Mayakova*    Typed or printed name  Irina Mayakova

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶ Irina Mayakova    Daytime telephone ▶ 212.522.8340
Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688    Email ▶ irina_mayakova@timeinc.com

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Irina Mayakova, Time Inc. Legal Dept. |
| | Number/Street/Apt ▼ |
| | 1271 Avenue of the Americas, Room 11-35C.D |
| | City/State/ZIP ▼ |
| | New York, NY 10020-1393 |

DEPOSIT ACCOUNT
Account number ▶ DA0 17523
Name of account ▶ Time Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2006—20,000
WEB REV: February 2006

♻ PRINTED ON RECYCLED PAPER

★ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-132

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008

ONE DEPOSIT RECEIVED
AUG 05 2008

EXAMINED BY ☐    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

**TITLE ▼**    **ISSN ▼**

Golf Magazine    | 1056-5493 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 50 | 5 | May 2008 | April 8, 2008 |
| 2. | 50 | 6 | June 2008 | May 13, 2008 |
| 3. | 50 | 7 | July 2008 | June 10, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

TI Golf Holdings Inc.
1271 Avenue of the Americas
New York, NY 10020

**FOR NON-U.S. WORKS: Author's citizenship ▼    Domicile ▼    Nation of publication ▼**

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Irina Mayakova*    Typed or printed name    Irina Mayakova

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Irina Mayakova    Daytime telephone ▶ 212.522.8340

Address (if other than given below) ▶ Same As Below

Fax ▶ 212.467.8817    Email ▶ irina_mayakova@timeinc.com

Certificate will be mailed in window envelope to this address:

Name ▼
Irina Mayakova, Time Inc. Legal Dept.
Number/Street/Apt ▼
1271 Avenue of the Americas, Room 11-35C.D
City/State/ZIP ▼
New York, NY 10020-1393

**DEPOSIT ACCOUNT**

Account number ▶ DA0 85022

Name of account ▶ Time4 Media Inc.
MS23

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV: February 2000

PRINTED ON RECYCLED PAPER

★ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/105

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-857-563

**Effective date of
registration:**

August 5, 2008

## Title

| | |
|---|---|
| **Title of Work:** | GOLF MAGAZINE |

| | | | | | |
|---|---|---|---|---|---|
| **Volume** 50 | | **Number** 8 | | **Date on Copies** | August 2008 |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | July 8, 2008 |
| **International Standard Number:** | ISSN    1056-5493 |

## Author

| | |
|---|---|
| **Author:** | TI Golf Holdings Inc. |
| **Author Created:** | collective work |
| **Work made for hire:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | TI Golf Holdings Inc. |
| | 1271 Avenue of the Americas, New York, NY, 10020 |

## Certification

| | |
|---|---|
| **Name:** | Irina Mayakova |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-137**

EFFECTIVE DATE OF REGISTRATION
**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**
ONE DEPOSIT RECEIVED
**AUG 05 2008**
EXAMINED BY ____    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1 List in order of publication

No previous registration under identical title ☐

TITLE ▼ | InStyle

ISSN ▼ | 1076-0830

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 15 | 5 | May 2008 | April 25, 2008 |
| 2. | 15 | 6 | June 2008 | May 23, 2008 |
| 3. | 15 | 7 | July 2008 | June 20, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Time Inc.
1271 Avenue of the Americas
New York, NY 10020

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▶ *Irina Nayakova*

Typed or printed name ▶ Irina Nayakova

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Irina Nayakova        Daytime telephone ▶ 212.522.8340

Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688        Email ▶ irina_nayakova@timeinc.com

---

| | DEPOSIT ACCOUNT |
|---|---|
| Certificate will be mailed in window envelope to this address: | Account number ▶ DAO 17523 |

Name ▼

Irina Nayakova, Time Inc. Legal Dept.

Number/Street/Apt ▼

1271 Avenue of the Americas, Room 11-35C.D

City/State/ZIP ▼

New York, NY 10020-1393

Name of account ▶ Time Inc.

MAIL TO
Library of Congress
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—30,000
WEB REV: February 2000        ♻ PRINTED ON RECYCLED PAPER        ☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-857-567**

**Effective date of
registration:**

August 5, 2008

## Title

| | |
|---|---|
| **Title of Work:** | INSTYLE |

**Volume**  15      **Number**  8      **Date on Copies**  August 2008

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | July 18, 2008 |
| **International Standard Number:** | ISSN          1076-0830 |

## Author

| | |
|---|---|
| **Author:** | Time Inc. |
| **Author Created:** | Collective Work |
| **Work made for hire:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Time Inc. |
| | 1271 Avenue of the Americas, New York, NY, 10020 |

## Certification

| | |
|---|---|
| **Name:** | Irina Mayakova |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-141

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008

EXAMINED BY ☑        CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1**
List in order of publication

No previous registration under identical title ☐

TITLE ▼  **MONEY**        ISSN ▼  0149-4953

|     | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|-----|----------|----------|------------------------|---------------------------------------|
| 1.  | 37       | 5        | May 2008               | April 21, 2008                        |
| 2.  | 37       | 6        | June 2008              | May 19, 2008                          |
| 3.  | 37       | 7        | July 2008             | June 23, 2008                         |
| 4.  |          |          |                        |                                       |
| 5.  |          |          |                        |                                       |
| 6.  |          |          |                        |                                       |
| 7.  |          |          |                        |                                       |
| 8.  |          |          |                        |                                       |
| 9.  |          |          |                        |                                       |
| 10. |          |          |                        |                                       |
| 11. |          |          |                        |                                       |
| 12. |          |          |                        |                                       |
| 13. |          |          |                        |                                       |
| 14. |          |          |                        |                                       |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Time Inc.
1271 Avenue of the Americas
New York, NY 10020

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Irina Mayakova*        Typed or printed name  Irina Mayakova

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶ Irina Mayakova        Daytime telephone ▶ 212.522.8340
Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688        Email ▶ irina_mayakova@timeinc.com

Certificate will be mailed in window envelope to this address:

Name ▼
Irina Mayakova, Time Inc. Legal Dept.
Number/Street/Apt ▼
1271 Avenue of the Americas, Room 11-35C.D
City/State/ZIP ▼
New York, NY 10020-1393

DEPOSIT ACCOUNT
Account number ▶ DAO 17523
Name of account ▶ Time Inc.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV: February 2000        PRINTED ON RECYCLED PAPER        ☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-142**

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**
ONE DEPOSIT RECEIVED
**AUG 05 2008**
EXAMINED BY                      CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

**List in order of publication**

No previous registration under identical title

TITLE ▼   **PEOPLE**        ISSN ▼   **0093-7673**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 69 | 13 | April 7, 2008 | March 28, 2008 |
| 2. | 69 | 14 | April 14, 2008 | April 4, 2008 |
| 3. | 69 | 15 | April 21, 2008 | April 11, 2008 |
| 4. | 69 | 16 | April 28, 2008 | April 18, 2008 |
| 5. | 69 | 17 | May 5, 2008 | April 25, 2008 |
| 6. | 69 | 18 | May 12, 2008 | May 2, 2008 |
| 7. | 69 | 19 | May 19, 2008 | May 9, 2008 |
| 8. | N/A | N/A | June 2008 (Jones) | May 16, 2008 |
| 9. | 69 | 20 | May 26, 2008 | May 16, 2008 |
| 10. | N/A | N/A | June 2008 (Country) | May 23, 2008 |
| 11. | 69 | 21 | June 2, 2008 | May 23, 2008 |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Time Inc.
1271 Avenue of the Americas
New York, NY 10020

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X)   *Irina Mayakova*        Typed or printed name   Irina Mayakova

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Irina Mayakova                                    Daytime telephone ▶ 212.522.0340

Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688                          Email ▶ irina_mayakova@timeinc.com

---

Certificate will be mailed in window envelope to this address:

Name ▼
Irina Mayakova, Time Inc. Legal Dept.

Number/Street/Apt ▼
1271 Avenue of the Americas, Room 11-35C.D

City/State/ZIP ▼
New York, NY 10020-1393

DEPOSIT ACCOUNT
Account number ▶ DAO 17523
Name of account ▶ Time Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—30,000
WEB REV: February 2000        ♻ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/106

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE



**TX 6-648-130**

*TX6648481305*

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008

EXAMINED BY                    CORRESPONDENCE

---

DO NOT WRITE ABOVE THIS LINE.

## 1
List in order of publication

No previous registration under identical title

**TITLE ▼**  PEOPLE          **ISSN ▼** 0093-7673

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 69 | 22 | June 9, 2008 | May 30, 2008 |
| 2. | 69 | 23 | June 16, 2008 | June 6, 2008 |
| 3. | 69 | 24 | June 23, 2008 | June 13, 2008 |
| 4. | 69 | 25 | June 30, 2008 | June 20, 2008 |
| 5. | 70 | 1 | July 7, 2008 | June 27, 2008 |
| 6. | N/A | N/A | July 2008 (Miley) | July 4, 2008 |
| 7. | 70 | 2 | July 14, 2008 | July 4, 2008 |
| 8. | 70 | 3 | July 21, 2008 | July 11, 2008 |
| 9. | 70 | 4 | July 28, 2008 | July 18, 2008 |
| 10. | 70 | 5 | August 4, 2008 | July 25, 2008 |
| 11. | 70 | 6 | August 11, 2008 | August 1, 2008 |
| 12. | 70 | 7 | August 18, 2008 | August 8, 2008 |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼
Time Inc.
1271 Avenue of the Americas
New York, NY 10020

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Irina Mayakova*          Typed or printed name  Irina Mayakova

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶ Irina Mayakova          Daytime telephone ▶ 212.522.0340
Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688          Email ▶ irina_mayakova@timeinc.com

Certificate will be mailed in window envelope to this address:

Name ▼
Irina Mayakova, Time Inc. Legal Dept.
Number/Street/Apt ▼
1271 Avenue of the Americas, Room 11-35C.D
City/State/ZIP ▼
New York, NY 10020-1393

DEPOSIT ACCOUNT
Account number ▶ DA0 17523
Name of account ▶ Time Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV: February 2000          PRINTED ON RECYCLED PAPER          ★ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE
R  **TX 6-648-131**

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

**APPLICATION RECEIVED**
AUG 05 2008
**ONE DEPOSIT RECEIVED**
AUG 05 2008
**EXAMINED BY** ___  **CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title

**TITLE ▼**  PEOPLE EN ESPANOL    **ISSN ▼**  1096-5750

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 11 | 5 | June 2008 | April 28, 2008 |
| 2. | 11 | 6 | July 2008 | June 2, 2008 |
| 3. | 11 | 7 | August 2008 | July 7, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Time Inc.
1271 Avenue of the Americas
New York, NY 10020-1300

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X) *Irina Mayakova*    Typed or printed name  Irina Mayakova

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Irina Mayakova    Daytime telephone ▶ 212.522.0340
Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688    Email ▶ irina_mayakova@timeinc.com

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼** Irina Mayakova, Time Inc. Legal Dept. |
| | **Number/Street/Apt ▼** 1271 Avenue of the Americas, Room 11-35C.D |
| | **City/State/ZIP ▼** New York, NY 10020-1393 |

**DEPOSIT ACCOUNT**
Account number ▶ DA0 17523
Name of account ▶ Time Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV: February 2000

PRINTED ON RECYCLED PAPER    ★ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-857-545**

**Effective date of
registration:**

August 5, 2008

## Title

**Title of Work:** PEOPLE STYLEWATCH

**Volume** 2         **Number** 5         **Date on Copies** June/July 2008

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 30, 2008

**International Standard Number:** ISSN         1935-0457

## Author

■ **Author:** Time Inc.

**Author Created:** collective work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Time Inc.

1271 Avenue of the Americas, New York, NY, 10020

## Certification

**Name:** Irina Mayakova

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-138

EFFECTIVE DATE OF REGISTRATION
AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008
EXAMINED BY ___  CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1  List in order of publication

No previous registration under identical title ☐

TITLE ▼ REAL SIMPLE          ISSN ▼ 1528-1701

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 9 | 5 | May 2008 | April 21, 2008 |
| 2. | 9 | 6 | June 2008 | May 19, 2008 |
| 3. | 9 | 7 | July 2008 | June 23, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Time Inc.
1271 Avenue of the Americas
New York, NY 10020

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Irina Mayakova*          Typed or printed name  Irina Mayakova

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Irina Mayakova          Daytime telephone ▶ 212.522.6340

Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688          Email ▶ irina_mayakova@timeinc.com

| Certificate will be mailed in window envelope to this address: | Name▼  Irina Mayakova, Time Inc. Legal Dept. | DEPOSIT ACCOUNT |
|---|---|---|
| | Number/Street/Apt ▼  1271 Avenue of the Americas, Room 11-35C.D | Account number ▶ DAO 17523 |
| | City/State/ZIP▼  New York, NY 10020-1393 | Name of account ▶ Time Inc. |

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV: February 2000          PRINTED ON RECYCLED PAPER          ⋆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-857-540

**Effective date of
registration:**

August 5, 2008

---

## Title

**Title of Work:** REAL SIMPLE

**Volume** 9          **Number** 8          **Date on Copies** August 2008

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 21, 2008

**International Standard Number:** ISSN          1528-1701

## Author

■ **Author:** Time Inc.

**Author Created:** collective work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Time Inc.

1271 Avenue of the Americas, New York, NY, 10020

## Certification

**Name:** Irina Mayakova

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**

TX 6-648-145

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

**APPLICATION RECEIVED**
AUG 05 2008

**CHILD DEPOSIT RECEIVED**
AUG 05 2008

**EXAMINED BY** _____    **CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1 List in order of publication

*No previous registration under identical title*

**TITLE ▼** SPORTS ILLUSTRATED

**ISSN ▼** 0038-822X

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 108 | 14 | April 7, 2008 | April 2, 2008 |
| 2. | 108 | 14A | April 9, 2008 | April 2, 2008 |
| 3. | 108 | 15 | April 14, 2008 | April 10, 2008 |
| 4. | 108 | 16 | April 21, 2008 | April 17, 2008 |
| 5. | 108 | 17 | April 28, 2008 | April 24, 2008 |
| 6. | 108 | 18 | May 5, 2008 | May 1, 2008 |
| 7. | 108 | 18A | May 6, 2008 | May 1, 2008 |
| 8. | 108 | 19 | May 12, 2008 | May 8, 2008 |
| 9. | 108 | 20 | May 19, 2008 | May 15, 2008 |
| 10. | 108 | 21 | May 26, 2008 | May 22, 2008 |
| 11. | 108 | 22 | June 2, 2008 | May 29, 2008 |
| 12. | 108 | 23 | June 9, 2008 | June 5, 2008 |
| 13. | 108 | 23A | June 10, 2008 | June 5, 2008 |
| 14. | 108 | 24 | June 16, 2008 | June 12, 2008 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Time Inc.
1271 Avenue of the Americas
New York, NY 10020

**FOR NON-U.S. WORKS: Author's citizenship ▼**    **Domicile ▼**    **Nation of publication ▼**

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Irina Mayakova*

**Typed or printed name** Irina Mayakova

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Irina Mayakova    Daytime telephone ▶ 212.522.8340

Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688    Email ▶ irina_mayakova@timeinc.com

**Certificate will be mailed in window envelope to this address:**

Name▼
Irina Mayakova, Time Inc. Legal Dept.
Number/Street/Apt ▼
1271 Avenue of the Americas, Room 11-35C.D
City/State/ZIP▼
New York, NY 10020-1393

**DEPOSIT ACCOUNT**
Account number ▶ DA0 17523
Name of account ▶ Time Inc.

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV: February 2000

PRINTED ON RECYCLED PAPER

☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/108

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-133

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008
EXAMINED BY                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
List in order of publication

No previous registration under identical title

**TITLE ▼**  SPORTS ILLUSTRATED                          **ISSN ▼** 0038-822X

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 108 | 25 | June 23, 2008 | June 23, 2008 |
| 2. | 108 | 26 | June 30, 2008 | June 26, 2008 |
| 3. | 109 | 1 | July 7, 2008 | July 3, 2008 |
| 4. | 109 | 2 | July 14-21, 2008 | July 10, 2008 |
| 5. | 109 | 3 | July 28, 2008 | July 24, 2008 |
| 6. | 109 | 4 | August 4, 2008 | July 31, 2008 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Time Inc.
1271 Avenue of the Americas
New York, NY 10020

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Irina Mayakova*          Typed or printed name ▶ Irina Mayakova

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Irina Mayakova                    Daytime telephone ▶ 212.522.8340
Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7608          Email ▶ irina_mayakova@timeinc.com

Certificate will be mailed in window envelope to this address:

**Name ▼** Irina Mayakova, Time Inc. Legal Dept.
**Number/Street/Apt ▼** 1271 Avenue of the Americas, Room 11-35C.D
**City/State/ZIP ▼** New York, NY 10020-1393

**DEPOSIT ACCOUNT**
Account number ▶ DA0 17523
Name of account ▶ Time Inc.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV: February 2000          PRINTED ON RECYCLED PAPER          ★ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-857-684**

**Effective date of registration:**

August 5, 2008

## Title

**Title of Work:** SPORTS ILLUSTRATED FOR KIDS

**Date on Copies** June 2008

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 19, 2008

**International Standard Number:** ISSN        1042-394X

## Author

■ **Author:** Time Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Time Inc.

1271 Avenue of the Americas, New York, NY 10020

## Certification

**Name:** Irina Mayakova

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-857-559

**Effective date of
registration:**

August 5, 2008

---

## Title

**Title of Work:** SPORTS ILLUSTRATED FOR KIDS

**Date on Copies** July 2008

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 16, 2008

**International Standard Number:** ISSN          1042-394X

## Author

**Author:** Time Inc.

**Author Created:** collective work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Time Inc.

1271 Avenue of the Americas, New York, NY, 10020

## Certification

**Name:** Irina Mayakova

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-857-562

**Effective date of registration:**

August 5, 2008

---

## Title

**Title of Work:** SPORTS ILLUSTRATED FOR KIDS

**Date on Copies** August 2008

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 14, 2008

**International Standard Number:** ISSN        1042-394X

## Author

- **Author:** Time Inc.

  **Author Created:** Collective work

  **Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Time Inc.

1271 Avenue of the Americas, New York, NY, 10020

## Certification

**Name:** Irina Mayakova

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE
RE

TX 6-648-140

EFFECTIVE DATE OF REGISTRATION
**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**
ONE DEPOSIT RECEIVED
**AUG 05 2008**
EXAMINED BY ☑    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No person this registration under identical title

| TITLE ▼ **THIS OLD HOUSE** | | | | ISSN ▼ **1086-2633** |
|---|---|---|---|---|
| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
| 1. | 13 | 5 | June 2008 | May 26, 2008 |
| 2. | 13 | 6 | July/August 2008 | June 30, 2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
This Old House Ventures, Inc.
1185 Avenue of the Americas
New York, NY 10036

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Irina Mayakova*      Typed or printed name  Irina Mayakova

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Irina Mayakova      Daytime telephone ▶ 212.522.8340
Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688      Email ▶ irina_mayakova@timeinc.com

| Certificate will be mailed in window envelope to this address: | Name▼ | DEPOSIT ACCOUNT |
|---|---|---|
| | Irina Mayakova, Time Inc. Legal Dept. | Account number ▶ DA0 17523 |
| | Number/Street/Apt ▼  1271 Avenue of the Americas, Room 11-35C.D | Name of account ▶ Time Inc. |
| | City/State/ZIP▼  New York, NY 10020-1300 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV: February 2000      ♻ PRINTED ON RECYCLED PAPER      ✭ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**

TX 6-648-143

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

**APPLICATION RECEIVED**

AUG 05 2008

**ONE DEPOSIT RECEIVED**

AUG 05 2008

EXAMINED BY ☑    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼** TIME MAGAZINE     **ISSN▼** 0040-781X

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication▼ |
|---|---|---|---|---|
| 1. | 171 | 14 | April 7, 2008 | March 28, 2008 |
| 2. | 171 | 15 | April 14, 2008 | April 4, 2008 |
| 3. | N/A | N/A | Summer 2008 (Red) | April 4, 2008 |
| 4. | 171 | 16 | April 21, 2008 | April 11, 2008 |
| 5. | 171 | 17 | April 28, 2008 | April 18, 2008 |
| 6. | 171 | 18 | May 5, 2008 | April 25, 2008 |
| 7. | 171 | 19 | May 12, 2008 | May 2, 2008 |
| 8. | 171 | 20 | May 19, 2008 | May 9, 2008 |
| 9. | 171 | 21 | May 26, 2008 | May 16, 2008 |
| 10. | 171 | 22 | June 2, 2008 | May 23, 2008 |
| 11. | 171 | 23 | June 9, 2008 | May 30, 2008 |
| 12. | 171 | 24 | June 16, 2008 | June 6, 2008 |
| 13. | | | | |
| 14. | | | | |

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Time Inc.
1271 Avenue of the Americas
New York, NY 10020

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Irina Mayakova*     Typed or printed name   Irina Mayakova

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Irina Mayakova     Daytime telephone ▶ 212.522.8340

Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688     Email ▶ irina_mayakova@timeinc.com

Certificate will be mailed in window envelope to this address:

**Name▼** Irina Mayakova, Time Inc. Legal Dept.

**Number/Street/Apt▼** 1271 Avenue of the Americas, Room 11-35C.D

**City/State/ZIP▼** New York, NY 10020-1393

**DEPOSIT ACCOUNT**

Account number ▶ DA0 17523

Name of account ▶ Time Inc.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV: February 2000

PRINTED ON RECYCLED PAPER     ☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/106

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/GROUP**
UNITED STATES COPYRIGHT OFFICE
RE:
TX 6-648-135



EFFECTIVE DATE OF REGISTRATION
**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**

ONE DEPOSIT RECEIVED
**AUG 05 2008**

EXAMINED BY                    CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

No previous registration under identical title

TITLE ▼  **TIME MAGAZINE**                    ISSN ▼ **0040-781X**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 171 | 25 | June 23, 2008 | June 23, 2008 |
| 2. | 171 | 26 | June 30, 2008 | June 30, 2008 |
| 3. | 172 | 1 | July 7, 2008 | June 27, 2008 |
| 4. | 172 | 2 | July 14, 2008 | July 4, 2008 |
| 5. | 172 | 3 | July 21, 2008 | July 11, 2008 |
| 6. | 172 | 4 | July 28, 2008 | July 18, 2008 |
| 7. | 172 | 5 | August 4, 2008 | July 25, 2008 |
| 8. | 172 | 6 | August 11, 2008 | August 1, 2008 |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼
Time Inc.
1271 Avenue of the Americas
New York, NY 10020

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Irina Nayakova*          Typed or printed name  Irina Nayakova

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶ Irina Nayakova          Daytime telephone ▶ 212.522.8340
Address (if other than given below) ▶ Same As Below

Fax ▶ 212.522.7688          Email ▶ irina_nayakova@timeinc.com

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼  Irina Nayakova, Time Inc. Legal Dept. |
| | Number/Street/Apt ▼  1271 Avenue of the Americas, Room 11-35C.D |
| | City/State/ZIP ▼  New York, NY 10020-1393 |

DEPOSIT ACCOUNT
Account number ▶ DA0 17523
Name of account ▶ Time Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—20,000
WEB REV, February 2000          PRINTED ON RECYCLED PF          ✦ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

EXHIBIT 2



## Receipt
Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

No.    1-1DTL1B

**Date:  8/5/2008 2:18:45 PM**

**Received**

| | |
|---|---|
| Form(s): | 16 SE GROUP/8 SHORT SE/1 CO |
| Deposit Count: | 119 |
| Piece Count: | 119 |
| Type of Deposit: | 117 SERIALS / 2 BOOKS |
| Other Enclosures: | COVER LETTER/CERTIFICATION LETTER |
| Title: | ENTERTAINMENT WEEKLY JUNE 20, 2008 & 118 OTHERS |
| # of Additional Titles: | 118 |
| Priority: | Special Handling |
| Received By: | CKNI |
| # Of Documents: | |

☐ Search Report
☐ Search
☐ Retrieval
☐ Correspondence
☐ Inspection
☐ Photocopies
☒ Additional Certificate
☐ Certification
☐ Secure Test Exam
Other:

---

Received From:  TIME INC / ANDREW B. LACHOW          Phone:   (212) 522-8307
1271 AVENUE OF THE AMERICAS

NEW YORK, NY 10020-1393

Representing:   SELF                                    Phone:

Corresponding Id:

---

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | ☐ | Check: | |
| Fee to be Determined: | ☐ | Money Order: | |
| Base Fee: | $2,930.00 | Deposit Account: 17523 | |
| Special Handling Fee: | $17,125.00 | Deposit Account Name: | TIME, INC. |
| Secure Test Exam Fee: | $ | | |
| Total Due: | $20,055.00 | | |

Total Payment:    $20,055.00

---

**Special Handling**

| | | | |
|---|---|---|---|
| Delivery Method: | Hold for Pick-Up | Contact: | ANDREW LACHOW |
| | | Organization: | 212-522-8307 |

---

**Notes**
REMITTER HAS ALSO REQUESTED CERTIFIED COPIES OF REGISTRATION CERTIFICATES.

**x** Not Reviewed by Information Section

Receipt of material is merely a preliminary step in the registration and/or recordation process.  It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

# Time Inc.

## STAMP & RETURN

Time Inc.
Time & Life Building
1271 Avenue of the Americas
New York, NY 10020

212-522-8307
212-467-0860 Fax
andrew_lachow@timeinc.com

**Andrew B. Lachow**
Vice President and
Deputy General Counsel

August 4, 2008

RECEIVED
AUG 0 5 2008
COPYRIGHT OFFICE
PUBLIC OFFICE

United States Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, D.C. 20559-6000

Re:  Request for Expedited Registration/Special Handling

Dear Sir or Madam:

On behalf of Time Inc., publishers of the magazines listed below, I am hereby requesting special expedited handling of the copyright applications for certain issues of our magazines. Expedited handling is requested because the registrations are needed in a prospective litigation seeking a temporary restraining order against a copyright infringer that we intend to file immediately.

I am requesting special handling for the issues in the chart below that have not been previously registered with the Copyright Office.  Enclosed you will find applications for registrations along with the required deposit copies.

| | |
|---|---|
| Entertainment Weekly | June 20, 2008 |
| Entertainment Weekly | June 27/July 4, 2008 |
| Entertainment Weekly | July 11, 2008 |
| Entertainment Weekly | July 18, 2008 |
| Entertainment Weekly | July 25, 2008 |
| Entertainment Weekly | August 1, 2008 |
| Entertainment Weekly | August 8, 2008 |
| Essence | August 2008 |
| Fortune | May 26, 2008 |
| Fortune | June 9, 2008 |
| Fortune | June 23, 2006 |
| Fortune | July 7, 2008 |
| Fortune | July 21, 2008 |
| Golf Magazine | August 2008 |
| InStyle | August 2008 |
| People | June 9, 2008 |
| People | June 16, 2008 |
| People | June 23, 2008 |

| | |
|---|---|
| People | June 30, 2008 |
| People | July 7, 2008 |
| People | July 2008 (Miley) |
| People | July 14, 2008 |
| People | July 21, 2008 |
| People | July 28, 2008 |
| People | August 4, 2008 |
| People | August 11, 2008 |
| People | August 18, 2008 |
| People Child Stars | Summer 2008 |
| People Stylewatch | June 2008 |
| People en Espanol | June 2008 |
| People en Espanol | July 2008 |
| People en Espanol | August 2008 |
| Real Simple | August 2008 |
| Sports Illustrated | June 23, 2008 |
| Sports Illustrated | June 30, 2008 |
| Sports Illustrated | July 7, 2008 |
| Sports Illustrated | July 14/July 21, 2008 |
| Sports Illustrated | July 28, 2008 |
| Sports Illustrated | August 4, 2008 |
| Sports Illustrated for Kids | June 2008 |
| Sports Illustrated for Kids | July 2008 |
| Sports Illustrated for Kids | August 2008 |
| Time | June 23, 2008 |
| Time | June 30, 2008 |
| Time | July 7, 2008 |
| Time | July 14, 2008 |
| Time | July 21, 2008 |
| Time | July 28, 2008 |
| Time | August 4, 2008 |
| Time | August 11, 2008 |

The following issues in the chart below are the subject of a prior copyright application made in the ordinary course, but as to which registration has not yet been issued. Enclosed you will find applications and deposit copies identical to the original ones previously submitted to the Copyright Office. I can attest that the magazine issues that are included herewith are identical to the issues that were previously submitted, and that the individual applications appended are identical copies of those previously submitted.

| | |
|---|---|
| Essence | May 2008 |
| Essence | June 2008 |
| Essence | July 2008 |
| Fortune | March 17, 2008 |
| Fortune | March 31, 2008 |
| Fortune | April 14, 2008 |
| Fortune | April 28, 2008 |
| Fortune | May 5, 2008 |
| Fortune | May 12, 2008 |
| Golf Magazine | May 2008 |

2

| | |
|---|---|
| Golf Magazine | June 2008 |
| Golf Magazine | July 2008 |
| InStyle | May 2008 |
| InStyle | June 2008 |
| InStyle | July 2008 |
| Money | May 2008 |
| Money | June 2008 |
| Money | July 2008 |
| People | April 7, 2008 |
| People | April 14, 2008 |
| People | April 21, 2008 |
| People | April 28, 2008 |
| People | May 5, 2008 |
| People | May 12, 2008 |
| People | May 19, 2008 |
| People | June 2008 (Jonas) |
| People | May 26, 2008 |
| People | June 2008 (Country) |
| People | June 2, 2008 |
| Real Simple | May 2008 |
| Real Simple | June 2008 |
| Real Simple | July 2008 |
| Sports Illustrated | April 7, 2008 |
| Sports Illustrated | April 8, 2008 |
| Sports Illustrated | April 14, 2008 |
| Sports Illustrated | April 21, 2008 |
| Sports Illustrated | April 28, 2008 |
| Sports Illustrated | May 5, 2008 |
| Sports Illustrated | May 6, 2008 |
| Sports Illustrated | May 12, 2008 |
| Sports Illustrated | May 19, 2008 |
| Sports Illustrated | May 26, 2008 |
| Sports Illustrated | June 2, 2008 |
| Sports Illustrated | June 9, 2008 |
| Sports Illustrated | June 10, 2008 |
| Sports Illustrated | June 16, 2008 |
| Time | April 7, 2008 |
| Time | April 14, 2008 |
| Time | Summer 2008 (S&D) |
| Time | April 21, 2008 |
| Time | April 28, 2008 |
| Time | May 5, 2008 |
| Time | May 12, 2008 |
| Time | May 19, 2008 |
| Time | May 26, 2008 |
| Time | June 2, 2008 |
| Time | June 9, 2008 |
| Time | June 16, 2008 |

Based upon my calculations, the regular registration fees total $2930.00 and the special handling fee of $685 per application total $17,125.00, for a grand total of $20,055.00. Please charge this amount to Time Inc. Deposit Account No. DAO 17523.

Given the prospective litigation, we also need a certified copy of each registration certificate to be mailed to me on an expedited basis at Time Inc. The certification and copying fees can be charged to the same Time Inc. Deposit Account DAO 17523.

I hereby certify that the information in this request is correct to the best of my knowledge.

Thank you in advance and please do not hesitate to contact me with any questions in connection with this request.

Sincerely,

Andrew Lachow
Vice President and
Deputy General Counsel
Time Inc.
1271 Avenue of the Americas
New York, NY 10020--1393
Telephone: (212) 522-8307
Fax: (212) 467-0860
andrew_lachow@timeinc.com

4

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



U

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

Coastal Living

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 12 | 5 | June 2008 | 10 x year |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a** NAME OF AUTHOR ▼
Southern Accents, Inc., dba Coastal Living Magazine

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1997

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given   2008 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.   Month ▶ June   Day ▶ 1   Year ▶ 2008   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Southern Accents, Inc.
2100 Lakeshore Drive
Birmingham, AL  35209

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5–9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY _____ FORM SE

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ _____    Year of Registration ▶ _____

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                                   Account Number ▼

Coastal Living                              DA86746

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Mamie Walling, c/o Coastal Living Editorial, 2100 Lakeshore Drive, Birmingham, AL 35209

Area code and daytime telephone number ▶ 205-445-6007          Fax number ▶ 205-445-8655
Email ▶ mamie_walling@timeinc.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ⟨ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Southern Accents, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mamie Walling                                          Date ▶ 6/1/08

Handwritten signature ▼

_Mamie Walling_

**9** Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
MAMIE WALLING, c/o Coastal Living Magazine
Number/Street/Apt ▼
2100 Lakeshore Drive
City/State/Zip ▼
Birmingham, AL 35209

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE–Full   Rev: 11/2006   Print: 11/2006   Printed on recycled paper                    U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx



**Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



U

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** | **TITLE OF THIS SERIAL ▼**

Coastal Living

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 12 | 6 | July-August 2008 | 10 x year |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2** | **NAME OF AUTHOR ▼**

Southern Accents, Inc., dba Coastal Living Magazine

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1997

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3** | **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
2008   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶   Year ▶ 2008   ◀ Nation

**4** | **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Southern Accents, Inc
2100 Lakeshore Drive
Birmingham, AL  35209

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE   OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY                                    FORM SE

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                          Account Number ▼

Coastal Living                                   DA86746

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Mamie Walling, c/o Coastal Living Editorial, 2100 Lakeshore Drive, Birmingham, AL 35209

Area code and daytime telephone number ▶ 205-445-6007        Fax number ▶ 205-445-8655

Email ▶ mamie_walling@timeinc.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Southern Accents, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mamie Walling                                   Date ▶ 7/1/08

Handwritten signature ▼

*Mamie Walling*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
MAMIE WALLING, c/o Coastal Living Magazine

Number/Street/Apt ▼
2100 Lakeshore Drive

City/State/Zip ▼
Birmingham, AL 35209

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE-Full  Rev: 11/2006  Print: 11/2006  Printed on recycled paper                    U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

U

EFFECTIVE DATE OF REGISTRATION

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

COOKING LIGHT: Eat Smart, Be Fit, Live Well

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 22 | 5 | June 2008 | 11 per year |

PREVIOUS OR ALTERNATIVE TITLES ▼
COOKING LIGHT: The Magazine of Food and Fitness

**2** NAME OF AUTHOR ▼
**a** Southern Living, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☑ Collective Work      Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work      Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work      Other:

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2008

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ June      Day ▶ 1      Year ▶ 2008
USA      ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Southern Living Inc.
2100 Lakeshore Drive
Birmingham, AL 35209

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5–9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

U

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS SERIAL ▼

COOKING LIGHT: Eat Smart, Be Fit, Live Well

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 22 | 6 | July 2008 | 11 per year |

PREVIOUS OR ALTERNATIVE TITLES ▼

COOKING LIGHT: The Magazine of Food and Fitness

**2**
**a** NAME OF AUTHOR ▼
Southern Living, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☑ Collective Work    Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2008 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 1   Year ▶ 2008
USA ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Southern Living Inc.
2100 Lakeshore Drive
Birmingham, AL 35209

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5–9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

U

EFFECTIVE DATE OF REGISTRATION

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

COOKING LIGHT: Eat Smart, Be Fit, Live Well

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 22 | 7 | August 2008 | 11 per year |

PREVIOUS OR ALTERNATIVE TITLES ▼

COOKING LIGHT: The Magazine of Food and Fitness

---

**2**

**a** NAME OF AUTHOR ▼

Southern Living, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☑ Collective Work        Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work        Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work        Other:

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2008 ◀ Year in all cases.
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ August    Day ▶ 1    Year ▶ 2008
USA ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Southern Living Inc.
2100 Lakeshore Drive
Birmingham, AL 35209

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5–9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

U

EFFECTIVE DATE OF REGISTRATION

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

Health

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 22 | 5 | June 1, 08 | 10/year |

PREVIOUS OR ALTERNATIVE TITLES ▼

In health, hippocrates

**2** NAME OF AUTHOR ▼

**a** Health Publishing, Inc

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2008 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ June  Day ▶ 01  Year ▶ 2008    ◀ Nation
USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Health Publishing, Inc

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5–8) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

|  | EXAMINED BY | FORM SE |
|---|---|---|
|  | CHECKED BY |  |
|  | ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a  Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b  Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a  Name ▼  Health Publishing, Inc          Account Number ▼  DA083631

b  CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
health publishing inc. Attn: Ginny Temple
2100 lakeshore dr.
Birmingham, AL 35209
Area code and daytime telephone number ▶ 205-445-7273          Fax number ▶ 205-445-5123
Email ▶

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Health Publishing, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Faustina Williams          Date ▶ 7-1-08

Handwritten signature ▼
Faustina Willian

**9** Certificate will be mailed in window envelope to this address:
Name ▼  Health magazine, Attn: ginny temple
Number/Street/Apt ▼  2100 lakeshore dr.
City/State/Zip ▼  Birmingham, AL 35209

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE-Full  Rev: 11/2006  Print: 11/2006  Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

Health

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 22 | 6 | July 1, 2008 | 10/year |

PREVIOUS OR ALTERNATIVE TITLES ▼

In health, hippocrates

---

**2** NAME OF AUTHOR ▼

**a** Health Publishing, Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2008 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month July   Day 01   Year 2008
USA ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Health Publishing, Inc

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5–9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

# FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

U

EFFECTIVE DATE OF REGISTRATION

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**

SOUTHERN ACCENTS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 31 | 4 | July/August 2008 | bi-monthly |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a** **NAME OF AUTHOR ▼**

SOUTHERN ACCENTS, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼  1977    Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work  Other:

**3**

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
2008 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ June 16  Day ▶ 16  Year ▶ 2008  ◀ Nation
USA

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

SOUTHERN ACCENTS, Inc.
2100 Lakeshore Drive
Birmingham, AL  35209

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

For a Serial
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Southern Living Magazine

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---|---|---|---|
| 43 | 6 | June 2008 | 0038-4305 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Southern Living, Inc.
2100 Lakeshore Drive
Birmingham, Al 35209

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ | YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): Year▼ |
|---|---|---|---|
| June | 1 | 2008 | |

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer **John Alex Floyd, Jr.**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name▶ **Marian Cooper**
Daytime telephone number ▶ **205-445-6124**
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number▶ **DA020575**
Name of account▶ **Southern Living**

MAIL CERTIFICATE TO

Name▼ **John Alex Floyd, Jr.**
**Southern Living**

Certificate will be mailed in window envelope

Number/Street/Apartment Number▼
**2100 Lakeshore Drive**
City/State/ZIP▼
**Birmingham, Al 35209**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1995 for the new fee schedule.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,001

For a Serial
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month          Day          Year

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Southern Living Magazine

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---|---|---|---|
| 43 | 7 | July 2008 | 0038-4305 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Southern Living, Inc.
2100 Lakeshore Drive
Birmingham, Al 35209

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE
Month▼       Day▼       Year▼

July          1          2008

YEAR IN WHICH CREATION OF
THIS ISSUE WAS COMPLETED
(IF EARLIER THAN THE YEAR OF
PUBLICATION):
Year▼

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant of the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name of signer  John Alex Floyd, Jr.

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name▶ Marian Cooper
Daytime telephone number▶ 205-445-6124
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number▶ DA020575
Name of account▶ Southern Living

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed
in window
envelope

Name▼ John Alex Floyd, Jr.
Southern Living
Number/Street/Apartment Number▼ 2100 Lakeshore Drive
City/State/ZIP▼ Birmingham, Al 35209

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are ad-
justed at 5-year inter-
vals, based on in-
creases or decreases in
the Consumer Price In-
dex. The next adjust-
ment is due in 1995.
Contact the Copyright
Office in January 1995
for the new fee sched-
ule.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,001

For a Serial
**UNITED STATES COPYRIGHT OFFICE**
REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month        Day        Year

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Southern Living Magazine

| Volume▼ | Number▼ | Date on Copies▼ | ISSN▼ |
|---|---|---|---|
| 43 | 8 | August 2008 | 0038-4305 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Southern Living, Inc.
2100 Lakeshore Drive
Birmingham, Al 35209

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| August | 1 | 2008 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name of signer   John Alex Floyd, Jr.

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name▶ Marian Cooper
Daytime telephone number ▶  205-445-6124
Address (if other than given below) ▶

DEPOSIT ACCOUNT
Account number ▶ DA020575
Name of account ▶ Southern Living

MAIL CERTIFI-CATE TO

Name▼ John Alex Floyd, Jr.
Southern Living

Certificate will be mailed in window envelope

Number/Street/Apartment Number▼
2100 Lakeshore Drive

City/State/ZIP▼
Birmingham, Al 35209

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1995. Contact the Copyright Office in January 1995 for the new fee schedule.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,001

EXHIBIT 3

Case 1:08-cv-07392-WHP    Document 19-4    Filed 08/27/2008    Page 2 of 4

Mygazines.com - upload. share. archive.

**mygazines.com**
upload. share. archive.

MAGAZINES    ARTICLES    MYGAZINES    FRIENDS

search articles

search    38 diggs  digg it

sign up for free | take tour | log in | 18+ family filter: On

upload

## Top Ranked Magazines







New uploads    Most read articles    Top rated articles    Top rated mygazines

**National Geographic Adventure** September 2008

**Pc World** September 2008 (CAN/USA)

avg article rating

**Ikea Catalogue** 2008 (CAN/USA)

**Ikea Catalogue** 2009 (CAN/USA)

avg article rating



**GamePro Issue 240** September 2008 (CAN/USA)

avg article rating

**Veranda** September 2008 (CAN/USA)

### What is Mygazines?

Mygazines is your **free** place to browse, share, archive and customize unlimited magazine articles uploaded by you, the Mygazines community.

take a quick tour ✦

### Member Login

your username

your password

Login

forgot username | forgot password

**Not a member yet? Signup for Free!**

8/14/2008

Mygazines.com - upload. share. archive.




**CONTEST**

We're giving away **$1000** every **month!**

To the member who signs up the most friends

click for full contest details

## Find Your Friends!

See who's already on Mygazines.
We will not store your login or password and won't email anyone without your explicit permission.

YAHOO! Mail    Hotmail

GMail    AOL

continue

search community or email invite

## Frequently Asked Questions

○ What are 'mygazines'?
○ How can I create my own?
○ Where are my mygazines stored?
○ How can I edit my mygazines?



(CAN/USA)

avg article rating



**Sports Illustrated**
August 11, 2008
(CAN/USA)

avg article rating




avg article rating

**EM Catalogue**
2007 (ZAF)

shawnjooste
August 13, 2008

avg article rating




avg article rating

**VERANDA**

avg article rating





**CSR**
2008 (ARE)

jela
August 13, 2008

avg article rating





**Hobby Japan 200707**
July 2007 (JPN)

justynova
August 13, 2008

avg article rating

**PC Magazine**
September 2008
(CAN/USA)

avg article rating



**PC Gamer**
July 2008 (GBR)

avg article rating





**Advertising Age**
August 4, 2008
(CAN/USA)

avg article rating

**Hoshi no Koe Capitulo 01**
February 2004
(JPN)

justynova
August 12, 2008

avg article rating

**Techlaw Newsletter**
2008 (CAN/USA)

kaplanmyrth
August 12, 2008

avg article rating

Case 1:08-cv-07392-WHP     Document 19-4     Filed 08/27/2008     Page 4 of 4

Mygazines.com - upload. share. archive.

## ✎ Popular Tags

10min , 2008 , 3 , 3G , a , a5 , aa , about , absolute , accessible , action , ad , adam , address , adfdsf , adult , affitto , africa , aircraft , airplane , alcohol , alek , alfa , amazon , amo , amy , and , Angelina , angie , animals , anime , Anne , annisa , antenna , appartamento , arbol , architecture , area , area51 , art , asdad , asdfasd , asdfcxvdxfv , ashlynn , atlanticchar , atrocity , audi , august , babes , back , bad

EXHIBIT 4

http://www.mygazines.com - Time - July 7, 2008 (CAN/USA) - Microsoft Internet Explorer

mygazines.com    Time - July 7, 2008 (CAN/USA)

cover    articles    pages

front cover

search

**TIME**

CANADIAN EDITION · JULY 7, 2008

Does God Want You to Have More Sex?

Joe Klein: The Case Against Air-Conditioning

Afghanistan: Why NATO Hasn't Finished the Job

3  5  10

**The Real Meaning Of Patriotism**

Why both parties get it wrong—and how to fix it
BY PETER BEINART

Why service is our strength
BY JOHN MCCAIN

Why we share the same destiny
BY BARACK OBAMA

**use your keyboard!**

you have options - you can use the buttons on the screen or:

turn pages with the ← & → arrow keys

zoom in and out with the z key

scroll the page with the ↑ & ↓ arrow keys

Done                                                    Internet

start    DeskSite (Not Resp...    3 Internet Explorer    Document2 - Micro...    Microsoft Excel    Inbox - Microsoft...    4:20 PM

Document2









EXHIBIT 5

























































EXHIBIT 6

Mygazines.com - upload. share. archive.

**mygazines.com**
upload. share. archive.

upload

MAGAZINES    ARTICLES    MYGAZINES    FRIENDS

search articles    [ search ]    31 diggs  digg it

## What is Mygazines?

Mygazines is your **free** place to browse, share, archive and customize unlimited magazine articles uploaded by you, the Mygazines community.

[ ↑ take a quick tour ]

## Member Login

your username
your password

[ Login ]

forgot username | forgot password

**Not a member yet? Signup for Free!**

## Top Ranked Magazines







New uploads    Most read articles    Top rated articles    Top rated mygazines

**Techlaw Newsletter**
2008 (CAN/USA)

kaplanmyrth
August 12, 2008

avg article rating

**Selfbuilder & Homemaker**
July 2008 (GBR)

**ParkerEllis**
August 12, 2008

avg article rating





**Sports Illustrated**
August 4, 2008
(CAN/USA)

avg article rating

**Woman's World**
August 18, 2008
(CAN/USA)

**Techlaw Bulletin**
2008 (CAN/USA)

kaplanmyrth

**Time**
August 18, 2008
(CAN/USA)

Mygazines.com - upload. share. archive.



CONTEST

We're giving away **$1000** every month!

To the member who signs up the most friends

click for full contest details

## Find Your Friends!

See who's already on Mygazines.
We will not store your login or password and won't email anyone without your explicit permission.

 

○ YAHOO! Mail     ○ Hotmail

○ Gmail     ○ AOL

continue

**search community** or **email invite**

## Frequently Asked Questions

○ What are 'mygazines'?

○ How can I create my own?

○ Where are my mygazines stored?

○ How can I edit my mygazines?

---

avg article rating



avg article rating

**TIME**

---

**Homes & Gardens**
August 2008 (GBR)

avg article rating

---

**Motorcyclist**
September 2008 (CAN/USA)

avg article rating

---

**Will Richardson's Ideas**
August 11, 2008 (CAN/USA)

jtanner
August 11, 2008

avg article rating

---

avg article rating



**Gucci Hysteria Collection**
2008 (CAN / USA)

avg article rating

---

**Discover**
September 2008 (CAN/USA)

avg article rating

---

**Will Richardson's Ideas**
August 9, 2008 (CAN/USA)

jtanner
August 11, 2008

avg article rating



---

avg article rating

 

**The Economist**
August 9, 2008 (CAN/USA)

avg article rating

---

**Tennis**
September 2008 (CAN/USA)

avg article rating

---

**Students as Historians: The Historical Narrative Inquiry Model's Impact on Historical Thinking and Historical Empathy**
2007 (USA)

bdyck
August 11, 2008

avg article rating

---

Case 1:08-cv-07392-WHP    Document 19-7    Filed 08/27/2008    Page 4 of 15

Mygazines.com - upload. share. archive.

## Popular Tags

10min , 2008 , 3 , 3G , a , a5 , aa , about , absolute , accessible , action , ad , adam , address , adfdsf , adult , affitto , africa , aircraft , airplane , alcohol , alek , alfa , amazon , amo , amy , and , Angelina , angie , animals , anime , Anne , annisa , antenna , appartamento , arbol , architecture , area , area51 , art , asdad , asdfasd , asdfcxvdxfv , ashlynn , atlanticchar , atrocity , audi , august , babes , back , bad

**mygazines.com**
upload. share. archive.

MAGAZINES    ARTICLES    MYGAZINES    FRIENDS

search articles [ search ]

38 diggs  digg it

sign up for free | take tour | log in | 18+ family filter: On

[ upload ]

# Site Tour

# Upload Your Magazines!

## All of our site's content is uploaded by people just like you.

Easily upload your magazine, catalogue, brochure or any other publication to our site for free.

Your document will be converted by our system into an interactive publication allowing users from all over the world to read, comment, share and archive articles from your publication until the end of time!

## Why should I upload my publication to mygazines.com?

- Our article-level search and archiving ability allows your audience to find the content they're looking for faster
- Increase your distribution and advertising revenue by exposing your publication to more eyes
- Keep control of your publication: Mygazines will not allow for downloading or printing of your publication. Your original source file is never accessible.
- Save the trees - no paper will be used in the making of your virtual publication  :-)
- It's absolutely free!

## How should my publication be formatted?

- your file must be in **Adobe® PDF** format (up to version 1.6)
- your first bookmark should be labeled "**cover**" for the front cover
- make sure to include a bookmark labeled "**TOC**" for the table of contents page (if one exists)

1. Upload your magazines

2. Read, share, archive

3. Create mygazines

4. Add your friends

5. Create notifications

**when you're ready**

**Signup for free!**

o if an article is not bookmarked, it will not appear as an article on our site - so **bookmark all the articles!**

o you can include internal **links** to page as well as external links to websites - they will work in the flipbook! (please don't spam)

o **maximum file size: 150 MB or 600 pages** - files that exceed these limits will not be processed

**Editting PDFs tutorials (From adobe.com)**

o Creating Bookmarks in Adobe Acrobat

o Create Links in Adobe Acrobat

**next »**

**My account**

Magazines
Favorites

Mygazines
Notifications

Friends
More...

**Help & Information**

Take Tour        Adult Filters

**Mygazines.com**

About Us          Terms of Use      Contact Us
Privacy policy    Contest

Case 1:08-cv-07392-WHP    Document 19-7    Filed 08/27/2008    Page 7 of 15

**mygazines.com**
upload. share. archive.

sign up for free | take tour | log in | 18+ family filter: On

MAGAZINES    ARTICLES    MYGAZINES    FRIENDS

search articles    [ search ]    38 diggs digg it

upload

# Site Tour    Read, Share & Archive!

1. Upload your magazines

2. Read, share, archive

3. Create mygazines

4. Add your friends

5. Create notifications

**when you're ready**

**Signup for free!**

You may have noticed that content on mygazines.com is broken down into 3 types: Magazines, Articles and Mygazines.

MAGAZINES ▾    ARTICLES ▾    MYGAZINES ▾

## So what are each of the types of content?

**Magazines**
These are the uploaded magazines in whole.

**Articles**
Every magazine has many articles – instead of having to sift through your magazines to find what you're looking for, you can search the articles directly! Looking for a pie recipe? No need to search through entire food magazines – just search for recipes of your favorite pie in the search bar at the top of every page.

**Mygazines**
So what are you to do with all these articles you like? Why not archive them into your own personal magazines, or, "mygazines". a collection of articles arranged just the way you like them. Each of your mygazines can be focused on an area of interest – you could setup "recipes" mygazines and store all those pie recipes you found.

Redecorating your bedroom? Create "bedrooms" mygazines and store all the articles you find on bedroom décor. You can create as many mygazines as you like and store as many or as few articles in each as you like. The possibilities are endless!

## What can I do with all this content?

Each type of content has several options that can be found by clicking on their respective    menu ▾

### 🖺 Read

read magazines, articles or mygazines in the flipbook – read the flipbook instructions?

### ✉ Email

email a link to magazines. articles or mygazines to your friends

### 🐾 Share

send magazines, articles or mygazines directly to your Mygazines friends.

### 🔖 Social Bookmark

save magazines, articles or mygazines to your facebook page, digg profile, del.icio.us page, and many more...

### 🖐 Save to Favorites

As a Mygazines.com member, you can save magazines and mygazines to your favorites library. It will be stored for you in your account area for easy access.

### 🛒 Add to Basket

Found an article of interest, but not sure yet if you want to save it to one of your mygazines? No problem, we added a basket to the top of the page so you can take your time making decisions. Adding an article to the basket allows you to have access to that article while you browse the site. If you decide you want to save the article permanently, simply open the basket, find the article and choose "move to a mygazine" from the menu.

### 🖐 Save to your mygazines

So you're sure you want this article. There's no need to move it to the basket – save it directly to your custom mygazines.

### ◈ Tag your Articles/Mygazines

Case 1:08-cv-07392-WHP     Document 19-7     Filed 08/27/2008     Page 9 of 15

Assuming it's your content (or the content's owner has allowed it) you can add tags to articles to make them even easier to search for. Our tagging system is community driven, which means the entire mygazines community contributes! Browse our site to discover all the wonderful content users like you have uploaded, collaborated, discussed and rated.

As a member, you can also rate articles and user-created mygazines, as well as comment on articles.

next »

Mygazines.com - Terms of Use

sign up for free | take tour | log in | 18+ family filter: On

upload

upload. share. archive.

MAGAZINES    ARTICLES    MYGAZINES    FRIENDS

search articles    [ search ]    38 diggs  digg it

**Mygazines.com**

About us

Terms of use

Privacy policy

**Contact us**

feedback@mygazines.com

bugs@mygazines.com

abuse@mygazines.com

**Help & Information**

Site Tour

Flipbook Instructions

Adult filters

**Contests**

# Terms of Use

## Introduction

The following Terms of Use outline your obligations when using the Mygazines website. You can also review our Privacy Policy, which outlines our obligations and practices towards handling any personal information that you may provide to us.

1. **ACCEPTANCE OF TERMS**
The web pages available at mygazines.com, and all linked pages ("Site"), are owned and operated by Salveo Ltd. ("Mygazines"), and is accessed by you under the Terms of Use described below ("Terms of Use").

PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THE SERVICES. BY ACCESSING THIS SITE OR USING ANY PART OF THE SITE OR ANY CONTENT OR SERVICES (AS EACH IS DEFINED BELOW) ON THE SITE, YOU AGREE TO BECOME BOUND BY THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO ALL THE TERMS AND CONDITIONS, THEN YOU MAY NOT ACCESS THE SITE OR USE THE CONTENT OR ANY SERVICES IN THE SITE. MYGAZINES'S ACCEPTANCE IS EXPRESSLY CONDITIONED UPON YOUR ASSENT TO ALL OF THESE TERMS AND CONDITIONS, TO THE EXCLUSION OF ALL OTHER TERMS; IF THESE TERMS AND CONDITIONS ARE CONSIDERED AN OFFER BY MYGAZINES, ACCEPTANCE IS EXPRESSLY LIMITED TO THESE TERMS.

2. **MODIFICATIONS OF TERMS OF USE**
Mygazines reserves the right, at its sole discretion, to modify or replace the Terms of Use at any time. If the alterations constitute a material change to the Terms of Use, Mygazines will notify you by posting an announcement on the Site. What constitutes a "material change" will be determined at

$1000 a month giveaway!

Mygazines's sole discretion, in good faith and using common sense and reasonable judgment. You shall be responsible for reviewing and becoming familiar with any such modifications. Use of the Services by you following such notification constitutes your acceptance of the terms and conditions of the Terms of Use as modified.

3. **DESCRIPTION OF SERVICE**

Subject to full compliance with the Terms of Use, Mygazines may offer to provide certain services and content, as described more fully on the Site, ("Services"). Services shall include, but not be limited to, any service and content Mygazines performs for you, as well as the offering of any materials displayed, transmitted or performed on the Site or through the Services (including, but not limited to text, user comments, messages, information, data, graphics, news articles, photographs, images, illustrations, software, audio clips and video clips, also known as the "Content"). Mygazines may change, suspend or discontinue the Services including any Content for any reason, at any time, including the availability of any feature or content. Mygazines may also impose limits on certain features and services or restrict your access to parts or all of the Services without notice or liability.

4. **YOUR REGISTRATION OBLIGATIONS**

As a condition to using Services, you are required to register with Mygazines and select a password and screen name ("Mygazines User ID"). You shall provide Mygazines with accurate, complete, and updated registration information. Failure to do so shall constitute a breach of the Terms of Use, which may result in immediate termination of your Mygazines account. You may not (i) select or use as a Mygazines User ID a name of another person with the intent to impersonate that person; (ii) use as a Mygazines User ID a name subject to any rights of a person other than you without appropriate authorization; or (iii) use as a Mygazines User ID a name that is otherwise offensive, vulgar or obscene. Mygazines reserves the right to refuse registration of, or cancel a Mygazines User ID in its discretion. You shall be responsible for maintaining the confidentiality of your Mygazines password.

Services are available only to individuals who are at least 13 years old, whether acting on their own behalf or as an authorized employee or representative of a corporation or other business entity. If you do not so qualify, do not attempt to register for or use the Services.

5. **USER CONDUCT**

As a condition of use, you promise not to use the Services for any purpose that is unlawful or prohibited by these Terms of Use, or any other purpose not reasonably intended by Mygazines. By way of example, and not as a limitation, you agree not to use the Services:

1. to abuse, harass, threaten, impersonate or intimidate other Mygazines users;

2. to post or transmit, or cause to be posted or transmitted, any Content that is infringing, libelous, defamatory, obscene, pornographic, abusive, offensive, profane, or otherwise violates any law or

right of any third party;

3. for any illegal or unauthorized purpose. If you are an international user, you agree to comply with all local laws regarding online conduct and acceptable content;

4. to post or transmit, or cause to be posted or transmitted, any communication or solicitation designed or intended to obtain password, account, or private information from any Mygazines user;

5. to create or submit unwanted email ("Spam") to any other Mygazines users or any URL;

6. to violate any laws in your jurisdiction (including but not limited to copyright laws);

7. to submit stories or comments linking to affiliate programs, multi-level marketing schemes, sites/blogs repurposing existing stories (source hops), or off-topic content;

8. with the exception of accessing RSS feeds, you will not use any robot, spider, scraper or other automated means to access the Site for any purpose without our express written permission. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of the Site or any activities conducted on the Site; or (iii) bypass any measures we may use to prevent or restrict access to the Site;

9. with the intention of artificially inflating or altering the 'mygazines count', blog count, comments, or any other Mygazines service, including by way of creating separate user accounts for the purpose of artificially altering Mygazines's services; giving or receiving money or other remuneration in exchange for votes; or participating in any other organized effort that in any way artificially alters the results of Mygazines's services;

10. to advertise to, or solicit, any user to buy or sell any products or services. It is also a violation of these rules to use any information obtained from the Services in order to contact, advertise to, solicit, or sell to any user without their prior explicit consent;

11. attempt to impersonate another user or person;

12. sell or otherwise transfer your profile.

Mygazines may remove any Content and Mygazines accounts at any time for any reason (including, but not limited to, upon receipt of claims or allegations from third parties or authorities relating to such Content), or for no reason at all. To report Terms of Use abuse, please email: abuse@mygazines.com

You are solely responsible for your interactions with other users of the Site. Mygazines reserves the right, but has no obligation, to monitor disputes between you and other users.

6. **CONTENT SUBMITTED OR MADE AVAILABLE FOR INCLUSION ON THE SERVICE**

By uploading, submitting or otherwise disclosing or distributing Content for display or inclusion on the Site, you represent and warrant that either:

- ⊚ you purchased the Content,
- ⊚ you created the Content,
- ⊚ you own the rights to the Content, and/or
- ⊚ the Content is freely distributed by its Creator

7. **MYGAZINES PRIVACY POLICY**

Mygazines's current privacy policy is available at mygazines.com/privacy_policy (the "Privacy Policy"), which is incorporated by this reference.

8. **INDEMNITY**

You will indemnify and hold harmless Mygazines, its parents, subsidiaries, affiliates, customers, vendors, officers and employees from any liability, damage or cost (including reasonable attorneys fees and cost) from (i) any claim or demand made by any third party due to or arising out of your access to the Site, use of the Services, violation of the Terms of Use by you, or the infringement by you, or any third party using your account or Mygazines User ID, of any intellectual property or other right of any person or entity.

9. **WARRANTY DISCLAIMERS**

You acknowledge that Mygazines has no control over, and no duty to take any action regarding: which users gain access to the Site or use the Services; what effects the Content may have on you; how you may interpret or use the Content; or what actions you may take as a result of having been exposed to the Content. You release Mygazines from all liability for you having acquired or not acquired Content through the Site or the Services. The Site or Services may contain, or direct you to sites containing, information that some people may find offensive or inappropriate. Mygazines makes no representations concerning any content contained in or accessed through the Site or Services, and Mygazines will not be responsible or liable for the accuracy, copyright compliance, legality or decency of material contained in or accessed through the Site or the Services. THE SERVICE, CONTENT, AND SITE ARE PROVIDED ON AN "AS IS" BASIS, WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

10. **LINKS**

The Services may provide, or third parties may provide, links to other World Wide Web sites or resources. Because Mygazines has no control over such sites and resources, you acknowledge and agree that Mygazines is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any Content, advertising, products or other

materials on or available from such sites or resources. You further acknowledge and agree that Mygazines shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such Content, goods or services available on or through any such site or resource.

11. **LIMITATION OF LIABILITY**

IN NO EVENT SHALL MYGAZINES OR ITS SUPPLIERS BE LIABLE UNDER CONTRACT, TORT, STRICT LIABILITY, NEGLIGENCE OR OTHER LEGAL THEORY (I) WITH RESPECT TO THE SITE, THE SERVICE OR ANY CONTENT FOR ANY LOST PROFITS OR SPECIAL, INDIRECT, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES OF ANY KIND WHATSOEVER, SUBSTITUTE GOODS OR SERVICES (HOWEVER ARISING), OR (II) FOR ANY DIRECT DAMAGES IN EXCESS OF (IN THE AGGREGATE) $100. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS AND EXCLUSIONS MAY NOT APPLY TO YOU.

12. **TERMINATION**

Mygazines may terminate or suspend any and all Services and your Mygazines account immediately, without prior notice or liability, if you breach any of the terms or conditions of the Terms of Use. Upon termination of your account, your right to use the Services will immediately cease. If you wish to terminate your Mygazines account, you may simply discontinue using the Services. All provisions of the Terms of Use which by their nature should survive termination shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity and limitations of liability.

13. **MISCELLANEOUS**

No agency, partnership, joint venture, or employment is created as a result of the Terms of Use and you do not have any authority of any kind to bind Mygazines in any respect whatsoever. The failure of either party to exercise in any respect any right provided for herein shall not be deemed a waiver of any further rights hereunder. Mygazines shall not be liable for any failure to perform its obligations hereunder where such failure results from any cause beyond Mygazines's reasonable control, including, without limitation, mechanical, electronic or communications failure or degradation (including "line-noise" interference). If any provision of the Terms of Use is found to be unenforceable or invalid, that provision shall be limited or eliminated to the minimum extent necessary so that the Terms of Use shall otherwise remain in full force and effect and enforceable. The Terms of Use is not assignable, transferable or sublicensable by you except with Mygazines's prior written consent. Mygazines may transfer, assign or delegate the Terms of Use and its rights and obligations without consent. The Terms of Use shall be governed by and construed in accordance with the laws of the state of California, as if made within California between two residents thereof, and the parties submit to the exclusive jurisdiction of the Superior Court of San Francisco County and the United States District Court for the Northern District of California.

Mygazines.com - Terms of Use

Notwithstanding the foregoing sentence, (but without limiting Mygazines's right to seek injunctive or other equitable relief in any court of competent jurisdiction), any disputes arising with respect to this Agreement shall be referred to an arbitrator affiliated with JAMS, The Resolution Experts. The arbitrator shall be selected by joint agreement of the parties. In the event the parties cannot agree on an arbitrator within thirty (30) days of the initiating party providing the other party with written notice that it plans to seek arbitration, the parties shall each select an arbitrator affiliated with JAMS, which arbitrators shall jointly select a third such arbitrator to resolve the dispute. The written decision of the arbitrator shall be final and binding on the parties. The arbitration proceeding shall be carried on and heard in San Francisco, California using the English language and pursuant to the rules of JAMS. In any action or proceeding to enforce rights under the Terms of Use, the prevailing party will be entitled to recover costs and attorneys' fees. Both parties agree that the Terms of Use is the complete and exclusive statement of the mutual understanding of the parties and supersedes and cancels all previous written and oral agreements, communications and other understandings relating to the subject matter of the Terms of Use, and that all modifications must be in a writing signed by both parties, except as otherwise provided herein.

EXHIBIT 7

Web    Images    Maps    News    Shopping    Gmail    more ▼                    Sign in

# Google™    Real Simple August 2008        [ Search ]    Advanced Search
                                                          Preferences

**Web**                    Results **1** - **10** of about **8,540,000** for **Real Simple August** 2008. (0.42 seconds)

Mygazines.com - **Real Simple** - **August 2008** (CAN/USA)                    Sponsored Links
**Real Simple** - **August 2008** (CAN/USA). pages: 222 articles: 36. avg article
rating. categories:. Home & Garden » Home Design & Decor ...                    **RealSimple**.com
www.mygazines.com/magazines/view/803 - 72k - Cached - Similar pages             Tips for Easy Meals, Organizing,
                                                                                Cleaning & More from **RealSimple**.com
Featured in **August 2008** | Magazine : **RealSimple**.com                      **RealSimple**.com
See what's in the latest issue of **Real Simple**, answer the current.
www.**realsimple**.com/**realsimple**/content/magazine/0,21770,1828667,00.html -
Similar pages

simply stated: food | Blogs | By **RealSimple**.com
**August 2008** Aug 4, **2008** 10:14:59 AM Do you shellac the food? .... Allie Lewis Clapp was
named Food Director for **Real Simple** in February **2008**. ...
simplystated.**realsimple**.com/food/**2008**/08/index.html - 52k - Cached - Similar pages

  simply stated: Adventures in Chaos | Blogs | By **RealSimple**.com
  **August 2008** Aug 5, **2008** 3:59:02 PM ... Kristin van Ogtrop was named Managing Editor of
  **Real Simple** magazine in 2003... ... Behind the Scenes at **Real Simple** ...
  simplystated.**realsimple**.com/adventures_in_chaos/**2008**/08/index.html - 35k -
  Cached - Similar pages
  More results from simplystated.realsimple.com »

Apartment Therapy San Francisco | One Family's Stress-Free ...
Aug 6, 2008 ... One Family's Stress-Free Organizing Tips **Real Simple**: **August 2008** · 8-6-
08-**realsimple**.jpg 8-6-08-**realsimple**-2.jpg 8-6-08-**realsimple**-3.jpg ...
www.apartmenttherapy.com/sf/organizing/one-familys-stressfree-organizing-tips-**real**-**simple**-
**august**-2008-058824 - 41k - Cached - Similar pages

RSS - Wikipedia, the free encyclopedia
"The conflict centers on something called Really **Simple** Syndication (RSS), a technology
widely ... This page was last modified on 7 **August 2008**, at 13:57. ...
en.wikipedia.org/wiki/RSS_(file_format) - 78k - Cached - Similar pages

RSS (**Real Simple** Syndication) - Frequently Asked Questions - 01 ...
RSS (**Real Simple** Syndication) - Frequently Asked Questions. Advertisement .... 12:00 11
**August 2008**; >Did iron cyclones give Earth a wonky core? ...
technology.newscientist.com/info.ns?id=in180 - 29k - Cached - Similar pages

**2008 August « Real Simple** Living
**Real Simple** Living. DEFINING LIFESTYLE ... **August 9**, **2008**. An important part of my
lifestyle is the "personal touch. ... Archives. **August 2008** ...
**realsimple**living.wordpress.com/**2008**/08/ - 10k - Cached - Similar pages

Knoll » **REAL SIMPLE August 2008** No.33
**REAL SIMPLE August 2008** No.33. **REAL SIMPLE August 2008** No.33. □□□□ □□□□□□
□□□□□□. About Knoll Japan; Products; Showroom; Find Us; Support ...
www.knoll-japan.com/findus/**real-simple-august-2008**-no33/ - 7k - Cached - Similar pages

**Real Simple** Blog
July 31, **2008** – 5:42 pm | by admin. Rating 3.50 out of 5. [?] Written by Michael Vass .....
**Real Simple** Blog is proudly powered by powered by WordPress. ...
www.**realsimple**blog.com/ - 83k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10     **Next**

---

Real Simple August 2008          [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼      Sign in

# Google™    time August 4, 2008

[ Search ]    Advanced Search
Preferences

**Web**      Results **1 - 10** of about **76,800,000** for **time** **August** **4, 2008**. (0.24 seconds)

### Mygazines.com - Time - August 4, 2008 (CAN/USA)
**Time - August 4, 2008** (CAN/USA). pages: 52 articles: 22. avg article rating. categories:.
News, Business & Money » Current Events ...
www.mygazines.com/magazines/view/1081 - 71k - Cached - Similar pages

#### Mygazines.com - Time - August 18, 2008 (CAN/USA)
**August** 11, **2008** ... avg article rating. **Time. August 4, 2008** (CAN/USA). avg
article rating. **Time**. July 28, **2008** (CAN/USA). avg article rating ...
www.mygazines.com/magazines/view/1345/**Time-August**-18--**2008**-CAN-USA - 73k -
Cached - Similar pages

### CNN Political Ticker: All politics, all the **time** Blog Archive ...
Aug 4, 2008 ... POLITICAL HOT TOPICS: Monday, **August 4, 2008** ... At **times** this spring, it
appeared that Senator Barack Obama's fight with Senator Hillary ...
politicalticker.blogs.cnn.com/**2008**/08/04/political-hot-topics-monday-**august**-4-**2008**/ - 74k -
Cached - Similar pages

### Today on Doing **Time** - Monday **August** 4th **2008** | Air America Radio
Aug 4, 2008 ... This **time** around the Republican is a flip-flopper of epic proportion so maybe
Obama is free to ... By cassandralike**August 4, 2008** - 3:44pm ...
airamerica.com/doing**time**/blog/**2008**/aug/04/today-doing-**time**-monday-**august**-4th-**2008** -
78k - Cached - Similar pages

### Lectionary for 10 **August 2008**
Sunday, 10 **August 2008** ... Ninteenth Sunday in Ordinary **Time** Lectionary:. Genesis 37:1-**4**,
12-28 ... **4**After a **time** the Ammonites made war against Israel. ...
www.pcusa.org/cgi-bin/lectiond.cgi - 25k - Cached - Similar pages

### Tech News: Check out TIME for August 4,2008 - alt.cellular.attws ...
**TIME August 4,2008**. Can the iPhone Rule Gaming? http://www.**time**.
com/**time**/business/article/0 ... Subject: Re: Tech News: Check out TIME for **August**
**4,2008** ...
groups.google.com/group/alt.cellular.attws/browse_thread/thread/9b374c9a4fd8fb1a - 46k -
Cached - Similar pages

### [PDF] CALENDAR OF EVENTS FOR AUGUST 2008 DATE MEETING LOCATION TIME ...
File Format: PDF/Adobe Acrobat - View as HTML
CALENDAR OF EVENTS FOR **AUGUST 2008**. DATE. MEETING. LOCATION. **TIME**.
**August 4**. Franklin County Board of. Commissioners Regular Meeting ...
www.co.franklin.nc.us/Commissioners/calendar.pdf - Similar pages

### Big Donors, Too, Have Seats at Obama Fund-Raising Table - NYTimes.com
Obama, in New Stand, Proposes Use of Oil Reserve (**August** 5, **2008**) ... **2008**); THE
CAUCUS; McCain Takes a Page From Clinton's Playbook (**August 4, 2008**) ...
www.ny**times**.com/**2008**/08/06/us/politics/06bundlers.html - Similar pages

#### Housing Lenders Fear Bigger Wave of Loan Defaults - NYTimes.com
Published: **August 4, 2008**. The first wave of Americans to default on their home mortgages
appears ... Need to know more? 50% off home delivery of The **Times**. ...
www.ny**times**.com/**2008**/08/04/business/04lend.html - Similar pages
More results from www.nytimes.com »

### Diary of A Man Out of **Time** - **August** 4th, **2008**

Aug 4, 2008 **...** Diary of A Man Out of **Time**. (You Shoulda Been There!) **...** 4th, **2008** at 6:11
AM. If you know what movie this screen capture is from, please **...**
amanout of**time**.livejournal.com/**2008**/08/04/ - 42k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

---

time August 4, 2008                            Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web    Images    Maps    News    Shopping    Gmail    more ▼                   Sign in

# Google™   essence August 2008     [ Search ]   Advanced Search
                                                                 Preferences

**Web**            Results **1 - 10** of about **10,900,000** for **essence August** 2008. (0.20 seconds)

### Mygazines.com - **Essence** - **August 2008** (CAN/USA)
**Essence** - **August 2008** (CAN/USA). pages: 168 articles: 40. avg article rating. categories:.
Womens's Interests » Style & Fashion. most popular tags: **...**
www5.mygazines.com/magazines/view/613 - 71k - Cached - Similar pages

### Usher & Usher IV **Essence August 2008** Cover Photo
Jul 7, 2008 **...** Usher And Son **Essence** Magazine **August 2008** Cover Photo - Usher
Raymond and his baby boy Usher IV grace the cover of the **August 2008** issue of **...**
www.mwza.com/usher-usher-iv-**essence-august-2008**-cover-photo/ - 66k -
Cached - Similar pages

### **August 2008** Extended Best Sellers List : **Essence**.com
**ESSENCE** . BEST SELLING BOOKS. **August 2008** Extended Best Sellers List. FICTION
Hardcover 1. Waking With Enemies by Eric Jerome Dickey (Dutton, $24.95) (4) **...**
www.**essence**.com/**essence**/books/0,16109,1820843,00.html - 29k - Cached - Similar pages

### Inside This Issue: **August 2008** : **Essence**.com
Inside This Issue: **August 2008**. ... **Essence** is a wonderful magazine. I never miss getting
an issue. But I wanna know if the article concerning the men of **...**
www.**essence**.com/**essence**/inside/ - 31k - Cached - Similar pages
More results from www.essence.com »

### **August 2008 Essence** Magazine Usher Son Pictures | dailystab.com
Jul 10, 2008 **...** Usher and his son Usher Raymond V take on the cover of **August's Essence**
Magazine in the first pictures we've seen of the little guy since **...**
www.dailystab.com/usher-and-son-on-**essence**-magazine-cover/ - 23k -
Cached - Similar pages

### Usher And Son **Essence** Magazine **August 2008** Cover Photo | Hip-Hop ...
Jul 7, 2008 **...** Here's a sneak peak at Usher Raymond and his infant son with wife Tameka
Foster, Usher IV, on the **August 2008** cover of **Essence** Magazine.
hiphop.popcrunch.com/usher-and-son-**essence**-magazine-**august-2008**-cover-photo/ - 85k -
Cached - Similar pages

### CRAZY...COOL...GROOVY !!!: USHER IV and USHER V Cover **ESSENCE** ...
USHER IV and USHER V Cover **ESSENCE August 2008**!!! Look at li'l USHER RAYMOND
V; and his daddy, USHER RAYMOND IV; together on the **August 2008** cover of **...**
ccgroovy.blogspot.com/**2008**/07/usher-iv-and-usher-v-cover-**essence**.html - 104k -
Cached - Similar pages

### Usher And Son **Essence** Magazine **August 2008** Cover Photo
Usher And Son **Essence** Magazine **August 2008** Cover Photo via Hip-Hop Crunch by
Castina on 7/7/08 Here'sa sneak peek at Usher Raymond and his infant son with **...**
www.messagedance.com/message/show/daf51a562fb70221844c7f9f78a96fae - 37k -
Cached - Similar pages

### Usher Covers **August 2008 Essence** | Backseat Cuddler
R&B hottie Usher introduces us to his baby son Usher V on the cover of the **August** edition
of **Essence**. He talks about how he hopes his son will look up.
backseatcuddler.com/**2008**/07/08/usher-covers-**august-2008-essence**/ - 32k -
Cached - Similar pages

### Omaha Public Library Catalog

Sorry, could not find anything matching. Bestsellers **Essence August 2008** Nonfiction hardcover. Warning:. Check your spelling. Email webdesk@omaha.lib.ne.us ...
catalog.omahapubliclibrary.org/ipac20/ipac.jsp?
session=12181OL39D350.534690&profile=web&uri=link=... - 37k - <u>Cached</u> - <u>Similar pages</u>

**1** <u>2</u> <u>3</u> <u>4</u> <u>5</u> <u>6</u> <u>7</u> <u>8</u> <u>9</u> <u>10</u>    <u>**Next**</u>

| essence August 2008 | | Search |

<u>Search within results</u> | <u>Language Tools</u> | <u>Search Tips</u> | <u>Dissatisfied? Help us improve</u> | <u>Try Google Experimental</u>

<u>Google Home</u> - <u>Advertising Programs</u> - <u>Business Solutions</u> - <u>Privacy</u> - <u>About Google</u>

EXHIBIT 8



**Better-Whois.com**
...SEARCH ALL DOMAIN REGISTRARS

Home page
Link-to-Us
Contact Us

## mygazines.com is

# Reserved

**Registrar**: GANDI SAS

**Status**:
clientTransferProhibited

**Domain options / additional information:** *(Click below to expand)*

+ if you own this domain...

+ if you are trying to register/buy this domain...

+ if you are researching this domain...

**Featured Registrar**

Register a domain name
with **Register.com** for
only $20. Includes:

- Free starter web site
- Free web forwarding
- Free e-mail forwarding
- Free domain locking
- Name portfolio
manager
- Dynamic DNS service

**Click here for
discounted rate.**

[Querying whois.verisign-grs.com]
[whois.verisign-grs.com]Whois Server Version 2.0Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.    Domain Name: MYGAZINES.COM
   Registrar: GANDI SAS
   Whois Server: whois.gandi.net
   Referral URL: http://www.gandi.net
   Name Server: NS1.P17.DYNECT.NET
   Name Server: NS2.P17.DYNECT.NET
   Name Server: NS3.P17.DYNECT.NET
   Name Server: NS4.P17.DYNECT.NET
   Status: clientTransferProhibited
   Updated Date: 16-jul-2008
   Creation Date: 14-oct-2006
   Expiration Date: 14-oct-2013NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

Sponsored Link:

<u>Need help building your site? Certified Webmaster Directory</u>
Questions? Free phone/email consultations - 7 Days a week, 8AM - Midnight

**Domain Registrars**

ATENID.com
AWRegistry
BB Online UK Ltd.
Bizcn.com, Inc.
BookMyName SAS
BulkRegister.com, Inc.
Capital Networks Pty.
Ltd.
Catalog.com, Inc.
China-channel.com
CommuniGal Comm.
Computer Data
Networks
CORE
Corporate Domains
Cronon AG
Cyberegistro.com
Cypack.com
Deutsche Telekom, AG

[Querying whois.gandi.net]
[whois.gandi.net]

--- #YAML:1.0
# GANDI Registrar whois database for .COM, .NET, .ORG., .INFO, .BIZ, .NAME
#
# Access and use restricted pursuant to French law on personal data.
# Copy of whole or part of the data without permission from GANDI
# is strictly forbidden.
# The sole owner of a domain is the entity described in the relevant
# 'domain:' record.
# Domain ownership disputes should be settled using ICANN's Uniform Dispute
# Resolution Policy: http://www.icann.org/udrp/udrp.htm
# For inquiries about 'by policy' protection, please check directly
# with the appropriate registry (Eurid, AFNIC)
#
# Acces et utilisation soumis a la legislation francaise sur
# les donnees personnelles.
# Copie de tout ou partie de la base interdite sans autorisation de GANDI.

```
# Le possesseur d'un domaine est l'entite decrite dans
# l'enregistrement 'domain:' correspondant.
# Un desaccord sur la possession d'un nom de domaine peut etre resolu
# en suivant la Uniform Dispute Resolution Policy de l'ICANN:
# http://www.icann.org/udrp/udrp.htm
# Pour obtenir les informations en status 'Protected by policy', contactez
# directement le registre concerne (Eurid, AFNIC)
#
# 2008-07-22 18:29:44 CEST

domain: mygazines.com
reg_created: 2006-10-14 07:20:04
expires: 2013-10-14 07:20:04
created: 2008-06-17 05:55:49
changed: 2008-07-16 20:36:48
transfer-prohibited: yes
ns0: ns1.p17.dynect.net
ns1: ns2.p17.dynect.net
ns2: ns3.p17.dynect.net
ns3: ns4.p17.dynect.net
owner-c:
  nic-hdl: JS3604-GANDI
  owner-name: Salveo Limited
  organisation: Salveo Limited
  person: John Smith
  address: Mitchell House
  zipcode: P.O. Box 17
  city: The Valley
  country: Anguilla
  phone: +40.312249340
  fax: ''
  email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
  lastupdated: 2008-07-12 16:13:41
admin-c:
  nic-hdl: JS3604-GANDI
  owner-name: Salveo Limited
  organisation: Salveo Limited
  person: John Smith
  address: Mitchell House
  zipcode: P.O. Box 17
  city: The Valley
  country: Anguilla
  phone: +40.312249340
  fax: ''
  email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
  lastupdated: 2008-07-12 16:13:41
tech-c:
  nic-hdl: JS3604-GANDI
  owner-name: Salveo Limited
  organisation: Salveo Limited
  person: John Smith
  address: Mitchell House
  zipcode: P.O. Box 17
  city: The Valley
  country: Anguilla
  phone: +40.312249340
  fax: ''
  email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
  lastupdated: 2008-07-12 16:13:41
bill-c:
```

nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: "
email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41

| www. | Search |
| --- | --- |
| Searches shared database registry and queries appropriate registrar. | |

EXHIBIT 9

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

LANCE KOONCE
DIRECT (212) 603-6467          1633 BROADWAY                 TEL  (212) 489-8230
lancekoonce@dwt.com            NEW YORK, NY 10019-6708        FAX  (212) 489-8340
                                                              www.dwt.com

July 23, 2008

**BY EMAIL AND INTERNATIONAL MAIL**

Salveo Limited
Attn: John Smith
Mitchell House
P.O. Box 17
The Valley, Anguilla
Email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
       abuse@mygazines.com
       feedback@mygazines.com

          **Re:    Copyright Infringement by Mygazines.com**

Dear Mr. Smith:

       We write as counsel to Time Inc. and IPC Media ("Time") with regard to the Mygazines.com web site located at www.mygazines.com (the "Infringing Website"). It has come to our client's attention that you are distributing and displaying unauthorized copies of a number of its magazines (the "Time Works"[1]) on the Infringing Website, in clear violation of the U.S. Copyright Act and other applicable laws. In light of your infringement of Time's copyright in those works, *we demand that you immediately stop providing those and any other Time Works to the public, in any form*, as more specifically set forth below.

       In particular, we note that the Infringing Website currently makes available to users full reproductions of the following magazines: *Time, Entertainment Weekly, Essence, Fortune 500, Fortune Special Investors Issue, Golf, In Style, Money, People, People en Espanol, People Child Stars, People Style Watch, Real Simple, Sports Illustrated, Sports Illustrated For Kids, This Old*

---

[1] For the purposes of this letter, all references to "Time Works" or "magazines" include the entirety of each magazine, as well as all individual articles, photographs and other content contained within each magazine.

Salveo Limited
Attn: John Smith
July 23, 2008
Page -2-



*House, Coastal Living, Cooking Light, Health, Southern Accents, Southern Living, Decanter, Golf Monthly, Homes & Gardens, In Style (UK),* and *Marie Claire (UK).* In many cases, issues of each magazine for different weeks or months are available. For example, for *People,* all four weekly issues from June and July 2008 are posted on the Infringing Website, as well as one weekly issue from May 2008.

The Time Works that you are displaying are subject to valid and subsisting copyright protection in the United States, as well as under the laws of other countries. Time's magazines may only be published, reproduced, distributed and displayed by Time, or pursuant to Time's permission, and only Time may authorize the creation of derivative works based on its copyrighted content in those magazines. Your use of the Time Works in connection with the Infringing Website constitutes a blatant violation of the copyright laws.

Given the rapidity with which they appeared and the uniformity of quality of the scanned images on the Infringing Website, it appears that many (if not all) of the magazines you are displaying on your Website were uploaded by employees or affiliates of Mygazines.com itself, rather than by third party users. It also does not appear that at present the Infringing Website even permits uploading of files by the general public. The fact that Mygazines.com appears to provide only one scanned version of particular issues of magazines also suggests that Mygazines.com is directly responsible for the content on the Infringing Website. As such, Mygazines.com is a direct infringer under copyright law.

Even assuming some of the magazines on your Website are posted by third-party users,[2] Mygazines.com would also appear to be secondarily liable for the infringing content, for at least the following reasons. First, unlike some websites that allow the uploading of a variety of content from users, the Infringing Website apparently seeks uploads *only* of magazine content copyrighted and published by parties other than those users, *i.e.,* the publishers of the magazines. In other words, the Infringing Website appears to contain virtually no content that might conceivably be non-infringing, but rather its entire purpose appears to be the posting of copyrighted magazine content.

Second, Mygazines.com clearly contributes to any direct infringement by third party users by actively inducing and encouraging its users to upload copyrighted content to the Infringing Website, to "share" that content with others, and to create derivative "mygazines" combining content from multiple publishers. *See Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.,* 545 U.S. 913 (2005); *see also Perfect 10, Inc. v. Amazon.com, Inc. et al.,* 487 F.3d 701 (9th Cir 2007). Other than a single boilerplate sentence in the Terms of Use regarding content that is "infringing, libelous, defamatory, obscene, pornographic, abusive, offensive, profane, or otherwise violates any law or right of any third party", nowhere on the Infringing

---

[2] In the event that any magazines have been uploaded by third-party users, and although the Infringing Website does not list an agent for the service of DMCA notices, we have separately forwarded a take-down notice pursuant to Section 512(c) of the Digital Millennium Copyright Act that lists each of the above Time Works and identifies the specific issues that appear on the Infringing Website; a copy of that notice is attached to this letter.

Salveo Limited
Attn: John Smith
July 23, 2008
Page -3-



Website is there any indication that users should not post copyrighted magazine content. Indeed, to the contrary, as noted above, the *only* purpose of the site appears to be inducing and encouraging the sharing of infringing content. For the same reason, there can be no argument here that Mygazines.com is not aware of specific infringing content on the Infringing Website.

Finally, we note that the use of our client's magazines, including the titles and covers thereof, to advertise or promote the Infringing Website, may also constitute a violation of our client's rights under the Lanham Act and applicable state laws.

Accordingly, we hereby demand on behalf of our client that, **no later than the close of business July 25, 2008,** you (1) remove any electronic or otherwise unauthorized copies of the Time Works identified above from the Infringing Website and all websites on which you may have posted such copies; (2) delete all electronic copies of the Time Works identified above in your possession or under your control, including but not limited to any electronic copies located on any server or storage device within your possession or control; (3) refrain from any further reproduction, posting, display or distribution of any electronic copies of the Time Works identified above, and of any other magazines published by Time Inc. or IPC Media; and (4) certify in writing to the undersigned that you have complied with the above demands.

The foregoing is written without waiver of or prejudice to the rights of our client, all of which are expressly reserved.

Very truly yours,

Lance Koonce

LHK/lp
Enclosures

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

LANCE KOONCE
DIRECT (212) 603-6467
lancekoonce@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

July 23, 2008

**BY EMAIL**

Salveo Limited
Attn: John Smith
Mitchell House
P.O. Box 17
The Valley, Anguilla
Email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
    abuse@mygazines.com
    feedback@mygazines.com

Re:    Notice of Infringement Pursuant to The Digital Millenium Copyright Act

To Whom It May Concern:

We write as counsel to Time Inc. and IPC Media ("Time") with regard to the Mygazines.com web site located at www.mygazines.com (the "Site"). Time is the owner of numerous rights in connection with the publication, distribution, advertising, promotion and sale of its publications, including but not limited to *Time, Entertainment Weekly, Essence, Fortune, Fortune 500, Fortune Special Investors Issue, Golf, In Style, Money, People, People en Espanol, People Child Stars, People Style Watch, Real Simple, Sports Illustrated, Sports Illustrated For Kids, This Old House, Coastal Living, Cooking Light, Health, Southern Accents, Southern Living, Decanter, Golf Monthly, Homes & Gardens, All You, Time For Kids, Cottage Living, Sunset, In Style (UK),* and *Marie Claire (UK)* (hereinafter, the "Copyrighted Works").

It has come to our attention that there are at least seventy (70) separate files currently available on the Site that constitute unauthorized electronic versions of certain issues of the Copyrighted Works. These files – and the individual articles, photographs and other material contained therein – are available for users to view, share and compile for free and without restriction. The reproduction, display, and distribution of these works constitutes infringement



of valuable copyright interests belonging to Time. Attached is a list of the infringing postings, including the URL address for each infringing file.

This letter constitutes our clients' notice, as required under 17 U.S.C. § 512(c)(3)(A), that Time has a good faith belief that the reproduction, display, and distribution of these works on the above-referenced Site is not authorized by Time and infringes Time's intellectual property rights in these works. The Copyright Act requires you to remove or disable access to the infringing material or otherwise respond to this notice promptly. If you fail to do so, you may be liable for damages and injunctive relief.

I certify that the information I have provided is accurate and that, under penalty of perjury, I am authorized to act on behalf of Time, owner of the rights infringed by the above-referenced postings.

You may contact us at the address, email address and telephone number listed above.

Thank you for your immediate attention to this matter. The foregoing is written without waiver of or prejudice to the rights of our client, all of which are expressly reserved.

Very truly yours,

Lance Koonce

LHK/lp

| Publication Name | Date | URL |
|---|---|---|
| Entertainment Weekly | July 25, 2008 | http://www7.mygazines.com/magazines/view/794 |
| Entertainment Weekly | July 18, 2008 | http://www7.mygazines.com/magazines/view/690 |
| Entertainment Weekly | July 11, 2008 | http://www7.mygazines.com/magazines/view/415 |
| Entertainment Weekly | June 20, 2008 | http://www7.mygazines.com/magazines/view/143 |
| Entertainment Weekly | June 27, 2008 | http://www7.mygazines.com/magazines/view/253 |
| Essence | August 2008 | http://www7.mygazines.com/magazines/view/613 |
| Essence | July 2008 | http://www7.mygazines.com/magazines/view/155 |
| Fortune 500 | May 5, 2008 | http://www7.mygazines.com/magazines/view/497 |
| Fortune Special Investors Issue | 2008 | http://www7.mygazines.com/magazines/view/273 |
| Fortune | July 7, 2008 | http://www7.mygazines.com/magazines/view/522 |
| Golf | August 2008 | http://www7.mygazines.com/magazines/view/454 |
| Golf | June 2008 | http://www7.mygazines.com/magazines/view/13 |
| In Style | August 2008 | http://www7.mygazines.com/magazines/view/786 |
| In Style | July 2008 | http://www7.mygazines.com/magazines/view/313 |
| Money | June 2008 | http://www7.mygazines.com/magazines/view/17 |
| People | July 28, 2008 | http://www7.mygazines.com/magazines/view/802 |
| People | July 21, 2008 | http://www7.mygazines.com/magazines/view/706 |
| People | July 14, 2008 | http://www7.mygazines.com/magazines/view/439 |
| People | July 7, 2008 | http://www7.mygazines.com/magazines/view/318 |
| People | June 30, 2008 | http://www7.mygazines.com/magazines/view/149 |
| People | June 23, 2008 | http://www7.mygazines.com/magazines/view/196 |
| People | June 16, 2008 | http://www7.mygazines.com/magazines/view/83 |
| People | June 2, 2008 | http://www7.mygazines.com/magazines/view/23 |
| People | May 26, 2008 | http://www7.mygazines.com/magazines/view/24 |
| People en Espanol | August 2008 | http://www7.mygazines.com/magazines/view/664 |
| People en Espanol | July 2008 | http://www7.mygazines.com/magazines/view/557 |
| People Child Stars | Summer 2008 | http://www7.mygazines.com/magazines/view/500 |
| People Style Watch | June 2008 | http://www7.mygazines.com/magazines/view/501 |
| Real Simple | August 2008 | http://www7.mygazines.com/magazines/view/803 |
| Real Simple | July 2008 | http://www7.mygazines.com/magazines/view/157 |
| Real Simple | June 2008 | http://www7.mygazines.com/magazines/view/27 |
| Sports Illustrated | July 14, 2008 | http://www7.mygazines.com/magazines/view/666 |
| Sports Illustrated | July 7, 2008 | http://www7.mygazines.com/magazines/view/405 |
| Sports Illustrated | June 30, 2008 | http://www7.mygazines.com/magazines/view/370 |
| Sports Illustrated | June 23, 2008 | http://www7.mygazines.com/magazines/view/198 |
| Sports Illustrated | June 16, 2008 | http://www7.mygazines.com/magazines/view/151 |
| Sports Illustrated | June 2, 2008 | http://www7.mygazines.com/magazines/view/90 |
| Sports Illustrated | May 19, 2008 | http://www7.mygazines.com/magazines/view/93 |
| Sports Illustrated | May 12, 2008 | http://www7.mygazines.com/magazines/view/91 |
| Sports Illustrated For Kids | August 2008 | http://www7.mygazines.com/magazines/view/639 |
| Sports Illustrated For Kids | July 2008 | http://www7.mygazines.com/magazines/view/349 |
| Sports Illustrated For Kids | June 2008 | http://www7.mygazines.com/magazines/view/92 |
| This Old House | July 2008 | http://www7.mygazines.com/magazines/view/344 |
| Time | July 21, 2008 | http://www7.mygazines.com/magazines/view/833 |
| Time | July 14, 2008 | http://www7.mygazines.com/magazines/view/464 |
| Time | July 7, 2008 | http://www7.mygazines.com/magazines/view/406 |
| Time | June 23, 2008 | http://www7.mygazines.com/magazines/view/199 |
| Time | June 16, 2008 | http://www7.mygazines.com/magazines/view/152 |
| Time | June 9, 2008 | http://www7.mygazines.com/magazines/view/117 |
| Time | June 2, 2008 | http://www7.mygazines.com/magazines/view/116 |
| Time | May 19, 2008 | http://www7.mygazines.com/magazines/view/118 |

| Time | May 12, 2008 | http://www7.mygazines.com/magazines/view/97 |
| Coastal Living | July 2008 | http://www7.mygazines.com/magazines/view/292 |
| Coastal Living | June 2008 | http://www7.mygazines.com/magazines/view/51 |
| Cooking Light | July 2008 | http://www7.mygazines.com/magazines/view/293 |
| Cooking Light | June 2008 | http://www7.mygazines.com/magazines/view/56 |
| Health | July 2008 | http://www7.mygazines.com/magazines/view/299 |
| Health | June 2008 | http://www7.mygazines.com/magazines/view/14 |
| Southern Accents | July 2008 | http://www7.mygazines.com/magazines/view/316 |
| Southern Living | July 2008 | http://www7.mygazines.com/magazines/view/150 |
| Southern Living | June 2008 | http://www7.mygazines.com/magazines/view/89 |
| Decanter | July 2008 | http://www7.mygazines.com/magazines/view/771 |
| Golf Monthly | July 2008 | http://www7.mygazines.com/magazines/view/758 |
| Homes & Gardens | July 2008 | http://www7.mygazines.com/magazines/view/654 |
| Homes & Gardens | June 2008 | http://www7.mygazines.com/magazines/view/266 |
| In Style (UK) | July 2008 | http://www7.mygazines.com/magazines/view/630 |
| In Style (UK) | May 2008 | http://www7.mygazines.com/magazines/view/208 |
| In Style (UK/USA) | June 2008 | http://www7.mygazines.com/magazines/view/200 |
| Marie Claire (UK) | July 2008 | http://www7.mygazines.com/magazines/view/816 |

# EXHIBIT 10

| | |
|---|---|
| **From:** | System Administrator |
| **Sent:** | Wednesday, July 23, 2008 7:37 PM |
| **To:** | Murphy, Arley |
| **Subject:** | Undeliverable: SENT ON BEHALF OF LANCE KOONCE -- Notice of Infringement |

Your message did not reach some or all of the intended recipients.

| | |
|---|---|
| Subject: | SENT ON BEHALF OF LANCE KOONCE -- Notice of Infringement |
| Sent: | 7/23/2008 7:36 PM |

The following recipient(s) could not be reached:

abuse@mygazines.com on 7/23/2008 7:40 PM
     The e-mail account does not exist at the organization this message was sent to.  Check the e-mail address, or contact the recipient directly to find out the correct address.
          <SEASMTP02.dwt.com #5.1.1 smtp;550 5.1.1 <abuse@mygazines.com>: Recipient address rejected: User unknown in virtual mailbox table>

feedback@mygazines.com on 7/23/2008 7:40 PM
     The e-mail account does not exist at the organization this message was sent to.  Check the e-mail address, or contact the recipient directly to find out the correct address.
          <SEASMTP02.dwt.com #5.1.1 smtp;550 5.1.1 <feedback@mygazines.com>: Recipient address rejected: User unknown in virtual mailbox table>

**Koonce, Lance**

-----Original Message-----
From: Salveo Ltd [mailto:salveoltd@gmail.com]
Sent: Wednesday, July 23, 2008 7:45 PM
To: Murphy, Arley
Subject: Out of Office AutoReply Re: SENT ON BEHALF OF LANCE KOONCE -- Notice of Infringement

We are currently unavailable.  Thanks in advance for your patience and understanding.

From: TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
Sent: Monday, July 28, 2008 4:08 PM
To: Koonce, Lance
Subject: FedEx Shipment 790058428886 Delivered

---

This tracking update has been requested by:

Company Name:              Davis Wright Tremaine,  LLp
Name:                      Lance Koonce
E-mail:                    koonl@dwt.com

---

Our records indicate that the following  shipment has been delivered:

Reference:                 55960.1-0280
Ship (P/U) date:           Jul 24, 2008
Delivery date:             Jul 28, 2008 8:27  AM
Sign for by:               C.REYMOND
Delivered to:              Receptionist/Front  Desk
Service type:              FedEx International  Priority
Packaging type:            FedEx Pak
Number of pieces:          1
Weight:                    0.20 lb.
Special handling/Services: Deliver Weekday

Tracking number:           790058428886


Shipper Information                Recipient Information
LANCE KOONCE                       JOHN SMITH
DAVIS WRIGHT TREMAINE, LLP         SALVEO LIMITED
1633 BROADWAY                      MITCHELL HOUSE;P.O. BOX 17
NEW YORK                           THE VALLEY
NY                                 AI
US
10019

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 3:07 PM  CDT on
07/28/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=790058428886&langua
ge=en&opco=FX&clientype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the

requestor and does not validate, guarantee or warrant the authenticity of
the request, the requestor's message, or the accuracy of this tracking
update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

EXHIBIT 11

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

LANCE KOONCE
DIRECT (212) 603-6467              1633 BROADWAY              TEL (212) 489-8230
lancekoonce@dwt.com               NEW YORK, NY 10019-6708      FAX (212) 489-8340
                                                              www.dwt.com

July 24, 2008

**BY EMAIL AND OVERNIGHT MAIL**

Cybernet Communication Inc.
20 Amber St. #16
Markham, ON L3R 5P4
Email: abuse@mycybernet.net

Dynamic Network Services, Inc.
1230 Elm Street, Fifth Floor
Manchester, NH 03101
Email: abuse@dyndns.com

> Re:     **Copyright Infringement by Mygazines.com**

To Whom It May Concern:

We write as counsel to Time Inc. and IPC Media ("Time") with regard to a website located at www.mygazines.com (the "Infringing Website"), for which we believe Cybernet Communication Inc. is providing website hosting, and for which Dynamic Network Services is providing other services. It has come to our client's attention that the owners of this Infringing Website are distributing and displaying unauthorized copies of a number of Time's magazines, in clear violation of the U.S. Copyright Act and other applicable laws. Indeed, it does not appear that any of the magazines (regardless of publisher) that are available on this website are authorized reproductions, but rather all appear to be infringements. In light of the above, *we demand that you immediately disable access to the Infringing Website or, at a minimum, block access specifically to the magazines published by Time*. We are attempting to contact the owner of the Infringing Website directly as well.

The Infringing Website currently makes available to users full reproductions of the following magazines published by Time:  *Time, Entertainment Weekly, Essence, Fortune 500, Fortune Special Investors Issue, Golf, In Style, Money, People, People en Espanol, People Child Stars, People Style Watch, Real Simple, Sports Illustrated, Sports Illustrated For Kids, This Old House, Coastal Living, Cooking Light, Health, Southern Accents, Southern Living, Decanter, Golf Monthly, Homes & Gardens, In Style (UK),* and *Marie Claire (UK).* In many cases, issues of each magazine for different weeks or months are available. For example, for *People,* all four

Cybernet Communications/Dynamic Network Services
July 24, 2008
Page -2-

weekly issues from June and July 2008 are posted on the Infringing Website, as well as one weekly issue from May 2008.  Attached as an exhibit to this letter are the specific URLs for each magazine file in question.

The works that Mygazines.com is displaying on the Infringing Website are subject to valid and subsisting copyright protection in the United States, as well as under the laws of other countries.  Those works may only be published, reproduced, distributed and displayed by Time, or pursuant to Time's permission, and only Time may authorize the creation of derivative works based on its copyrighted content in its magazines.  The use of Time's magazines in connection with the Infringing Website constitutes a blatant violation of the copyright laws.  The use of our client's magazines, including the titles and covers thereof, to advertise or promote the Infringing Website, may also constitute a violation of our client's rights under the Lanham Act and applicable state laws.

Accordingly, we hereby demand on behalf of our client that, **no later than the close of business July 25, 2008,** you (1) disable the Infringing Website or the specific URLS set forth in the attached list; and (2) certify in writing to the undersigned that you have complied with the above request.

This letter also constitutes our clients' notice, as required under 17 U.S.C. § 512(c)(3)(A), that Time has a good faith belief that the reproduction, display, and distribution of these works on the above-referenced website is not authorized by Time and infringes Time's intellectual property rights in these works.  The Copyright Act requires internet service providers to remove or disable access to the infringing material or otherwise respond to this notice promptly. If you fail to do so, you may be liable for damages and injunctive relief as appropriate.  I certify that the information I have provided is accurate and that, under penalty of perjury, I am authorized to act on behalf of Time, owner of the rights infringed by the above-referenced Website.

You may contact me at the address, email address and telephone number listed above.

The foregoing is written without waiver of or prejudice to the rights of our client, all of which are expressly reserved.

Very truly yours,

Lance Koonce

LHK/lp
Enclosures

| Publication Name | Date | URL |
|---|---|---|
| Entertainment Weekly | July 25, 2008 | http://www7.mygazines.com/magazines/view/794 |
| Entertainment Weekly | July 18, 2008 | http://www7.mygazines.com/magazines/view/690 |
| Entertainment Weekly | July 11, 2008 | http://www7.mygazines.com/magazines/view/415 |
| Entertainment Weekly | June 20, 2008 | http://www7.mygazines.com/magazines/view/143 |
| Entertainment Weekly | June 27, 2008 | http://www7.mygazines.com/magazines/view/253 |
| Essence | August 2008 | http://www7.mygazines.com/magazines/view/613 |
| Essence | July 2008 | http://www7.mygazines.com/magazines/view/155 |
| Fortune 500 | May 5, 2008 | http://www7.mygazines.com/magazines/view/497 |
| Fortune Special Investors Issue | 2008 | http://www7.mygazines.com/magazines/view/273 |
| Fortune | July 7, 2008 | http://www7.mygazines.com/magazines/view/522 |
| Golf | August 2008 | http://www7.mygazines.com/magazines/view/454 |
| Golf | June 2008 | http://www7.mygazines.com/magazines/view/13 |
| In Style | August 2008 | http://www7.mygazines.com/magazines/view/786 |
| In Style | July 2008 | http://www7.mygazines.com/magazines/view/313 |
| Money | June 2008 | http://www7.mygazines.com/magazines/view/17 |
| People | July 28, 2008 | http://www7.mygazines.com/magazines/view/802 |
| People | July 21, 2008 | http://www7.mygazines.com/magazines/view/706 |
| People | July 14, 2008 | http://www7.mygazines.com/magazines/view/439 |
| People | July 7, 2008 | http://www7.mygazines.com/magazines/view/318 |
| People | June 30, 2008 | http://www7.mygazines.com/magazines/view/149 |
| People | June 23, 2008 | http://www7.mygazines.com/magazines/view/196 |
| People | June 16, 2008 | http://www7.mygazines.com/magazines/view/83 |
| People | June 2, 2008 | http://www7.mygazines.com/magazines/view/23 |
| People | May 26, 2008 | http://www7.mygazines.com/magazines/view/24 |
| People en Espanol | August 2008 | http://www7.mygazines.com/magazines/view/664 |
| People en Espanol | July 2008 | http://www7.mygazines.com/magazines/view/557 |
| People Child Stars | Summer 2008 | http://www7.mygazines.com/magazines/view/500 |
| People Style Watch | June 2008 | http://www7.mygazines.com/magazines/view/501 |
| Real Simple | August 2008 | http://www7.mygazines.com/magazines/view/803 |
| Real Simple | July 2008 | http://www7.mygazines.com/magazines/view/157 |
| Real Simple | June 2008 | http://www7.mygazines.com/magazines/view/27 |
| Sports Illustrated | July 14, 2008 | http://www7.mygazines.com/magazines/view/666 |
| Sports Illustrated | July 7, 2008 | http://www7.mygazines.com/magazines/view/405 |
| Sports Illustrated | June 30, 2008 | http://www7.mygazines.com/magazines/view/370 |
| Sports Illustrated | June 23, 2008 | http://www7.mygazines.com/magazines/view/198 |
| Sports Illustrated | June 16, 2008 | http://www7.mygazines.com/magazines/view/151 |
| Sports Illustrated | June 2, 2008 | http://www7.mygazines.com/magazines/view/90 |
| Sports Illustrated | May 19, 2008 | http://www7.mygazines.com/magazines/view/93 |
| Sports Illustrated | May 12, 2008 | http://www7.mygazines.com/magazines/view/91 |
| Sports Illustrated For Kids | August 2008 | http://www7.mygazines.com/magazines/view/639 |
| Sports Illustrated For Kids | July 2008 | http://www7.mygazines.com/magazines/view/349 |
| Sports Illustrated For Kids | June 2008 | http://www7.mygazines.com/magazines/view/92 |
| This Old House | July 2008 | http://www7.mygazines.com/magazines/view/344 |
| Time | July 21, 2008 | http://www7.mygazines.com/magazines/view/833 |
| Time | July 14, 2008 | http://www7.mygazines.com/magazines/view/464 |
| Time | July 7, 2008 | http://www7.mygazines.com/magazines/view/406 |
| Time | June 23, 2008 | http://www7.mygazines.com/magazines/view/199 |
| Time | June 16, 2008 | http://www7.mygazines.com/magazines/view/152 |
| Time | June 9, 2008 | http://www7.mygazines.com/magazines/view/117 |
| Time | June 2, 2008 | http://www7.mygazines.com/magazines/view/116 |
| Time | May 19, 2008 | http://www7.mygazines.com/magazines/view/118 |

| | | |
|---|---|---|
| Time | May 12, 2008 | http://www7.mygazines.com/magazines/view/97 |
| Coastal Living | July 2008 | http://www7.mygazines.com/magazines/view/292 |
| Coastal Living | June 2008 | http://www7.mygazines.com/magazines/view/51 |
| Cooking Light | July 2008 | http://www7.mygazines.com/magazines/view/293 |
| Cooking Light | June 2008 | http://www7.mygazines.com/magazines/view/56 |
| Health | July 2008 | http://www7.mygazines.com/magazines/view/299 |
| Health | June 2008 | http://www7.mygazines.com/magazines/view/14 |
| Southern Accents | July 2008 | http://www7.mygazines.com/magazines/view/316 |
| Southern Living | July 2008 | http://www7.mygazines.com/magazines/view/150 |
| Southern Living | June 2008 | http://www7.mygazines.com/magazines/view/89 |
| Decanter | July 2008 | http://www7.mygazines.com/magazines/view/771 |
| Golf Monthly | July 2008 | http://www7.mygazines.com/magazines/view/758 |
| Homes & Gardens | July 2008 | http://www7.mygazines.com/magazines/view/654 |
| Homes & Gardens | June 2008 | http://www7.mygazines.com/magazines/view/266 |
| In Style (UK) | July 2008 | http://www7.mygazines.com/magazines/view/630 |
| In Style (UK) | May 2008 | http://www7.mygazines.com/magazines/view/208 |
| In Style (UK/USA) | June 2008 | http://www7.mygazines.com/magazines/view/200 |
| Marie Claire (UK) | July 2008 | http://www7.mygazines.com/magazines/view/816 |

# EXHIBIT 12

**From:** Rick Ross [mailto:rross@whip.ca]
**Sent:** Fri 7/25/2008 2:51 PM
**To:** icheval@mycybernet.net
**Subject:** Allegations of Copyright Infringement.

Dear Sir,

Thank-you for raising this issue to our attention.
We have forwarded your concerns for investigation.
Should we have further information, we will advise.

Sincerely,


Rick Ross, President
myCybernet / SwitchWorks Technologies Inc.
20 Amber St., Unit 16, Markham, Ontario, CANADA L3R 5P4
Toronto Tel: (416) 531-8750 Markham Tel: (905) 947-1801
Fax: (905) 947-1802

Find out more about our aDSL and our Wireless HighSpeed network WHIP® at
http://mycybernet.net  http://www.myPersona.ca and
http://www.switchworks.com

# EXHIBIT 13

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

LANCE KOONCE
DIRECT (212) 603-6467
lancekoonce@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

July 25, 2008

**BY EMAIL AND OVERNIGHT MAIL**

Secure Hosting Ltd.
Robinson & Marathon Rds.
PO BOX CB13862
Nassau, Bahamas
Email:  sales@securehost.com

Gandi SAS
15 Place de la Nation
Paris (75011), France
Email:  abuse@support.gandi.net

> Re:  **Copyright Infringement by Mygazines.com**

To Whom It May Concern:

We write as counsel to Time Inc. and IPC Media ("Time") with regard to a website located at www.mygazines.com, www5.mygazines.com, www6.mygazines.com and www7.mygazines.com (collectively, the "Infringing Website"), for which we believe Secure Hosting Ltd. is providing website hosting, and for which Gandi SAS is providing DNS hosting services. It has come to our client's attention that the owners of this Infringing Website are distributing and displaying unauthorized copies of a number of Time's magazines, in clear violation of the U.S. Copyright Act and other applicable laws. Indeed, it does not appear that any of the magazines (regardless of publisher) that are available on this website are authorized reproductions, but rather all appear to be infringements. In light of the above, *we demand that you immediately disable access to the Infringing Website or, at a minimum, block access specifically to the magazines published by Time*. We are attempting to contact the owner of the Infringing Website directly as well.

The Infringing Website currently makes available to users full reproductions of the following magazines published by Time: *Time, Entertainment Weekly, Essence, Fortune 500, Fortune Special Investors Issue, Golf, In Style, Money, People, People en Espanol, People Child Stars, People Style Watch, Real Simple, Sports Illustrated, Sports Illustrated For Kids, This Old House, Coastal Living, Cooking Light, Health, Southern Accents, Southern Living, Decanter, Golf Monthly, Homes & Gardens, In Style (UK),* and *Marie Claire (UK).* In many cases, issues

Secure Hosting Ltd./Gandi SAS
July 25, 2008
Page -2-



of each magazine for different weeks or months are available. For example, for *People*, all four weekly issues from June and July 2008 are posted on the Infringing Website, as well as one weekly issue from May 2008. Attached as an exhibit to this letter are the specific URLs for each magazine file in question.

The works that Mygazines.com is displaying on the Infringing Website are subject to valid and subsisting copyright protection in the United States, as well as under the laws of other countries. Those works may only be published, reproduced, distributed and displayed by Time, or pursuant to Time's permission, and only Time may authorize the creation of derivative works based on its copyrighted content in its magazines. The use of Time's magazines in connection with the Infringing Website constitutes a blatant violation of the copyright laws. The use of our client's magazines, including the titles and covers thereof, to advertise or promote the Infringing Website, may also constitute a violation of our client's rights under the Lanham Act and applicable state laws.

Accordingly, we hereby demand on behalf of our client that, **no later than the close of business July 29, 2008,** you (1) disable the Infringing Website or the specific URLs set forth in the attached list; and (2) certify in writing to the undersigned that you have complied with the above request.

This letter also constitutes our clients' notice, as applicable, under 17 U.S.C. § 512(c)(3)(A), that Time has a good faith belief that the reproduction, display, and distribution of these works on the above-referenced website is not authorized by Time and infringes Time's intellectual property rights in these works. The U.S. Copyright Act requires internet service providers that are subject to its provisions to remove or disable access to the infringing material or otherwise respond to a notice such as this one promptly. Failing to do so may render an ISP liable for damages and injunctive relief as appropriate. I certify that the information I have provided is accurate and that, under penalty of perjury, I am authorized to act on behalf of Time, owner of the rights infringed by the above-referenced Website.

You may contact me at the address, email address and telephone number listed above.

The foregoing is written without waiver of or prejudice to the rights of our client, all of which are expressly reserved.

Very truly yours,

Lance Koonce

LHK/lp
Enclosure

| Publication Name | Date | URL |
| --- | --- | --- |
| Entertainment Weekly | July 25, 2008 | http://www7.mygazines.com/magazines/view/794 |
| Entertainment Weekly | July 18, 2008 | http://www7.mygazines.com/magazines/view/690 |
| Entertainment Weekly | July 11, 2008 | http://www7.mygazines.com/magazines/view/415 |
| Entertainment Weekly | June 20, 2008 | http://www7.mygazines.com/magazines/view/143 |
| Entertainment Weekly | June 27, 2008 | http://www7.mygazines.com/magazines/view/253 |
| Essence | August 2008 | http://www7.mygazines.com/magazines/view/613 |
| Essence | July 2008 | http://www7.mygazines.com/magazines/view/155 |
| Fortune 500 | May 5, 2008 | http://www7.mygazines.com/magazines/view/497 |
| Fortune Special Investors Issue | 2008 | http://www7.mygazines.com/magazines/view/273 |
| Fortune | July 7, 2008 | http://www7.mygazines.com/magazines/view/522 |
| Golf | August 2008 | http://www7.mygazines.com/magazines/view/454 |
| Golf | June 2008 | http://www7.mygazines.com/magazines/view/13 |
| In Style | August 2008 | http://www7.mygazines.com/magazines/view/786 |
| In Style | July 2008 | http://www7.mygazines.com/magazines/view/313 |
| Money | June 2008 | http://www7.mygazines.com/magazines/view/17 |
| People | July 28, 2008 | http://www7.mygazines.com/magazines/view/802 |
| People | July 21, 2008 | http://www7.mygazines.com/magazines/view/706 |
| People | July 14, 2008 | http://www7.mygazines.com/magazines/view/439 |
| People | July 7, 2008 | http://www7.mygazines.com/magazines/view/318 |
| People | June 30, 2008 | http://www7.mygazines.com/magazines/view/149 |
| People | June 23, 2008 | http://www7.mygazines.com/magazines/view/196 |
| People | June 16, 2008 | http://www7.mygazines.com/magazines/view/83 |
| People | June 2, 2008 | http://www7.mygazines.com/magazines/view/23 |
| People | May 26, 2008 | http://www7.mygazines.com/magazines/view/24 |
| People en Espanol | August 2008 | http://www7.mygazines.com/magazines/view/664 |
| People en Espanol | July 2008 | http://www7.mygazines.com/magazines/view/557 |
| People Child Stars | Summer 2008 | http://www7.mygazines.com/magazines/view/500 |
| People Style Watch | June 2008 | http://www7.mygazines.com/magazines/view/501 |
| Real Simple | August 2008 | http://www7.mygazines.com/magazines/view/803 |
| Real Simple | July 2008 | http://www7.mygazines.com/magazines/view/157 |
| Real Simple | June 2008 | http://www7.mygazines.com/magazines/view/27 |
| Sports Illustrated | July 14, 2008 | http://www7.mygazines.com/magazines/view/666 |
| Sports Illustrated | July 7, 2008 | http://www7.mygazines.com/magazines/view/405 |
| Sports Illustrated | June 30, 2008 | http://www7.mygazines.com/magazines/view/370 |
| Sports Illustrated | June 23, 2008 | http://www7.mygazines.com/magazines/view/198 |
| Sports Illustrated | June 16, 2008 | http://www7.mygazines.com/magazines/view/151 |
| Sports Illustrated | June 2, 2008 | http://www7.mygazines.com/magazines/view/90 |
| Sports Illustrated | May 19, 2008 | http://www7.mygazines.com/magazines/view/93 |
| Sports Illustrated | May 12, 2008 | http://www7.mygazines.com/magazines/view/91 |
| Sports Illustrated For Kids | August 2008 | http://www7.mygazines.com/magazines/view/639 |
| Sports Illustrated For Kids | July 2008 | http://www7.mygazines.com/magazines/view/349 |
| Sports Illustrated For Kids | June 2008 | http://www7.mygazines.com/magazines/view/92 |
| This Old House | July 2008 | http://www7.mygazines.com/magazines/view/344 |
| Time | July 21, 2008 | http://www7.mygazines.com/magazines/view/833 |
| Time | July 14, 2008 | http://www7.mygazines.com/magazines/view/464 |
| Time | July 7, 2008 | http://www7.mygazines.com/magazines/view/406 |
| Time | June 23, 2008 | http://www7.mygazines.com/magazines/view/199 |
| Time | June 16, 2008 | http://www7.mygazines.com/magazines/view/152 |
| Time | June 9, 2008 | http://www7.mygazines.com/magazines/view/117 |

| | | |
|---|---|---|
| Time | June 2, 2008 | http://www7.mygazines.com/magazines/view/116 |
| Time | May 19, 2008 | http://www7.mygazines.com/magazines/view/118 |
| Time | May 12, 2008 | http://www7.mygazines.com/magazines/view/97 |
| Coastal Living | July 2008 | http://www7.mygazines.com/magazines/view/292 |
| Coastal Living | June 2008 | http://www7.mygazines.com/magazines/view/51 |
| Cooking Light | July 2008 | http://www7.mygazines.com/magazines/view/293 |
| Cooking Light | June 2008 | http://www7.mygazines.com/magazines/view/56 |
| Health | July 2008 | http://www7.mygazines.com/magazines/view/299 |
| Health | June 2008 | http://www7.mygazines.com/magazines/view/14 |
| Southern Accents | July 2008 | http://www7.mygazines.com/magazines/view/316 |
| Southern Living | July 2008 | http://www7.mygazines.com/magazines/view/150 |
| Southern Living | June 2008 | http://www7.mygazines.com/magazines/view/89 |
| Decanter | July 2008 | http://www7.mygazines.com/magazines/view/771 |
| Golf Monthly | July 2008 | http://www7.mygazines.com/magazines/view/758 |
| Homes & Gardens | July 2008 | http://www7.mygazines.com/magazines/view/654 |
| Homes & Gardens | June 2008 | http://www7.mygazines.com/magazines/view/266 |
| In Style (UK) | July 2008 | http://www7.mygazines.com/magazines/view/630 |
| In Style (UK) | May 2008 | http://www7.mygazines.com/magazines/view/208 |
| In Style (UK/USA) | June 2008 | http://www7.mygazines.com/magazines/view/200 |
| Marie Claire (UK) | July 2008 | http://www7.mygazines.com/magazines/view/816 |



GANDI SAS – 15 place de la Nation
F75011 PARIS – FRANCE
www.gandi.net
fax: +33.143731851

SIRET 42309345900026 - TVA FR81423093459 - APE 723Z

---

**DAVIS WRIGHT TREMAINE LLP**
**LANCE KOONCE**
1633 BROADWAY
New York, NY 10019-6708

Paris, July the 30th, 2008

By E-Mail : lancekoonce@dwt.com
*Confirmation by courier*

**Subject: domain name < www.mygazines.com >**

Dear Sir,

By federal express dated July 25th, 2008, you explain us that the websites "www.mygazines.com"    "www5.mygazines.com"    and "www6.mygazines.com"
"www7.mygazines.com" violates Time INC and IPC Media's copyright.
It seems necessary to give you the following background information.

First, GANDI's main activity is to provide registration and management services for Internet domain names, as a Registrar accredited by the international organization ICANN (The Internet Corporation for Assigned Names and Numbers) since 1999. As such, GANDI is allowed to manage and register domain names for its customers.

As the domain name registrar, GANDI only manage the domain name "mygazines.com", as specified below (we only have the authority to provide you with the domain's registration information, which is publicly available in the whois database : http://www.gandi.net/whois),

domain: mygazines.com
reg_created: 2006-10-14 07:20:04
expires: 2013-10-14 07:20:04
created: 2008-06-17 05:55:49
changed: 2008-07-24 21:12:40
transfer-prohibited: yes
ns0: a.dns.gandi.net
ns1: b.dns.gandi.net
ns2: c.dns.gandi.net
owner-c:
  nic-hdl: JS3604-GANDI
  owner-name: Salveo Limited
  organisation: Salveo Limited
  person: John Smith
  address: Mitchell House
  zipcode: P.O. Box 17
  city: The Valley
  country: Anguilla
  phone: +40.312249340
  fax: ''
  email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
  lastupdate: 2008-07-12 16:13:41

**But Gandi does not provide webhosting services associated to the website : "www.mygazines.com".**

As your complaint is about the content of a website, please forward it to the Hosting Company :
OrgName:   Secure Hosting Ltd.
OrgID:     SHTD
Address:   PO BOX CB13862
City:      Nassau
StateProv: NP
PostalCode: CB13862
Country:   BS
NetRange:  208.87.32.0 - 208.87.39.255
CIDR:      208.87.32.0/21
NetName:   SECUREHOST
NetHandle: NET-208-87-32-0-1
Parent:    NET-208-0-0-0-0
NetType:   Direct Allocation
NameServer: NS1.SECUREHOST.COM
NameServer: NS2.SECUREHOST.COM
Comment:
RegDate:   2008-02-14
Updated:   2008-02-14
RAbuseHandle: ABUSE349-ARIN
RAbuseName:   Abuse Contact
RAbusePhone:  242-502-8700
RAbuseEmail:  abuse@securehost.com
RNOCHandle: RD1004-ARIN
RNOCName:   Douglas, Richard
RNOCPhone:  242-502-8700
RNOCEmail:  hostmaster@securehost.com
RTechHandle: RD1004-ARIN
RTechName:   Douglas, Richard
RTechPhone:  242-502-8700
RTechEmail:  hostmaster@securehost.com
OrgAbuseHandle: ABUSE349-ARIN
OrgAbuseName:   Abuse Contact
OrgAbusePhone:  242-502-8700
OrgAbuseEmail:  abuse@securehost.com
OrgTechHandle: RD1004-ARIN
OrgTechName:   Douglas, Richard
OrgTechPhone:  242-502-8700
OrgTechEmail:  hostmaster@securehost.com

Please note that in the event you wish to start a legal action regarding this domain name, it is not necessary to involve GANDI, since GANDI will comply with the decision to be rendered, if the legal procedure or alternative dispute resolution procedure does comply with the rules in effect and the regulations issued by the ICANN (article 3) http://www.icann.org/dndr/udrp/policy.htm, as GANDI is under the obligation to apply these rules, as any other Registrar, as long as the domain name is registered into Gandi's data base.

We remain at your disposal for any further information you may need.

Yours sincerely,

For GANDI- Legal Department
Idir Atbane
Tel: +33.170393761
fax: +33.143731851
email: juridique@gandi.net

**Brodsky, Rachel**

| | |
|---|---|
| **From:** | abuse [abuse@securehost.com] |
| **Sent:** | Friday, July 25, 2008 7:05 PM |
| **To:** | Koonce, Lance |
| **Subject:** | [Ticket #218858] AutoReply: URGENT -- IMMEDIATE ATTENTION NEEDED REGARDING INFRINGEMENT BY MYGAZINES.COM |

Greetings,

This message has been automatically generated in response to the creation of a ticket regarding: "URGENT -- IMMEDIATE ATTENTION NEEDED REGARDING INFRINGEMENT BY MYGAZINES.COM"

There is no need to reply to this message.  Your ticket has been assigned an ID of:
[Ticket #218858].

Please include the string: [Ticket #218858] in the subject line of all future
correspondence about this issue.

                          Thank you,
                          abuse@securehost.com

========================================================

**Brodsky, Rachel**

| | |
|---|---|
| **From:** | sales [sales@securehost.com] |
| **Sent:** | Friday, July 25, 2008 7:05 PM |
| **To:** | Koonce, Lance |
| **Subject:** | [Ticket #218859] AutoReply: URGENT -- IMMEDIATE ATTENTION NEEDED REGARDING INFRINGEMENT BY MYGAZINES.COM |

Greetings,

This message has been automatically generated in response to the creation of a ticket
regarding: "URGENT -- IMMEDIATE ATTENTION NEEDED REGARDING INFRINGEMENT BY MYGAZINES.COM"

There is no need to reply to this message.  Your ticket has been assigned an ID of:
[Ticket #218859].

Please include the string: [Ticket #218859] in the subject line of all future
correspondence about this issue.

                         Thank you,
                         sales@securehost.com

==========================================================

# EXHIBIT 14

-----Original Message-----
From: SecureHost.com Support via RT [mailto:abuse@securehost.com]
Sent: Thursday, July 31, 2008 11:56 AM
To: Koonce, Lance
Subject: [Ticket #218856] URGENT: LETTER RE COPYRIGHT INFRINGEMENT BY
MYGAZINES.COM


Thank you for your email.

The content that you refer to in your complaint is no longer hosted on our
networks.

Regards,
SECUREHOST.COM

Document3

EXHIBIT 15

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE     BELLEVUE     LOS ANGELES     NEW YORK     PORTLAND     SAN FRANCISCO     SEATTLE     SHANGHAI     WASHINGTON, D.C.

LANCE KOONCE
DIRECT (212) 603-6467
lancekoonce@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

August 1, 2008

**BY EMAIL AND OVERNIGHT MAIL**

Artur Enaliev
Best Hosting
Kostiakova str., 12/6, 3rd Floor
Moscow, Russia

Email: admin@nt-hosting.ru; sales@nt-hosting.ru

New World Telecom
17/F, Chevalier Commercial Centre
8 Wang Hoi Road
Kowloon Bay
Hong Kong

Email: nwtes@newworldtel.com

        Re:     **Copyright Infringement by Mygazines.com**

To Whom It May Concern:

        We write as counsel to Time Inc. and IPC Media ("Time") with regard to a website located at www.mygazines.com, www5.mygazines.com, www6.mygazines.com and www7.mygazines.com (collectively, the "Infringing Website"), for which we believe Best Hosting and New World Telecom are providing website hosting.  It has come to our client's attention that the owners of this Infringing Website are distributing and displaying unauthorized copies of a number of Time's magazines, in clear violation of the U.S. Copyright Act and other applicable laws.  Indeed, it does not appear that any of the magazines (regardless of publisher) that are available on this website are authorized reproductions, but rather all appear to be infringements.  In light of the above, *we demand that you immediately disable access to the Infringing Website or, at a minimum, block access specifically to the magazines published by Time*.  We are attempting to contact the owner of the Infringing Website directly as well.

        New World Telecom and Best Hosting should be aware that they are the third and fourth hosts, respectively, for the Infringing Website within a timespan of less than two weeks.  The

Best Hosting
New World Telecom
August 1, 2008
Page -2-



previous web site hosts, Cybernet Communications, Inc. of Canada and Secure Hosting Ltd. of the Bahamas both agreed to cease hosting the Infringing Website after third party publishers complained that the Infringing Website was being used to violate copyright law on a massive scale.

The Infringing Website currently makes available to users full reproductions of the following magazines published by Time: *Time, Entertainment Weekly, Essence, Fortune 500, Fortune Special Investors Issue, Golf, In Style, Money, People, People en Espanol, People Child Stars, People Style Watch, Real Simple, Sports Illustrated, Sports Illustrated For Kids, This Old House, Coastal Living, Cooking Light, Health, Southern Accents, Southern Living, Decanter, Golf Monthly, Homes & Gardens, In Style (UK),* and *Marie Claire (UK).* In many cases, issues of each magazine for different weeks or months are available. For example, for *People,* all four weekly issues from June and July 2008 are posted on the Infringing Website, as well as one weekly issue from May 2008. Attached as an exhibit to this letter are the specific URLs for each magazine file in question.

The works that Mygazines.com is displaying on the Infringing Website are subject to valid and subsisting copyright protection in the United States, as well as under the laws of other countries. Those works may only be published, reproduced, distributed and displayed by Time, or pursuant to Time's permission, and only Time may authorize the creation of derivative works based on its copyrighted content in its magazines. The use of Time's magazines in connection with the Infringing Website constitutes a blatant violation of the copyright laws. The use of our client's magazines, including the titles and covers thereof, to advertise or promote the Infringing Website, may also constitute a violation of our client's rights under the Lanham Act and applicable state laws.

Accordingly, we hereby demand on behalf of our client that, **no later than the close of business August 6, 2008,** you (1) disable the Infringing Website or the specific URLs set forth in the attached list; and (2) certify in writing to the undersigned that you have complied with the above request.

This letter also constitutes our clients' notice, as applicable, under 17 U.S.C. § 512(c)(3)(A), that Time has a good faith belief that the reproduction, display, and distribution of these works on the above-referenced website is not authorized by Time and infringes Time's intellectual property rights in these works. The U.S. Copyright Act requires internet service providers that are subject to its provisions to remove or disable access to the infringing material or otherwise respond to a notice such as this one promptly. Failing to do so may render an ISP liable for damages and injunctive relief as appropriate. I certify that the information I have provided is accurate and that, under penalty of perjury, I am authorized to act on behalf of Time, owner of the rights infringed by the above-referenced Website.

You may contact me at the address, email address and telephone number listed above.

Best Hosting
New World Telecom
August 1, 2008
<u>Page -3-</u>



       The foregoing is written without waiver of or prejudice to the rights of our client, all of which are expressly reserved.

             Very truly yours,

             Lance Koonce

LHK/lp
Enclosure

| Publication Name | Date | URL |
|---|---|---|
| Entertainment Weekly | July 25, 2008 | http://www7.mygazines.com/magazines/view/794 |
| Entertainment Weekly | July 18, 2008 | http://www7.mygazines.com/magazines/view/690 |
| Entertainment Weekly | July 11, 2008 | http://www7.mygazines.com/magazines/view/415 |
| Entertainment Weekly | June 20, 2008 | http://www7.mygazines.com/magazines/view/143 |
| Entertainment Weekly | June 27, 2008 | http://www7.mygazines.com/magazines/view/253 |
| Essence | August 2008 | http://www7.mygazines.com/magazines/view/613 |
| Essence | July 2008 | http://www7.mygazines.com/magazines/view/155 |
| Fortune 500 | May 5, 2008 | http://www7.mygazines.com/magazines/view/497 |
| Fortune Special Investors Issue | 2008 | http://www7.mygazines.com/magazines/view/273 |
| Fortune | July 7, 2008 | http://www7.mygazines.com/magazines/view/522 |
| Golf | August 2008 | http://www7.mygazines.com/magazines/view/454 |
| Golf | June 2008 | http://www7.mygazines.com/magazines/view/13 |
| In Style | August 2008 | http://www7.mygazines.com/magazines/view/786 |
| In Style | July 2008 | http://www7.mygazines.com/magazines/view/313 |
| Money | June 2008 | http://www7.mygazines.com/magazines/view/17 |
| People | July 28, 2008 | http://www7.mygazines.com/magazines/view/802 |
| People | July 21, 2008 | http://www7.mygazines.com/magazines/view/706 |
| People | July 14, 2008 | http://www7.mygazines.com/magazines/view/439 |
| People | July 7, 2008 | http://www7.mygazines.com/magazines/view/318 |
| People | June 30, 2008 | http://www7.mygazines.com/magazines/view/149 |
| People | June 23, 2008 | http://www7.mygazines.com/magazines/view/196 |
| People | June 16, 2008 | http://www7.mygazines.com/magazines/view/83 |
| People | June 2, 2008 | http://www7.mygazines.com/magazines/view/23 |
| People | May 26, 2008 | http://www7.mygazines.com/magazines/view/24 |
| People en Espanol | August 2008 | http://www7.mygazines.com/magazines/view/664 |
| People en Espanol | July 2008 | http://www7.mygazines.com/magazines/view/557 |
| People Child Stars | Summer 2008 | http://www7.mygazines.com/magazines/view/500 |
| People Style Watch | June 2008 | http://www7.mygazines.com/magazines/view/501 |
| Real Simple | August 2008 | http://www7.mygazines.com/magazines/view/803 |
| Real Simple | July 2008 | http://www7.mygazines.com/magazines/view/157 |
| Real Simple | June 2008 | http://www7.mygazines.com/magazines/view/27 |
| Sports Illustrated | July 14, 2008 | http://www7.mygazines.com/magazines/view/666 |
| Sports Illustrated | July 7, 2008 | http://www7.mygazines.com/magazines/view/405 |
| Sports Illustrated | June 30, 2008 | http://www7.mygazines.com/magazines/view/370 |
| Sports Illustrated | June 23, 2008 | http://www7.mygazines.com/magazines/view/198 |
| Sports Illustrated | June 16, 2008 | http://www7.mygazines.com/magazines/view/151 |
| Sports Illustrated | June 2, 2008 | http://www7.mygazines.com/magazines/view/90 |
| Sports Illustrated | May 19, 2008 | http://www7.mygazines.com/magazines/view/93 |
| Sports Illustrated | May 12, 2008 | http://www7.mygazines.com/magazines/view/91 |
| Sports Illustrated For Kids | August 2008 | http://www7.mygazines.com/magazines/view/639 |
| Sports Illustrated For Kids | July 2008 | http://www7.mygazines.com/magazines/view/349 |
| Sports Illustrated For Kids | June 2008 | http://www7.mygazines.com/magazines/view/92 |
| This Old House | July 2008 | http://www7.mygazines.com/magazines/view/344 |
| Time | July 21, 2008 | http://www7.mygazines.com/magazines/view/833 |
| Time | July 14, 2008 | http://www7.mygazines.com/magazines/view/464 |
| Time | July 7, 2008 | http://www7.mygazines.com/magazines/view/406 |
| Time | June 23, 2008 | http://www7.mygazines.com/magazines/view/199 |
| Time | June 16, 2008 | http://www7.mygazines.com/magazines/view/152 |
| Time | June 9, 2008 | http://www7.mygazines.com/magazines/view/117 |
| Time | June 2, 2008 | http://www7.mygazines.com/magazines/view/116 |
| Time | May 19, 2008 | http://www7.mygazines.com/magazines/view/118 |

| | | |
|---|---|---|
| Time | May 12, 2008 | http://www7.mygazines.com/magazines/view/97 |
| Coastal Living | July 2008 | http://www7.mygazines.com/magazines/view/292 |
| Coastal Living | June 2008 | http://www7.mygazines.com/magazines/view/51 |
| Cooking Light | July 2008 | http://www7.mygazines.com/magazines/view/293 |
| Cooking Light | June 2008 | http://www7.mygazines.com/magazines/view/56 |
| Health | July 2008 | http://www7.mygazines.com/magazines/view/299 |
| Health | June 2008 | http://www7.mygazines.com/magazines/view/14 |
| Southern Accents | July 2008 | http://www7.mygazines.com/magazines/view/316 |
| Southern Living | July 2008 | http://www7.mygazines.com/magazines/view/150 |
| Southern Living | June 2008 | http://www7.mygazines.com/magazines/view/89 |
| Decanter | July 2008 | http://www7.mygazines.com/magazines/view/771 |
| Golf Monthly | July 2008 | http://www7.mygazines.com/magazines/view/758 |
| Homes & Gardens | July 2008 | http://www7.mygazines.com/magazines/view/654 |
| Homes & Gardens | June 2008 | http://www7.mygazines.com/magazines/view/266 |
| In Style (UK) | July 2008 | http://www7.mygazines.com/magazines/view/630 |
| In Style (UK) | May 2008 | http://www7.mygazines.com/magazines/view/208 |
| In Style (UK/USA) | June 2008 | http://www7.mygazines.com/magazines/view/200 |
| Marie Claire (UK) | July 2008 | http://www7.mygazines.com/magazines/view/816 |

EXHIBIT 16



# Visual IP Trace Report

How to Report Network Abuse | Visual IP Trace Manual | FAQ | Visualware Home | Visual IP Trace Website | Purchase Visual IP Trace

---

## Identification Report for 203.98.175.14

Computer **203.98.175.14** has been found. It is probably located in or around **Hong Kong** as this is where the organization or individual who manages the system is located.

This system is a web server (click <u>here</u> for details).

The following copyright notice appears on the website, which could give a clue to the website creators: © 2008 *Mygazines.com* ⊟  **Click here to hide the route map** *(more info)*

The following map shows the route between you and the entity to which you traced. A solid line represents a hop to a known location, and a dotted line represents a hop to a guessed location.



⊞  **Click here to show information on each hop along the route** *(more info)*
⊟  **Click here to hide further owner details** *(more info)*

| Network Owner Information | Domain Owner Information |
|---|---|
| *The following information refers to the network on which this system lies. This is useful information because it describes who you need to report to if someone on their network has been abusive. (How to effectively report network abuse)*<br>% [whois.apnic.net node-1]<br>% Whois data copyright terms<br>http://www.apnic.net/db/dbcopyright.html<br><br>inetnum: 203.98.175.0 - 203.98.175.63<br>netname: KINGDOM-HK<br>country: HK<br>descr: KINGDOM - Internet Access<br>admin-c: TC514-AP<br>admin-c: EL496-AP<br>tech-c: KW316-AP | |

```
tech-c: AC286-AP
status: ASSIGNED NON-PORTABLE
changed: chris.yau@newworldtel.com 20060830
mnt-by: MAINT-HK-NEWWORLDTEL
source: APNIC

person: Edward Lam
nic-hdl: EL496-AP
e-mail: NSCNO@newworldtel.com
address: 17/F, Chevalier Commercial Centre,
address: 8 Wang Hoi Road, Kowloon Bay,
address: Hong Kong
phone: +852-21336896
fax-no: +852-21330926
country: HK
changed: kmmwong@newworldtel.com 20071213
mnt-by: MAINT-HK-NEWWORLDTEL
source: APNIC

person: Thomas Chow
nic-hdl: TC514-AP
e-mail: nmc@newworldtel.com
address: 17/F, Chevalier Commercial Centre,
address: 8 Wang Hoi Road, Kowloon Bay,
address: Hong Kong
phone: +852-21300120
fax-no: +852-21331599
country: HK
changed: kmmwong@newworldtel.com 20061213
mnt-by: MAINT-HK-NEWWORLDTEL
source: APNIC

person: Anson Chan
nic-hdl: AC286-AP
e-mail: nmc@newworldtel.com
address: 17/F Chevalier Commercial Centre,
address: 8 Wang Hoi Road, Kowloon Bay,
address: Hong Kong
phone: +852-21300120
fax-no: +852-21332008
country: HK
changed: kmmwong@newworldtel.com 20070305
mnt-by: MAINT-HK-NEWWORLDTEL
source: APNIC

person: Kwong Ming Wong
nic-hdl: KW316-AP
e-mail: kmmwong@newworldtel.com
address: 17/F, Chevalier Commercial Centre,
address: 8 Wang Hoi Road, Kowloon Bay,
address: Hong Kong
phone: +852-21336736
fax-no: +852-2133 2107
country: HK
changed: edward.lam@newworldtel.com 20060817
mnt-by: MAINT-HK-NEWWORLDTEL
source: APNIC
```

⊞   **Click here to show the analysis of the system's applications** _(more info)_

Visual IP Trace 4.0c Copyright © Visualware, Inc. 2008

Mygazines.com - upload. share. archive.

# mygazines.com
upload. share. archive.

MAGAZINES    ARTICLES    MYGAZINES    FRIENDS

search articles | search |

upload

78 diggs   digg it

## Top Ranked Magazines



## What is Mygazines?

Mygazines is your **free** place to browse, share, archive and customize unlimited magazine articles uploaded by you, the Mygazines community.

| take a quick tour → |

## Member Login

your username

your password

| Login |

forgot username | forgot password

## Not a member yet? Signup for Free!

New uploads    Most read articles    Top rated articles    Top rated mygazines



**Info Exame**
June 2008 (BRA)

sfragata
August 17, 2008

avg article rating

**Placar**
August 2008
(BRA)

www_piratao_info
August 17, 2008

avg article rating



**Magic Wave**
August 2008 (IDN)

lowrobb
August 17, 2008

avg article rating

**Brides**
September 2008
(CAN/USA)

**Men's Vogue**
September 2008
(CAN/USA)

**Skateboarding**
October 2008
(CAN/USA)



http://203.98.175.14/

8/17/2008

Mygazines.com - upload. share. archive.



**CONTEST**

We're giving away **$1000** every **month!**

## To the member who signs up the most friends

click for full contest details

## Find Your Friends!

**See who's already on Mygazines.**
We will not store your login or password and won't email anyone without your explicit permission.




○ YAHOO! Mail   ○ Hotmail
○ Gmail   ○ AOL

continue

search community or email invite

## Frequently Asked Questions

⊙ What are 'mygazines'?
⊙ How can I create my own?
⊙ Where are my mygazines stored?
⊙ How can I edit my mygazines?

---




avg article rating



avg article rating

avg article rating

---

**Town & Country**
September 2008
(CAN/USA)

avg article rating

**Weight Watchers**
September 2008
(CAN/USA)

avg article rating

**Atlantic Monthly**
September 2008
(CAN/USA)

avg article rating

---




**Galileu**
August 2008
(BRA)
www_piratao_info
August 16, 2008

avg article rating

**Mojo**
August 2008
(CAN/USA)

avg article rating

**Super Interessante**
August 2008
(BRA)
baixebr
August 16, 2008

avg article rating

---







**Super Interessante**
August 2008
(BRA)
overture
August 16, 2006

avg article rating

**Veja - Guia das Olimpiadas**
2008 (BRA)
www_piratao_info
August 16, 2008

avg article rating

**Robb Report**
September 2008
(CAN/USA)

avg article rating

## ◈ Popular Tags

1, 10min, 2008, 3, 3G, a, a5, aa, about, abril, abs, absolute, accessible, action, ad, adam, address, adfdsf, ads, adult, advertise, advertising, affitto, africa, aircraft, airplane, alcohol, alek, alfa, alimentos, also, amazon, amo, amy, analysis, and, Angelina, angie, animal, animals, anime, Anne, annisa, annual, anorexia, antenna, appartamento, appetizers, arbol, architecture, area

Mygazines.com - upload. share. archive.



# Visual IP Trace Report

How to Report Network Abuse | Visual IP Trace Manual | FAQ | Visualware Home | Visual IP Trace Website | Purchase Visual IP Trace

## Identification Report for img6.mygazines.com

Computer **img6.mygazines.com** has been found. Visual IP Trace has drawn information from its own database and from information specified by the owners of img6.mygazines.com. Both sources tend to agree that the host is located around **Moscow, Russia**.

**Domain Contact Information:** The following details refer to a name registered for this address.

☑ bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net

⊟ **Click here to hide the route map** (_more info_)

The following map shows the route between you and the entity to which you traced. A solid line represents a hop to a known location, and a dotted line represents a hop to a guessed location.



⊞ **Click here to show information on each hop along the route** (_more info_)
⊟ **Click here to hide further owner details** (_more info_)

| Network Owner Information | Domain Owner Information |
|---|---|
| _The following information refers to the network on which this system lies. This is useful information because it describes who you need to report to if someone on their network has been abusive. (How to effectively report network abuse)_<br>% This is the RIPE Whois query server #3.<br>% The objects are in RPSL format.<br>%<br>% Rights restricted by copyright.<br>% See http://www.ripe.net/db/copyright.html<br><br>% Note: This output has been filtered.<br>% To receive output for a database update, use the "- | _The following information describes the organization or individual who registered the domain name **null**. There can be many domain contacts however Corporate and Administrator are usually the best contact references._<br>--- #YAML:1.0<br># GANDI Registrar whois database for .COM, .NET, .ORG., .INFO, .BIZ, .NAME<br>#<br># Access and use restricted pursuant to French law on personal data.<br># Copy of whole or part of the data without permission from GANDI |

B" flag.

% Information related to '92.241.172.0 - 92.241.173.255'

inetnum: 92.241.172.0 - 92.241.173.255
netname: BESTHOSTING
descr: BestHosting
country: RU
admin-c: AE1062-RIPE
tech-c: AE1062-RIPE
status: ASSIGNED PA
mnt-by: RU-WEBALTA-MNT
source: RIPE # Filtered

person: Artur Enaliev
address: Kostiakova str., 12/6
address: Moscow, Russia
phone: +7 495 788 9484
nic-hdl: AE1062-RIPE
mnt-by: DN-MNT
source: RIPE # Filtered

# is strictly forbidden.
# The sole owner of a domain is the entity described in the relevant
# 'domain:' record.
# Domain ownership disputes should be settled using ICANN's Uniform Dispute
# Resolution Policy:
http://www.icann.org/udrp/udrp.htm
# For inquiries about 'by policy' protection, please check directly
# with the appropriate registry (Eurid, AFNIC)
#
# Acces et utilisation soumis a la legislation francaise sur
# les donnees personnelles.
# Copie de tout ou partie de la base interdite sans autorisation de GANDI.
# Le possesseur d'un domaine est l'entite decrite dans
# l'enregistrement 'domain:' correspondant.
# Un desaccord sur la possession d'un nom de domaine peut etre resolu
# en suivant la Uniform Dispute Resolution Policy de l'ICANN:
# http://www.icann.org/udrp/udrp.htm
# Pour obtenir les informations en status 'Protected by policy', contactez
# directement le registre concerne (Eurid, AFNIC)
#
# 2008-08-17 23:08:21 CEST

domain: mygazines.com
reg_created: 2006-10-14 07:20:04
expires: 2013-10-14 07:20:04
created: 2008-06-17 05:55:49
changed: 2008-07-24 21:12:40
transfer-prohibited: yes
ns0: a.dns.gandi.net
ns1: b.dns.gandi.net
ns2: c.dns.gandi.net
owner-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: ''
email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41
admin-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House

zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: "
email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41
tech-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: "
email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41
bill-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: "
email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41

⊞ **Click here to show the analysis of the system's applications** *(more info)*

Visual IP Trace 4.0c Copyright © Visualware, Inc. 2008

EXHIBIT 17

HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS

**The New York Times**
Thursday, August 7, 2008

# Business

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL

AUTOS

E-MAIL
PRINT
SAVE

Want a good fortune for your business?

nycedc.com/vendors



## BITS; Wikileaks Has Friend in Sweden

By DAVID F. GALLAGHER
Published: February 25, 2008

Wikileaks Has Friend in Sweden

Why did lawyers for a bank in the Cayman Islands ask a judge in essence to turn off the domain name of the Wikileaks site? Perhaps because they could not get the site shut down by more traditional means.

Companies that believe they have reason to have something taken off the Web routinely have their lawyers fire off letters to the Web hosting company of the site in question. In this case, Julius Baer Bank was interested in removing some of its internal documents that had ended up on Wikileaks, a site that exists to publish documents that someone would rather not see published.

But Wikileaks had clearly planned ahead for this sort of thing. The records for the site indicate that it is hosted by PRQ, based in Stockholm. As it turns out, PRQ is owned by two founders of the Pirate Bay, the BitTorrent tracker site that is Hollywood's least favorite online destination. The Pirate Bay guys have made a sport out of taunting all forms of authority, including the Swedish police, and PRQ has gone out of its way to be a host to sites that other companies would not touch. It is perhaps the world's least lawyer-friendly hosting company and thus a perfect home for Wikileaks, which says it is "developing an uncensorable system for untraceable mass document leaking and public analysis."

DAVID F. GALLAGHER

MOST POPULAR

E-MAILED | BLOGGED | SE

1.  Personal Health: So
2.  Who Lives There: Th
3.  Where the Fashioni
4.  Recipes for Health:
5.  Maureen Dowd: Mc
6.  Magazine Preview: I
    Politics?
7.  Op-Ed Contributor:
8.  The Minimalist: Ric
    Mention Vegetarian
9.  Roger Cohen: Olé! T
10. Where the Race Nov

Go to Complete List »

Ads by Google                                    what's this?

**Cheap Flights to Sweden**

I think that Sweden is boring, are you sure it's worth to visit?
Sweden.best-for.me

**Cheap Sweden Flights**
70% off Sweden Flights Compare Sweden Flights - Save
Sweden.Flights.Asia.com

**Bits**
Huge selection of Bits items.
Yahoo.com



**INSIDE NYTIMES.COM**

**Is the water act**
Also in Travel:
Airfares on sale now, so a
Taking the plunge in Oreg
25 Northeast Getaways

RELATED ADS

» Campaign Secrets
» Thepiratebay
» Pac
» Pirate Bay
» Obama Humor

POLITICS »

Little Pieces of Politics Lure Collectors

TRAVEL »

Frugal Traveler: Grand Tour in Amsterdam

OPINION »
## McCain Goes Negative
In a Bloggingheads video, a discussion on why Senator John McCain's campaign has turned to negative tactics.

FASHION & STYLE »

Muscling Into the Mainstream

OPINION »

Letters: The Barack Ob
Rorschach Test

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | R
Copyright 2008 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us | Work



# Visual IP Trace Report

How to Report Network Abuse | Visual IP Trace Manual | FAQ | Visualware Home | Visual IP Trace Website | Purchase Visual IP Trace

---

## Identification Report for img4.mygazines.com

Computer **img4.mygazines.com** has been found. It is probably located in or around **Sweden** as this is where the organization or individual who manages the system is located.

This system is a web server (click here for details).

The following copyright notice appears on the website, which could give a clue to the website creators: © 2008 *Mygazines.com* ⊟ **Click here to hide the route map** *(more info)*

The following map shows the route between you and the entity to which you traced. A solid line represents a hop to a known location, and a dotted line represents a hop to a guessed location.



⊞ **Click here to show information on each hop along the route** *(more info)*
⊟ **Click here to hide further owner details** *(more info)*

---

| Network Owner Information | Domain Owner Information |
|---|---|
| *The following information refers to the network on which this system lies. This is useful information because it describes who you need to report to if someone on their network has been abusive. (How to effectively report network abuse)* | *The following information describes the organization or individual who registered the domain name **prq.se**. There can be many domain contacts however Corporate and Administrator are usually the best contact references.* |
| % This is the RIPE Whois query server #3. | # Copyright (c) 1997- .SE (The Internet Infrastructure |
| % The objects are in RPSL format. | Foundation). |
| % | # All rights reserved. |
| % Rights restricted by copyright. | |
| % See http://www.ripe.net/db/copyright.html | # The information obtained through searches, or otherwise, is protected |
| | # by the Swedish Copyright Act (1960:729) and |
| % Note: This output has been filtered. | international conventions. |
| % To receive output for a database update, use the "-B" flag. | # It is also subject to database protection according to the Swedish |
| % Information related to '88.80.2.0 - 88.80.7.255' | # Copyright Act. |

inetnum: 88.80.2.0 - 88.80.7.255
netname: PRQ-NET-COLO
descr: prq Inet POP STH3
descr: Co-located customer servers
country: SE
admin-c: pIN7-RIPE
tech-c: pIN7-RIPE
status: ASSIGNED PA
mnt-by: MNT-PRQ
source: RIPE # Filtered

role: prq Inet NOC
address: prq Inet
Box 1206
SE 11479 Stockholm
Sweden
phone: +46 (0)8 50003150
remarks: !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
remarks: !! Abuse reports should ONLY be sent to
abuse@prq.se !!
remarks: !! Do NOT call unless it's very urgent !!
remarks: !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
admin-c: PW1115-RIPE
tech-c: PW1115-RIPE
nic-hdl: pIN7-RIPE
mnt-by: MNT-PRQ
source: RIPE # Filtered
abuse-mailbox: abuse@prq.se

# Any use of this material to target advertising or
# similar activities is forbidden and will be prosecuted.
# If any of the information below is transferred to a
third
# party, it must be done in its entirety. This server
must
# not be used as a backend for a search engine.

# Result of search for registered domain names under
# the .SE top level domain.

# The data is in the UTF-8 character set and the result
is
# printed with eight bits.

state: active
domain: prq.se
holder: frenei0702-00003
admin-c: -
tech-c: -
billing-c: -
created: 2004-06-14
modified: 2008-06-14
expires: 2009-06-14
nserver: a.ns.prq.se 88.80.8.2
nserver: ns1.prq.se 194.145.251.1
dnssec: unsigned delegation
status: ok

⊞ **Click here to show the analysis of the system's applications** *(more info)*

Visual IP Trace 4.0c Copyright © Visualware, Inc. 2008

EXHIBIT 18

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

LANCE KOONCE
DIRECT (212) 603-6467
lancekoonce@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

August 8, 2008

**BY EMAIL AND OVERNIGHT/INTERNATIONAL MAIL**

PRQ INET
Box 1206
SE 11479 Stockholm
Sweden
Email: abuse@prq.se

      Re:    **Copyright Infringement by Mygazines.com**

To Whom It May Concern:

We write as counsel for Time Inc., The McGraw-Hill Companies, Inc., Condé Nast Publications, Hearst Corporation, American Media, Inc., Hachette Filipacchi Media U.S., Inc., Bauer Publishing Group, Reed Business Information, Source Interlink Magazines, LLC, Bonnier Corporation and Newsweek, Inc. (collectively, the "Publishers") with regard to the Mygazines.com web site (the "Infringing Website"), for which we believe you are providing hosting services. It has come to the Publishers' attention that the owners of this Infringing Website are distributing and displaying unauthorized copies of a number of the Publishers' magazines, in clear violation of the U.S. Copyright Act and other applicable laws. Indeed, it does not appear that any of the magazines (regardless of publisher) that are available on this website are authorized reproductions, but rather all appear to be infringements. This is to put you on notice that this ongoing blatant copyright and trademark infringement is causing significant harm to the Publishers' businesses, the majority of whom are based in New York. In light of the above, ***we demand that you immediately disable access to the Infringing Website or, at a minimum, block access specifically to the magazines published by the Publishers***. Attached as an exhibit to this letter are the specific magazine issues in question. We are attempting to contact the owner of the Infringing Website directly as well.

The works that Mygazines.com is displaying on the Infringing Website are subject to valid and subsisting copyright protection in the United States, as well as under the laws of other countries. Those works may only be published, reproduced, distributed and displayed by the

PRQ INET
August 8, 2008
Page -2-



respective publisher, or pursuant to the respective publisher's permission, and only the publisher may authorize the creation of derivative works based on its copyrighted content in its magazines. The use of the Publishers' magazines in connection with the Infringing Website constitutes a blatant violation of the copyright laws. The use of the Publishers' magazines, including the titles and covers thereof, to advertise or promote the Infringing Website, may also constitute a violation of the Publishers' rights under the Lanham Act and applicable state laws.

Accordingly, we hereby demand on behalf of the Publishers that, **no later than the close of business August 11, 2008**, you (1) disable the Infringing Website or the specific URLS set forth in the attached list; and (2) certify in writing to the undersigned that you have complied with the above request.

This letter also constitutes the Publishers' notice, as required under 17 U.S.C. § 512(c)(3)(A) and to the extent applicable here, that our clients have a good faith belief that the reproduction, display, and distribution of these works on the above-referenced website is not authorized by the Publishers and infringes the Publishers' intellectual property rights in these works. The Copyright Act requires internet service providers to remove or disable access to the infringing material or otherwise respond to this notice promptly. If you fail to do so, you may be liable for damages and injunctive relief as appropriate. I certify that the information I have provided is accurate and that, under penalty of perjury, I am authorized to act on behalf of the Publishers, owners of the rights infringed by the above-referenced Website.

You may contact me at the address, email address and telephone number listed above.

The foregoing is written without waiver of or prejudice to the rights of the Publishers, all of which are expressly reserved.

Very truly yours,

Lance Koonce

LHK/lp
Enclosure

# American Media, Inc.

| Publication Name | Date |
|---|---|
| Country Weekly | May 11,2008 |
| Country Weekly | June 16,2008 |
| Country Weekly | June 30,2008 |
| Country Weekly | July 14,2008 |
| Country Weekly | July 28,2008 |
| Country Weekly | August 11,2008 |
| Fit Pregnancy | June 1, 2008 |
| Fit Pregnancy | August 1, 2008 |
| Flex | June 1, 2008 |

**Bauer**

| Publication Name | Date |
| --- | --- |
| In Touch | 7/7/08 |
| In Touch | 7/14/08 |
| In Touch | 7/21/08 |
| In Touch | 7/28/08 |
| In Touch | 8/4/08 |
| In Touch | 8/11/08 |
| In Touch | 8/18/08 |
| J-14 | September 2008 |
| J-14 | August 2008 |
| M | August 2008 |
| QuizFest | August 2008 |
| Woman's World | 7/7/08 |
| Woman's World | 7/14/08 |
| Woman's World | 7/21/08 |
| Woman's World | 7/28/08 |
| Woman's World | 8/4/08 |
| Woman's World | 8/11/08 |
| Yikes | July 2008 |

**Bonnier Corp.**

| Publication Name | Date |
| --- | --- |
| 9Frames  (Transworld Skateboarding special issue) | June 1905 |
| Babytalk | Spring 2008 |
| Cruising World | July 2008 |
| Motor Boating | August 2008 |
| Outdoor Life | May 2008 |
| Outdoor Life | June 2008 |
| Parenting | June 2008 |
| Parenting | August 2008 |
| Popular Science | May 2008 |
| Popular Science | June 2008 |
| Popular Science | August 2008 |
| Saveur | January 2006 |
| Saveur | March 2006 |
| Saveur | July 2008 |
| Saveur | September 2008 |
| Transworld Skateboarding | May 2008 |
| Transworld Skateboarding | August 2008 |
| Transworld Snowboarding | September 2008 |
| Transworld Surf | September 2008 |
| Yachting | July 2008 |
| Yachting | August 2008 |

## Conde Nast

| Publication Name | Date |
| --- | --- |
| Allure | June 2008 |
| Allure | July 2008 |
| Allure | August 2008 |
| Architectural Digest | January 2007 |
| Architectural Digest | February 2007 |
| Architectural Digest | March 2007 |
| Architectural Digest | April 2007 |
| Architectural Digest | May 2007 |
| Architectural Digest | June 2007 |
| Architectural Digest | September 2007 |
| Architectural Digest | October 2007 |
| Architectural Digest | November 2007 |
| Architectural Digest | May 2008 |
| Architectural Digest | July 2008 |
| Architectural Digest | August 2008 |
| Bon Appetit | June 2008 |
| Bon Appetit | July 2008 |
| Bon Appetit | August 2008 |
| Brides | July 2008 |
| Conde Nast Traveler | July 2008 |
| Conde Nast Traveler | August 2008 |
| Details | January 2006 |
| Details | June 2008 |
| Details | August 2008 |
| Domino | June 2008 |
| Domino | July 2008 |
| Domino | August 2008 |
| Glamour | May 2008 |
| Glamour | June 2008 |
| Glamour | August 2008 |
| Gormet | July 2008 |
| Gormet | August 2008 |
| House & Garden | May 2008 |
| House & Garden | June 2008 |
| Lucky | June 2008 |
| Lucky | August 2008 |
| Modern Bride | June 2008 |
| Modern Bride | August 2008 |
| Self | June 2008 |
| Self | July 2008 |
| Self | August 2008 |
| Teen Vogue | June 2008 |
| Teen Vogue | August 2008 |
| The New Yorker | April 28, 2008 |
| The New Yorker | May 5, 2008 |
| The New Yorker | May 12, 2008 |
| The New Yorker | May 19, 2008 |
| The New Yorker | May 26, 2008 |
| The New Yorker | June 2, 2008 |
| The New Yorker | June 23, 2008 |
| The New Yorker | June 30, 2008 |

# Conde Nast

| Publication Name | Date |
| --- | --- |
| The New Yorker | July 7, 2008 |
| The New Yorker | July 14, 2008 |
| The New Yorker | July 21, 2008 |
| The New Yorker | July 28, 2008 |
| The New Yorker | August 4, 2008 |
| The New Yorker | June 6&19, 2008 |
| Vanity Fair | June 2008 |
| Vanity Fair | July 2008 |
| Vanity Fair | August 2008 |
| Vogue | June 2008 |
| Vogue | July 2008 |
| Vogue | August 2008 |
| W | August 2008 |
| Wired | October 2004 |
| Wired | January 2006 |
| Wired | January 2008 |
| Wired | February 2008 |
| Wired | March 2008 |
| Wired | April 2008 |
| Wired | May 2008 |
| Wired | June 2008 |
| Wired | July 2008 |
| Wired | August 2008 |

## Hachette Filipacchi Media U.S., Inc.

| Publication Name | Date |
|---|---|
| BOATING | July 2008 |
| BOATING | August 2008 |
| CAR AND DRIVER | July 2008 |
| CAR AND DRIVER | August 2008 |
| CAR AND DRIVER | September 2008 |
| ELLE DECOR | January 2006 |
| ELLE DECOR | March 2006 |
| ELLE DECOR | July 2008 |
| ELLE DECOR | August 2008 |
| ELLE GIRL | February 2006 |
| ELLE GIRL | March 2006 |
| ELLE U.S. | July 2008 |
| ELLE UK | July 2008 (Hachette Filipacchi Medias) |
| HOME | June 2008 |
| HOME | July 2008 |
| METROPOLITAN HOME | June 2008 |
| METROPOLITAN HOME | July 2008 |
| POPULAR PHOTOGRAPHY | June 2008 |
| POPULAR PHOTORAPHY | August 2008 |
| ROAD & TRACK | June 2008 |
| ROAD & TRACK | August 2008 |
| ROAD & TRACK | September 2008 |
| SOUND & VISION | July 2008 |

**Hearst**

| Publication Name | Date |
|---|---|
| Cosmogirl! | June 2008 |
| Cosmogirl! | July 2008 |
| Cosmogirl! | September 2008 |
| Cosmopolitan | July 2008 |
| Cosmopolitan | August 2008 |
| Cosmopolitan | June 2008 * |
| Cosmopolitan Style and Beauty Issue | Summer 2008 |
| Country Living | June 2008 |
| Country Living | July 2008 |
| Country Living | August 2008 |
| Esquire | June 2008 |
| Esquire | July 2008 |
| Esquire | August 2008 |
| Good Housekeeping | July 2008 |
| Good Housekeeping | August 2008 |
| Good Housekeeping | June 2008 * |
| Harper's Bazaar | September 2007 |
| Harper's Bazaar | June 2008 |
| Harper's Bazaar | July 2008 |
| Harper's Bazaar | August 2008 |
| Harper's Bazaar | May 2008, |
| House Beautiful | August 2007 |
| House Beautiful | August 2008 |
| House Beautiful | July 2008 * |
| Marie Claire | July 2008 |
| Marie Claire | August 2008 |
| Marie Claire | June 2008 * |
| Marie Claire | May 2008 * |
| O The Oprah Magazine | June 2008 |
| O The Oprah Magazine | July 2008 |
| O The Oprah Magazine | August 2008 |
| Popular Mechanics | June 2008 |
| Popular Mechanics | August 2008 |
| Redbook | June 2008 |
| Redbook | July 2008 |
| Redbook | August 2008 |
| Seventeen | June 2008 |
| Seventeen | August 2008 |
| SmartMoney | June 2008 |
| SmartMoney | July 2008 |
| SmartMoney | August 2008 |
| Town & Country | June 2008 |
| Town & Country | August 2008 |
| Veranda | August 2008 |

**Note:**
* Two entries for indicated issue; one may be a foreign edition.

## Newsweek and Budget Travel

| Publication Name | Date |
| --- | --- |
| Arthur Frommer's Budget Travel | July 2008 |
| Newsweek | 5/5/08 |
| Newsweek | 5/12/08 |
| Newsweek | 6/16/08 |
| Newsweek | 6/23/08 |
| Newsweek | 6/30/08 |
| Newsweek | 7/07/08 |
| Newsweek | 7/21/08 |
| Newsweek | 7/28/08 |
| Newsweek | 8/04/08 |

11611147_1.XLS

## Reed Business Information

| Publication Name | Date |
| --- | --- |
| Interior Design | June 2005 |
| Interior Design | May 2008 |
| Interior Design | June 2008 |
| Variety | July 21-27, 2008 |
| Variety | June 30-July 13, 2008 |

## Source Interlink Magazines

| Publication Name | Date |
|---|---|
| 4 WHEEL & OFF ROAD | July 2008 |
| 4 WHEEL & OFF ROAD | September 2008 |
| 4 WHEEL & OFF ROAD | October 2008 |
| ATV RIDER | July 2008 |
| ATV RIDER | August 2008 |
| ATV RIDER | September 2008 |
| AUTOMOBILE | June 2008 |
| AUTOMOBILE | July 2008 |
| AUTOMOBILE | August 2008 |
| AUTOMOBILE | September 2008 |
| CAR CRAFT | September 2008 |
| DIRT RIDER | July 2008 |
| DIRT RIDER | September 2008 |
| FOUR WHEELER | June 2008 |
| FOUR WHEELER | August 2008 |
| FOUR WHEELER | September 2008 |
| HOT ROD | August 2008 |
| HOT ROD | September 2008 |
| MOTOR TREND | June 2008 |
| MOTOR TREND | July 2008 |
| MOTOR TREND | August 2008 |
| MOTOR TREND | September 2008 |
| MOTORCYCLIST | July 2008 |
| MOTORCYCLIST | August 2008 |
| MOTORCYCLIST RETRO | Spring 2008 |
| PMY | July 2008 |
| POWER MOTOR YACHT | August 2008 |
| READERS RIGS | Summer 2008 |
| SOAP OPERA DIGEST | July 29, 2007 |
| SOAP OPERA DIGEST | May 13, 2008 |
| SOAP OPERA DIGEST | May 20, 2008 |
| SOAP OPERA DIGEST | May 27, 2008 |
| SOAP OPERA DIGEST | June 10, 2008 |
| SOAP OPERA DIGEST | June 17, 2008 |
| SOAP OPERA DIGEST | June 24, 2008 |
| SOAP OPERA DIGEST | July 1, 2008 |
| SOAP OPERA DIGEST | July 8, 2008 |
| SOAP OPERA DIGEST | July 15, 2008 |
| SOAP OPERA DIGEST | July 22, 2008 |
| SOAP OPERA DIGEST | August 5, 2008 |
| SOAP OPERA DIGEST | August 12, 2008 |
| SOAP OPERA WEEKLY | May 13, 2008 |
| SOAP OPERA WEEKLY | May 20, 2008 |
| SOAP OPERA WEEKLY | May 27, 2008 |
| SOAP OPERA WEEKLY | June 10, 2008 |
| SOAP OPERA WEEKLY | June 17, 2008 |
| SOAP OPERA WEEKLY | June 24, 2008 |
| SOAP OPERA WEEKLY | July 1, 2008 |
| SOAP OPERA WEEKLY | July 8, 2008 |
| SOAP OPERA WEEKLY | July 15, 2008 |
| SOAP OPERA WEEKLY | July 22, 2008 |

## Source Interlink Magazines

| Publication Name | Date |
|---|---|
| SOAP OPERA WEEKLY | July 29, 2008 |
| SOAP OPERA WEEKLY | August 5, 2008 |
| SOAP OPERA WEEKLY | August 12, 2008 |

# Time

| Publication Name | Date |
|---|---|
| Business 2.0 | April 2007 |
| Business 2.0 | May 2007 |
| Coastal Living | June 2008 |
| Coastal Living | July 2008 |
| Cooking Light | June 2008 |
| Cooking Light | July 2008 |
| Cooking Light | August 2008 |
| Decanter | July 2008 |
| Entertainment Weekly | June 20, 2008 |
| Entertainment Weekly | June 27, 2008 |
| Entertainment Weekly | July 11, 2008 |
| Entertainment Weekly | July 18, 2008 |
| Entertainment Weekly | July 25, 2008 |
| Entertainment Weekly | August 1, 2008 |
| Entertainment Weekly | August 8, 2008 |
| Essence | July 2008 |
| Essence | August 2008 |
| Fortune | July 7, 2008 |
| Fortune 500 | May 5, 2008 |
| Fortune Small Business | May 2007 |
| Fortune Special Investors Issue | 2008 |
| Golf | September 2008 |
| Golf | August 2008 |
| Golf | June 2008 |
| Golf Monthly | July 2008 |
| Health | June 2008 |
| Health | July 2008 |
| Homes & Gardens | August 2007 |
| Homes & Gardens | June 2008 |
| Homes & Gardens | July 2008 |
| In Style | July 2008 |
| In Style | August 2008 |
| In Style (UK) | May 2008 |
| In Style (UK) | July 2008 |
| In Style (UK/USA) | June 2008 |
| In Style (UK/USA) | July 2008 |
| Marie Claire (UK) | July 2008 |
| Money | August 2008 |
| Money | June 2008 |
| People | May 26, 2008 |
| People | June 2, 2008 |
| People | June 16, 2008 |
| People | June 23, 2008 |
| People | June 30, 2008 |
| People | July 7, 2008 |
| People | July 14, 2008 |
| People | July 21, 2008 |
| People | July 28, 2008 |
| People | August 4, 2008 |
| People | August 11, 2008 |
| People | August 18, 2008 |

**Time**

| Publication Name | Date |
| --- | --- |
| People Child Stars | Summer 2008 |
| People en Espanol | July 2008 |
| People en Espanol | August 2008 |
| People Style Watch | June 2008 |
| Real Simple | June 2008 |
| Real Simple | July 2008 |
| Real Simple | August 2008 |
| Southern Accents | July 2008 |
| Southern Living | June 2008 |
| Southern Living | July 2008 |
| Southern Living | August 2008 |
| Sports Illustrated | May 12, 2008 |
| Sports Illustrated | May 19, 2008 |
| Sports Illustrated | June 2, 2008 |
| Sports Illustrated | June 16, 2008 |
| Sports Illustrated | June 23, 2008 |
| Sports Illustrated | June 30, 2008 |
| Sports Illustrated | July 7, 2008 |
| Sports Illustrated | July 14, 2008 |
| Sports Illustrated | July 28, 2008 |
| Sports Illustrated For Kids | June 2008 |
| Sports Illustrated For Kids | July 2008 |
| Sports Illustrated For Kids | August 2008 |
| This Old House | July 2008 |
| Time | May 12, 2008 |
| Time | May 19, 2008 |
| Time | June 2, 2008 |
| Time | June 9, 2008 |
| Time | June 16, 2008 |
| Time | June 23, 2008 |
| Time | July 7, 2008 |
| Time | July 14, 2008 |
| Time | July 21, 2008 |
| Time | July 28, 2008 |
| Time | August 4, 2008 |

EXHIBIT 19

# Visual IP Trace Report

How to Report Network Abuse | Visual IP Trace Manual | FAQ | Visualware Home | Visual IP Trace Website | Purchase Visual IP Trace

---

## Identification Report for img1.mygazines.com

Computer **img1.mygazines.com** has been found. It is probably located in or around **Markham, ON, Canada** as this is where the organization or individual who manages the system is located.

This system is a web server (click here for details).

---

**Network Contact Information:** The following details refer to the network that the system is on.

Cybernet Communications Inc.
20 Amber Street, Unit 16 Markham ON L3R-5P4 CA

**Domain Contact Information:** The following details refer to a name registered for this address.

bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net

---

⊟ **Click here to hide the route map** *(more info)*

The following map shows the route between you and the entity to which you traced. A solid line represents a hop to a known location, and a dotted line represents a hop to a guessed location.



Markham, ON, Canada

⊞ **Click here to show information on each hop along the route** *(more info)*
⊟ **Click here to hide further owner details** *(more info)*

---

| Network Owner Information | Domain Owner Information |
|---|---|
| *The following information refers to the network on which this system lies. This is useful information because it describes who you need to report to if someone on their network has been abusive. (How to effectively report network abuse)* | *The following information describes the organization or individual who registered the domain name **null**. There can be many domain contacts however Corporate and Administrator are usually the best contact references.* |
| | --- #YAML:1.0 |
| OrgName: Cybernet Communications Inc. | # GANDI Registrar whois database for .COM, .NET, |
| OrgID: CYBER-23 | .ORG., .INFO, .BIZ, .NAME |
| Address: 20 Amber Street, Unit 16 | # |

City: Markham
StateProv: ON
PostalCode: L3R-5P4
Country: CA

NetRange: 209.222.48.0 - 209.222.63.255
CIDR: 209.222.48.0/20
NetName: CYBERNET001
NetHandle: NET-209-222-48-0-1
Parent: NET-209-0-0-0-0
NetType: Direct Allocation
NameServer: NS.CYBRNET.NET
NameServer: NS2.CYBRNET.NET
Comment:
RegDate: 2005-04-12
Updated: 2005-04-12

RTechHandle: NOC1701-ARIN
RTechName: Network Operations Center
RTechPhone: +1-416-410-2180
RTechEmail: noc@mycybernet.net

OrgTechHandle: NOC1701-ARIN
OrgTechName: Network Operations Center
OrgTechPhone: +1-416-410-2180
OrgTechEmail: noc@mycybernet.net

# ARIN WHOIS database, last updated 2008-08-16
19:10
# Enter ? for additional hints on searching ARIN's
WHOIS database.

# Access and use restricted pursuant to French law on
personal data.
# Copy of whole or part of the data without permission
from GANDI
# is strictly forbidden.
# The sole owner of a domain is the entity described
in the relevant
# 'domain:' record.
# Domain ownership disputes should be settled using
ICANN's Uniform Dispute
# Resolution Policy:
http://www.icann.org/udrp/udrp.htm
# For inquiries about 'by policy' protection, please
check directly
# with the appropriate registry (Eurid, AFNIC)
#
# Acces et utilisation soumis a la legislation francaise
sur
# les donnees personnelles.
# Copie de tout ou partie de la base interdite sans
autorisation de GANDI.
# Le possesseur d'un domaine est l'entite decrite dans
# l'enregistrement 'domain:' correspondant.
# Un desaccord sur la possession d'un nom de
domaine peut etre resolu
# en suivant la Uniform Dispute Resolution Policy de
l'ICANN:
# http://www.icann.org/udrp/udrp.htm
# Pour obtenir les informations en status 'Protected by
policy', contactez
# directement le registre concerne (Eurid, AFNIC)
#
# 2008-08-17 23:08:21 CEST

domain: mygazines.com
reg_created: 2006-10-14 07:20:04
expires: 2013-10-14 07:20:04
created: 2008-06-17 05:55:49
changed: 2008-07-24 21:12:40
transfer-prohibited: yes
ns0: a.dns.gandi.net
ns1: b.dns.gandi.net
ns2: c.dns.gandi.net
owner-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: ''
email: bfe208793ab0c712897e0aba7fdd8296-
839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41
admin-c:
nic-hdl: JS3604-GANDI

owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: ''
email: bfe208793ab0c712897e0aba7fdd8296-
839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41
tech-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: ''
email: bfe208793ab0c712897e0aba7fdd8296-
839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41
bill-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: ''
email: bfe208793ab0c712897e0aba7fdd8296-
839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41

⊞ **Click here to show the analysis of the system's applications** *(more info)*

Visual IP Trace 4.0c Copyright © Visualware, Inc. 2008



# Visual IP Trace Report

How to Report Network Abuse | Visual IP Trace Manual | FAQ | Visualware Home | Visual IP Trace Website | Purchase Visual IP Trace

---

## Identification Report for img2.mygazines.com

Computer **img2.mygazines.com** has been found. It is probably located in or around **Markham, ON, Canada** as this is where the organization or individual who manages the system is located.

This system is a web server (click <u>here</u> for details).

| **Network Contact Information:** The following details refer to the network that the system is on. | **Domain Contact Information:** The following details refer to a name registered for this address. |
|---|---|
| 🧍 Cybernet Communications Inc.<br>🖥 20 Amber Street, Unit 16 Markham ON L3R-5P4 CA | ✉ <u>bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net</u> |

⊟ **Click here to hide the route map** *(more info)*

The following map shows the route between you and the entity to which you traced. A solid line represents a hop to a known location, and a dotted line represents a hop to a guessed location.



⊞ **Click here to show information on each hop along the route** *(more info)*
⊟ **Click here to hide further owner details** *(more info)*

| Network Owner Information | Domain Owner Information |
|---|---|
| *The following information refers to the network on which this system lies. This is useful information because it describes who you need to report to if someone on their network has been abusive. (How to effectively report network abuse)*<br><br>OrgName: Cybernet Communications Inc.<br>OrgID: CYBER-23<br>Address: 20 Amber Street, Unit 16 | *The following information describes the organization or individual who registered the domain name **null**. There can be many domain contacts however Corporate and Administrator are usually the best contact references.*<br>--- #YAML:1.0<br># GANDI Registrar whois database for .COM, .NET, .ORG., .INFO, .BIZ, .NAME<br># |

City: Markham
StateProv: ON
PostalCode: L3R-5P4
Country: CA

NetRange: 209.222.48.0 - 209.222.63.255
CIDR: 209.222.48.0/20
NetName: CYBERNET001
NetHandle: NET-209-222-48-0-1
Parent: NET-209-0-0-0-0
NetType: Direct Allocation
NameServer: NS.CYBRNET.NET
NameServer: NS2.CYBRNET.NET
Comment:
RegDate: 2005-04-12
Updated: 2005-04-12

RTechHandle: NOC1701-ARIN
RTechName: Network Operations Center
RTechPhone: +1-416-410-2180
RTechEmail: noc@mycybernet.net

OrgTechHandle: NOC1701-ARIN
OrgTechName: Network Operations Center
OrgTechPhone: +1-416-410-2180
OrgTechEmail: noc@mycybernet.net

# ARIN WHOIS database, last updated 2008-08-16
19:10
# Enter ? for additional hints on searching ARIN's
WHOIS database.

# Access and use restricted pursuant to French law on
personal data.
# Copy of whole or part of the data without permission
from GANDI
# is strictly forbidden.
# The sole owner of a domain is the entity described
in the relevant
# 'domain:' record.
# Domain ownership disputes should be settled using
ICANN's Uniform Dispute
# Resolution Policy:
http://www.icann.org/udrp/udrp.htm
# For inquiries about 'by policy' protection, please
check directly
# with the appropriate registry (Eurid, AFNIC)
#
# Acces et utilisation soumis a la legislation francaise
sur
# les donnees personnelles.
# Copie de tout ou partie de la base interdite sans
autorisation de GANDI.
# Le possesseur d'un domaine est l'entite decrite dans
# l'enregistrement 'domain:' correspondant.
# Un desaccord sur la possession d'un nom de
domaine peut etre resolu
# en suivant la Uniform Dispute Resolution Policy de
l'ICANN:
# http://www.icann.org/udrp/udrp.htm
# Pour obtenir les informations en status 'Protected by
policy', contactez
# directement le registre concerne (Eurid, AFNIC)
#
# 2008-08-17 23:08:21 CEST

domain: mygazines.com
reg_created: 2006-10-14 07:20:04
expires: 2013-10-14 07:20:04
created: 2008-06-17 05:55:49
changed: 2008-07-24 21:12:40
transfer-prohibited: yes
ns0: a.dns.gandi.net
ns1: b.dns.gandi.net
ns2: c.dns.gandi.net
owner-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: ''
email: bfe208793ab0c712897e0aba7fdd8296-
839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41
admin-c:
nic-hdl: JS3604-GANDI

owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: ''
email: bfe208793ab0c712897e0aba7fdd8296-
839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41
tech-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: ''
email: bfe208793ab0c712897e0aba7fdd8296-
839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41
bill-c:
nic-hdl: JS3604-GANDI
owner-name: Salveo Limited
organisation: Salveo Limited
person: John Smith
address: Mitchell House
zipcode: P.O. Box 17
city: The Valley
country: Anguilla
phone: +40.312249340
fax: ''
email: bfe208793ab0c712897e0aba7fdd8296-
839400@contact.gandi.net
lastupdated: 2008-07-12 16:13:41

⊞ **Click here to show the analysis of the system's applications** (*more info*)

 **Visual IP Trace Report**

How to Report Network Abuse | Visual IP Trace Manual | FAQ | Visualware Home | Visual IP Trace Website |
Purchase Visual IP Trace

---

## Identification Report for img3.mygazines.com

Computer **img3.mygazines.com** has been found. It is probably located in or around **Toronto, ON, Canada** as this is where the organization or individual who manages the system is located.

This system is a web server (click here for details).

---

**Network Contact Information:** The following details refer to the network that the system is on.

 SwitchWorks Technologies Inc.
23 Triller Avenue Toronto ON M6K-3B7 CA

**Domain Contact Information:** The following details refer to a name registered for this address.

 Switchworks Technologies Inc.
 416-531-8750 416-531-8750
 23 Triller Avenue, Toronto, ON M6K 3B7 CA

---

⊟  **Click here to hide the route map** *(more info)*

The following map shows the route between you and the entity to which you traced. A solid line represents a hop to a known location, and a dotted line represents a hop to a guessed location.



Toronto, ON, Canada

---

⊞  **Click here to show information on each hop along the route** *(more info)*
⊟  **Click here to hide further owner details** *(more info)*

---

| Network Owner Information | Domain Owner Information |
|---|---|
| *The following information refers to the network on which this system lies. This is useful information because it describes who you need to report to if someone on their network has been abusive. (How to effectively report network abuse)*<br><br>OrgName: SwitchWorks Technologies Inc.<br>OrgID: SWITC-3 | *The following information describes the organization or individual who registered the domain name* ***switchworks.net***. *There can be many domain contacts however Corporate and Administrator are usually the best contact references.*<br>Registrant:<br>Switchworks Technologies Inc.<br>23 Triller Avenue, |

Address: 23 Triller Avenue
City: Toronto
StateProv: ON
PostalCode: M6K-3B7
Country: CA

ReferralServer: rwhois://rwhois.whip.ca:4321

NetRange: 204.15.184.0 - 204.15.191.255
CIDR: 204.15.184.0/21
NetName: WHIP
NetHandle: NET-204-15-184-0-1
Parent: NET-204-0-0-0-0
NetType: Direct Allocation
NameServer: NS1.SWITCHWORKS.NET
NameServer: NS2.SWITCHWORKS.NET
Comment:
RegDate: 2005-09-19
Updated: 2005-10-10

RTechHandle: ALA39-ARIN
RTechName: Laing, Adam
RTechPhone: +1-416-531-8750
RTechEmail: adlaing@switchworks.com

OrgTechHandle: ALA39-ARIN
OrgTechName: Laing, Adam
OrgTechPhone: +1-416-531-8750
OrgTechEmail: adlaing@switchworks.com

# ARIN WHOIS database, last updated 2008-08-16
19:10
# Enter ? for additional hints on searching ARIN's
WHOIS database.

ON, CA M6K 3B7
CA

Domain name: SWITCHWORKS.NET

Administrative Contact:
Laing, Adam adlaing@whip.ca
23 Triller Avenue,
Toronto, ON M6K 3B7
CA
416-531-8750
Technical Contact:
Laing, Adam adlaing@whip.ca
23 Triller Avenue,
Toronto, ON M6K 3B7
CA
416-531-8750

Registration Service Provider:
Look Communications Inc. / Easyhosting.com,
support@look.ca
1-800-356-5665
This company may be contacted for domain
login/passwords,
DNS/Nameserver changes, and general domain
support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 11-Dec-2007.
Record expires on 15-Dec-2008.
Record created on 15-Dec-1999.

Registrar Domain Name Help Center:
http://domainhelp.tucows.com

Domain servers in listed order:
NS1.SWITCHWORKS.NET 209.222.63.132
NS2.SWITCHWORKS.NET 204.15.184.68

Domain status: ok

The Data in the Tucows Registrar WHOIS database is
provided to you by Tucows
for information purposes only, and may be used to
assist you in obtaining
information about or related to a domain name's
registration record.

Tucows makes this information available "as is," and
does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will
use this data only for
lawful purposes and that, under no circumstances will

you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY. LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

⊡ **Click here to show the analysis of the system's applications** *(more info)*

EXHIBIT 20

# Rick Ross
Owner, SwitchWorks-Cybernet

Toronto, Canada Area

| | |
|---|---|
| **Current** | • **President at SwitchWorks Technologies Inc.**<br>• **Owner at SwitchWorks-Cybernet** |
| **Education** | • University of Toronto |
| **Connections** | **13 connections** |
| **Industry** | Internet |
| **Websites** | • My Company<br>• My Company<br>• My Company |

# Rick Ross's Experience

## President

**SwitchWorks Technologies Inc.**

(Privately Held; 11-50 employees; Internet industry)

June 1988 — Present (20 years 3 months)

SwitchWorks has evolved to become an incubator organization focused on the development of next generation Internet companies like those highlighted above in the"My Company" web links.

## Owner

**SwitchWorks-Cybernet**

(Privately Held; 11-50 employees; Internet industry)

June 1988 — Present (20 years 3 months)

# Rick Ross's Education

**University of Toronto**

BaSc and Eng., Engineering Science-Computer Science

# Additional Information

**Rick Ross's Websites:**

My Company
My Company
My Company

EXHIBIT 21

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

LANCE KOONCE
DIRECT (212) 603-6467
lancekoonce@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

August 1, 2008

**BY EMAIL AND OVERNIGHT MAIL**

SwitchWorks Technologies Inc.
23 Triller Avenue
Toronto, Ontario
M6K-3B7
Canada

Email:  sales@switchworks.com

Re:    **Copyright Infringement by Mygazines.com**

To Whom It May Concern:

We write as counsel to Time Inc. and IPC Media ("Time") with regard to a website located at www.mygazines.com, www5.mygazines.com, www6.mygazines.com and www7.mygazines.com (collectively, the "Infringing Website"), for which we believe SwitchWorks Technologies Inc. ("SwitchWorks") is providing website hosting. It has come to our client's attention that the owners of this Infringing Website are distributing and displaying unauthorized copies of a number of Time's magazines, in clear violation of the U.S. Copyright Act and other applicable laws. Indeed, it does not appear that any of the magazines (regardless of publisher) that are available on this website are authorized reproductions, but rather all appear to be infringements. In light of the above, *we demand that you immediately disable access to the Infringing Website or, at a minimum, block access specifically to the magazines published by Time*. We are attempting to contact the owner of the Infringing Website directly as well.

SwitchWorks should be aware that it is the fifth host for the Infringing Website within a timespan of less than two weeks. Previous web site hosts have agreed to cease hosting the Infringing Website after third party publishers complained that the Infringing Website was being used to violate copyright law on a massive scale.

The Infringing Website currently makes available to users full reproductions of the following magazines published by Time: *Time, Entertainment Weekly, Essence, Fortune 500, Fortune Special Investors Issue, Golf, In Style, Money, People, People en Espanol, People Child Stars, People Style Watch, Real Simple, Sports Illustrated, Sports Illustrated For Kids, This Old House, Coastal Living, Cooking Light, Health, Southern Accents, Southern Living, Decanter,*

Best Hosting
New World Telecom
August 1, 2008
Page -2-



*Golf Monthly, Homes & Gardens, In Style (UK),* and *Marie Claire (UK).* In many cases, issues of each magazine for different weeks or months are available. For example, for *People,* all four weekly issues from June and July 2008 are posted on the Infringing Website, as well as one weekly issue from May 2008. Attached as an exhibit to this letter are the specific URLs for each magazine file in question.

The works that Mygazines.com is displaying on the Infringing Website are subject to valid and subsisting copyright protection in the United States, as well as under the laws of other countries. Those works may only be published, reproduced, distributed and displayed by Time, or pursuant to Time's permission, and only Time may authorize the creation of derivative works based on its copyrighted content in its magazines. The use of Time's magazines in connection with the Infringing Website constitutes a blatant violation of the copyright laws. The use of our client's magazines, including the titles and covers thereof, to advertise or promote the Infringing Website, may also constitute a violation of our client's rights under the Lanham Act and applicable state laws.

Accordingly, we hereby demand on behalf of our client that, **no later than the close of business August 6, 2008,** you (1) disable the Infringing Website or the specific URLs set forth in the attached list; and (2) certify in writing to the undersigned that you have complied with the above request.

This letter also constitutes our clients' notice, as applicable, under 17 U.S.C. § 512(c)(3)(A), that Time has a good faith belief that the reproduction, display, and distribution of these works on the above-referenced website is not authorized by Time and infringes Time's intellectual property rights in these works. The U.S. Copyright Act requires internet service providers that are subject to its provisions to remove or disable access to the infringing material or otherwise respond to a notice such as this one promptly. Failing to do so may render an ISP liable for damages and injunctive relief as appropriate. I certify that the information I have provided is accurate and that, under penalty of perjury, I am authorized to act on behalf of Time, owner of the rights infringed by the above-referenced Website.

You may contact me at the address, email address and telephone number listed above.

The foregoing is written without waiver of or prejudice to the rights of our client, all of which are expressly reserved.

Very truly yours,

Lance Koonce

LHK/lp
Enclosure

| Publication Name | Date | URL |
|---|---|---|
| Entertainment Weekly | July 25, 2008 | http://www7.mygazines.com/magazines/view/794 |
| Entertainment Weekly | July 18, 2008 | http://www7.mygazines.com/magazines/view/690 |
| Entertainment Weekly | July 11, 2008 | http://www7.mygazines.com/magazines/view/415 |
| Entertainment Weekly | June 20, 2008 | http://www7.mygazines.com/magazines/view/143 |
| Entertainment Weekly | June 27, 2008 | http://www7.mygazines.com/magazines/view/253 |
| Essence | August 2008 | http://www7.mygazines.com/magazines/view/613 |
| Essence | July 2008 | http://www7.mygazines.com/magazines/view/155 |
| Fortune 500 | May 5, 2008 | http://www7.mygazines.com/magazines/view/497 |
| Fortune Special Investors Issue | 2008 | http://www7.mygazines.com/magazines/view/273 |
| Fortune | July 7, 2008 | http://www7.mygazines.com/magazines/view/522 |
| Golf | August 2008 | http://www7.mygazines.com/magazines/view/454 |
| Golf | June 2008 | http://www7.mygazines.com/magazines/view/13 |
| In Style | August 2008 | http://www7.mygazines.com/magazines/view/786 |
| In Style | July 2008 | http://www7.mygazines.com/magazines/view/313 |
| Money | June 2008 | http://www7.mygazines.com/magazines/view/17 |
| People | July 28, 2008 | http://www7.mygazines.com/magazines/view/802 |
| People | July 21, 2008 | http://www7.mygazines.com/magazines/view/706 |
| People | July 14, 2008 | http://www7.mygazines.com/magazines/view/439 |
| People | July 7, 2008 | http://www7.mygazines.com/magazines/view/318 |
| People | June 30, 2008 | http://www7.mygazines.com/magazines/view/149 |
| People | June 23, 2008 | http://www7.mygazines.com/magazines/view/196 |
| People | June 16, 2008 | http://www7.mygazines.com/magazines/view/83 |
| People | June 2, 2008 | http://www7.mygazines.com/magazines/view/23 |
| People | May 26, 2008 | http://www7.mygazines.com/magazines/view/24 |
| People en Espanol | August 2008 | http://www7.mygazines.com/magazines/view/664 |
| People en Espanol | July 2008 | http://www7.mygazines.com/magazines/view/557 |
| People Child Stars | Summer 2008 | http://www7.mygazines.com/magazines/view/500 |
| People Style Watch | June 2008 | http://www7.mygazines.com/magazines/view/501 |
| Real Simple | August 2008 | http://www7.mygazines.com/magazines/view/803 |
| Real Simple | July 2008 | http://www7.mygazines.com/magazines/view/157 |
| Real Simple | June 2008 | http://www7.mygazines.com/magazines/view/27 |
| Sports Illustrated | July 14, 2008 | http://www7.mygazines.com/magazines/view/666 |
| Sports Illustrated | July 7, 2008 | http://www7.mygazines.com/magazines/view/405 |
| Sports Illustrated | June 30, 2008 | http://www7.mygazines.com/magazines/view/370 |
| Sports Illustrated | June 23, 2008 | http://www7.mygazines.com/magazines/view/198 |
| Sports Illustrated | June 16, 2008 | http://www7.mygazines.com/magazines/view/151 |
| Sports Illustrated | June 2, 2008 | http://www7.mygazines.com/magazines/view/90 |
| Sports Illustrated | May 19, 2008 | http://www7.mygazines.com/magazines/view/93 |
| Sports Illustrated | May 12, 2008 | http://www7.mygazines.com/magazines/view/91 |
| Sports Illustrated For Kids | August 2008 | http://www7.mygazines.com/magazines/view/639 |
| Sports Illustrated For Kids | July 2008 | http://www7.mygazines.com/magazines/view/349 |
| Sports Illustrated For Kids | June 2008 | http://www7.mygazines.com/magazines/view/92 |
| This Old House | July 2008 | http://www7.mygazines.com/magazines/view/344 |
| Time | July 21, 2008 | http://www7.mygazines.com/magazines/view/833 |
| Time | July 14, 2008 | http://www7.mygazines.com/magazines/view/464 |
| Time | July 7, 2008 | http://www7.mygazines.com/magazines/view/406 |
| Time | June 23, 2008 | http://www7.mygazines.com/magazines/view/199 |
| Time | June 16, 2008 | http://www7.mygazines.com/magazines/view/152 |
| Time | June 9, 2008 | http://www7.mygazines.com/magazines/view/117 |
| Time | June 2, 2008 | http://www7.mygazines.com/magazines/view/116 |
| Time | May 19, 2008 | http://www7.mygazines.com/magazines/view/118 |

| | | |
|---|---|---|
| Time | May 12, 2008 | http://www7.mygazines.com/magazines/view/97 |
| Coastal Living | July 2008 | http://www7.mygazines.com/magazines/view/292 |
| Coastal Living | June 2008 | http://www7.mygazines.com/magazines/view/51 |
| Cooking Light | July 2008 | http://www7.mygazines.com/magazines/view/293 |
| Cooking Light | June 2008 | http://www7.mygazines.com/magazines/view/56 |
| Health | July 2008 | http://www7.mygazines.com/magazines/view/299 |
| Health | June 2008 | http://www7.mygazines.com/magazines/view/14 |
| Southern Accents | July 2008 | http://www7.mygazines.com/magazines/view/316 |
| Southern Living | July 2008 | http://www7.mygazines.com/magazines/view/150 |
| Southern Living | June 2008 | http://www7.mygazines.com/magazines/view/89 |
| Decanter | July 2008 | http://www7.mygazines.com/magazines/view/771 |
| Golf Monthly | July 2008 | http://www7.mygazines.com/magazines/view/758 |
| Homes & Gardens | July 2008 | http://www7.mygazines.com/magazines/view/654 |
| Homes & Gardens | June 2008 | http://www7.mygazines.com/magazines/view/266 |
| In Style (UK) | July 2008 | http://www7.mygazines.com/magazines/view/630 |
| In Style (UK) | May 2008 | http://www7.mygazines.com/magazines/view/208 |
| In Style (UK/USA) | June 2008 | http://www7.mygazines.com/magazines/view/200 |
| Marie Claire (UK) | July 2008 | http://www7.mygazines.com/magazines/view/816 |

EXHIBIT 22

MyCybernet High Speed Internet. Low price DSL, Business Web Hosting, Email, VOIP, Collocation

http://www.mycybernet.net/



**MyCybernet** Keeping you Connected...

# Save Big With The MyCybernet Triple Play

Internet + Phone + TV

## $69⁹⁵

All For One Low Price

>> View & Order

**Business**

☐ **Internet Access**
  ⁃ Dial-up Access
  ⁃ Broadband Access

☐ **Web Hosting**
  ⁃ Domain Name
  ⁃ Email & Web Hosting
  ⁃ FTP Hosting
  ⁃ Virtual Web Servers
  ⁃ Web Site Design
  ⁃ Server Collocation

**Personal**

☐ **Internet Access**
  ⁃ Dial-up Access
  ⁃ Broadband Access
  ⁃ True VoIP Home Phone
  ⁃ WhipTV

☐ **Community**

SAVE MONEY ON EVERY PHONE CALL WITH

**true voip**

**Features Include:**
- 3-Way Calling
- Call Forwarding
- Caller ID
- Do Not Disturb
- Call Waiting
- Call Waiting ID
- Speed Dial

Plans as low as :

## $19⁹⁵ /mo

Details

**Manage Your Account**
  ⁃ Referral Program
  ⁃ Account Manager
  ⁃ Web Mail Access
  ⁃ Postini Center (Spam & Virus Filter)
  ⁃ Software Center

--Client Testimonials--

HOME l ABOUT US l SUPPORT l CLIENT LOGIN l CONTACT US

MyCybernet High Speed Internet. Low price DSL, Business Web Hosting, Email, VOIP, Collocation

HOME  |  ABOUT US  |  SUPPORT  |  CLIENT LOGIN  |  CONTACT US

**POLICY, TERMS and CONDITIONS**
MyCybernet is a Toronto Ontario-based Canadian Company specializing in High Speed Internet, Wireless Access, Voip Home Phone, Web hosting, E-Mail, High Speed ADSL, Dial-up Web Access and has been serving the North American Market since 1988. © SwitchWorks Technologies Inc.

Canadian web hosting Provider. Web hosting Toronto, Reliable web hosting Toronto, Broadband Access, True Voip, IPTV, Home Phone, Wireless Access, T1 Toronto, LAN Extension, High Speed ADSL, Voip Home Phone, Dial-Up Access, Business web hosting, Web Hosting for Resellers, web hosting Provider, web site hosting in Canada, E-Mail, ADSL Ontario, ADSL Quebec, Voip, Server Collocations.

Bringing Your Website to Life "MyPersona"



EXHIBIT 23

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

LANCE KOONCE
DIRECT (212) 603-6467
lancekoonce@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

August 6, 2008

## BY EMAIL AND OVERNIGHT/INTERNATIONAL MAIL

Cybernet Communication Inc.
20 Amber St. #16
Markham, ON L3R 5P4
Email: abuse@mycybernet.net

New World Telecom
17/F, Chevalier Commercial Centre
8 Wang Hoi Road
Kowloon Bay
Hong Kong
Email: nwtes@newworldtel.com

Re:    **Copyright Infringement by Mygazines.com**

To Whom It May Concern:

We write as counsel for Time Inc., The McGraw-Hill Companies, Inc., Condé Nast Publications, Hearst Corporation, American Media, Inc., Hachette Filipacchi Media U.S., Inc., Bauer Publishing Group, Reed Business Information, Source Interlink Magazines, LLC, Bonnier Corporation and Newsweek, Inc. with regard to the Mygazines.com web site (the "Infringing Website"), for which you are providing hosting services. You should by now be well aware that all of our clients object to the content, interactive functionality and stated purpose of the Infringing Website. To date, you have ignored demands from our clients to shut down the Infringing Website or to take down our clients' content.

This is to put you on notice that this ongoing blatant copyright and trademark infringement is continuing to cause significant harm to our clients' businesses, virtually all of whom are based in New York. We demand again, on behalf of each of the above publishers, that you shut down the Infringing Website or at a minimum take down our clients' content. This demand will not be repeated.

Cybernet Communication Inc.
New World Telecom
August 6, 2008
Page -2-



    The foregoing is written without waiver of or prejudice to our clients' rights, all of which are expressly reserved.

Very truly yours,

Lance Koonce

LHK/lp
Enclosure

EXHIBIT 24

 **REUTERS**

**LATEST NEWS**  **OBAMA, MCCAIN VIE TO WIN RELIGIOUS VOTES**

 mygazines



**Live from Beijing**
Get the latest Olympics news, event schedules and more
**Olympics Coverage**

**Broker Center** sponsored links

**experience visual trading**
Trading will never be the same.

Learn to Trade with a FREE Guide.

$0 Stock Trades
zecco.com
$0 stock trades. 10 free per mont

You are here:    Home > News > Article

# www.mygazines.com Launches Free Magazine Portal!

Tue Jul 29, 2008 5:40pm EDT

Email |    Print |    Share |    Reprints |    Single Page | Recommend (-)          [-] Text [+]

EDITOR'S CHOIC



AT&T
Mobile
real TV, r
your pho
► LEARN MO

More Bars in More

THE VALLEY, ANGUILLA, Jul 29 (MARKET WIRE) --
Editors Note: Photos are included with this press release.

www.mygazines.com ("mygazines") officially launched the world's largest
digital magazine site. mygazines is the world's first FREE website which
enables its community of users to read the latest magazines.

The mygazines concept is simple, essentially it allows its members to
share magazines in the same manner a doctors' office, law firm,
libraries, and hair salons would with their clients every day. mygazines
allows users to read, archive and upload content for everyone to read and
share within the online magazine community.

This is not a new phenomenon in fact it is so common that publishers
themselves promote their estimates of this "sharing" to potential
advertisers. Mygazines levels the playing field in the industry, by
allowing both large and small publishing houses equal access to potential
readers.

mygazines was created for a myriad of reasons, including but not limited
to:

- Low Carbon Footprint. With 70% of newsstand magazines going unsold, our
goal is to eliminate the waste.(save the trees!)

- No unnecessary content. Allows users to access only the information
that is of interest to them, without having to pay for unwanted content.

- Efficiency. Reduces the need to physically carry and archive content.

- Universal. Allows foreign content to be available from anywhere to
anyone.

- Monopoly. Eliminates the effects of conglomerates merging and
controlling consumers' choice and distribution, within almost every
region worldwide.

Mygazines has created a community that allows users to fully access and
share all material, from all sources across the world. Some of the key
benefits of mygazines are:

- Ability to create your own custom magazine (mygazines) from various
articles in different magazines, and share them with other users.

- Allows for ALL published material to be uploaded and viewed

- Receive notifications, setup by member, to receive articles of interest
for various topics and at times convenient for the user. (Health/Medical
topics, finance,etc)

Stored in digital format, the shelf life of any magazine is increased
infinitely. Business professionals, students and people alike will
appreciate the ability to quickly reference important information (search
article content), no matter how current, and share it inside
www.mygazines.com with whomever they wish, instantly.

mygazines is vigilant in providing the absolute best experience for the
members and will be making many more positive enhancements in the very
near future. The mygazines platform was designed for growth, and the
possibilities are endless.

To all the artists who provide such amazing content, and the publishers
who supply the media, mygazines wishes to thank you and to clarify:
www.mygazines.com has full intentions to work with the industry, with the
aim of fortifying the future of all those either directly or indirectly
supported by the production, sales and distribution of magazines.

mygazines appreciates your support and patience while we test our model.

MOST POPULAR

**Articles**  | Vid

1.  **Is McCa
    over ev**
2.  Guns N' R
    exclusive
3.  Phelps get
    sprint que
4.  FACTBOX
5.  Russia say
    Georgia |
6.  Suffering i
7.  Fay brings
8.  Portal to m
    Mexico
9.  "Bigfoot" fa
10. "Lightning"

Most Popular

---

**Are you goir**

Reuters is looki
in a new mobile
to capture the F
Democratic con
ground up.

Learn More

© Thomson Reuters 2008 All rights reserved

**SHARE:**    Del.icio.us        Digg        Mixx        My Web        Facebook        Newsvine

### GLOBAL MARKETS NEWS

Marathon pulls some workers due Fay; no output shut

Exxon L.A. refinery reports flaring, start-up-state

UPDATE 1-'Tropic Thunder' beats Batman at the box office

UPDATE 2-Fay brings rain, wind to Cuba en route to Florida

More Global Markets News...


**Blog:** McYam meals fuel fastest man


"Tropic Thunder" beats Batman at the box office


New entrance to Mayan underworld

**Ads by Google**  What's This?

Press Release media lists
Contact 22,000 US newspapers, TV & Radio stations, leading magazines
www.GebbiePress.com

How to Lose Stomach Fat
I Couldn't Believe it Either - Tea? As Seen on CNN, NBC, & CBS News.
www.Wu-YiSource.com

Distribute Press Releases
Send Your Press Release Direct To Journalists, Newsrooms & Prospects!
www.vocus.com

Your PR = $ $ Wasted
Unless it's noticed by the media. Live-contact media pitching=RESULTS
www.MediaPitchers.com

---

**Reuters.com:**    Help and Contact Us  |  Advertise With Us  |  Mobile  |  Newsletters  |  RSS 🔊  |  Interactive TV  |  Labs  |  Reuters in Second Life  |  Archiv

**Thomson Reuters Corporate:**    Copyright  |  Disclaimer  |  Privacy  |  Professional Products  |  Professional Products Support  |  About Thomson Reuters

**International Editions:**  Africa  |  Arabic  |  Argentina  |  Brazil  |  Canada  |  China  |  France  |  Germany  |  India  |  Italy  |  Japan  |  Latin America  |  Mexic
United States

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Edit and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.

Mygazines creator defends mag-sharing website - Press Gazette
Page 1 of 2
Case 1:08-cv-07392-WHP    Document 19-10    Filed 08/27/2008    Page 8 of 35

# Mygazines creator defends mag-sharing website

5 August 2008

By **Rachael Gallagher**

The man behind a magazine-sharing website currently under threat of legal action from a number of leading publishing companies has said he wants to work with the industry.

The creater of Mygazines, a website where entire scanned issues of magazines from around the world are available to view in a digital format without the consent of many of the publishers, registered the website under the name John Smith. The website operator is registered in Anguilla in the Caribbean but the ISP is based in the US.

A number of UK titles including GQ, FHM, Elle and Marie Claire are included on the site and The Periodical Publishers Association has encouraged members to send legal letters to the PO Box listed in its registration, warning the site is breaching the intellectual property rights of the magazines.

In a letter to Press Gazette from the email address posted on the website, Smith said: "We have every intention of working with the industry to provide not only revenue streams that are vast, but also an answer for the publishers in general. Our method will increase current revenue, halt and reverse advertising revenue lost to the internet, and overcome the lack of the ability for magazines to stay current."

Smith said that the comparison to music website Napster was not accurate; claiming his site is similar to one magazine being read by a number of people in an office.

He said: "If our goal were to be pirates, we could have made live a number of features, including but not limited to, downloading and printing allowable to visitors and members alike.

"To compare us to other similar sites with the only difference with of us being free, is to disregard the importance of the 'mygazines' custom magazine for users, notifications, and our full ability to share on the go, across the globe instantly."

In his email he did not deny reports that he was infringing on the copyright, but said that critics are "completely missing our inactive revenue model".

He said: "We have ways of drawing revenue from a number of sources, some more obvious than others. Mygazines is hardly a pirate website with the interest of breaking the industry. Rather, we offer a paradigm shift that is far more fiscally comprehensive than meets the eye and yet easily transitionable by even the biggest publishers."

Smith said that with the co-operation of the publishers the site can "transition into the final revenue model", although he said he could not reveal the full concept of this as he is saving it for the publishers directly.

He said: "We can certainly continue to make our case and meet in the courts if need be. That seems to be the intention of the publishers as a whole. But ask yourself, to what end. Even if they are triumphant in this battle, they will lose the war."

Smith went on to claim that Mygazines is a way to "fortify the industry for all of those involved".

**An email to Press Gazette from**

Thank you for taking the time to write about Mygazines. I did however want to clear up a few misunderstandings about our site.

We will re-iterate we have every intention of working with the industry to fortify the future of magazines and the industry in general. The comparison to Napster with respect to someone driving past you with a radio on and claim that sharing, is not at all our position.

We are saying, if you were to take all of the office's in the world that purchase magazines for the sole purpose of providing entertainment for their clients, is the same as sharing. Furthermore, these offices see different people everyday, so the sharing is constant and consistent and usually includes many back dated issues as well as new. By virtue of the fact that these groups change everyday makes it like a free magazine store.

The most surprising aspect of almost every article is that they are completely missing our inactive revenue model. We have ways of drawing revenue from a number of sources, some more obvious than others. Mygazines is hardly a pirate website with the interest of breaking the industry. Rather, we offer a paradigm shift that is far more fiscally comprehensive than meets the eye and yet easily transitionable by even the biggest publishers.

The true future of the industry lies in the final stages of our site concept. We can easily transition to the final revenue model quickly with the co-operation of the publishers. We cannot however reveal the full concept at this time as we are saving that discussion for the publishing industry directly.

If our goal were to be pirates, we could have made live a number of features, including but not limited to, downloading and printing allowable to visitors and members alike.

Finally, to compare us to other similar sites with the only difference with of us being free, is to disregard the importance of the 'mygazines' custom magazine for users, notifications, and our full ability to share on the go, across the globe instantly.

As per our press release: We have every intention of working with the industry to provide not only revenue streams that are vast, but also an answer for the Publishers in general. Our method will increase current revenue, halt and reverse advertising revenue lost to the internet, and overcome the lack of the ability for magazines to stay current.

Mygazines sharing model is a solid one with lots of hidden potential revenue and demographics to appease all.

We can certainly continue to make our case and meet in the courts if need be. That seems to be the intention of the publishers as a whole. But ask yourself, to what end. Even if they are triumphant in this battle, they will lose the war. Apple already has a delivery system for digital reading via both the iphone and now ipod. Microsoft is also working to employ touch sensitivity to its products.

Our idea would work as easily for those companies due to our concept. If we were to reveal such to those corporations, they could follow the business model and succeed without the need for working with the publishers at all. That's all I can say at this point regarding our current revenue potential as well as the future model.

The competitiors have missed the boat. Even the sites that think they have come up with the future online version for magazines, they have not! Publisher friendly or not! There is a final stage missing that can't be seen unless one has the freedom to think outside of the limitations of the industry as is. In doing so, we have ironically found a way to fortify the industry for all of those involved, increase jobs and magazine selection, while cutting overhead and increasing revenue dramatically for the publishers and industry as a whole.

We cannot elaborate fully as that would be tipping the hand too much. We wish to only divulge that information to the industry directly and sooner rather than later.

As well, aren't we an interesting option for Google, Yahoo and Microsoft as the next major asset in the ads war. We can work with the industry or independently to achieve such. We prefer the former.

## COMMENTS

**MORE OPTIONS**

| **RSS Feeds** | **Blogs** | **Contact Press Gazette** |
|---|---|---|
| Latest News | The Wire | Press Gazette on Twitter |
| The Knowledge | Media Money | Press Gazette on Facebook |
| more… | more… | Press Gazette Digital Edition |

EXHIBIT 25

**Search**

**Applications**    edit

- Photos
- Video
- Groups
- Events
- Notes

more

**Profile** edit    **Friends**    **Inbox**

home   account   privacy   logout

## Mygazines Gift!

Browse More Applications

**mygazines.com Gift!**

**5** Gazines
get stuff

[ send ] [ sent ] [ received ] [ get stuff ] [ invite ]

### STEP 1: SELECT A CATEGORY OF MAGAZINES

Want more categories? Unlock another category for 5 G's. unlock now

[ Men's Interests ]   Women's Interests   Automotive   News, Business & Money

### STEP 2: SELECT A MAGAZINE TO SEND

You currently have 9 search results. Unlock 3 more for 5 G's. unlock now

This application can be added to your Facebook account.

## Add Application

Become a Fan

Block Application

[ Share ]

     

| World Fashion Magazine + Men Fall 2008 (INT) | Fitness August 2008 (CAN/USA) | Muscle & Fitness August 2008 (CAN/USA) | Forza August 2008 (CAN/USA) | Details August 2008 (CAN/USA) | Flex August 2008 (CAN/USA) |

With Mygazines Gift! you can share magazines with your friends so they can read it!

Simply select a category, then a magazine, and then some friends. Unlock more selection of magazines by earning "Gazines". You earn one "G" for every share.

So start sharing - who doesn't love receiving a gift?

Facebook is providing links to these applications as a courtesy, and makes no representations regarding the applications or any information related to them. Any questions regarding an application should be directed to the developer.

**About this Application**

Users:
4 daily active users
7% of total

Categories
Fashion, Just for Fun

This application was **not** developed by Facebook.

**About Mygazines.com**

Mygazines is a place to browse, share, archive and customize unlimited magazine articles uploaded by the Mygazines community.

---

#### Discussion Board

Displaying 1 discussion topic

Start New Topic | See All

**Feedback**
1 post by 1 person. Updated on Jul 19, 2008 at 11:43 AM.

---

#### Reviews

**Fans**

6 of 12 fans     See All

  

Scott Burke   Nicole Mark   Sean Lasko

No one has said anything...yet.





John Smith      Aaron
                Gilboe       Sakinah
                             Nouraei

English

EXHIBIT 26

# DomainTools

## Mygazines.com on 2007-11-25 - Domain History

Next »

**Domain:**            **mygazines.com** - Domain History
**Cache Date:**        2007-11-25
**Registrar:**         **NETWORK SOLUTIONS, LLC.**
**Registrant Search:** Click on an email address we found in this whois record
                       to see which other domains the registrant is associated with:
                       bw3365aw4xb@networksolutionsprivateregistration.com

---

```
Registrant:
budd, darren
    ATTN: MYGAZINES.COM
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA.  20172-0447

    Domain Name: MYGAZINES.COM

    Administrative Contact, Technical Contact:
        budd, darren                bw3365aw4xb@networksolutionsprivateregistration.com
        ATTN: MYGAZINES.COM
        c/o Network Solutions
        P.O. Box 447
        Herndon, VA 20172-0447
        570-708-8780

    Record expires on 14-Oct-2012.
    Record created on 14-Oct-2006.
    Database last updated on 25-Nov-2007 23:53:37 EST.

    Domain servers in listed order:

    NS79.WORLDNIC.COM           205.178.190.40
    NS80.WORLDNIC.COM           205.178.189.40
```



## Domain History

| Domain Name: | mygazines.com | Search |
| --- | --- | --- |

**10 records found for mygazines.com**

Red links are a privacy protected record

Similar records are grouped by background color

| 2007-11-25 | 2008-05-01 |
| --- | --- |
| | 2008-06-21 |
| | 2008-07-04 |
| | 2008-07-18 |
| | 2008-07-20 |
| | 2008-07-21 |
| | 2008-07-22 |
| | 2008-07-23 |
| | 2008-07-24 |

Discontinue this Unit Service

EXHIBIT 27

PTO Form 1478 (gnw 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

Serial Number: 77278620
Filing Date: 09/13/2007

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77278620 |
| **MARK INFORMATION** | |
| *MARK | MYGAZINES |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MYGAZINES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Darren Andrew Budd |
| *STREET | 21 Mayfair Avenue |
| *CITY | Toronto, Ontario |
| *COUNTRY | Canada |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | M5N2N5 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | individual |
| COUNTRY OF CITIZENSHIP | Canada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *DESCRIPTION | Computer software; computer software development tools; printed publications; electronic publications; audio and audio-visual recordings; clothing; and caps, hats, visors and bandannas; e-commerce services; market research and analysis services; web portal services; computer services; online information services; retrieval and profiling of information via networks, databases and/or the Internet; online publishing services; dissemination of advertising for others via an on-line electronic communication network; Internet retail services; creating searchable indexes of information, web sites and other information sources; search engine services; advertising for others via electronic communication networks; communication services; promoting the goods and services of others; and providing access to software and programs for use by third parties |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 1362454 |
| FOREIGN APPLICATION COUNTRY | Canada |
| FOREIGN FILING DATE | 09/05/2007 |
| **ATTORNEY INFORMATION** | |
| NAME | Nancy H. Lutz |

| ATTORNEY DOCKET NUMBER | 764128-0603 |
|---|---|
| FIRM NAME | Kelley Drye & Warren LLP |
| STREET | 3050 K Street, NW, Suite 400 |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20007 |
| PHONE | 202-342-8400 |
| FAX | 202-342-8451 |
| OTHER APPOINTED ATTORNEY | John N. Coulby, David R. Yohannan and David J. Ervin |

## CORRESPONDENCE INFORMATION

| NAME | Nancy H. Lutz |
|---|---|
| FIRM NAME | Kelley Drye & Warren LLP |
| STREET | 3050 K Street, NW, Suite 400 |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20007 |
| PHONE | 202-342-8400 |
| FAX | 202-342-8451 |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |

## SIGNATURE INFORMATION

| SIGNATURE | /nancy h. lutz/ |
|---|---|
| SIGNATORY'S NAME | Nancy H. Lutz |
| SIGNATORY'S POSITION | Attorney of Record |
| DATE SIGNED | 09/13/2007 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp. 09/30/2008)

## Trademark/Service Mark Application, Principal Register

Serial Number: 77278620
Filing Date: 09/13/2007

## To the Commissioner for Trademarks:

**MARK:** MYGAZINES (Standard Characters, see mark)
The literal element of the mark consists of MYGAZINES.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Darren Andrew Budd, a citizen of Canada, having an address of 21 Mayfair Avenue, Toronto, Ontario, Canada, M5N2N5, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register

International Class 009:

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on Canada application number, 1362454, filed 09/05/2007.15 U.S.C. Section 1126(d), as amended.

The applicant hereby appoints Nancy H. Lutz and John N. Coulby, David R. Yohannan and David J. Ervin of Kelley Drye & Warren LLP, 3050 K Street, NW, Suite 400, Washington, District of Columbia, United States, 20007 to submit this application on behalf of the applicant. The attorney docket/reference number is 764128-0603.

Correspondence Information: Nancy H. Lutz
                       3050 K Street, NW, Suite 400
                       Washington, District of Columbia 20007
                       202-342-8400(phone)
                       202-342-8451(fax)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /nancy h. lutz/  Date Signed: 09/13/2007
Signatory's Name: Nancy H. Lutz
Signatory's Position: Attorney of Record

RAM Sale Number: 5748
RAM Accounting Date: 09/13/2007

Serial Number: 77278620
Internet Transmission Date: Thu Sep 13 11:39:56 EDT 2007
TEAS Stamp: USPTO/BAS-64.29.176.65-20070913113956299
073-77278620-400ef8df4ec89147ec5f8dde818
adfdd88-DA-5748-20070913094352967883

# MYGAZINES

EXHIBIT 28





Canadian Intellectual    Office de la propriété
Property Office    intellectuelle du Canada

Canadä



| | |
|---|---|
| Français | Contact Us | Help | Search | Canada Site |
| Industry Canada | Site Map | What's New | About Us | Registration |

**Canadian Intellectual Property Office**

CIPO Home

Patents Database

Decisions of the
Commissioner of
Patents

Trade-marks Main
Page

TRADE-MARKS
DATABASE

Help

Tutorial

Disclaimer

Copyrights Database

Industrial Designs
Database

⇨ Search Page

## CANADIAN TRADE-MARK DATA
\*\*\* Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2008-07-22

**APPLICATION NUMBER:**                    **REGISTRATION NUMBER:**
1362454                                                           not registered
**STATUS:**                                         SEARCHED
**FILED:**                                             2007-09-05
**FORMALIZED:**                              2007-09-07
**APPLICANT:**
Darren Andrew Budd
21 Mayfair Avenue
Toronto
M5N 2N5
ONTARIO

    AGENT:
    GOODMANS LLP
    ATTN: INTELLECTUAL PROPERTY GROUP
    250 YONGE STREET
    SUITE 2400
    TORONTO
    ONTARIO M5B 2M6
    REPRESENTATIVE FOR SERVICE:
    GOODMANS LLP
    ATTN: INTELLECTUAL PROPERTY GROUP
    250 YONGE STREET
    SUITE 2400
    TORONTO
    ONTARIO M5B 2M6

**TRADE-MARK:**

# MYGAZINES

**INDEX HEADINGS:**
MYGAZINES

**WARES:**

(1) Computer software; computer software development tools; printed publications; electronic publications; audio and audio-visual recordings; clothing; and caps, hats, visors and bandannas.

**SERVICES:**

(1) E-commerce services; market research and analysis services; web portal services; computer services; online information services; retrieval and profiling of information via networks, databases and/or the Internet; online publishing services; dissemination of advertising for others via an on-line electronic communication network; Internet retail services; creating searchable indexes

of information, web sites and other information sources; search engine services; advertising for others via electronic communication networks; communication services; promoting the goods and services of others; and providing access to software and programs for use by third parties.

**CLAIMS:**

Proposed Use in CANADA.

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 05 September 2007 | | |
| Created | 06 September 2007 | | |
| Formalized | 07 September 2007 | | |
| Translation Requested | 11 September 2007 | 10 November 2007 | |
| Translation Received | 21 September 2007 | | |
| Search Recorded | 03 April 2008 | | |
| Examiner's First Report | 03 April 2008 | 03 August 2008 | |

[ Back to search ]   [ Back ]

Last updated: 2008-07-22    ▲    Important Notices

EXHIBIT 29

**Profile** edit    **Friends**    **Inbox**

home    account    privacy    logout

## Posted Items on "CANADIAN WEDDINGS / WEDDING PLANN



Back to CANADIAN WEDDINGS / WEDDING PLANNING

Displaying 1 - 10 out of 13 posted items.                              1 2 Ne>

**Search**

**Applications**    edit


🖼 Photos
📹 Video
👥 Groups
📅 Events
📝 Notes
more

**Get A Free Obama Button**



MoveOn is giving away 1 million Obama buttons this week. Free. Even the shipping's free. Get yours today, then tell your friends.

More Ads | Advertise    |

**Darren Budd** posted a link.
at 2:08am Jun 30.                          [ Share ]

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com
Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.



Add a comment                              Report Item

---

**Dennis Sheila Haverty** posted a link.
at 12:21am Jun 27.                          [ Share ]

**Haverty Communications**
Source: www.HavertyCommunica...

A way to celebrate family, friends and clients.



Add a comment                              Report Item

---

**John Pagonis** posted a link.
at 10:55am Jun 26.                          [ Share ]

**Putting you in touch with all of the right people.Limousine Tours Toronto & Niagara Falls Tours, Lux**
Source: lituw.com

"Putting you in touch with all of the right people
Knowing full well that although a wedding is supposed to be the happiest day of your life it is often the most stressful, Leave it to Us Weddings ...



Add a comment                              Report Item

---

**Tammy Campbell Kaye** posted a link.
at 10:15am Jun 26.                          [ Share ]

**www.instyleweddings.ca**
Source: www.instyleweddings.ca

From detailed wedding planning services, to customized wedding



**Share on Facebook**

Right click the button above and choose "Add to Favorites..." to add it to your Favorites so that you can quickly share content with your friends.

More details »

**Posted Items Help**

Explore how Share works »
Add Share to your site »

Facebook | Posted Items on "You know you're an architecture student when..."

Case 1:08-cv-07392-WHP    Document 19-10    Filed 08/27/2008    Page 27 of 35    Page 1 of 4

**Profile** edit    **Friends**    **Inbox**

<span style="float:right">home    account    privacy    logout</span>

## Posted Items on "You know you're an architecture student w



Search

Back to You know you're an architecture student when...

Displaying all 8 posted items.

1  2  Nex

### Applications    edit



- 📷 Photos
- 📹 Video
- 👥 Groups
- 📅 Events
- 📝 Notes

more

**Bridgeport Ct Lofts 185k**



Hip downtown Bridgeport Ct, 1 hour by train to New York City. Ultra modern design, roof deck, tax break, walk to beach.

More Ads | Advertise      |

---

**Darren Budd** posted a link.    [ Share ]
at 2:12am Jun 30.

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com



Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.

Add a comment                    Report Item

---



**Share on Facebook**

Right click the button abov and choose "Add to Favorites..." to add it to your Favorites so that you can quickly share content with your friends.

More details »

---

**Posted Items Help**

Explore how Share works »
Add Share to your site »

---



**Shaikh Faridul Alam** posted a link.    [ Share ]
at 3:51pm Jun 25.

**ArchSociety: News**
Source: archsociety.com

Architecture for Humanity, Open Architecture Network and Cameron Sinclare together are heading towards a revolution in architecture. The new movement is changing the concept of doing architecture for capitalist clients. ...

join the arch student forum.

Add a comment                    Report Item

---



**Selma Lazrak** posted a group.    [ Share ]
at 6:25am Apr 17.

**Tu sais que tu es en Archi quand ...**
Facebook Group

[ J'ai repris les groupes déja existants en anglais, j'ai traduit les meilleures "quotes" et j'en ai rajouté quelques unes de ma propre expérience ! ]

o Tu bois plus de 3 cafés par nuit

o Tes col...

C'est la traduction intelligente en français ... avec quelques bonus !

**Profile** edit   **Friends**   **Inbox**                    home   account   privacy   logout

## Search

**Applications** edit

- 📷 Photos
- 🎥 Video
- 👥 Groups
- 📅 Events
- 📝 Notes

more

**RealFreeSamples.net**



Hundreds of companies want you to try their new products for free. Sign up today!

More Ads | Advertise      |



## Posted Items on "Investment Banking Professionals"

Back to Investment Banking Professionals

Displaying all 9 posted items.

1 2 Nex



**Darren Budd** posted a link.
at 2:38am Jun 30.                                    [ Share ]

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com

Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.

Like YouTube for magazines.



Add a comment                                       Report Item

---



**Fraser Kee Scott** posted an event.
at 9:30am Jun 29.                                    [ Share ]



**Rising Stars Art Exhibition**
"Flaming Cocktails and Fine Wine with A List Artists."

This event is planned to start at 6:00 pm on Jul 10, 2008 at A Gallery.

INVEST IN LONDON'S ART.. AND YOUR COLLECTION

Add a comment                                       Report Item

---



**Antoni Hadi** posted a link.
at 2:40pm Jun 25.                                    [ Share ]

**BREAKING NEWS: FED LEAVES FED FUNDS RATE UNCHANGED | UNDERVALUED SECURITIES**
Source: undervaluedsecurities.com

Recent information indicates that overall economic activity continues to expand, partly reflecting some firming in household spending. However, labor markets have softened further and financial markets remain under considerable stress. ...

Add a comment                                       Report Item

---

**Punjabi Fine Art** posted a link.
at 3:31pm Jun 24.                                    [ Share ]

**Punjabi Paintings | Fine Art from the Indian subcontinent**

## Share on Facebook

Right click the button abov and choose "Add to Favorites..." to add it to your Favorites so that you can quickly share content with your friends.

More details »

---

**Posted Items Help**

Explore how Share works »
Add Share to your site »

**Profile** edit     **Friends**     **Inbox**

home   account   privacy   logout



## Posted Items on "London Investment Banking"

### Search

### Applications      edit


📷 Photos
📹 Video
👥 Groups
📅 Events
📝 Notes
**more**

### What's that smell?

It's your nest egg going bad. Join the Fiscal Wake-Up Movement and make sure the federal fiscal burden doesn't spoil what you've saved.

More Ads | Advertise          |

Back to London Investment Banking

Displaying 1 - 10 out of 13 posted items.

1 2 Next

### Share on Facebook

Right click the button above and choose "Add to Favorites..." to add it to your Favorites so that you can quickly share content with your friends.

More details »

### Posted Items Help

Explore how Share works »
Add Share to your site »



**Darren Budd** posted a link.
at 2:39am Jun 30.

[ Share ]

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com
Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.



Add a comment                    Report Item

---



**Fraser Kee Scott** posted an event.
at 9:32am Jun 29.

[ Share ]



**Rising Stars Art Exhibition**
"Flaming Cocktails and Fine Wine with A List Artists."
This event is planned to start at 6:00 pm on Jul 10, 2008 at A Gallery.

INVEST IN LONDON'S ART... AND YOUR COLLECTION

Add a comment                    Report Item

---





**Ron Atchley** posted a link.
at 11:47pm Jun 28.

[ Share ]

**XANGO - Why Network Marketing**
Source: www.mymangosteen.com
You may be wondering, "why can't I just buy a bottle of XanGo® Juice at the grocery store?" Good question. Word of mouth (or network) marketing is actually more effective than any other form of marketing because:



Add a comment                    Report Item

---



**Keith Dragisich** posted a link.
at 6:06pm Jun 27.

[ Share ]



**Profile** edit    **Friends**    **Inbox**

## Posted Items on "HYPE1.com"



**Search**

**Applications**    edit
📷 Photos
📹 Video
👥 Groups
📅 Events
📝 Notes
more

**Over 40?**

A new social network for people who've lived a little. Join TeeBeeDee - it's free and easy!

More Ads | Advertise          |

Back to HYPE1.com

Displaying all 4 posted items.



Darren Budd posted a link.
at 11:45pm Jun 29.

[ Share ]

**Porngazines.com - check out our rack!**
Source: www.porngazines.com

You may only enter this Website if you are at least 18 years of age, or at least the age of majority in the jurisdiction where you reside or from which you access this Website. If you do not meet these requirements, then you do not have permission to use the Website.

Same but for Porn.

Add a comment                                    Report Item

**Share on Facebook**

Right click the button abov and choose "Add to Favorites..." to add it to your Favorites so that you can quickly share content with your friends.

More details »

**Posted Items Help**

Explore how Share works »
Add Share to your site »



Darren Budd posted a link.
at 11:45pm Jun 29.

[ Share ]

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com

Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.



Add a comment                                    Report Item



Vlad Coco posted a video.
at 11:39am Jun 26.

[ Share ]

**Mobin Master feat damir - Be Yourself**
Source: youtube.com

mobin master feat damir - be yourself



Add a comment                                    Report Item



Vahid Emadzadeh posted a link.
at 10:57pm Apr 15.

[ Share ]



**Cara B** posted a link.
at 2:51am Jul 15.

[ Share ]

**A National Indigenous Representative Body**
Source: www.hreoc.gov.au

The Australian Government has indicated that it intends to establish a new National Indigenous Representative Body. This page provides a range of materials addressing the key issues to be faced in establishing such a body.



Add a comment                                    Report Item

---



**Jayne Austen** posted a link.
at 7:59am Jul 14.

[ Share ]

**Reinstate the Racial Discrimination Act in the Northern Territory - Online Petition**
Source: www.gopetition.com.a...

To the Honourable President, Members of the Senate in Parliament assembled. The petition of the undersigned shows concern for the suspension of the Racial Discrimination Act in the Northern Territory....



Add a comment                                    Report Item

---



**Cara B** posted a link.
at 12:01am Jul 1.

[ Share ]

**Oxfam Australia :: Media :: Victorian Aboriginal health service: making a difference in Aboriginal h**
Source: www.oxfam.org.au

A Close the Gap open day at the Victorian Aboriginal Health Service (VAHS) on Wednesday 25 June will promote healthy living and give the wider community a chance to learn about Aboriginal health issues.The ...

Add a comment                                    Report Item

---



Darren Budd posted a link.
at 1:53am Jun 30.

[ Share ]

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com

Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.

Facebook | Posted Items on "Close the Gap - Indigenous Health equality in 25 years."

Page 4 of 4

Case 1:08-cv-07392-WHP    Document 19-10    Filed 08/27/2008    Page 32 of 35



Add a comment                                                    Report Item



**Johanna Havemann** posted a link.                    Share
at 3:01am Jun 24.

**Progress can kill - Survival International**
Source: www.survival-interna...                    

Forcing 'development' or 'progress' on tribal
people does not make them happier or healthier.
In fact, the effects are disastrous.

Survival has published a reort about the health status of many
different indigenous peoples. Maybe you would find it interesting to
read. You can download itas pdf from our website.

Add a comment                                                    Report Item

Facebook © 2008  |  English        About   Find Friends   Advertising   Developers   Terms   Privacy

EXHIBIT 30

Mygazines.com - $1000 a month giveaway contest!



upload. share. archive.

MAGAZINES    ARTICLES    MYGAZINES    FRIENDS

search articles    [ search ]

78 diggs    diggit

sign up for free | take tour | log in | 18+ family filter: On

[upload]

[x]

## CONTEST RULES

Starting August 1st, **every month, for 6 months**, Mygazines will be giving away **$1000 (USD)** to the member who signs up the most friends.

**The rules are simple:**

⊕ **invite your friends to join Mygazines.**

⊕ When a friend you invited signs up to Mygazines, you'll receive 1 point.

⊕ Only the first invitation counts. If your friend receives an invite from another friend first, you won't get the point, so make sure to get your invites out first!

⊕ at the end of each month the member who has earned the most points will receive a $1000 cheque in the mail

⊕ as soon as you signup **you're automatically entered** in this contest so start inviting your friends!

THE GRAND PRIZE OF:

## $5000

On February 1st, 2009 We will award **$5000** to the member who has signed up the most friends over the 6 month duration.Good Luck!

CONTEST LEADERBOARD

Check back here soon for the current monthly and marathon leaders!

invite friends now

- All funds are in USD.
- The first prize money will be awarded at the end of August, 2008
- If you are a winner we will contact you by via email in order to get your mailing address.
- In the event of a tie, all tied members will receive the full prize ammount!

**My account**

Magazines
Favorites

Mygazines
Notifications

Friends
More...

**Help & Information**

Take Tour

Adult Filters

**Mygazines.com**

About Us
Privacy policy

Terms of Use
Contest

Contact Us

EXHIBIT 31

Search    Traffic Rankings    Directory    Alexa Toolbar    Developer's Corner    Blog    Advertise

 **Alexa**®
The Web Information Company    ...s.com

Get Traffic Details ▸    Top 500 - Movers & Shakers

## Explore this site

Overview

Traffic Details

   Edit Site Info

## More to Explore

Wayback Machine: see
how mygazines.com
looked in the past

Search for
mygazines.com:
» on the Web
» in the Directory

## Share your thoughts

E-mail a friend about
mygazines.com...

Sell Online with
**WebStore** by
**amazon**
▸ Fraud Protection
▸ 1-Click WebStore
▶ 30 Day FREE Trial



### Mygazines.com
mygazines.com

Mygazines.com has a traffic rank of: **146,144**

**Traffic History Graph for mygazines.com**

Reach | Rank | Page Views    Range: 7d 1m 3m 6m max



Daily Reach (percent)
mygazines.com

*Put this graph on your site!*    −    +    Permalink

mygazines.com

Currently viewing Traffic
Details for
mygazines.com

Compare Sites

*Learn more about Alexa Traffic...*

**Reach for Mygazines.com:** ⓘ
Percent of global Internet users who visit this site

Our Spon...
GET
FREELAN...
Post Pro...

Down...
Alexa

7.2 i...
Advertise...

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 0.0013% | 0.0041% | 0.00073% | ⬆ 20,705% |

### Traffic Rank for Mygazines.com: ⑦
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 75,042 | 23,480 | 146,144 | ⬆ 8,234,277 |

### Page Views per user for Mygazines.com: ⑦
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 7 | 7.1 | 6.4 | ⬆ 84% |

### Mygazines.com users come from these countries:

| | |
|---|---|
| United States | 53.8% |
| Canada | 8.1% |
| Germany | 5.9% |
| United Kingdom | 4.1% |
| Australia | 2.7% |

More mygazines.com users...

### Mygazines.com traffic rank in other countries:

| | |
|---|---|
| Canada | 10,780 |
| United States | 18,286 |
| Australia | 23,164 |
| United Kingdom | 41,959 |
| Germany | 56,574 |

More mygazines.com traffic rank...

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

ⓘAlexa ▾ | 🔍Search ▾ | ⓘSite Info ▾ | Related Links ▾ | Tell a Friend | WayBack

| Traffic Rankings | Developer's Corner | Company Info | Help | |
|---|---|---|---|---|
| Top 500 Sites | Web Search | Advertise | FAQ's | **Download the Alexa Toolbar!** |
| Movers & Shakers | Alexa Data | History | Support | Privacy Policy \| Terms of Use |
| About Rankings | Thumbnails | Technology | Webmasters | © Alexa Internet, Inc. |
| Alexa Tees | Widgets | Management Team | | An **amazon**.com. company |
| | Custom Toolbar | Job Opportunities | | |
| | Link Report | News & Press Releases | | |
| | | Contact Us | | |

Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog    Advertise


**Alexa**
The Web Information Company

[ Get Traffic Details ▸ ]  Top 500 - Movers & Shakers

### Explore this site

Overview
**Traffic Details**
Related Links

   Edit Site Info

### More to Explore

Sites Linking in
Wayback Machine: see how time.com looked in the past
Search for time.com:
- on the Web
- in the Directory

### Share your thoughts

E-mail a friend about time.com...


**Sell Online with**
**WebStore by**
**amazon**
▸ Fraud Protection
▸ 1-Click WebStore


**Category:** Top > News > Magazines and E-zines



## Time.com - Time Magazine

time.com
News articles from the magazine. Updated daily.

Time.com has a traffic rank of: **732**

### Traffic History Graph for time.com



[ Reach | Rank | Page Views ]    **Range:** [ 7d | 1m | 3m | 6m | max ]

Daily Reach (percent)
time.com

Put this graph on your site!            −    +    Permalink

time.com

Currently viewing Traffic Details for time.com

[ Compare Sites ]

Learn more about Alexa Traffic...

**Reach for Time.com:**

Percent of global Internet users who visit this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|-----------|-------------|---------------|
| 0.129% | 0.124% | 0.1369% | ▲ 4% |

**Traffic Rank for Time.com:** ?

Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|-----------|-------------|---------------|
| 716 | 744 | 732 | ▲ 30 |

**Page Views per user for Time.com:** ?

The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|-----------|-------------|---------------|
| 3.54 | 3.55 | 3.05 | ▼ 3% |

**Time.com users come from these countries:**

| | |
|---|---|
| United States | 65.0% |
| India | 3.9% |
| Canada | 3.6% |
| United Kingdom | 3.5% |
| Australia | 1.9% |

More time.com users...

**Time.com traffic rank in other countries:**

| | |
|---|---|
| United States | 273 |
| Canada | 398 |
| Australia | 492 |
| United Kingdom | 786 |
| India | 964 |

More time.com traffic rank...

**Where people go on Time.com:** ?

- time.com - 96%
- thepage.time.com - 4%

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

Alexa ▾    🔍 Search ▾    ℹ Site Info ▾    ➕ Related Links ▾    ✉ Tell a Friend    ↺ WayBack

| Traffic Rankings | Developer's Corner | Company Info | Help | Download the Alexa Toolbar! |
|------------------|--------------------|--------------|------|-----------------------------|
| Top 500 Sites | Web Search | Advertise | FAQ's | Privacy Policy | Terms of Use |
| Movers & Shakers | Alexa Data | History | Support | © Alexa Internet, Inc. |
| About Rankings | Thumbnails | Technology | Webmasters | An **amazon.com** company |
| Alexa Tees | Widgets | Management Team | | |
| | Custom Toolbar | Job Opportunities | | |
| | Link Report | News & Press Releases | | |



Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog    Advertise

[ Get Traffic Details ▸ ]    Top 500 - Movers & Shakers

Our Spon

**Explore this site**

Overview

Traffic Details

Related Links

   Edit Site Info

**More to Explore**

Sites Linking in

Wayback Machine: see how ew.com looked in the past

Search for ew.com:
- on the Web
- in the Directory

**Share your thoughts**

E-mail a friend about ew.com...



**Category:** Top > Arts > Entertainment > News and Media > Magazines and E-zines



### Ew.com - Entertainment Weekly
ew.com

Online version of the print magazine includes entertainment news, interviews, reviews of music, film, TV and books, and a special area for magazine subscribers.

Ew.com has a traffic rank of: **1,424**

**Traffic History Graph for ew.com**



*Put this graph on your site!*    −    +    Permalink

Currently viewing Traffic Details for ew.com

[ Compare Sites ]

*Learn more about Alexa Traffic...*

**Reach for Ew.com:** ⑦
Percent of global Internet users who visit this site

GET

FREELAN

Post Pro

Down
Alexa

7.2 is

Advertise

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|-----------|-------------|----------------|
| 0.052% | 0.0559% | 0.0595% | ▲ 12% |

**Traffic Rank for Ew.com:** ⑦
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|-----------|-------------|----------------|
| 1,738 | 1,458 | 1,424 | ▲ 320 |

**Page Views per user for Ew.com:** ⑦
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|-----------|-------------|----------------|
| 4.7 | 6.06 | 6.04 | ▲ 5% |

**Ew.com users come from these countries:**

| | |
|---|---|
| United States | 66.9% |
| Canada | 3.9% |
| United Kingdom | 3.4% |
| India | 1.9% |
| Germany | 1.9% |

More ew.com users...

**Ew.com traffic rank in other countries:**

| | |
|---|---|
| United States | 476 |
| Canada | 741 |
| United Kingdom | 1,678 |
| India | 3,486 |
| Germany | 5,667 |

More ew.com traffic rank...

**Where people go on Ew.com:** ⑦

- ew.com - **95%**
- popwatch.ew.com - **3%**
- hollywoodinsider.ew.com - **1%**
- search.ew.com - **1%**

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

**ⓘ Alexa** ▾    🔍 Search ▾    ⓘ Site Info ▾    Related Links ▾    Tell a Friend    WayBack

| Traffic Rankings | Developer's Corner | Company Info | Help | |
|---|---|---|---|---|
| Top 500 Sites | Web Search | Advertise | FAQ's | **Download the Alexa Toolbar!** |
| Movers & Shakers | Alexa Data | History | Support | Privacy Policy \| Terms of Use |
| About Rankings | Thumbnails | Technology | Webmasters | © Alexa Internet, Inc. |
| Alexa Tees | Widgets | Management Team | | An **amazon**.com company |

Contact Us

Search    Traffic Rankings    Directory    Alexa Toolbar    Developer's Corner    Blog    Advertise

 e.com
The Web Information Company

Get Traffic Details ▸    Top 500 - Movers & Shakers

**Our Spon**



**Explore this site**
Overview
Traffic Details
Related Links
Edit Site Info

**More to Explore**
Sites Linking in
Wayback Machine: see how realsimple.com looked in the past
Search for realsimple.com:
- on the Web
- in the Directory

**Share your thoughts**
E-mail a friend about realsimple.com...



Category: Top > Society > People > Women > News and Media > Magazines and E-zines



## Realsimple.com - Real Simple
realsimple.com
Contains content from the newsstand magazine about simplifying your home life, plus special features and interactive tools.

Realsimple.com has a traffic rank of: 11,736

### Traffic History Graph for realsimple.com



*Put this graph on your site!*    −    +    Permalink

Currently viewing Traffic Details for realsimple.com

Compare Sites

*Learn more about Alexa Traffic...*

**Reach for Realsimple.com:** ⊕
Percent of global Internet users who visit this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|-----------|-------------|----------------|
| 0.008% | 0.0092% | 0.00999% | ▼ 2% |

### Traffic Rank for Realsimple.com: ⑦
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|-----------|-------------|----------------|
| 15,263 | 11,784 | 11,736 | ▼ 17 |

### Page Views per user for Realsimple.com: ⑦
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|-----------|-------------|----------------|
| 2.8 | 3.7 | 3.28 | ▼ 5% |

### Realsimple.com users come from these countries:

| | |
|---|---|
| United States | 71.0% |
| India | 4.7% |
| United Kingdom | 3.4% |
| Canada | 2.7% |
| South Africa | 1.8% |

More realsimple.com users...

### Realsimple.com traffic rank in other countries:

| | |
|---|---|
| United States | 3,154 |
| South Africa | 5,427 |
| Canada | 9,789 |
| India | 10,633 |
| United Kingdom | 12,572 |

More realsimple.com traffic rank...

### Where people go on Realsimple.com: ⑦

- realsimple.com - 91%
- food.realsimple.com - 7%
- simplystated.realsimple.com - 2%

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**



| Traffic Rankings | Developer's Corner | Company Info | Help | Download the Alexa Toolbar! |
|------------------|---------------------|--------------|------|------------------------------|
| Top 500 Sites | Web Search | Advertise | FAQ's | Privacy Policy \| Terms of Use |
| Movers & Shakers | Alexa Data | History | Support | © Alexa Internet, Inc. |
| About Rankings | Thumbnails | Technology | Webmasters | An **amazon**.com. company |
| Alexa Tees | Widgets | Management Team | | |
| | Custom Toolbar | Job Opportunities | | |
| | Link Report | News & Press Releases | | |



Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog    Advertise

The Web Information Company

[ Get Traffic Details ▸ ]  Top 500 – Movers & Shakers

Our Spon

GET

FREELAN

Post Pro

Downl
Alexa

7.2 is

Advertise

## Explore this site

Overview
Traffic Details
Related Links

   Edit Site Info

## More to Explore

Sites Linking in
Wayback Machine: see
how golf.com looked in
the past
Search for golf.com:
· on the Web
◦ in the Directory

## Share your thoughts

E-mail a friend about
golf.com...


Sell Online with
WebStore by
amazon
▸ Fraud Protection
▸ 1-Click WebStore
▶ 30 Day FREE Trial

Category: Top > Sports > Golf > News and Media



# Golf.com - Golf.com
golf.com

Tournament golf coverage plus sections for courses
and travel, instruction, site membership services and
promotional offers.

Golf.com has a traffic rank of: 7,538

## Traffic History Graph for golf.com



**Reach** | Rank | Page Views      **Range:** 7d | 1m | 3m | 6m | max

Daily Reach (percent)
golf.com

*Put this graph on your site!*      –    +   Permalink

golf.com



Currently viewing Traffic
Details for golf.com

[ Compare Sites ]

*Learn more about Alexa Traffic...*

**Reach for Golf.com:** ⑦
Percent of global Internet users who visit this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 0.0069% | 0.0084% | 0.01401% | ⬆ 29% |

**Traffic Rank for Golf.com:** ⑦
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 15,240 | 12,984 | 7,538 | ⬆ 3,369 |

**Page Views per user for Golf.com:** ⑦
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 4.8 | 3.9 | 4.14 | ⬆ 18% |

**Golf.com users come from these countries:**

| | |
|---|---|
| United States | 80.6% |
| Canada | 4.2% |
| United Kingdom | 1.9% |
| South Africa | 1.5% |
| Germany | 1.0% |
| More golf.com users... | |

**Golf.com traffic rank in other countries:**

| | |
|---|---|
| United States | 2,077 |
| South Africa | 2,662 |
| Canada | 3,938 |
| United Kingdom | 15,056 |
| Germany | 57,915 |
| More golf.com traffic rank... | |

**Where people go on Golf.com:** ⑦

- golf.com - 99%
- blogs.golf.com - 1%

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

⓵ Alexa ▾    🔍 Search ▾    ⓘ Site Info ▾    ➡ Related Links ▾    👫 Tell a Friend    🕙 WayBack

**Traffic Rankings**
Top 500 Sites
Movers & Shakers
About Rankings
Alexa Tees

**Developer's Corner**
Web Search
Alexa Data
Thumbnails
Widgets
Custom Toolbar
Link Report

**Company Info**
Advertise
History
Technology
Management Team
Job Opportunities
News & Press Releases
Contact Us

**Help**
FAQ's
Support
Webmasters

**Download the Alexa Toolbar!**
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An **amazon.com** company

http://www.alexa.com/data/details/traffic_details/golf.com      8/8/2008



Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog    Advertise

ght.com    ( Get Traffic Details ↟ )  Top 500 - Movers & Shakers

**Explore this site**

Overview

Traffic Details

Related Links

Edit Site Info

**More to Explore**

Sites Linking in

Wayback Machine: see how cookinglight.com looked in the past

Search for cookinglight.com:
- on the Web
- in the Directory

**Share your thoughts**

E-mail a friend about cookinglight.com...



**Sell Online with**
**WebStore by**
**amazon**
▸ Fraud Protection
▸ 1-Click WebStore
▶ 30 Day FREE Trial

Category: Top > Home > Cooking > Special Diets > Low Fat



**Cookinglight.com - Cooking Light**
cookinglight.com
Most recipes are low-fat or low-calorie versions of more sinful concoctions. Links to menus and meal planning, healthy life, and community.

Cookinglight.com has a traffic rank of: **32,078**

**Traffic History Graph for cookinglight.com**



*Put this graph on your site!*    −    +    Permalink

cookinglight.com

Currently viewing Traffic Details for cookinglight.com

( Compare Sites )

*Learn more about Alexa Traffic...*

**Reach for Cookinglight.com:** ⑦
Percent of global Internet users who visit this site


**Our Spon**
GET
FREELAN
Post Pro
**Down**
**Alexa**
**7.2 is**
Advertise

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 0.0045% | 0.0042% | 0.00426% | ▲ 19% |

### Traffic Rank for Cookinglight.com: ⑦
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 27,054 | 31,071 | 32,078 | ▲ 7,925 |

### Page Views per user for Cookinglight.com: ⑦
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 2.9 | 2.3 | 2.38 | ▲ 12% |

### Cookinglight.com users come from these countries:

| | |
|---|---|
| United States | 79.0% |
| Canada | 3.2% |
| China | 3.1% |
| Pakistan | 3.1% |
| United Kingdom | 2.1% |

More cookinglight.com users...

### Cookinglight.com traffic rank in other countries:

| | |
|---|---|
| Pakistan | 5,215 |
| United States | 7,983 |
| Canada | 21,752 |
| China | 49,712 |
| United Kingdom | 68,992 |

More cookinglight.com traffic rank...

### Where people go on Cookinglight.com: ⑦

- cookinglight.com - 61%
- community.cookinglight.com - 39%

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

ⓘAlexa ▾ | 🔍Search ▾ | ⓘSite Info ▾ | Related Links ▾ | Tell a Friend | WayBack

**Traffic Rankings**
Top 500 Sites
Movers & Shakers
About Rankings
Alexa Tees

**Developer's Corner**
Web Search
Alexa Data
Thumbnails
Widgets
Custom Toolbar
Link Report

**Company Info**
Advertise
History
Technology
Management Team
Job Opportunities
News & Press Releases
Contact Us

**Help**
FAQ's
Support
Webmasters

**Download the Alexa Toolbar!**
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An amazon.com company



Search    **Traffic Rankings**    Directory    Alexa Toolbar    Developer's Corner    Blog    Advertise

**Alexa**® southernliving.com
The Web Information Company

[ **Get Traffic Details** ▸ ]    Top 500 - Movers & Shakers

---

**Explore this site**

Overview

Traffic Details

Related Links

Edit Site Info

**More to Explore**

Sites Linking in

Wayback Machine: see
how southernliving.com
looked in the past

Search for
southernliving.com:
* on the Web
* in the Directory

**Share your thoughts**

E-mail a friend about
southernliving.com...



**Category:** Top > Home > News and Media



## Southernliving.com - Southern Living Online

southernliving.com

Online version of popular magazine, with features on
travel and vacations, gardens and design, homes
and interiors, and foods and hospitality.

Southernliving.com has a traffic rank of: 74,785

**Traffic History Graph for southernliving.com**



Put this graph on your site!                    −    +    Permalink

Currently viewing Traffic
Details for
southernliving.com

[ Compare Sites ]

Learn more about Alexa Traffic...

**Reach for Southernliving.com:**

Percent of global Internet users who visit this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 0.002% | 0.0021% | 0.0018% | ▲ 25% |

## Traffic Rank for Southernliving.com: ?
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 60,491 | 61,137 | 74,785 | ▲ 11,288 |

## Page Views per user for Southernliving.com: ?
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 2.9 | 2.3 | 2.41 | ▼ 19% |

## Southernliving.com users come from these countries:

| | |
|---|---|
| United States | 90.0% |
| Canada | 2.2% |
| India | 1.7% |
| Germany | 1.3% |
| United Kingdom | 0.6% |

More southernliving.com users...

## Southernliving.com traffic rank in other countries:

| | |
|---|---|
| United States | 16,678 |
| Canada | 78,620 |
| India | 133,857 |
| Germany | 307,180 |
| United Kingdom | 321,790 |

More southernliving.com traffic rank...

## Where people go on Southernliving.com: ?

- southernliving.com - 66%
- community.southernliving.com - 19%
- designassistant.southernliving.com - 16%

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

Alexa ▾    🔍 Search ▾    ⓘ Site Info ▾    ➕ Related Links ▾    Tell a Friend    WayBack

**Traffic Rankings**
Top 500 Sites
Movers & Shakers
About Rankings
Alexa Tees

**Developer's Corner**
Web Search
Alexa Data
Thumbnails
Widgets
Custom Toolbar

**Company Info**
Advertise
History
Technology
Management Team
Job Opportunities

**Help**
FAQ's
Support
Webmasters

**Download the Alexa Toolbar!**
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An **amazon.com** company

Contact Us

Search     **Traffic Rankings**     Directory     Alexa Toolbar     Developer's Corner     Blog     Advertise



ing.com          ( Get Traffic Details ▸ ) Top 500 - Movers & Shakers

**Explore this site**

Overview
Traffic Details
Related Links

Edit Site Info

**More to Explore**

Sites Linking in
Wayback Machine: see
how coastalliving.com
looked in the past
Search for
coastalliving.com:
· on the Web
· in the Directory

**Share your thoughts**

E-mail a friend about
coastalliving.com...

*Sell Online with*
**WebStore by**
**amazon**
▸ **Fraud Protection**
▸ **1-Click WebStore**
▶ 30 Day FREE Trial

Category: Top > Home > News and Media

## Coastalliving.com - Coastal Living Magazine
coastalliving.com

Features articles on homes, decorating, travel, food
and living in coastal communities.

Coastalliving.com has a traffic rank of: **164,028**

### Traffic History Graph for coastalliving.com

| Reach | Rank | Page Views | | Range: | 7d | 1m | 3m | 6m | max |

**Daily Reach (percent)**
coastalliving.com

*[graph showing daily reach from Mar to Aug, y-axis 0 to 0.01]*

***Put this graph on your site!***          −     +   Permalink

coastalliving.com

Currently viewing Traffic
Details for
coastalliving.com

( Compare Sites )

***Learn more about Alexa Traffic...***

**Reach for Coastalliving.com:** ⑦
Percent of global Internet users who visit this site

**Our Spon**
GET
FREELAN
Post Pro

Downl
Alexa

7.2 is
Adverti

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 0.0011% | 0.00059% | 0.00064% | ▲ 1% |

**Traffic Rank for Coastalliving.com:** ⑦
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 82,270 | 148,946 | 164,028 | ▲ 4 |

**Page Views per user for Coastalliving.com:** ⑦
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|-----------|------------|-------------|---------------|
| 9 | 7.1 | 3.7 | ▼ 6% |

**Coastalliving.com users come from these countries:**

| | |
|---|---|
| United States | 82.2% |
| Japan | 3.5% |
| Canada | 3.5% |
| Australia | 1.5% |
| United Kingdom | 1.3% |

More coastalliving.com users...

**Coastalliving.com traffic rank in other countries:**

| | |
|---|---|
| United States | 37,293 |
| Canada | 82,024 |
| Australia | 131,341 |
| Japan | 160,188 |
| United Kingdom | 384,264 |

More coastalliving.com traffic rank...

**Where people go on Coastalliving.com:** ⑦

- coastalliving.com - 82%
- designassistant.coastalliving.com - 15%
- community.coastalliving.com - 4%

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**

[ ❶ Alexa ▾ | 🔍 Search ▾ | ⓘ Site Info ▾ | ➡ Related Links ▾ | 👤 Tell a Friend | 🕑 WayBack ]

| Traffic Rankings | Developer's Corner | Company Info | Help | |
|---|---|---|---|---|
| Top 500 Sites | Web Search | Advertise | FAQ's | **Download the Alexa Toolbar!** |
| Movers & Shakers | Alexa Data | History | Support | Privacy Policy \| Terms of Use |
| About Rankings | Thumbnails | Technology | Webmasters | © Alexa Internet, Inc. |
| Alexa Tees | Widgets | Management Team | | An **amazon.com** company |
| | Custom Toolbar | Job Opportunities | | |
| | Link Report | News & Press Releases | | |

EXHIBIT 32

Mygazines.com - aliciapascale

# mygazines.com
upload. share. archive.

sign up for free | take tour | log in | **18+** family filter: On

search articles [search]

78 diggs   digg it

MAGAZINES    ARTICLES    MYGAZINES    FRIENDS

[upload]

## aliciapascale

add as a friend    | joined on August 7, 2008

**CONTENT**

aliciapascale's home

📖 uploaded magazines

📖 compiled mygazines

⭐ favorites

### Recently Read Magazines by aliciapascale

There is no content to display here yet.

### Uploaded Magazines by aliciapascale   view all



### Compiled Mygazines by aliciapascale

There is no content to display here yet.

8/17/2008

Mygazines.com - aliciapascale

## Favorite Magazines by aliciapascale

There is no content to display here yet.

## Favorite Mygazines by aliciapascale

There is no content to display here yet.

http://www.mygazines.com/users/view/13476

Find it: Jobs | Cars | Real Estate | Apa

 LoHud.com
New York Lower Hudson Va...

SEARCH
ALL    [            ]  go

All    Local News    Calendar    Jobs    More »

**HOME    NEWS    SPORTS    ENTERTAINMENT    LIFE & STYLE    HOMETOWNS    MULTIMEDIA    OPINION    OBITUARIES    BUY, SELL & SHOP**

Westchester    Rockland    Putnam    New York    Business    Crime    Politics    Education    Environment    World/Nation    C

# So Little Time

# The Working Mother's Blog

**World Gold $5/1000**
As Low As $5/1000 World Gold! <5 Minute
Delivery, US/EU On Sale

**Cheap tibia gold Sale**
Full Stock Lowest Price Fast & Safe Tibia-All
Servers

« Haircuts and Other Things That Turn your World Upside-down!
Career Day »

# Dinner at Hand

February
8

I'm looking for things that make my life easier. Lucky for me, two new easy dinner options have recently opened in my neighborhood. Dinner In H
the brainchild of a former *Journal News* employee (and busy mom), has started this week in New Rochelle and Larchmont where you can order y
them delivered to your door; or pick them up at the train station as you're rushing home from the City. Needless to say, I placed my order for next
DELIVERY. I'll keep you posted on how it works/tastes (right now meals are single-servings so order accordingly).

Super Suppers in New Rochelle also recently opened; this is one of those places where you assemble the meals yourself; then take them home t
on the way home from work (to pick up food for everyone) and one less "fight" with my husband on why it's always ME thinking about dinner whe
headache. I'll let you know.....I also plan to write up my findings (comparing these latest additions to Let's Dish in Scarsdale) in an upcoming issu

This entry was posted on Thursday, February 8th, 2007 at 11:45 am by Jeanne Muchnick.
You can follow any responses to this entry through the RSS 2.0 feed.

Share and Enjoy: ■ |   | 🖨 Print This Post | ✉ Email This Post

Advertisement

## 5 Responses To "Dinner At Hand"

1.  Steve C. February 9th, 2007 at 6:29 am

    On the weekends I cook meal(s) that can be used as leftovers for most of the week. Then there's always frozen stuff that can be reheated

2.  Alicia Pascale February 9th, 2007 at 8:31 am

    There used to be a place in Briarcliff called "1,2,3 Dinner" but I think it closed. Dinner is a very important time for family. And since families
    time together, saving time preparing it seems like a good idea.

3.  Steve C. February 9th, 2007 at 10:31 am

    Then why bother cooking order out every night. ;-]
    I enjoy cooking. even if its fast or slow or easy or hard.

I save ordering out for the days i just cant be bothered to do anything.

4. **Alicia Pascale** February 9th, 2007 at 5:04 pm

You're right. But this place did the "balanced diet" thing. Who knows. Maybe that's why it's closed now.

5. **wowgolds104** March 22nd, 2007 at 2:54 am

Welcome to our website for you World of Warcraft Gold,Wow Gold,Cheap World of Warcraft Gold,cheap wow gold,buy cheap wow gold,re

Here wow gold of 1000 gold at $68.99-$80.99 ,World Of Warcraft Gold,buy wow gold,sell world of warcraft gold(wow gold),buy euro gold v
wow gold store … buy euro gold wow wow gold-~~buy cheap wow gold,sell wow gold,welcome to buy cheap wow gold~~-buy wow gold cheap
purchasing.World of Warcraft,wow gold Super …
We can have your wow gold,buy wow gold,wow gold game,world of warcraft gold, wow Gold Cheap wow, Cheap wow gold,world of warcr
…

Welcome to our website for you World of Warcraft Gold,Wow Gold,Cheap World of Warcraft Gold,wow gold,buy cheap wow gold,real wov
Here wow gold of 1000 gold at $68.99-$80.99,World Of Warcraft Gold,buy wow gold,sell world of warcraft gold(wow gold),buy gold wow li
gold,cheapest wow gold store …
wow gold-~~buy cheap wow gold,sell wow gold,welcome to buy cheap wow gold~~-cheap, easy, wow gold purchasing.World of Warcraft,wow
Wow Gold- Gold for buy gold wow lightninghoof instock EU-Server: …wow Gold EU: starting from 84,99?; 3000 WoW Gold EU: starting fro
Services: …
We can have your wow Gold,buy wow Gold,wow Gold game,wow gold, Cheap wow Gold, Cheap World of Warcraft Gold,world of warcraf
gold,Cheap WOW Gold …

Here wow Gold of 1000 gold at $68.99-$80.99,World Of Warcraft Gold,wow gold buy wow Gold,sell world of warcraft gold(wow gold),Che
Warcraft Gold store

## Leave A Reply

It is a condition of your use of the comment features associated with the blogs that you do not: Use the site to post or transmit any unlawful, threa
defamatory, obscene, vulgar, pornographic, profane or indecent information of any kind, including without limitation any transmissions constituting
would constitute a criminal offense, give rise to civil liability or otherwise violate any local, state, national or international law. You alone are respo
or send. Refer to the Terms of Service.

Name (required)

Mail (will not be published) (required)

Website

[ Submit Comment ]



About this blog

The blog of two busy, multi-tasking moms on balancing work and family (and still getting dinner — even if it's take-out) on the table!
Subscribe to this blog (RSS 2.0)

Enter your email address to join our mailing list, and get our latest content in your inbox daily:

Subscribe

**World Gold $5/1000**
As Low As $5/1000 World Gold! <5 Minute Delivery,
US/EU On Sale
www.WoWMine.com

**World Gold at 0.01/100G**
Right, Our World Gold $0.01/100g Safely < 5 Mins
delivery, Buy now!
www.MMOGap.com/Secured_WoW_Gold

**Cheap tibia gold Sale**
Full Stock Lowest Price Fast & Safe Tibia-All Servers
www.gamezmoney.com

**Cheapest World Gold Store**
Fast, Safe & Reliable 24/7 Delivery 30%-40% Lower Than
the Market Price
www.game4power.com/Buy-Wow-Gold

Ads by Google

About the authors

Jeanne Muchnick is a multi-tasking mama who's been writing about her two girls ever since they were born. She's the former
turned InTown Senior Editor whose parenting stories have also appeared in a variety of national consumer magazines including Woman's
Parenting, Pregnancy, FamilyFun and more. She lives in Larchmont, NY with her two girls: Corey, 14 and Sydney, 11, her husband, Mark
Chip.

Mary Lynn Mitcham, the editor-in-chief of InTown Westchester, is new to the mom scene. Her son, Owen, was born on the F
say, she's still trying to figure out how to get herself - and her son - dressed and fed and still make it on time to work. Before she joined In
worked as a senior editor at Travel Holiday magazine and has freelanced for several publications including Parenting, Adoptive Families,
Fitness, and more. She lives in Westchester with her new baby and her husband, Adam.

The InTown Magazine Network



Other recent entries

- State of Momhood
- School Plays
- Sick
- Beauty = Higher Paying Job?
- Candy for a cause
- Talking to Kids about Sex
- Kids and the Internet
- Fighting with your Hubby
- The New Mommy Track

- Momsense

Links
- InTown Westchester
- Putnam Magazine
- Rockland Magazine
- Scarsdale Magazine

Monthly Archives
- July 2008
- May 2008
- February 2008
- January 2008
- December 2007
- November 2007
- October 2007
- September 2007
- August 2007
- July 2007

Search this blog [Go]

sitemeter

     

Partners:  Jobs: CareerBuilder.com  Cars: Cars.com  Apartments: Apartments.com  Shopping: ShopLocal.com

Home | News | Sports | Entertainment | Life & Style | Hometowns | Multimedia | Opinion | Obituaries | Buy, Sell & Shop | Customer Service | Site Ma

Terms of Service | Privacy Policy | Contact Us | About Us | Work for Us | Subscribe

Copyright ©2007 The Journal News, a Gannett Co. Inc. newspaper serving Westchester, Rockland and Putnam counties in New York.

Other editions: Mobile | News Feeds | E-Newsletters    Find it: Jobs | Cars | Real Estate | Apa



SEARCH ALL    All    Local News    Calendar    Jobs    More »    [go]

**HOME    NEWS    SPORTS    ENTERTAINMENT    LIFE & STYLE    HOMETOWNS    MULTIMEDIA    OPINION    OBITUARIES    BUY, SELL & SHOP**

Westchester    Rockland    Putnam    New York    Business    Crime    Politics    Education    Environment    World/Nation    [

# Parents' Place

Sterling Silver Necklaces At
EVE'S ADDICTION.com
use coupon code ad10 for 10% off
www.EvesAddiction.com/Necklaces

  

Feedback - Ads by Google

« A preemie's mom says thanks
Safety first »

# Wearing your kids

April 16

How would you like a necklace with the names, initials, birthdates or birthstones of your children? Whether the idea thrills or appalls you might sa toward motherhood and feminism.



I'm bringing this up because there is a new trend that upsets the traditional role of personalized jewelry. birthstones, initials or names, more and more moms are opting to wear jewelry that reflects their children. It's become a stylish and hip thing to do beautiful pieces of fine jewelry to drive and satisfy the demand. You can see an example of Heather Moore jewelry at right. I wrote a story about t here. I'm raising the question in this blog because I wonder what everyone thinks of this development.

When I interviewed local moms who wear the jewelry, they told me it makes them feel closer to their children and honors the most important relat of Larchmont, a stay-at-home mom who wears a necklace bearing the names of her four children, told me the charms are kind of like medals of h you are home or working or working part time, it takes courage to have children. It's a very tough job," Lisa said.

Pam Sloan, a divorce lawyer form Pelham who wears charms with her children's astrological signs and birthdates, said it triggers thoughts of her She received it as a birthday gift from her husband. "People said, you turned 50, what did your husband get you, thinking in terms of diamonds ar is nothing I could have enjoyed more than this very simple statement of the most important thing in my life."

But when I asked Susan Douglas, author of "The Mommy Myth: The Idealization of Motherhood and How it Has Undermined Women," what she t trend, she said: "Pretty and awful at the same time.â€?

Susan, who is a professor at the University of Michigan and an expert in gender and society, said there is a growing perception in our culture that themselves body and soul to their kids â€" at the expense of their own identities. She said we're in the midst of a the new "momism" that's a back

unhappy that women are foregoing the historically self-affirming message of personalized jewelry. Think Laverne of "Laverne & Shirley" with the gia Carrie of "Sex and the City" and her "Carrie" necklace.

I understand Susan's point intellectually, but as a mom I can't feel it.

I could say it's because I became a mom in my late 30s and treasure every second, because that's true. Or, I could say that it's because my daug premature and we feared the worst when she was born, and that would be true, too. But I don't think those are the primary reasons why my heart her initial and birthdate around my neck. I think it's because I'm so in love with her that I want to celebrate the new, amazing and powerful feeling own ego.

Maybe the new mommy jewelry is something Carrie would wear five years later, after she and Mr. Big have babies.

What do you think?

This entry was posted on Monday, April 16th, 2007 at 12:56 pm by Julie Moran Alterio.
You can follow any responses to this entry through the RSS 2.0 feed.

Share and Enjoy: ▪️ 🔖 🐸 📗 🌐 📧 🐝 📑 | 🖨 Print | 📧 Email

Advertisement

## 14 Responses To "Wearing Your Kids"

1. **Alicia Pascale** April 16th, 2007 at 2:42 pm

   Carrie would totally were a trendy baby pin or something of the sort if she and Mr. Big had kids. After my first child was born I wore her ow long time. I never bought any of the other birth stone pendants because I wanted something a little more original. I saw these id bracelets I'll order three of them, one that says Nadia, and another that says Marcos and a third that says Mrs. Goni. It's funny because I ne name but I want the three most important people in my life to be with me always. I've even considered tattooing their names on my bo woman, and motherhood is the most important part of being a woman. It's a privilege that only we have and one that makes us much biologically. We are the pillars of our families and wanting to celebrate our families is a great and also powerful thing. Having children mak Susan Douglas is WRONG. The type of self-affirming that she refers to is egocentric. Being a woman and being a mother is the exact opp understand the reasoning behind her statements intellectually.

2. **El** April 16th, 2007 at 5:08 pm

   My mother (grandmother to my now elementary and pre-teen children) loves to "wear" her grandchildren—and I think of it as a trend and p heads, the shoes, stick figures with birthstones, etc. And my grandmother did it before that. I guess if they came out with something a little But for now, I think of it as a "grandma thing". Definitely not for mothers of children that have grown beyond their infant/toddler years.

3. **Alicia Pascale** April 16th, 2007 at 9:00 pm

   Red Envelope has beautiful, original and modern pendants and bracelets. That's where I got the idea for the id bracelet. Another of my fav pendant. Now that Mother's day is around the corner, I bet they'll come out with more.

4. **Julie Moran Alterio** April 16th, 2007 at 10:27 pm

   Alicia – I received my Red Envelope catalog today, too. 😊

5. **Steve C.** April 17th, 2007 at 5:50 am

   Stuff like this has always been around, in some way or another.

6. **Alicia Pascale** April 17th, 2007 at 2:51 pm

   Julie; isn't it nice? Loooove their stuff!

7. **Mary D** April 18th, 2007 at 2:34 pm

   When my daughter was two, she picked out a pendant at a Mystic, CT gift shop. It was an abstract of a mother reaching down to embrace mom. I've worn this 'Mommy and Baby' necklace ever day for the last 9 years. While it isn't an expensive piece, it is the most important pi daughter picked it out with her own hands, and it's far more valuable than any diamond or platinum jewelry on the face of the earth. For th

self-affirmation…get real, you define the jewelry, the jewelry doesn't define you!

8. Danielle, Celebrity Baby Blog April 19th, 2007 at 10:21 am

I never thought I would wear "mommy jewelry" before I had my daughter, but now I love to wear my Tali Gillette mamamamamama neckla

9. Julie Moran Alterio April 23rd, 2007 at 12:08 pm

I do happen to have two pieces of Mommy jewelry myself. My husband gave me a pendant with an amthyest the year Pumpkin was born
he gave me a heart that's actually a mother and child when you look at it closely. I love both because they are more than just a fashion ac

10. alice April 30th, 2007 at 8:42 pm

I've been looking for a long time for a "mommy necklace" that looked like the type of jewelry i already wear. I'm loving my one from suzani
have my kids' names, but also was able to pick out stones I love that represent a little of me!

11. jewelry wholesale May 10th, 2007 at 5:52 am

I like pearl, I like shopping on the net for exampleï¼Œ wholesale jewelryï¼Œpearl wholesale,wholesale pearl
, and so on.

12. Rachel May 15th, 2007 at 11:19 am

littleJULES.com is a local company I came accross looking for a necklace for my friend who just had a baby…. and wow – cute cute – did
getting their "birth necklace" which is only $59. It has tiny footprints with baby's name and all the birth info on the other side of the pendan

13. Liz from Cool Mom Picks December 31st, 2007 at 7:13 pm

Hi Julie – just found this most interesting post.

I wonder whether Susan has considered that moms can be both self-affirming and doting. The two aren't mutually exclusive, and in fact I'
remember to take care of themselves probably make better moms.

That said, it's nice to have something to live for that's greater than yourself.

14. Ronald July 11th, 2008 at 11:14 pm

Nice, thank you
but i just want to find the best marketplace for wholesale toys online

## Leave A Reply

It is a condition of your use of the comment features associated with the blogs that you do not: Use the site to post or transmit any unlawful, threa
defamatory, obscene, vulgar, pornographic, profane or indecent information of any kind, including without limitation any transmissions constitutinç
would constitute a criminal offense, give rise to civil liability or otherwise violate any local, state, national or international law. You alone are respo
or send. Refer to the Terms of Service.

Name (required)

Mail (will not be published) (required)

Website

[ Submit Comment ]



## About this blog

Parents' Place is a hangout for openly discussing the A's to Z's of raising a child in the Lower Hudson Valley. From deciding when to stop your teenager take driving lessons, Parents' Place is here to let us all vent, share, and most of all, learn from each other.
Leading the conversation are Julie Moran Alterio, a business reporter and mom of a toddler, Jorge Fitz-Gibbon, a reporter and single fathe old son, and Len Maniace, a reporter and father of two sons.

## Subscribe

Subscribe to this blog | (What is this?)

**Daily Email Newsletter:**

Enter your email address

[ Subscribe ]



**Sterling Silver Necklaces At**
EVE'S ADDICTION.com
use coupon code ad10 for 10% off
www.EvesAddiction.com/Necklaces          Ads by Gooooogle

## About the authors

**Julie Moran Alterio** Julie Moran Alterio, her husband and baby girl — "Pumpkin" — share their Northern Westchester home



colorful plastic toys than seems necessary to entertain one tiny human. **READ MORE**

**Jorge Fitz-Gibbon**Jorge Fitz-Gibbon has been a journalist for more than 20 years and a father for nine. **READ MORE**

**Jane Lerner**Jane Lerner covers health and hospitals for The Journal News in Rockland, where she lives with her husband :

**Silver Disc Name Necklace**
hand crafted with any name or words great gift fo
gorgeous!
www.PrettyPersonalGifts.com

**Necklace daughter mother**
Compare Prices. Shop Visually. Find mother and
necklaces.
Like.com/mother_and_necklaces

**Blue Nile Heart Jewelry**
Forbes Favorite Online Jeweler. Free FedEx & 3(
Returns.
www.bluenile.com

**Necklace**
Affordable bracelets, earrings, & more. Find a loc
store.
Jewelry.Local.com



**Len Maniace**Len Maniace is a reporter and father of two sons. **READ MORE**

Poll

### What are you doing for summer vacation?

- ○ Sesame Place
- ○ Day trips in the Lower Hudson Valley
- ○ Jersey shore
- ○ Long Island shore
- ○ Cape Cod
- ○ Visiting grandparents
- ○ Disney World
- Add an Answer

[ Vote ]

View Results

Other recent entries

- Celebrating Independence Day
- Ice cream on a stick
- Why it's still nice when your mom is handy
- Getting happi-er
- The sensitive dad
- 3 lbs. of bacon
- The blended family phenomenon
- A breakthrough on Father's Day?
- The prom date … revisited
- Father's Day odds and ends

Categories

- Activities (51)
- Alcohol (3)
- Babies 0-12 months (41)
- Back-to-school (8)

Mygazines.com - turkeymonkey

**mygazines.com**
upload. share. archive.

MAGAZINES    ARTICLES    MYGAZINES    FRIENDS

[ search articles ]    [ search ]    78 diggs    digg it

sign up for free | take tour | log in | 18+ family filter: On

[ upload ]

## turkeymonkey

add as a friend    |  joined on July 29, 2008

**CONTENT**

turkeymonkey's home

📖 uploaded magazines

📖 compiled mygazines

👍 favorites

### Recently Read Magazines by turkeymonkey




### Uploaded Magazines by turkeymonkey    view all



### Compiled Mygazines by turkeymonkey

Mygazines.com - turkeymonkey

There is no content to display here yet.

**Favorite Magazines by turkeymonkey**

There is no content to display here yet.

**Favorite Mygazines by turkeymonkey**

There is no content to display here yet.

# TurkeyMonkey

- Home
- About TurkeyMonkey

## About TurkeyMonkey

## About bizarre mascots

What, you might ask, is a TurkeyMonkey? For a long time, I believed that it was my own creation — a hybrid of my favorite two sobriquets. Throughout college and the years following I routinely greeted my friends as either "turkeys" or "monkeys," meaning they'd been acting dopey or wacky, respectively. One evening, while watching the Cincinnati Bearcats in a college basketball game, I declared that there's no way a bearcat is a real animal. My inebriated friend wasn't sure, but offered about a half dozen equally confounding school nicknames: The University of California-Santa Cruz has the Banana Slug, he said; CUNY Brooklyn's mascot is the New York Bridges; and, of course, there was our alma mater — the University of Pennsylvania, the Fighting Quakers. (Okay, okay, technically, it's just the Quakers. But if you're living in West Philly you damn sure better know how to put up them dukes.) Brainstorming ensued, and the options seemed endless. SnakeRats … ElephantDogs … TurtleSwine. And so it was that, over a late-night snack of pizza and blue cheese dipping sauce, that we came up with the ultimate mascot. Ahem, the one and only, TURKEYMONKEY!

It was more than a little dispiriting to learn that the term "turkeymonkey" had already been coined. As it turns out, Turkey Monkey was a character in "The Adventures of The Smart Patrol," a 1995 computer game based on the nerdy punk band Devo. Your mission in the game is to chase down the Turkey Monkey–a truly disgusting piece of animation that's half Butterball turkey, half chimpanzee. The game's website has a brief bio: "Turkey Monkey is the hideous looking re-combinant DNA accident hatched at LFU. It has the head of a monkey and the body of a featherless turkey and navigates like a giant hummingbird on caffeine."

Though this is not what I envisioned with the name turkeymonkey, I feel compelled to share the ugly truth with you. If you care to read more about the video game, there's an Atlantic Monthly story about it here. But rest assured, there will be no re-combinant DNA accidents or dweeby techno music on this website.

## About Ted Mann

At the moment, I live and work in Westchester, NY. But not exactly that idealized suburban afterlife that Monica and Chandler graduated to after *Friends*. No, my Westchester involves a beat-up co-op apartment in Hartsdale–more *Money Pit* than *Growing Pains*–sandwiched between the absurdly wealthy villages of Scarsdale and Valhalla. By day I'm a Senior Editor at *InTown*, a group of publications (*InTown*, *Rockland*, *Putnam*, and *Scarsdale Magazines*). By night I become an inventor of bizarre mechanical cat toys, a mediocre cook, and a part-time treasure hunter. My wife, Ana, is a newly minted doctor, a pediatrician at the Westchester Medical Center's Maria Fareri Children's Hospital. Boy, that was mouthful. And boy, is that a wild lookin' hospital!



## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

Submit Comment

- 
- # About

TurkeyMonkey is a blog devoted to Ted Mann's thoughts on water sports, refined sugar, and, naturally, anything to do with monkeys. Why TurkeyMonkey? Well, for starters, SpiderPig was already taken.

## • Meta

- o Log in
- o Entries RSS
- o Comments RSS
- o WordPress.org
- o [ Search ] field | Search

## • Categories

- o audibles
- o books
- o Buzz Bissinger
- o CMS
- o endorsements
- o family
- o flicks
- o friendlies
- o glass teat
- o hair watch
- o journal
- o LoHud.com
- o Mark Cuban
- o Movable Type
- o newspapers
- o NYTimes.com
- o Philadelphia Magazine
- o philly
- o Pluck
- o print
- o randomness
- o SiteLife
- o the fam
- o The Journal News
- o The New York Times
- o The New Yorker
- o The Wall Street Journal
- o TypePad
- o Uncategorized
- o WordPress

## • Recent Comments



elcaonhbu ofvcbnq on Treasure Hunter for Hire

jom on I am your brother, your best f…

emidy on Toys for Putty-Tats

Ellie on <u>Monkeys, at last</u>

Craig on <u>Craig McGettigan, Turkey …</u>

- **Archives**
  - <u>May 2008</u>
  - <u>April 2008</u>
  - <u>February 2008</u>
  - <u>January 2008</u>
  - <u>November 2007</u>
  - <u>July 2007</u>
  - <u>May 2007</u>
  - <u>February 2007</u>
  - <u>January 2007</u>
  - <u>December 2006</u>
  - <u>November 2006</u>
  - <u>October 2006</u>
  - <u>September 2006</u>
  - <u>August 2006</u>
  - <u>July 2006</u>
  - <u>June 2006</u>
  - <u>May 2006</u>
  - <u>April 2006</u>
  - <u>March 2006</u>
  - <u>February 2006</u>
  - <u>January 2006</u>
  - <u>December 2005</u>
  - <u>November 2005</u>
  - <u>October 2005</u>
  - <u>June 2005</u>
  - <u>May 2005</u>
  - <u>April 2005</u>
  - <u>March 2005</u>
  - <u>February 2005</u>
  - <u>January 2005</u>
  - <u>December 2004</u>
  - <u>November 2004</u>
  - <u>October 2004</u>
  - <u>September 2004</u>
  - <u>August 2004</u>
  - <u>July 2004</u>
  - <u>June 2004</u>
  - <u>May 2004</u>
  - <u>April 2004</u>
- **Recent Posts**
  - <u>Mark Cuban, Buzz Bissinger, and blog backlash whiplash</u>
  - <u>Royal We tomfoolery</u>
  - <u>Not quite ready for primetime</u>
  - <u>I am your brother, your best friend forever</u>
  - <u>Yeah, what Barack Obama and John Legend said …</u>

- # Category Cloud

audibles books Buzz Bissinger CMS endorsements family flicks friendlies glass teat hair watch journal LoHud.com Mark Cuban Movable Type newspapers NYTimes.com Philadelphia Magazine philly Pluck print randomness SiteLife the fam The Journal News The New Yorker The New York Times The Wall Street Journal TypePad Uncategorized WordPress

- # Flickr Photos



More Photos

Theme: Contempt by Vault9.
Blog at WordPress.com.

EXHIBIT 33



# Whois Record for Porngazines.com ( Porn Gazine s )

## Front Page Information

| | |
|---|---|
| **Website Title:** | Porngazines.com - check out our rack! |
| **Title Relevancy** | 20% |
| **AboutUs:** | Wiki article on Porngazines.com |
| **SEO Score:** | 65% |
| **Terms:** | 75 (Unique: 51, Linked: 0) |
| **Images:** | 1 (Alt tags missing: 1) |
| **Links:** | 0   (Internal: 0, Outbound: 0) |

## Indexed Data

**Alexa Trend/Rank:** #3,016,581 ⬆ 1,764,289 ranks over the last three months.

## Registry Data

| | |
|---|---|
| **ICANN Registrar:** | GANDI SAS |
| **Created:** | 2007-10-31 |
| **Expires:** | 2013-10-31 |
| **Updated:** | 2008-06-19 |
| **Registrar Status:** | clientTransferProhibited |
| **Name Server:** | A.DNS.GANDI.NET (has 306,802 domains) |
| **Name Server:** | NS6.GANDI.NET |
| **Whois Server:** | whois.gandi.net |

## Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.2.3 (Red Hat) |
| **IP Address:** | 208.87.32.36  [W] [R] [P] [D] [T] |
| **IP Location:** | ▬ - Bahamas - Secure Hosting Ltd |
| **Response Code:** | 200 |
| **Domain Status:** | Registered And Active Website |

## DomainTools Exclusive

| | |
|---|---|
| **NS History:** | 2 changes on 3 unique name servers over 1 year. |
| **IP History:** | 5 changes on 5 unique name servers over 1 years. |
| **Whois History:** | 4 records have been archived since 2007-11-02. |
| **Dedicated Hosting:** | porngazines.com is hosted on a dedicated server. |

## Add Missing Thumbnail:

Queue Thumbnail For Addition

## SEO Text Browser

### SEO Text Browser

**WARNING: This website contains explicit adult material.**
You may only enter this Website if you are at least 18 years of age, or at least the age of majority in the jurisdiction where you reside or from which you access this Website. If you do not meet these requirements, then you do not have permission to use the Website. Cookies must be enabled.
If you are having trouble using the site please email support@porngazines.com.

http://www.porngazines.com

Disable SEO Text Browser ( Beta )

Hide Key

## Other TLDs

**.com   .net   .org   .biz   .info   .us**

## Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview

**Monitor Domain:** Set Free Alerts on porngazines.com

**Free Tool:** Download DomainTools for Windows

Buy this (Available)

Buy this (Bid at auction)


Dale Jr. registered his domain with GoDaddy, shouldn't you?

$1.99 DOMAINS

with any new, non-domain purchase

Over $100 in FREE EXTRAS!

START >

NASCAR Driver: Dale Earnhardt, Jr.

Go Daddy.com

GoDaddy.com    Ads by Goooooogle

## Whois Record

```
domain: porngazines.com
reg_created: 2007-10-31 18:08:16
expires: 2013-10-31 18:08:16
created: 2008-06-17 05:55:55
changed: 2008-06-27 02:36:17
transfer-prohibited: yes
ns0: a.dns.gandi.net
ns1: NS6.GANDI.NET
owner-c:
   nic-hdl: JC4647-GANDI
   owner-name: NIW International Ltd
   organisation: NIW International Ltd
   person: Juan Cortez
   address: Mitchell House
   zipcode: PO Box 174
   city: The Valley
   country: Anguilla
   phone: +617.31032794
   fax: ''
   email: aee2906fce6d2b4b137071acad9db050-839425@contact.gandi.net
   lastupdated: 2008-07-12 16:15:02
admin-c:
   nic-hdl: JC4647-GANDI
   owner-name: NIW International Ltd
   organisation: NIW International Ltd
   person: Juan Cortez
   address: Mitchell House
   zipcode: PO Box 174
   city: The Valley
   country: Anguilla
   phone: +617.31032794
   fax: ''
   email: aee2906fce6d2b4b137071acad9db050-839425@contact.gandi.net
   lastupdated: 2008-07-12 16:15:02
tech-c:
   nic-hdl: JC4647-GANDI
   owner-name: NIW International Ltd
   organisation: NIW International Ltd
   person: Juan Cortez
   address: Mitchell House
   zipcode: PO Box 174
   city: The Valley
   country: Anguilla
   phone: +617.31032794
   fax: ''
   email: aee2906fce6d2b4b137071acad9db050-839425@contact.gandi.net
   lastupdated: 2008-07-12 16:15:02
bill-c:
   nic-hdl: JC4647-GANDI
   owner-name: NIW International Ltd
   organisation: NIW International Ltd
   person: Juan Cortez
   address: Mitchell House
   zipcode: PO Box 174
   city: The Valley
   country: Anguilla
   phone: +617.31032794
   fax: ''
   email: aee2906fce6d2b4b137071acad9db050-839425@contact.gandi.net
   lastupdated: 2008-07-12 16:15:02
```

## Customize This Page

Select the items you want to be shown on this page. Login to save preferences.

- ☑ Front Page
- ☑ Indexed Data
- ☑ Server Data
- ☑ Registry Data
- ☑ Exclusive Data
- ☑ Whois Record

## Domains for Sale

| Domain | Price |
| --- | --- |
| OutMagazine.com | $85.00 |
| PointMagazine.com | $210.00 |
| HeadMagazine.com | $500.00 |
| SoakMagazine.com | $500.00 |
| MeMagazine.com | $500.00 |
| SurplusMagazine.com | $688.00 |
| KidsMagazine.com | $895.00 |
| WhiteMagazine.com | $1,000.00 |
| TestMagazine.com | $1,254.00 |
| FordMagazine.com | $1,400.00 |
| ChatMagazine.com | $1,688.00 |

## Domains At Auction

| Domain | Auction Date |
| --- | --- |
| MagazineLogo.com | 08-07-2008 |
| MagazineLogos.net | 08-07-2008 |
| RumpusMagazine.com | 08-11-2008 |
| AutoSalesMagazine.net | 08-11-2008 |
| VandalMagazine.com | 08-12-2008 |
| LyneMagazine.com | 08-13-2008 |

| | |
|---|---|
| TheHotSpotMagazine.com | 08-20-2008 |
| CreamVideoMagazine.com | 08-25-2008 |
| CreamVideoMagazine.net | 08-25-2008 |
| DivaMagazine.com | 08-27-2008 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Porn | 1995-08-19 |
| Por Musica | 2002-05-19 |
| Porn ----- Stars | 2002-11-30 |
| Porn ------ Movies | 2003-01-09 |
| Porn ------ Videos | 2003-01-09 |
| Porn --- Clip | 2003-03-24 |
| Porn --- Mpeg | 2003-03-24 |
| Porn ------- Photos | 2003-04-22 |
| Por M Video | 2003-08-20 |
| Por M Videos | 2005-05-23 |
| Por M Xxx | 2005-07-06 |
| Porn --- Movies | 2006-03-16 |
| Por Mu P Dos | 2006-04-12 |
| Por Music | 2006-08-08 |
| Por Mus | 2006-12-01 |

EXHIBIT 34



search articles | search | sign up for free | log in

MAGAZINES    ARTICLES    PORNGAZINES    FRIENDS    upload

# Terms of Use

## Introduction

The following Terms of Use outline your obligations when using the Porngazines website. You can also review our Privacy Policy, which outlines our obligations and practices towards handling any personal information that you may provide to us.

### 1. ACCEPTANCE OF TERMS

The web pages available at Porngazines.com, and all linked pages ("Site"), are owned and operated by Porngazines, Inc. ("Porngazines"), and is accessed by you under the Terms of Use described below ("Terms of Use").

PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THE SERVICES. BY ACCESSING THIS SITE OR USING ANY PART OF THE SITE OR ANY CONTENT OR SERVICES (AS EACH IS DEFINED BELOW) ON THE SITE, YOU AGREE TO BECOME BOUND BY THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO ALL THE TERMS AND CONDITIONS, THEN YOU MAY NOT ACCESS THE SITE OR USE THE CONTENT OR ANY SERVICES IN THE SITE. Porngazines'S ACCEPTANCE IS EXPRESSLY CONDITIONED UPON YOUR ASSENT TO ALL OF THESE TERMS AND CONDITIONS, TO THE EXCLUSION OF ALL OTHER TERMS; IF THESE TERMS AND CONDITIONS ARE CONSIDERED AN OFFER BY Porngazines, ACCEPTANCE IS EXPRESSLY LIMITED TO THESE TERMS.

### 2. MODIFICATIONS OF TERMS OF USE

Porngazines reserves the right, at its sole discretion, to modify or replace the Terms of Use at any time. If the alterations constitute a material change to the Terms of Use, Porngazines will notify you by posting an announcement on the Site. What constitutes a "material change" will be determined at Porngazines's sole discretion, in good faith and using common sense and reasonable judgment. You shall be responsible for reviewing and becoming familiar with any such modifications. Use of the Services by you following such notification constitutes your acceptance of the terms and conditions of the Terms of Use as modified.

### 3. DESCRIPTION OF SERVICE

Subject to full compliance with the Terms of Use, Porngazines may offer to provide certain services and content, as described more fully on the Site, ("Services"). Services shall include, but not be limited to, any service and content Porngazines performs for you, as well as the offering of any materials displayed, transmitted or performed on the Site or through the Services (including, but not limited to text, user comments, messages, information, data, graphics, news articles, photographs, images, illustrations, software, audio clips and video clips, also known as the "Content"). Porngazines may change, suspend or discontinue the Services including any Content for any reason, at any time, including the availability of any feature or content. Porngazines may also

Porngaz

About us

Terms of u

Privacy po

## Contact

feedback@

bugs@por

abuse@pc

impose limits on certain features and services or restrict your access to parts or all of the Services without notice or liability.

© 2008 Porngaz

4. **YOUR REGISTRATION OBLIGATIONS**

As a condition to using Services, you are required to register with Porngazines and select a password and screen name ("Porngazines User ID"). You shall provide Porngazines with accurate, complete, and updated registration information. Failure to do so shall constitute a breach of the Terms of Use, which may result in immediate termination of your Porngazines account. You may not (i) select or use as a Porngazines User ID a name of another person with the intent to impersonate that person; (ii) use as a Porngazines User ID a name subject to any rights of a person other than you without appropriate authorization; or (iii) use as a Porngazines User ID a name that is otherwise offensive, vulgar or obscene. Porngazines reserves the right to refuse registration of, or cancel a Porngazines User ID in its discretion. You shall be responsible for maintaining the confidentiality of your Porngazines password.

Services are available only to individuals who are at least 13 years old, whether acting on their own behalf or as an authorized employee or representative of a corporation or other business entity. If you do not so qualify, do not attempt to register for or use the Services.

5. **USER CONDUCT**

As a condition of use, you promise not to use the Services for any purpose that is unlawful or prohibited by these Terms of Use, or any other purpose not reasonably intended by Porngazines. By way of example, and not as a limitation, you agree not to use the Services:

1. to abuse, harass, threaten, impersonate or intimidate other Porngazines users;

2. to post or transmit, or cause to be posted or transmitted, any Content that is infringing, libelous, defamatory, obscene, pornographic, abusive, offensive, profane, or otherwise violates any law or right of any third party;

3. for any illegal or unauthorized purpose. If you are an international user, you agree to comply with all local laws regarding online conduct and acceptable content;

4. to post or transmit, or cause to be posted or transmitted, any communication or solicitation designed or intended to obtain password, account, or private information from any Porngazines user;

5. to create or submit unwanted email ("Spam") to any other Porngazines users or any URL;

6. to violate any laws in your jurisdiction (including but not limited to copyright laws);

7. to submit stories or comments linking to affiliate programs, multi-level marketing schemes, sites/blogs repurposing existing stories (source hops), or off-topic content;

8. with the exception of accessing RSS feeds, you will not use any robot, spider, scraper or other automated means to access the Site for any purpose without our express written permission. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of the Site or any activities conducted on the Site; or (iii) bypass any measures we may use to prevent or restrict access to the Site;

9. with the intention of artificially inflating or altering the 'Porngazines count', blog count, comments, or any other Porngazines service, including by way of creating separate user accounts for the purpose of artificially altering Porngazines's services; giving or receiving money or other remuneration in exchange for votes; or participating in any other organized effort that in any way artificially alters the results of Porngazines's services;

10. to advertise to, or solicit, any user to buy or sell any products or services. It is also a violation of these rules to use any information obtained from the Services in order to contact, advertise to,

solicit, or sell to any user without their prior explicit consent;

11.  attempt to impersonate another user or person;

12.  sell or otherwise transfer your profile.

Porngazines may remove any Content and Porngazines accounts at any time for any reason (including, but not limited to, upon receipt of claims or allegations from third parties or authorities relating to such Content), or for no reason at all. To report Terms of Use abuse, please email: abuse@Porngazines.com

You are solely responsible for your interactions with other users of the Site. Porngazines reserves the right, but has no obligation, to monitor disputes between you and other users.

6.  **CONTENT SUBMITTED OR MADE AVAILABLE FOR INCLUSION ON THE SERVICE**

By uploading, submitting or otherwise disclosing or distributing Content for display or inclusion on the Site, you represent and warrant that you own all rights in the Content and you agree that the Content will be dedicated to the public domain under the Creative Commons Public Domain Dedication, available at http://creativecommons.org/licenses/publicdomain/. For clarity, the foregoing does not apply to the Content on any external sites to which the Services link.

7.  **COPYRIGHT COMPLAINTS**

Porngazines respects the intellectual property of others. It is Porngazines's policy to respond expeditiously to claims of copyright and other intellectual property infringement. Porngazines will promptly process and investigate notices of alleged infringement and will take appropriate actions under the Digital Millennium Copyright Act ("DMCA") and other applicable intellectual property laws. Upon receipt of notices complying or substantially complying with the DMCA, Porngazines may act expeditiously to remove or disable access to any material claimed to be infringing or claimed to be the subject of infringing activity and may act expeditiously to remove or disable access to any reference or link to material or activity that is claimed to be infringing. Porngazines will terminate access for subscribers and account holders who are repeat infringers.

Notifying Porngazines of Copyright Infringement: To provide Porngazines notice of an infringement, you must provide a written communication to the attention of "DMCA Infringement Notification Dept." care of abuse@Porngazines.com that sets forth the information specified by the DMCA (http://www.copyright.gov/title17/92chap5.html#512). Please note that we may post your notification, with personally identifiable information redacted, to a clearinghouse such as chillingeffects.org. Please also note that you may be liable for damages (including costs and attorneys' fees) if you materially misrepresent that an activity is infringing your copyright.

Providing Porngazines with Counter-Notification: If we remove or disable access to content in response to an infringement notice, we will make reasonable attempts to contact the owner or administrator of the affected site or content. If you feel that your material does not constitute infringement, you may provide Porngazines with a counter notification by written communication to the attention of "DMCA Counter Notification Dept." at abuse@Porngazines.com that sets forth all of the necessary information required by the DMCA (http://www.copyright.gov/title17/92chap5.html#512). Please note that you may be liable for damages (including costs and attorneys' fees) if you materially misrepresent that an activity is not infringing the copyrights of others. If you are uncertain whether an activity constitutes infringement, we recommended seeking advice of an attorney.

8.  **Porngazines PRIVACY POLICY**

Porngazines's current privacy policy is available at Porngazines.com/privacy_policy (the "Privacy Policy"), which is incorporated by this reference.

9.  **INDEMNITY**

You will indemnify and hold harmless Porngazines, its parents, subsidiaries, affiliates, customers, vendors, officers and employees from any liability, damage or cost (including reasonable attorneys.

fees and cost) from (i) any claim or demand made by any third party due to or arising out of your access to the Site, use of the Services, violation of the Terms of Use by you, or the infringement by you, or any third party using your account or Porngazines User ID, of any intellectual property or other right of any person or entity.

10. **WARRANTY DISCLAIMERS**

You acknowledge that Porngazines has no control over, and no duty to take any action regarding: which users gain access to the Site or use the Services; what effects the Content may have on you; how you may interpret or use the Content; or what actions you may take as a result of having been exposed to the Content. You release Porngazines from all liability for you having acquired or not acquired Content through the Site or the Services. The Site or Services may contain, or direct you to sites containing, information that some people may find offensive or inappropriate. Porngazines makes no representations concerning any content contained in or accessed through the Site or Services, and Porngazines will not be responsible or liable for the accuracy, copyright compliance, legality or decency of material contained in or accessed through the Site or the Services. THE SERVICE, CONTENT, AND SITE ARE PROVIDED ON AN "AS IS" BASIS, WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

11. **LINKS**

The Services may provide, or third parties may provide, links to other World Wide Web sites or resources. Because Porngazines has no control over such sites and resources, you acknowledge and agree that Porngazines is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any Content, advertising, products or other materials on or available from such sites or resources. You further acknowledge and agree that Porngazines shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such Content, goods or services available on or through any such site or resource.

12. **LIMITATION OF LIABILITY**

IN NO EVENT SHALL Porngazines OR ITS SUPPLIERS BE LIABLE UNDER CONTRACT, TORT, STRICT LIABILITY, NEGLIGENCE OR OTHER LEGAL THEORY (I) WITH RESPECT TO THE SITE, THE SERVICE OR ANY CONTENT FOR ANY LOST PROFITS OR SPECIAL, INDIRECT, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES OF ANY KIND WHATSOEVER, SUBSTITUTE GOODS OR SERVICES (HOWEVER ARISING), OR (II) FOR ANY DIRECT DAMAGES IN EXCESS OF (IN THE AGGREGATE) $100. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS AND EXCLUSIONS MAY NOT APPLY TO YOU.

13. **TERMINATION**

Porngazines may terminate or suspend any and all Services and your Porngazines account immediately, without prior notice or liability, if you breach any of the terms or conditions of the Terms of Use. Upon termination of your account, your right to use the Services will immediately cease. If you wish to terminate your Porngazines account, you may simply discontinue using the Services. All provisions of the Terms of Use which by their nature should survive termination shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity and limitations of liability.

14. **MISCELLANEOUS**

No agency, partnership, joint venture, or employment is created as a result of the Terms of Use and you do not have any authority of any kind to bind Porngazines in any respect whatsoever. The

failure of either party to exercise in any respect any right provided for herein shall not be deemed a waiver of any further rights hereunder. Porngazines shall not be liable for any failure to perform its obligations hereunder where such failure results from any cause beyond Porngazines's reasonable control, including, without limitation, mechanical, electronic or communications failure or degradation (including "line-noise" interference). If any provision of the Terms of Use is found to be unenforceable or invalid, that provision shall be limited or eliminated to the minimum extent necessary so that the Terms of Use shall otherwise remain in full force and effect and enforceable. The Terms of Use is not assignable, transferable or sublicensable by you except with Porngazines's prior written consent. Porngazines may transfer, assign or delegate the Terms of Use and its rights and obligations without consent. The Terms of Use shall be governed by and construed in accordance with the laws of the state of California, as if made within California between two residents thereof, and the parties submit to the exclusive jurisdiction of the Superior Court of San Francisco County and the United States District Court for the Northern District of California. Notwithstanding the foregoing sentence, (but without limiting Porngazines's right to seek injunctive or other equitable relief in any court of competent jurisdiction), any disputes arising with respect to this Agreement shall be referred to an arbitrator affiliated with JAMS, The Resolution Experts. The arbitrator shall be selected by joint agreement of the parties. In the event the parties cannot agree on an arbitrator within thirty (30) days of the initiating party providing the other party with written notice that it plans to seek arbitration, the parties shall each select an arbitrator affiliated with JAMS, which arbitrators shall jointly select a third such arbitrator to resolve the dispute. The written decision of the arbitrator shall be final and binding on the parties. The arbitration proceeding shall be carried on and heard in San Francisco, California using the English language and pursuant to the rules of JAMS. In any action or proceeding to enforce rights under the Terms of Use, the prevailing party will be entitled to recover costs and attorneys' fees. Both parties agree that the Terms of Use is the complete and exclusive statement of the mutual understanding of the parties and supersedes and cancels all previous written and oral agreements, communications and other understandings relating to the subject matter of the Terms of Use, and that all modifications must be in a writing signed by both parties, except as otherwise provided herein.

15. **TRADEMARKS**

Porngazines, and other Porngazines graphics, logos, designs, page headers, button icons, scripts, and service names are registered trademarks, trademarks or trade dress of Porngazines in the U.S. and/or other countries. Porngazines's trademarks and trade dress may not be used, including as part of trademarks and/or as part of domain names, in connection with any product or service in any manner that is likely to cause confusion.

EXHIBIT 35



## Whois Record for Kidgazines.com ( Kid Gazine s )

### Front Page Information

Thu

| | |
|---|---|
| **Website Title:** | kidgazines.com |
| **Title Relevancy** | 100% |
| **Meta Description:** | GANDI est le premier bureau d'enregistrement de nom de domaine français (registrar) agréé par l'ICANN pour l'achat de noms de domaine en .COM, .NET, .ORG, .BIZ, .INFO, .NAME, .BE, .FR, .EU., .UK, .CH, .LI, .TV, .CC, .NU, .US, .MOBI. Transférez ou achetez votre domaine sur Gandi.net et bénéficiez d'un blog et de 5 boites mail gratuites et de la gestion complète de votre nom. |
| **Description Relevancy:** | 22% relevant. |
| **AboutUs:** | Wiki article on Kidgazines.com |
| **SEO Score:** | 75% |
| **Terms:** | 134 (Unique: 88, Linked: 66) |
| **Images:** | 8 (Alt tags missing: 6) |
| **Links:** | 19    (Internal: 4, Outbound: 15) |

### Registry Data

SEO

| | |
|---|---|
| **ICANN Registrar:** | GANDI SAS |
| **Created:** | 2008-07-20 |
| **Expires:** | 2010-07-20 |
| **Updated:** | 2008-07-20 |
| **Registrar Status:** | clientTransferProhibited |
| **Name Server:** | A.DNS.GANDI.NET (has 307,386 domains) |
| **Name Server:** | B.DNS.GANDI.NET |
| **Name Server:** | C.DNS.GANDI.NET |
| **Whois Server:** | whois.gandi.net |

### Server Data

| | |
|---|---|
| **IP Address:** | 217.70.184.38   W R P D T |
| **IP Location:** | ■ - France - Provider Local Registry |
| **Response Code:** | 200 |
| **Domain Status:** | Registered And Active Website |

### DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "Salveo Limited" owns about 5 other domains |
| **Email Search:** | bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net is associated with about 4 |

domains

**NS History:** 1 change on 2 unique name servers over 0 year.

**IP History:** 1 change on 2 unique name servers over 0 years.

**Whois History:** 1 record has been archived since 2008-07-22.

**Reverse IP:** 142,272 other sites hosted on this server.

**Monitor Domain:** Set Free Alerts on kidgazines.com

**Free Tool:** Download DomainTools for Windows

Sell your domains for the price they're worth.

## Whois Record

```
domain: kidgazines.com
reg_created: 2008-07-21 02:50:28
expires: 2010-07-21 02:50:28
created: 2008-07-21 04:50:30
changed: 2008-07-22 08:28:37
transfer-prohibited: yes
ns0: a.dns.gandi.net
ns1: b.dns.gandi.net
ns2: c.dns.gandi.net
owner-c:
  nic-hdl: JS3604-GANDI
  owner-name: Salveo Limited
  organisation: Salveo Limited
  person: John Smith
  address: Mitchell House
  zipcode: P.O. Box 17
  city: The Valley
  country: Anguilla
  phone: +40.312249340
  fax: ''
  email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
  lastupdated: 2008-07-12 16:13:41
admin-c:
  nic-hdl: JS3604-GANDI
  owner-name: Salveo Limited
  organisation: Salveo Limited
  person: John Smith
  address: Mitchell House
  zipcode: P.O. Box 17
  city: The Valley
  country: Anguilla
  phone: +40.312249340
  fax: ''
  email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net
  lastupdated: 2008-07-12 16:13:41
tech-c:
  nic-hdl: JS3604-GANDI
  owner-name: Salveo Limited
  organisation: Salveo Limited
  person: John Smith
  address: Mitchell House
  zipcode: P.O. Box 17
  city: The Valley
  country: Anguilla
  phone: +40.312249340
  fax: ''
```

```
     email:

     lastupdated: 2008-07-12 16:13:41
bill-c:
     nic-hdl: JS3604-GANDI
     owner-name: Salveo Limited
     organisation: Salveo Limited
     person: John Smith
     address: Mitchell House
     zipcode: P.O. Box 17
     city: The Valley
     country: Anguilla
     phone: +40.312249340
     fax: ''
     email: bfe208793ab0c712897e0aba7fdd8296-839400@contact.gandi.net

     lastupdated: 2008-07-12 16:13:41
```

Kids
Med
Whi
Test
Forc
Cha

Don

Dor

F
T
N
V
F
L
C
C
H
I

Con

Do

Kid
Kid
Kid
Kid
Kid
Kid
Kid
Kid
Kid
Kid
Kid
Kid
Kid
Kid
Kid