UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

                      Plaintiffs,

                - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                  Defendants.

---------------------------------------------------------------- x

: : : : : : : : : : : : : : : : : : : : : : : : : : :

08 Civ. 7392 (WHP)

ECF CASE

## DECLARATION OF BARRY KUANG PAI-CHUN
## IN SUPPORT OF PLAINTIFFS' MOTION FOR
## TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

     I, BARRY KUANG PAI-CHUN, pursuant to 28 U.S.C. § 1746, declare under penalty of

perjury under the laws of the United States of America that the foregoing is true and correct:

     1.      I am a Digital Forensics Examiner with Intelysis Corporation ("Intelysis").

Intelysis has been retained by the plaintiffs to conduct an examination of the website

www.mygazines.com (the "Mygazines.com") and as such I have knowledge of the matters

attested to by me in this declaration.

     2.      I have worked in the technology field since 2000, specializing in network security

and forensic investigation.  A copy of my curriculum vitae is attached hereto as Exhibit A.

**The Infringing Website**

3.    I have conducted an analysis of the hosting architecture of Mygazines.com by reviewing all domain names and IP addresses referenced in the source code of the website.  One can view the source of webpages by selecting View/Page Source in the file menu of Internet web browsers such as Internet Explorer.

4.    The hosting structure of Mygazines.com is such that when a user types www.mygazines.com into their web browser, the page that is displayed appears to be coming from a host in a foreign jurisdiction.  To date these foreign hosts have been located in Hong Kong, Russia, Sweden and the Bahamas.  However, upon a deeper analysis of the structure, it was discovered that only a small portion of the website is stored on these foreign "front-end" servers.  The main content of the website, including the JavaScript files and all of the image files containing the magazines, are stored on "data" servers in Ontario.

5.    As of August 15, 2008, Mygazines.com had five "front-end" servers and were rotating between the servers to hide the IP address of the website from outside users.

6.    The "front-end" server only stores the website's PHP, JavaScript and Flash files.  The Flash and JavaScript files allow the user to "flip" between pages inside a magazine on the website.  The "front-end" servers do not store the magazines themselves.

7.    The PHP code on the "front-end" server generates the webpage that is viewed when Mygazines.com is accessed.  This code generates the webpages by accessing a collection of data files stored on a separate "data" server.  This "data" server contains the actual images of the magazines as well as copies of the JavaScript files that also reside on the "front-end" servers.

8.    We have discovered three "data" servers, and, like the "front-end" servers, the "data" servers are rotated on a nearly daily basis to avoid detection.  The "data" servers are all

hosted in Ontario by companies owned by Rick Ross.   Img1 and Img2 are hosted by Cybernet Communications Inc. in Markham, Ontario and Img3 is hosted by Switchworks Technologies Inc. in Toronto, Ontario.

9.    Mygazines.com's hosting structure allows for the site creators to hide the location of the infringing content from the public by rotating the IP addresses of the "data" servers.  The setup also allows the site creators to respond quickly if the "front-end" server is removed by web hosts in that the website can be relocated through a small modification of the domain name configuration, while the majority of the website can remain on the "data" servers.  Further, should the host of any one of Img1, Img2 or Img3 be forced to remove the infringing content, the creators can quickly change the PHP code to point to another of the "data" servers to permit to site to stay active.  Indeed, the website seems to be rotating between Img1, Img2 and Img3 on an almost daily basis, so as to cause confusion in those trying to detect where the magazines are stored.

10.    In my opinion, the manner in which Mygazines.com is hosted appears to have been designed to obscure or hide the location of the actual servers which contain most of the code as well as the image files containing the magazines themselves.

11.    Further, this hosting structure is very complex, and hence more expensive, than the normal structure employed by websites.

**User Profiles**

12.    When visiting Mygazines.com, users are encouraged to register for the website by creating a username and password (as well as providing other information such as location). Even without registering for the website, the public can readily access the registered users through the "Friends" tab on the top navigation on the webpage.  The public can then search for and view registered users' individual profile pages, which show the date the user signed up and

the users' most recently viewed, uploaded and created magazines, along with other information.

13.    The URL for each registered user's webpage is http://www.mygazines.com/users/ view/X, where X is the user number of the registered user.  The user numbers are consecutive, such that the first user has the user page http://www.mygazines.com/users/view/1, the second user's page is http://www.mygazines.com/users/view/2 and so on.

14.    I reviewed the first user's web page – http://www.mygazines.com/users/view/1, which returned an error.  In my experience, as the user numbers are consecutive, the first user could have been removed by the operator of the website subsequent to it being registered.

15.    The second user's web page – http://www.mygazines.com/users/view/2 – is that of the user "yms", which, as is explained more fully below, is an alias of the defendant Yoav Schwartz.  The third user's web page – http://www.mygazines.com/users/view/3 – is that of the user "hamidskey", which, as is explained more fully below, is an alias of the defendant Hamid Abbas.  Their respective user pages show both yms and hamidskey registered for Mygazines.com on June 24, 2008, the first day any individual registered for the website.

**Hamid Abbas**

16.    I conducted a search on Mygazines.com for registered users named "hamidskey". The search returned eleven users with a username containing "hamidskey".  These usernames are:  hamidskey, hamidskey_test, hamidskey_test2, hamidskey_test200, hamidskey_test201, hamidskey_test3, hamidskey_test300, hamidskey_test4, hamidskey_test5, hamidskey_test6 and hamidskey_test_signup.  The use of multiple test accounts is, in my experience, often required for website programmers to test the functionality of the website.

17.    I conducted a Google search on the term "hamidskey", which returned 30 non-duplicative results.  In the 30 results there were three different kinds of links:  web development links, Mygazines.com links and political commentary links.  The limited number of

links and the interrelated nature of the results indicate that only one user uses the alias hamidskey.

18.     Hamidskey has posted in various PHP forums, dedicated to the programming code in which Mygazines.com is written.  Hamidskey also posted on a website searching for PHP freelance workers to help program websites.  For example, on getafreelancer.com, hamidskey posted looking for a PHP programmer to make "a complete clone (in terms of functionality) of the following dating site: www.plentyoffish.com".

19.     A review of hamidskey's profile on getafreelancer.com shows that he owns Power Computer Solutions, a Toronto company with an expertise in JavaScript, logo design, PHP and website design.

20.     Power Computer Solutions' homepage can be found at www.powercomputer.ca. A review of the portfolio of the websites created by Power Computer shows that the dating site – fddating.ca – was in fact created.  Power Computer also built the website wantena.com. Wantena.com is a link-based website that conglomerates many different television channels' Internet streams into one webpage, and links directly to the web stream, permitting the user to avoid visiting the originating website to view a broadcast.

21.     A Google search for "Hamid Abbas" and "powercomputer" returns one result, Hamid Abbas' profile on linkedin.com, an information exchange website for professionals. Hamid Abbas' linkedin.com page contains a detailed resume for Abbas, likely posted by Abbas, showing that he attended Seneca College, graduating with an Advanced Diploma with a Specialization in Software, Web and Database Development. The resume also identifies Abbas as a "dynamic professional with background in PHP, Java, .Net and SQL" who "helps corporations build Enterprise Web Applications".  Abbas is listed as the owner of Power

Computer, from 2004 to the present. A copy of Hamid Abbas' linkedin.com page is attached hereto at Exhibit B.

22.    On Facebook, Hamid Abbas is listed as one of the eleven "Fans" of the "Mygazines Gift" application posted by John Smith. Hamid Abbas' location is listed as Toronto, Ontario. Further, I am informed by counsel to the plaintiffs, and do believe, that until approximately July 31, 2008 Hamid Abbas was listed as John Smith's only friend on Facebook. A list of the fans of Mygazines Gift is attached hereto at Exhibit C.

23.    Other fans of the Mygazines Gift application are also related to Abbas. For example, Sakinah Nouraei has designed graphics for Abbas' websites, such as wantena.com and fdating.ca, and Ali M.H. lists Abbas as one of his eight friends on Facebook.

**Yoav Schwartz**

24.    From a review of various websites it appears that "yms" refers to Yoav Schwartz, a Toronto resident, and owner of the web design company YMS Dynamics.

25.    Schwartz is a friend of Darren Budd's, listed amongst 22 of Budd's friends on the website gigpark.com. Schwartz also lists Budd amongst his six friends on his profile page. Copies of Schwartz and Budd's profile pages on gigpark.com are attached hereto at Exhibit D.

26.    A simple Google search for "yms" returns as the second result www.ymsdynamics.com. YMS Dynamics is a web design and marketing company based in Toronto. The domain name registration for www.ymsdynamics.com shows that the webpage is registered to Yoav Schwartz, a resident of Toronto, Ontario. A copy of the front page of the YMS Dynamics website is attached as Exhibit E. A copy of the WHOIS result for the website is attached at Exhibit F.

27.    A review of YMS Dynamic's portfolio, listed on their website, shows that a significant number of the websites designed by the company use Flash and PHP coding, major

features of Mygazines.com.

28.    It also appears that Schwartz uses the alias 'yostar' on the Internet. For example, "yostar" posted to a web developer forum looking for a PHP developer. In the post "yostar" is identified as Yoav Schwartz of YMS Dynamics. Further, the domain name registration for www.ymsdynamics.com lists Schwartz' e-mail as yostar@gmail.com. A copy of the forum post is attached hereto at Exhibit G.

29.    On the social bookmarking website www.digg.com, yostar, or Schwartz, has been actively linking to websites that reference Mygazines.com and to Mygazines.com itself. Digg is a website that permits users to share content from around the Internet by publicly bookmarking links. The links are then voted on and commented upon by users. A highly rated 'digg' can drive users to the website 'dugg' by the user.

30.    Yostar's profile page shows that Schwartz has 'dugg' seven web pages since September 21, 2007. Four of those seven are links to Mygazines.com itself. Yostar has six "favourites" all of which are links to within Mygazines.com.

31.    Yostar has also submitted ten websites to the News section of digg.com. Submissions are links to a website to which the user adds a comment. All ten of yostar's submissions are directly related to magazines within Mygazines.com or articles discussing Mygazines.com. The links to articles within Mygazines.com seem to be to "hot" articles, such as direct links to the pictures of Brad Pitt and Angelina Jolie's twins in People Magazine, or the recent controversial New Yorker magazine cover depicting Barack Obama. Schwartz has also left comments attached to the links praising Mygazines.com. A copy of yostar's comments is attached hereto as Exhibit H.

32.    Schwartz also commented on an article headlined "Metallica Now Embraces

File-Sharing". The article discusses the rock band Metallica, which sued music file sharing sites, and now plans to sell its latest album online. In response to the article, Schwartz wrote:

> i hope in their shameless admittance to misjudging the commercial power of the internet, they throw some money back to the original Mr. Napster – who should be a lot richer than he is thanks to these clowns....

**Darren Budd**

33.    I have reviewed a domain name search for the registrant Budd as well as websites currently registered to Salveo Limited ("Salveo"). Salveo Limited is the current registrant of Mygazines.com, the registration having been transferred from its original registrant, Budd.

34.    As of August 15, 2008, Salveo Limited is the named registrant for many websites with the same or similar domain name as www.mygazines.com. Almost all of these websites, with the exception of two purchased after June, 2008, were originally registered to Budd before being transferred to Salveo.

35.    Below is a table showing the websites currently owned by Salveo, the original registrant of the domain name prior to its transfer to Salveo, and the date purchased and transferred:

**TABLE 1 – WEBSITES REGISTERED BY DARREN BUDD AND SALVEO LIMITED**

| Domain Name | Original Registrant | Purchased | Current Registrant | Transferred |
|---|---|---|---|---|
| Mygazines.us | Darren Budd | September 30, 2007 | Salveo Limited | April 16, 2008 |
| Mygazines.info | Darren Budd | October 15, 2007 | Salveo Limited | April 18, 2008 |
| Mygazines.biz | Darren Budd | October 22, 2007 | Salveo Limited | April 19, 2008 |
| Porngazines.com | Darren Budd | November 2, 2007 | NIW International Ltd. (Juan Cortez) | June 17, 2008 |
| Yourgazines.org | Darren Budd | November 10, 2007 | Salveo Limited | May 6, 2008 |
| Urgazines.org | Darren Budd | November 16, 2007 | Salveo Limited | April 30, 2008 |

| Domain Name | Original Registrant | Purchased | Current Registrant | Transferred |
|---|---|---|---|---|
| Mygazines.com | Darren Budd | November 25, 2007 | Salveo Limited | June 21, 2008 |
| Mygazinesonline.com | Darren Budd | January 7, 2008 | Salveo Limited | August 2, 2008 |
| Mygazineslive.com | Darren Budd | January 8, 2008 | Salveo Limited | June 17, 2008 |
| Urgazines.com | Darren Budd | January 10, 2008 | Salveo Limited | May 19, 2008 |
| Yourgazines.com | Darren Budd | January 11, 2008 | Salveo Limited | June 20, 2008 |
| Kidgazines.com | Salveo Limited | July 22, 2008 | | |
| Magshare.com | Salveo Limited | August 9, 2008 | | |

36.     As can be seen from Table 1, all of the websites except porngazines.com are currently registered to Salveo Limited. Porngazines.com is registered to "Juan Cortez" at "NIW International Ltd.". NIW International Ltd.'s address on the domain name registration is the same address as used by Salveo Limited – Mitchell House in Anguilla. The phone number is different, however, with an Australian (Brisbane) phone number listed, rather than a phone number from Romania. I confirmed the phone number by conducting a reverse phone lookup at www.fonefinder.net, which shows the city and country of any phone number based on the phone exchange numbers.

37.     I also conducted a Google search for the company "NIW International Ltd.", and no results were found.

38.     Budd was careful not to use his home address to register any of the above websites, but seems to have mistakenly registered mygazines.us with his home address. The address listed on the registration is 21 Mayfair Ave., Unit 709, Toronto, Ontario. I understand from the plaintiffs' counsel that this is the same address used by Budd on his application to register the MYGAZINES mark in Canada.

39.     I also reviewed the results of searches done on Facebook for references to

Mygazines.com.  On Facebook, Budd has been posting advertisements for Mygazines.com in numerous user groups.  Budd has posted the following advertisement for Mygazines.com:

> Mygazines.com – upload, share, archive: Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.

This ad was posted in the following Facebook groups: Future Investment Bankers, Close the Gap – Indigenous Health equality in 25 years, Facebook for Business, Green Architecture: How It Should Be, You know you're an architecture student when…, The Business Network, Canadian Weddings and Hype1.  Hype1 also contains an advertisement for Porngazines.com, also posted by Budd.  Copies of these advertisements are attached at Exhibit I.

    40.    The advertisements also contain pictures of magazines targeted at the group in which the posting was placed.  For example, on the Future Investment Bankers group the advertisement reproduces an issue of *Forbes* magazine, and in the architecture groups an image of *Architectural Digest* is reproduced.

**Site Code**

    41.    An analysis of the JavaScript and Flash code on Mygazines.com shows references to the defendants Abbas, Schwartz and Budd being involved in the creation and development of the website.

    *(a)    JavaScript Files*

    42.    I conducted an analysis of the JavaScript code on Mygazines.com.  The analysis identified five points in the code where notes identified the website's programmers by name.  In my experience, programmers often leave comments or notes in the code itself to indicate to other programmers who coded particular sections, as well as to provide instructions to future operators of the website.

    43.    The notes were found in two files *thickbox.js* and *user_views.js* which form part

of the code for both Mygazines.com and Porngazines.com (a website with the same functionality as Mygazines.com, but with adult magazines). Both *thickbox.js* and *user_views.js* are JavaScript files relating to the user interface of the websites. The servers containing the files are as follows;

- www.mygazines.com
- img1.mygazines.com
- img2.mygazines.com
- img3.mygazines.com
- www.porngazines.com

44. The two files are very similar on each of the three servers with one small irrelevant exception. The comments identify three individuals; "hamid", "YMS", and "Yoav".

45. The comments by "YMS" and "Yoav", a/k/a the defendant Schwartz, are as follows:

Comments by "YMS"

- page 3: //determine screen height: added by YMS 28-09-2007
- page 4: //use dimensions plugin instead (added by YMS 03-10-2007)
- page 4: //yms – attempt fix for flipbook modals in ie6 and ie7

Comment by "Yoav"

- page2 : modified by Yoav: Feb 23, 2008 – to allow for links instead of select input

46. The comments by "hamid", a/k/a the defendant Abbas, are as follows:

Comments by "hamid"

- page 5: //this is added by hamid, the callbacks are used to easily add functions

**(b)    Flash Files**

47. The Flash files were located and downloaded from the websites manually and

analyzed using SWF decompiler software.

48.    Five Flash files were found to contain references to Budd and Schwartz.  More significantly, at least two of the Flash files contain several "code packages" that appear to have been created by YMS Dynamics and bear their name.

49.    Inside one of the packages bearing YMS Dynamics' name we located a section of code entitled "friendsArray" which contains eight names as follows;

> friendsArray = ["Aaron Gilboe", "Bill Clinton", "Camila Crancton", "Darren Budd", "Pavel Phillipenko", "Yoav Schwartz", "Zak Schwartz", "ZZ Top"];

50.    It is my belief that the names in the friendsArray represent a sample list of friends from which a user could select friends to share.  It is my further belief that the list of names within the friendsArray contains the names of actual associates of the writer of the code in question as well as other well known names.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 20, 2008.

Barry Kuang Pai-Chun
Digital Forensics Examiner
Intelysis Corporation

HBdocs - 4808028v1

# EXHIBIT A

*Curriculum Vitae*

# BARRY KUANG PAI-CHUN

## Professional Experience

May 2005 to Present          ***Intelysis Corp.***

Digital Forensics Examiner.  Responsible for forensically acquiring data from computers, personal digital assistants (PDA), cellular telephones, and other digital equipment and media.  Conducting examinations and analyses of imaged data for responsive and other items of interest in litigation and internal and other investigations.  Conducting internet and email investigations using computer related tools and techniques to trace emails and internet usage.

Jan 2003 to Sep 2004          ***Nano Information Security International Co.***

President and chief engineer with a hi-tech company developing secure data solutions for smart cards and other media.  Lead a team to design and implement a multinational ERP system for a Japanese corporation setting their headquarters in Shanghai, China.  Also conducted several community sized network penetrating tests and implemented appropriate security policies.

July 2002 to Jan 2003          ***Asia Computer Co.***

Network Engineer.  Worked on network security issues as part of a major contract for the Taiwanese government. Including the set up and maintenance of different email, database and web servers at the Education Ministry of Taiwan.  Organized computer related educational events for end-users in the Education Ministry of Taiwan

Jan 2000 to July 2002          ***Taiwanese National Army***

Information soldier with the Taiwanese Army. Constructed secure intranet network communications between different departments at the headquarters of the Lei Yu Defence Department.  Set up and maintained Microsoft Exchange Server, Microsoft IIS web server,

Video Conferencing and other secure communications systems for the for the Lei Yu defence department. Inspected computer and networking related information security of all organizations under the Lei Yu Defence Department. Much of Barry's work during this period is classified and can not be outlined in any detail. Provided diplomatic English to Mandarin translation services for the Lei Yu Defence Department and US military personnel.

Summer 1997      **Golden Inc.**

Assistant System Engineer. Worked on the development of a GIS system. Conducted training on PGP and information security to all software developers and senior managers.

## Specialised Education

Jan 2007      Encase Certified Examiner training and practical exam

May 2005 to Present      Intelysis in house digital forensics and investigations training including, evidence handling, case preparation, and testifying in court.

September 2006      Successfully completed EnCase V5 Intermediate Analysis and Reporting training by Guidance Software with Wolfgang Lott, of the Toronto Police Service: Intelligence Support, Technological Crime Unit and passed the certification examination.

July 2006      Successfully completed Access Data Intermediate Training for digital forensic technicians at Peel Regional Police Headquarters, Ontario. Also successfully completed the Practical Skills Assessment module.

Sep 2004 to May 2005      **University of Toronto**

Computer Science undergraduate program.

## Certifications

2004      Cisco Certificated Network Associate

2002      Cisco Secure Virtual Private Network

**Memberships**

High Tech Crime Investigation Association, Ontario, Canada (HTCIA)


**Additional Areas of Expertise**

*Technical knowledge, training and experience in the following areas:*

**Operating Systems**: Unix, Linux, Dos, Windows 95, 98, NT,XP, 2000,2003

**Programming Languages**: C, C++, Java Script, Visual Basic, Java, JSP, Python, Ajax, HTML, Flash, XML based, Shell Script, ASP.NET

**Relational Databases**: MS Access, MS SQL Server, SQL Base, MySQL Server.

**Information Security**: Penetration testing, Corporate digital security policy design and implementation, computer security tools(software) development

**Networking**: Firewall, Router, Switch, Intrusion Detection System, VPN
 Certification: Cisco Certificated Network Associate, Cisco Secure VPN Certified

**Language Skills**: Fluent in Mandarin, English, Cantonese, Taiwanese, and conversational Japanese.

# EXHIBIT B

Hamid Abbas - LinkedIn

# Hamid Abbas
Owner, PowerComputer.ca

Toronto, Canada Area

| | |
|---|---|
| Current | • **Owner at PowerComputer.ca** |
| Past | • Senior PHP Developer at Riptown / Bodog<br>• Senior PHP Developer at Bedmas Inc.<br>• Senior PHP Developer at Canoe Inc. |
| Education | • Seneca College of Applied Arts and Technology<br>• York University |
| Connections | **9** connections |
| Industry | Information Technology and Services |
| Websites | • My Company |

## Hamid Abbas's Summary

Help corporations build Enterprise Web Applications using robust, cost effective open source technologies such PHP, Apache and MySQL on Linux based platforms.

Hamid Abbas's Specialties:
Dynamic professional with background in PHP, Java, .Net and SQL Technologies and expertise in Web Application, Database Development and System Analysis with outstanding leadership and public speaking skills.

## Hamid Abbas's Experience

**Owner**

**PowerComputer.ca**
(Information Technology and Services industry)
August 2004 — Present (4 years 1 month)

## Senior PHP Developer

### Riptown / Bodog

(Privately Held; 501-1000 employees; Entertainment industry)

June 2007 — September 2007 (4 months)

Project:
Created the coolest fantasy sport product on the internet to compete with ASPN, Yahoo, CBS Sports and other existing fantasy sports websites.

Challenge:
To create scalable, feature and information rich fantasy website before football season in the shortest time frame possible, and also integrate the website with existing Bodog products.

Solution:
Using PHP, MySQL, Smarty, jQuery (AJAX), CSS and round the clock work created the best fantasy sport website in the market which made other fantasy sports products seem less cool.

Results/Projects Benefits:
- A new and improved fantasy product in the market which took users to a whole new level of fantasy sport experience securing company position and reputation in the market, and also allowed the company to tap into new markets
- Integrated with existing infrastructure which made management of the product and users cost and time effective

## Senior PHP Developer

### Bedmas Inc.

(Privately Held; 1-10 employees; Insurance industry)

July 2006 — June 2007 (1 year)

Project:
Designed and coded a secure, comprehensive and modular insurance claim/loss/legal management system for AVIVA Canada Inc.

Challenge:
To combine multiple systems into one unified, secure, multi-lingual and modular system to manage all insurance needs for an international organization and implement UNIX like access and permissioning system for enhanced security.

Solution:
Using PHP, MySQL, Javascript, AJAX & CSS designed and implemented an enterprise level insurance application to be versatile enough to handle all the needs of an insurance organization.

Results/Projects Benefits:
- One single system to manage all insurance needs that once was multiple high overhead systems
- A scalable and modular system that add-ons could be added to it for enhanced functionality

- Robust UNIX like access and permissioning system to protect sensitive information in a multi user system

**Senior PHP Developer**

**Canoe Inc.**

(Media Production industry)

November 2005 — March 2006 (5 months)

Project:
Ported Autonet.ca website from Cold Fusion/SQL Server to PHP/Oracle with enhanced features and proper multilingual support

Challenge:
To create an infrastructure to incorporate all the enhancements, at the same time simplified reporting and multi language code maintenance.

Solution:
Using PHP, Oracle, Javascript, AJAX & Smarty Template created a robust multi language platform where different language templates were used to be processed by a single PHP file.

Results/Projects Benefits:
- One single PHP file to be maintained for all common templates in different languages
- More accurate site statistics on each language
- Enhanced functions and richer interfaces as a result of newer technologies such as Ajax

# Hamid Abbas's Education

**Seneca College of Applied Arts and Technology**

Advanced Diploma, Specialization: Software, Web and Database Development

**York University**
1 Year of University, Computer Science

# Additional Information

**Hamid Abbas's Websites:**

  My Company

**Hamid Abbas's Honors:**

Hamid Abbas - LinkedIn

Highest Academic Performance Award

# EXHIBIT C



**The new Facebook is here** Try it now

**Profile** edit    **Friends**    **Inbox**

home  account  privacy  logout

Displaying Fans of Mygazines Gift!.

Displaying 1 - 10 out of 12 fan results.

**1** 2  Next

**Search**

**Applications**    edit

   Photos
   Groups
   Events
   Marketplace
   Where I've Been
   Mobile
   Simply RSS
   **more**

**Interracial dating only**

Meet guys and gals who specifically want to date asian, black, white and latino singles. Join and chat free.

More Ads | Advertise

| | Name: | **Katy Livingood** | Add as Friend |
| | Networks: | S.F. State '12 | Send a Message |
| | | Folsom High '08 | View Friends |
| | | San Francisco, CA | |

| | Name: | **Entreprenr Chic** | Add as Friend |
| | Network: | Toronto, ON | Send a Message |
| | | | View Friends |

| | Name: | **Ali M.H** | Add as Friend |
| | Network: | United Arab Emirates | Send a Message |
| | | | View Friends |

| | Name: | **John Smith** | Add as Friend |
| | | | Send a Message |
| | | | View Friends |

| | Name: | **Nicole Mark** | Add as Friend |
| | | | Send a Message |
| | | | View Friends |

| | Name: | **Scott Burke** | Add as Friend |
| | Network: | Toronto, ON | Send a Message |

| | Name: | **Aaron Gilboe** | Add as Friend |
| | Network: | London | Send a Message |

**HEY BUDDY!!**

| | Name: | **Sean Lasko** | Add as Friend |
| | Network: | Toronto, ON | Send a Message |
| | | | View Friends |

| | Name: | **Sakinah Nouraei** | Add as Friend |
| | Networks: | Toronto, ON | Send a Message |
| | | Seneca Alum '06 | |

Online Friends (1)

 

Name:        **Hamid Abbas**
Network:     Toronto, ON

Add as Friend

Send a Message

I'll find something to put here.                                                    ⊤ 2 Next

Facebook © 2008  |  English          About  Find Friends  Advertising  Developers  Terms  Privacy  Help

Online Friends (1)

8/19/2008 4:05 PM

**The new Facebook is here** Try it now

**Profile** edit    **Friends**    **Inbox**

home  account  privacy  logout

Displaying Fans of Mygazines Gift!.

Displaying 11 - 12 out of 12 fan results.

Prev  1  **2**

**Search**

**Applications**    edit

   Photos
   Groups
   Events
   Marketplace
   Where I've Been
   Mobile
   Simply RSS
   **more**



Name:       **Moe Kaka**
Network:    Toronto, ON

Send a Message



Name:       **Jodi Konopinsky-Zarum**
Network:    Toronto, ON

Add as Friend
Send a Message
View Friends

I'll find something to put here.

Prev  1  **2**

**Meet Single Men**



A place for authentic people
like you who are serious
about dating. Find other
singles looking for
long-term relationships

More Ads | Advertise    |

Facebook © 2008  |  English

About  Find Friends  Advertising  Developers  Terms  Privacy  Help

Online Friends (1)

# EXHIBIT D





# EXHIBIT E

about | portfolio | contact

## About YMS Dynamics

YMS Dynamics develops cutting edge marketing solutions, primarily on the web, and we've been doing so for over 8 years!

Based in Toronto, our focus has always been to provide our customers with the necessary tools to effectively market their product or service.

By combining our principles of design, form & function, we play a leading role in generating business for our clients.

## Free Consultation

We would love the opportunity to discuss and quote your upcoming project. Fill out our contact form and we'll get back to you right away!

YMS Dynamics v7.0 » digital media

8/19/2008

YMS Dynamics v7.0 » digital media

EXHIBIT F

# Ymsdynamics.com on 2008-04-06 - Domain History

**« Previous**

**Domain:** **ymsdynamics.com** - Domain History

**Cache Date:** 2008-04-06

**Registrar:** **GODADDY.COM, INC.**

**Registrant Search:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
http://www.domaintools.com/registrant-search/?and[]=yostar%40gmail.com

---

Registrant:
   Yoav Schwartz
   10 Bellair St. unit 1604
   toronto, Ontario m5r3t8
   Canada

Domain Name: YMSDYNAMICS.COM

   Created on: 15-Jul-09
   Expires on: 15-Jul-08
   Last Updated on:

Administrative Contact:
   Schwartz, Yoav  yostar@gmail.com
   10 Bellair St. unit 1604
   toronto, Ontario m5r3t8
   Canada

Ymsdynamics.com on 2008-04-06 - Domain History

```
        4169238181        Fax  --

Technical Contact:
        Schwartz, Yoav  yostar@gmail.com
        10 Bellair St. unit 1604
        toronto, Ontario m5r3t8
        Canada
        4166238191        Fax  --

Domain servers in listed order:
        NS1.LAMSIS.COM
        NS2.LAMSIS.COM
```

# EXHIBIT G





**Ultra Talker**

Posts: 426
Location: I hope so
Talking on: ■

09-07-2004, 05:05 PM

webworRRKs

Do you mind being more specific as to what is involved?

Theres 10 types of people, those who understand binary, and those who don't.
webmaster and webdeveloper resources, http://www.webworrrks.com/

#2 (permalink)

**Junior Talker**

Posts: 1
Location: Toronto
Talking on: ■

09-07-2004, 05:31 PM

VOSTsr

**Here are the details:**

The company I'm dealing with is involved with financial planning. They provide specialty services to 3rd party clients as a means of "private label". Basically, a financial firm would approach them to handle a special service for one of their clients. The company would then perform this service as if they were the firm that need them. Sort of like an outsource for financial firms (but not really).

The software we've proposed for them is to manage all their clients, contacts, 3rd party contacts, and so on... all members of the company should be able to carry on a conversation on any topic or sub-topic, for any case...
Hopefully the outline below will clarify.

**Objective**

A single web-based solution to manage all case related material, tailored to the company's business model:

- establish the progress stage of any and all cases
- manage contacts, clients, advisory, institutions on one central platform
- communicate with other company employees efficiently and from anywhere in the world on specific and/or general topics through discussion posts
- eliminate the need to cross-reference client names, case numbers, agents etc
- have all your information easily sorted, searched, and printed

**Features:**

manage any number of cases with each case holding:

- a single or several clients (with individual/personal info)
- a reference to an advisor (with individual/firm info)
- store cases for the following:

#2 (permalink)



manage contacts: clients, advisors, institutions on one central platform
- communicate with other... company employees efficiently and from anywhere in the world on specific and/or general topics through discussion posts
- eliminate the need to cross-reference client name, case numbers, agents etc
- have all your information easily sorted, searched, and printed

Features:

manage any number of cases with each cases holding:

- a single or several clients (with individual/personal info)
- a reference to an advisor (with individual/firm info)
- store dates for the following
  o client info submitted
  o presentation target
  o delivered to advisor
  o client response required
  o client decision

- Proposal details:
  o loan amount
  o Reference to Lender (with individual info)
  o Reference to insurer (with individual info)
  o Policy face amount
  o Initial deposit
  o Annual deposit
  o Proposal Delivered by (company employee)

* Each case will be equipped with a Modification Request Chart that will store the following:
  o Client-request description
  o Date of request
  o Date that the modification is provided
  o Reference to discussion for this request **

* And finally, a Client Decision (y/n)

manage all aspects of 3rd party involvement: insurance for each case, client:
- Date submitted
- Rejected EC Commission
- 3rd party Agent name
- settled

manage all aspects of the sending process for each case, client:
- loan amount
- lender
- submitted date
- approved date
- accepted by client date



- submitted date
- approved date
- accepted by client date

manage all clients/contacts/advisors/lenders:

- name
- profession (accountant, lawyer...)
- address, phone, cell, fax etc.
- firm name
- reference to discussion for each contact/client/advisor **

** Discussion notes:

Any and all aspects of the system can carry a conversation among company employees.
Discussion notes can then be viewed and sorted either by case, client, contact, or topic.

For example, case specific notes will hold the following:
- each note will stem from a root topic such as:
  o commission
  o medical
  o financial
  o lending
  o closing
  o general
- a reference to the case
- date and stamp of the post
- the posted note
- a post heading
- the user that posted the note (i.e Tom)

Another note holder will focus on contacts such as Lenders and Insurers. This will be non-case specific:
- each note will stem from a root topic such as:
  o insurer
  o lender
  o advisor
  o the name of the contact
  o the posted note
  o a post heading
  o (optional - cross reference)
  o posted date and stamp
  o user

Client modification requests will also reference a note holder. Each request note will contain:
- case reference
- client reference
- request reference



Admin and security features:

Access to the system will be of a secure nature. Each user will be equipped with a username and password.
2 levels of access will grant most users the ability to add and modify content on the system, with a special level of entry for admin users that can:

- add and modify content just as regular users
- Add new contacts (i.e. lenders/insurers)
- delete or modify posted notes
- create and manage system users

« Reply to Looking for freelance PHP developer

Webmaster-Talk.com » The Webmaster-Talk Marketplace » Old Marketplace Forums Archives » Others Ads, Offers, & Services » Looking for freelance PHP developer

Previous Thread | Next Thread

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

Software Development Company | webhosting-w4.com

Web Templates | Text Link Brokers | Stock Photos

Disney MOVIE CLUB
4 Disney Movies
for $1.99 each
plus FREE SHIPPING
CLICK HERE

Feeds: RSS | XML
Feeds for this forum: RSS | XML

# EXHIBIT H



















# EXHIBIT I

## Future Investment Bankers

Global

**Email:**

**Password:**

☐ Remember me

Forgot Password?

Everyone Can Join

**Sign Up**

### Information

**Basic Info**
Type:          Student Groups - Pre-Professional Groups
Description:   This group has one central aim-

To be a knowledge and resource exchange center,
helping students obtain internships and full-time
positions in the ultra-competitive financial services
industry, regardless of their academic background.

Students interested in Investment Banking, Venture
Capital, Asset Management or Brokerage Services
are welcome to join.



**Group Type**

This is an open group. Anyone can
join and invite others to join.

### Recent News

4 Day Finance/Invesment Banking Boot Camp, June 12-15 in London:
http://www.wallstreetprep.com/seminars/?page_functio
n=detail&seminar_id=26

IB Salary Info:
http://www.careerjournal.com/salaryhiring/industries
/banking/20060524-carmichael.html

Goldman Sachs Fall Recruiting Process- Pretty much the gold standard that
most firms will follow.
http://www2.goldmansachs.com/careers/career_paths/ar
ticles/career_paths_963600.html

IB Interview Resources
http://www.wallstreetprep.com/live_seminars/interview_prep/

GS Interview Insights
http://www2.goldmansachs.com/careers/learning_center
/interview_insights/americas_regional_interview/index.html

McGill Investment Club- A nice resource center for a basic finance overview
(check out documents section).
http://www.musonline.mcgill.ca/content/micv2/

### Posted Items

Displaying 2 of 8 posted items                                    See All

**Event: Studenten treffen auf**
**Investment-Banken: Career in Investment**
**Banking - e-fellows.net**
Source: www.e-fellows.net



Das Event 'Career in Investment Banking'
informiert Studenten in Frankfurt über Direkteinstieg oder Praktikum bei
vier Investment-Banken.

Exclusive event "Career in Investment Banking" in Frankfurt/Main
with 4 top-notch Investment Banks. For students seeking an
internship or job at an Investment Bank.

Posted by Lukas

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com

Mygazines is your free place to browse, organize,
customize and archive unlimited magazine articles
uploaded by you, the Mygazines community.

Posted by Darren

### Discussion Board

Displaying 3 of 149 discussion topics                          See All

**Anyone interested in Hedge Funds,
Investment Banking, or internship
opportunities with Morgan Stanley, Goldman
Sachs**
391 posts by 368 people. Updated 2 hours ago.

**bill payment by mobile!!!!**
1 post by 1 person. Updated on Aug 13, 2008 at 4:43 AM.

**mobole banking**
1 post by 1 person. Updated on Aug 12, 2008 at 8:55 AM.

**Members**

Displaying 6 of 5,879 members

Future Investment Bankers | Facebook
http://www.facebook.com/group.php?gid=2209122009

**Fa**                    English

     

Ikhsan     Lucy     Homen     Adam     Johnny     Colin

8/19/2008 12:41 PM

**The Wall**

Displaying 5 of 580 wall posts.                    See All



**Fayez** wrote at 6:21am yesterday

Anybody studying for CFA Level 1 for Dec 2008 near Frankfurt,
Germany? Looking to join a study group. Have background in
Corporate Finance, economics and security valuation from
university studies. Hope to find someone soon. Thanks.



**Karan** wrote at 12:16am on August 15th, 2008

HEY COME AND ADD ME....KARAN AGGARWAL FROM
INDIA...TO DO BUSINESS WITH INDIA



**Damil** wrote at 10:31am on August 13th, 2008

Please is anyone aware of available opportunities in any
INVESTMENT BANK in the United Kingdom..........anyone with
info please mail me at dhuthman@yahoo.com



**Damil** wrote at 10:28am on August 13th, 2008

Hello All. My name is Damilola I just begun studying for the
PRM. I thought this would be a good way to share and discuss
with others who are currently studying or completed the
exam. I look forward to hearing from youa'll. my email add is
dhuthman@yahoo.com



**Sam** wrote at 6:03am on August 13th, 2008

Please chk out this site for Stocks, Forex, Gold, Silver and Oil
investments

http://www.facebook.com/group.php?gid=28921770192&re
f=ts

See all 580 wall posts

About    Find Friends    Advertising    Developers    Terms    Privacy    Help

**Email:**

**Password:**

☐ Remember me



Forgot Password?

Everyone Can Join

Sign Up

## Posted Items on "Close the Gap - Indigenous Health equality in 25 years."

Back to Close the Gap - Indigenous Health equality in 25 years.

Displaying 11 - 20 out of 62 posted items.



Prev  1 **2** 3 4 5  Next  Last



posted a link.
61pm Jul 14.

**al Indigenous Representative Body**
.hreoc.gov.au

alian Government has indicated that it intends to establish a new National Indigenous Representative Body. This page provides a range of materials addressing the key issues to be faced in establishing such a body.



Share on Facebook

Drag the button above to your Bookmarks Bar to quickly share content with your friends.

More details »

**Posted Items Help**

Explore how Share works »
Add Share to your site »



Jayne posted a link.
at 4:59am Jul 14.

**Reinstate the Racial Discrimination Act in the Northern Territory - Online Petition**
Source: www.gopetition.com.a...

To the Honourable President, Members of the Senate in Parliament assembled. The petition of the undersigned shows concern for the suspension of the Racial Discrimination Act in the Northern Territory....





Cara posted a link.
at 9:01pm Jun 30.

**Oxfam Australia :: Media :: Victorian Aboriginal health service: making a difference in Aboriginal h**
Source: www.oxfam.org.au

A Close the Gap open day at the Victorian Aboriginal Health Service (VAHS) on Wednesday 25 June will promote healthy living and give the wider community a chance to learn about Aboriginal health issues.The ...



Darren posted a link.
at 10:53pm Jun 29.

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com

Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.





Johanna posted a link.
at 12:01am Jun 24.

**Progress can kill - Survival International**
Source: www.survival-interna...



Forcing 'development' or 'progress' on tribal
people does not make them happier or healthier.
In fact, the effects are disastrous.

Survival has published a reort about the health status of many
different indigenous peoples. Maybe you would find it interesting
to read. You can download itas pdf from our website.



Johanna posted a link.
at 5:00pm Jun 23.

**Dramatic video shows attack on Indian
village - News from Survival International**
Source: www.survival-interna...



An extraordinary video released by the
Indigenous Council of Roraima (CIR) and Survival International shows
the moment hired gunmen attack a Makuxi Indian village in Brazil.



Cara posted a link.
at 9:56pm Jun 2.

**Oxfam Australia :: Media :: Good start in Budget, but more
needed to Close the Gap**
Source: www.oxfam.org.au

The Close the Gap coalition today welcomed Budget measures aimed at
closing the life expectancy gap between Indigenous and
non-Indigenous Australians.It particularly acknowledged the fulfilment
of the ...



Cara posted a video.
at 9:55pm Jun 2

**National Close The Gap Day 2008:
Building a brighter future**
Source: www.youtube.com

http://www.oxfam.org.au/ev
ents/close-the-gap-day/ Over 115,000
Australians have joined Missy Higgins,
John Butler, the Adelaide Crows, and
others who are calling on the
Government to recognize Indigenous
Australians' right to lead a healthy life.
...



David posted an event.
at 8:14am May 29.

8/19/2008 1:20 PM

 **NSW OFFICIAL ANNUAL ABORIGINAL RUGBY LEAGUE KNOCKOUT CARNIVAL 2008**
"The People's Knockout."
This event is planned to start at 9:00 am on Oct 3, 2008 at CUDGEN LEAGUES.

Come and checkout one of NSW's Premier Aboriginal Cultural and Sporting Events for 2008!!!

 Rita posted an event.
at 8:14pm May 22.

 **National Sorry Day Festival in the Park**
"LET'S CELEBRATE THE APOLOGY AND THE STRENGTH & RESILIENCE OF THE STOLEN GENERATIONS & ABORIGINAL AUSTRALIA!"
This event is planned to start at 11:00 am on May 25, 2008 at Stage 88, Commonwealth Park.

Great Music by Jimmy Little, Roger Knox, Stiff Gins, The Buddy Knox Blues Band, Johnny Huckle and Carts to Deadly – Stage 88 from 11am

Concert Celebration, Stalls, Activities, Story Telling, Workshops, Face Painting, Jumping Castles and MORE!!!

Facebook © 2008 | English        About  Find Friends  Advertising  Developers  Terms  Privacy  Help

3 of 3                                                                    8/19/2008 1:20 PM

**Email:**

**Password:**

☐ Remember me

Forgot Password?

Everyone Can Join

Sign Up

## Posted Items on "Facebook for Business"

Back to Facebook for Business

Displaying 11 - 20 out of 182 posted items.



Prev 1 **2** 3 4 5 Next Last

**Share on Facebook**

Drag the button above to your Bookmarks Bar to quickly share content with your friends.

More details »

**Posted Items Help**

Explore how Share works »
Add Share to your site »

---



Penelope posted a link.
at 6:05am Jul 1.

**Welcome ministyle : Home**
Source: www.ministyle.com.au

ministyle : Home - sleep,wear,body,room,play,stationery,gifts,for her,accessories,jewellery,

MiniStyle
Children's Online Fashion & Lifestyle Boutique

---



Leona posted a link.
at 2:28am Jul 1.

**Serendipity Business - Index**
Source: www.serendipitybusin...

Have an idea and want to shout about it? Get the feedback you need right here. If you have a business opportunity you would like to share with everybody then don't hesitate do it here today and get the word out.

Advertise your business for free at

---



Leanne posted a link.
at 10:18pm Jun 30.

**Vancouver freelance artist and photographer Leanne Campbell is imagination and joy at play!**
Source: www.barefootfreelanc...



Vancouver freelance artist and photographer Leanne Campbell is imagination and joy at play!

---



Roger posted a link.
at 8:55pm Jun 30.

**Rapid elearning authoring tool and online course development**
Source: www.udutu.com

Create online courses quickly and easily for your corporate training and development program. Small business can enjoy this affordable online authoring tool by offering online courses to their customers. ...

e-Learning Provider Udutu Unveils First Monetized Business Application to Work Directly Within Facebook

New Web-based Learning Management System (LMS) Makes Course Creation and Learner Management Accessible and Affordable for Organizations of All Sizes; Extends Value of Social Networking Platform to Corporate Environments

VICTORIA, BC -- June 4, 2008 -- Udutu (www.udutu.com), a provider of web-based e-learning software and services, today announced the availability of the first real revenue-generating application with true business utility for social networking (http://apps.facebook.com/udututeach/) site Facebook - a

Learning Management System (LMS) that enables businesses, educators and government entities to easily manage the e-learning process from start to finish, without the need for costly enterprise software or infrastructure. Additionally, it is the first such application not reliant on advertising to provide a way for businesses to generate revenue from the social network



Moti posted a Page.
at 3:13pm Jun 30.

 **Thumbprint Corporation**
          Communications
          9 fans

Check out our Facebook page for more information about Thumbprint Corporation

 Kelly posted a link.
          at 11:49am Jun 30.

**Transition Counselling.com | Kelly McIntyre M.Sc. - Helping you through your Life Transition**
Source: www.transitioncounse...

Counselling you through Life and Career Transitions online

Hi, Amazing how much there is to learn about internet marketing and how easily it is to spend hours and hours online reading it all!

I am a Life Coach focusing on career development. If you are interested in making a goal a reality, check out my website and blog that will provide additional information about me and what I can do for you. Contact me now and get a free 20 minute consultation!

Recently, I have had some travel writing published on www.gogirlfriend.com about my experiences volunteering and living in Santo Domingo, Dominican Republic - so if you are interested in the DR - check it out :)

 Cesar posted a link.
          at 11:01am Jun 30.

**Master Research: The Influence of Social Network Websites as a Media Channel for Online Promotional**
Source: researchproject.snw-and-advertising.sgiz...

The questionnaire should take no longer than two (2) minutes to complete. Please answer the questions as honestly as possible. All data collected will be strictly confidential and used for academic purpose only.
...

Darrell posted a link.
at 2:13am Jun 30.

**DaRel Photography - photographs, proofs, photos, photographers, photography, weddings, events, pictu**
Source: www.darelphotography...



DaRel Photography - photographs, proofs, photos, photographers, photography, weddings, events, pictures, website design, website management, Chicago, Forest Park, suburbs, Illinois, websites

Darren posted a link.
at 11:34pm Jun 29.

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com



Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.



Hendry posted a link.
at 9:23pm Jun 29.

**World of Warcraft Cheats - WoW Cheats**
Source: www.squidoo.com



I am sure if you are pulling up this page then you probably wasn't satisfied to sit there forever waiting to get to level 70 and to grind every single day for gold and epic items.

Provides cheats, bots, underground for World of Warcraft Fans.

Prev 1 2 3 4 5 Next Last

Facebook © 2008  |  English

About    Find Friends    Advertising    Developers    Terms    Privacy    Help

**Email:**

**Password:**

☐ Remember me

Forgot Password?

Everyone Can Join

**Sign Up**

## Posted Items on "Green Architecture: How It Should Be"



Back to Green Architecture: How It Should Be

Displaying 1 - 10 out of 11 posted items.                                        **1** 2 Next



Ed posted a video.
at 12:06pm Jul 1.



**The Natural House -Pilot 25:00**
Source: www.veoh.com

The Natural House, is a thirty minute home tour, building and 'workshop' series that illustrates how homeowners incorporate innovative architectural design, natural building materials, and flexible construction ...



Ed posted a video.
at 12:05pm Jul 1.



**The Natural House-Tom Kelly**
Source: www.veoh.com

Tom Kelly and his wife Barbara Woodford self describe their 'experiment in sustainable building' as a jig-saw puzzle. In this Tom Kelly clip breaks it all down and tells why.



Ed posted a video.
at 11:00am Jul 1.



**The Natural House-Tom Kelly**
Source: www.veoh.com

Portland builder Tom Kelly, of Neil Kelly Company, comments on the challenges of 'greening' an older home. Will you have to bite the bullet and do a full walls out re-build? Maybe not.



Darren posted a link.
at 11:15pm Jun 29.

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com



Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.

Talk about low carbon filter. This site is revolutionary! My buddy sent me and I don't even know where it came from...but this is the way the publishing industry should be run in this digital era. Period.

**Share on Facebook**

Drag the button above to your Bookmarks Bar to quickly share content with your friends.

More details »

**Posted Items Help**

Explore how Share works »
Add Share to your site »



Carly posted a link.
at 11:25am Jun 25.

**FTC&H: Services**
Source: www.ftch.com

FTC&H is a full-service architectural/engineering,
civil engineering, environmental, and construction
consulting firm. Since 1956, we have provided our
clients with innovative designs, technical quality,
and exceptional service. We help people realize
their visions while benefiting society.





Laurent posted a group.
at 2:05am Apr 17.



**Future Architecture**
Facebook Group

Human societies aredirectly influenced by
urbanism, which in fact are globally
influenced by Architecture:
the great first structure... creating an
artificial environnement, forgetting
sometimes the ...

ok, this about creating the next gen architecture, of course it's a
bit similar to this group... but not only axed on green, also, on
people and their social relations: architecture must be societal.. if
any to create the human process for the open architecure, and
next economy too...
welcome for motivated people ! thanks...



Dan posted a link.
at 9:02am Apr 16.

**Cyburbia - urban planning community**
Source: www.cyburbia.org



Cyburbia, established in 1994, is an urban
planning social/community and portal site. Cyburbia includes a busy
message board, image gallery, planning and urbanism-related blog
feeds, wiki, and directory of related web sites.

Cyburbia ( http://www.cyburbia.org), founded in 1994, is the
Internet's oldest continuously operating planning-related Web
site. Cyburbia has served the planning community for nearly 14
years with very little funding or financial remuneration. The
Cyburbia Forums ( http://www.cyburbia.org/forums) went online
in 1996, and today remains a vibrant virtual third place for
planners, students and others interested in the built environment
; 5,800 members, 400,000 posts, and still growing. Among other
subject areas, the Forums also include urban design and
environmental planning discussion areas.

If you're looking to complement your Internet planning-related
diet of news sites and mailing list bounce and out-of-office
messages, visit Cyburbia and join our growing community of
friendly planners!



Mariana posted a link.
at 9:37pm Apr 15.

 ::: Videos Omnilife :::
Source: www.omnilife.com
It's in spanish



 Maher posted a group.
at 3:47am Apr 15.

 **Tradigital Arts**
Facebook Group

A group about traditional to digital arts.

Let's show our work whether it's a painting, sketch, animation, movie, photo, sculpture, design, advertisement, or mixed media, and talk about the way we us...

 Sean posted a link.
at 2:58pm Apr 14.

 **Green Phoenix Permaculture | 2008 Summer Permaculture Design Certificate Course**
 Source: green-phoenix.org

 With Toby Hemenway and Larry Santoyo • August 16-29, 2008Sivananda Ashram Yoga Ranch • Woodbourne, New York in the Catskills

For anyone serious about creating a sustainable future!

1 2 Next

Facebook © 2008  |  English                    About   Find Friends   Advertising   Developers   Terms   Privacy   Help

**Email:**

**Password:**

☐ Remember me

Forgot Password?

Everyone Can Join

Sign Up

## Posted Items on "You know you're an architecture student when..."

Back to You know you're an architecture student when...

Displaying all 8 posted items.



1 2 Next



Darren posted a link.
at 11:12pm Jun 29.

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com
Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.

### Share on Facebook

Drag the button above to your Bookmarks Bar to quickly share content with your friends.

More details »

### Posted Items Help

Explore how Share works »
Add Share to your site »



Shaikh posted a link.
at 12:51pm Jun 25.

**ArchSociety: News**
Source: archsociety.com
Architecture for Humanity, Open Architecture Network and Cameron Sinclaire together are heading towards a revolution in architecture. The new movement is changing the concept of doing architecture for capitalist clients. ...

join the arch student forum.



Selma posted a group.
at 3:25am Apr 17.



**Tu sais que tu es en Archi quand ...**
Facebook Group
[ J'ai repris les groupes déjà existants en anglais, j'ai traduit les meilleures "quotes" et j'en ai rajouté quelques unes de ma propre expérience ! ]

o Tu bois plus de 3 cafés par nuit

o Tes col...

C'est la traduction intelligente en français ... avec quelques bonus !



Dan posted a link.
at 8:59am Apr 16.

**Cyburbia - urban planning community**
Source: www.cyburbia.org
Cyburbia, established in 1994, is an urban planning social/community and portal site. Cyburbia includes a busy message board, image gallery, planning and urbanism-related blog feeds, wiki, and directory of related web sites.







Cyburbia (http://www.cyburbia.org), founded in 1994, is the Internet's oldest continuously operating planning-related Web site. Cyburbia has served the planning community for nearly 14 years with very little funding or financial remuneration. The Cyburbia Forums (http://www.cyburbia.org/forums) went online in 1996, and today remains a vibrant virtual third place for planners, students and others interested in the built environment ; 5,800 members, 400,000 posts, and still growing.

If you're looking to complement your Internet planning-related diet of news sites and mailing list bounce and out-of-office messages, visit Cyburbia and join our growing community of friendly planners ... and some architects, too!

1 comment

Vince posted a video.
at 2:15pm Apr 15.

**An ultimate new zealand tour!**
Source: www.youtube.com
Want to experience the best of New Zealand with a mate from anywhere in the world? Make a music video about your New Zealand study adventure and you could win the Ultimate New Zealand Tour. www.ultimatenztour.com

Okay all you Architecture students, here is a competition where you can hone your movie making skills (but don't worry, it's very easy to enter....you don't even need to be a geek.....hahahaaaaa :) It's open to all students, so get in quick (the quicker you get in, the more chances of winning the Ipods :)

Plus you get the chance to win 80Gb Ipods and a trip for 2 to check out New Zealand.

No obligations, and doesn't cost a cent, just have a look at www.ultimatenztour.com for how to enter :)



Clive posted a link.
at 12:37pm Apr 15.

**Goldbrain - by visiondivision**
Source: www.thegoldbrain.blo...



the latest thoughts and achievements from visiondivision - this is just the top of the iceberg, see all of it at www.visondivision.com

visiondivision has done an architectural project for the stray dogs in Buenos Aires that really is worth checking out! www.thegoldbrain.blogspot.com
Cheers
/Clive



Kimberley posted a group.
at 9:19pm Apr 13.



**Ieoh Ming Pei**
Facebook Group

For all those who admire ( or even dislike)
the works of one of the last masters of high
modernist architecture.



Will posted a link.
at 5:24pm Mar 17.

**www.facebook.com**
Source: www.facebook.com

You Know You're An Architecture Student When..., in
collaboration with Wacom, proudly brings to you the "Draw Your
Dream Structure" contest! Our little competition runs from
Tuesday through Sunday (12:05 AM, 3/17/08 to 11:55 PM,
3/23/08. ALL TIMES PACIFIC)

Using the Graffiti wall on this page, draw your favorite structure.
It can be your childhood home, your college dorm, or your
fantasy skyscraper. Show us the best building, bridge or house
you can imagine and we'll send three winners a Wacom Bamboo
digital pen-tablet. Enter as often as you like, and tell your
friends. The only requirements for entry are that you become a
fan of this Page. For complete rules and details check out
www.wacom.com/contestrules

1 2 Next

Facebook © 2008  |  English          About   Find Friends   Advertising   Developers   Terms   Privacy   Help

**Email:**

**Password:**

☐ Remember me



Forgot Password?

Everyone Can Join

Sign Up

## Posted Items on "The Business Network"

Back to The Business Network

Displaying 1 - 10 out of 54 posted items.



Rebecca posted a link.
at 3:08pm Jul 1.

**Contasta Ltd**
Source: www.contasta.net

Web Design Graphic Design Managed
Hosting Dedicated Servers Co-Location Data
Storage Internet Telephony Business ...

Any business needs a network and internet
marketing, check out this Canary Wharf company



Leona posted a link.
at 2:30am Jul 1.

**Serendipity Business - Index**
Source: www.serendipitybusin...

Have an idea and want to shout about it? Get the
feedback you need right here. If you have a
business opportunity you would like to share with
everybody then don't hesitate do it here today and get the word out.

Advertise your business for free!!





Cesar posted a link.
at 11:07am Jun 30.

**Master Research: The Influence of Social Network Websites as
a Media Channel for Online Promotional**
Source: researchproject.snw-and-advertising.sgiz...

The questionnaire should take no longer than two (2) minutes to
complete. Please answer the questions as honestly as possible. All data
collected will be strictly confidential and used for academic purpose
only. ...



Candice posted a link.
at 10:21am Jun 30.

**MaudaDauta - Product List**
Source: www.maudadauta.com

MaudaDauta, LLC

FRESH! NEW! INNOVATIVE!

GREAT PRODUCTS AND EXCELLENT SERVICE!

Our Mission is to use our creativity to create and provide a
variety of food products such as sauces, marinades, brownies,
dry mixes and other products such as e-books while providing



Share on Facebook

Drag the button above to
your Bookmarks Bar to
quickly share content with
your friends.

More details »

**Posted Items Help**

Explore how Share works »
Add Share to your site »

1 2 3 4 5 Next Last

our Customers with the best of service.

Our product lines currently include our: MaudaDauta
Picker-Upper Sauces, MaudaDauta Picker-Upper Marinades,
MaudaDauta Picker-Upper Pickle, MaudaDauta Jamaican Rum
(Fruit) Cake Brownies, MaudaDauta Jamaican Festival Mix,
MaudaDauta E-Books including our bestselling Jamaican
E-Cookbook - "A Little Piece Of Jamaica That Cooks".

Check them out here: http://www.MaudaDauta.com/
index_Product_List.htm



Darren posted a link.
at 11:35pm Jun 29.

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com
Mygazines is your free place to browse, organize,
customize and archive unlimited magazine articles
uploaded by you, the Mygazines community.





Yahya posted a group.
at 11:07pm Jun 29.



**Wall Street's Finest**
Facebook Group

A networking resource for Wall Street's
finest talent. Best in class, highest paid,
most attractive - you name it.

Group is not limited to those working
directly on Wall Street, but rather everyon...

A networking resource for Wall Street's finest talent. Best in
class, highest paid, most attractive - you name it.

Group is not limited to those working directly on Wall Street, but
rather everyone tied to investment banking, finance, private
equity, hedge funds, asset management and all related fields.



Florian posted a group.
at 7:22pm Jun 29.



**B2B Advertising And Links For
Companies For Free**
Facebook Group

Welcome Everybody,

I create this group for all the persons who
want to promote them company. I create
this group because for every companies who
need to describe them activities, that is
difficult to...

Welcome Everybody,

I create this group for all the persons who want to promote them
company. I create this group because for every companies who
need to describe them activities, that is difficult to find a place to

do it for free. I create it for the companies who have a website and want to put a link here. I also create it because i think B2B (business to business) must be free.

If we want to reduce the cost of our production we need to create a place like that; because the marketing is one of the biggest activities of a company and nowaday that become really expensive.

So now, we have an alternative. We can register as a member of this group and post one link on the posted items and one link with the description of your company, on the wall. In the pictures part, only the logo of your company can be accepted. If you have any remarks or questions, you can put it on the discussion board or send me an email.



Florian Lee Tea
www.ea-machinery.com.cn

---

Florian posted a link.
at 7:10pm Jun 29.

**www.ea-machinery.com.cn**
Source: www.ea-machinery.com.cn

Hi everybody,

my name is Florian Lee Tea; I represent « EA Machinery Equipment Co., Ltd. », founded in Hong Kong in 1998. Our products can be interesting for you. We manufacture machinery for roads construction, and for this we are using European technics. We have a variety of differents machines and every machines are equiped by a computer; so only one operator is able to do the job. Our production is made up of bitumen sprayers, gravel chip spreaders and emulsion plants. Our factory is located in the Economic and Technical Development Zone of Beijing, China, which leads us to reduced production cost and thus selling prices are very cheap.

We are looking for companies who want to buy or distribute our machines in different countries.

Florian Lee Tea
EA Machinery Equipment Co., Ltd.
email: mynameisflow@hotmail.fr



Peter posted a link.
at 12:52pm Jun 29.

**www.firerockresearch.com**
Source: www.firerockresearch.com

30,000+ stocks from 66 countries with buy, hold and sell opinions based on patterns discovered from analyzing the purchases of Warren Buffett on behalf of Berkshire Hathaway from 1972-2007.

All of the above for just $99 a year or .27 cents a day.

free 14 day trial , no strings attached



Rosanno posted a link.
at 7:37pm Jun 28.

**Welcome to My Vemma Site**
Source: www.myvemma.com



Do you feel your best, or is your age starting to
show? Are you running out of energy before
you're running out of the things that have to get
done? Do you feel like a cog in the corporate
machine working ...

Looking for a home-based businesses which suits you? Visit
http://www.myvemma.com/mrosanno to find out more. Also try
out a 90 days FREE Vemma's Lead Generating website at
http://www.vemmabuilder.com/495068105/grp to test this
powerful system.

**1** 2 3 4 5 Next Last

Facebook © 2008 | English

About   Find Friends   Advertising   Developers   Terms   Privacy   Help

8/19/2008 1:10 PM



**Email:**

**Password:**

☐ Remember me

▮▮▮▮▮▮▮▮

Forgot Password?

Everyone Can Join

Sign Up

## Posted Items on "CANADIAN WEDDINGS / WEDDING PLANNING"

Back to CANADIAN WEDDINGS / WEDDING PLANNING

Displaying 1 - 10 out of 13 posted items.

**1** 2 Next

### Share on Facebook

Drag the button above to
your Bookmarks Bar to
quickly share content with
your friends.

More details »

### Posted Items Help

Explore how Share works »
Add Share to your site »

---



Darren posted a link.
at 11:08pm Jun 29.

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com
Mygazines is your free place to browse, organize,
customize and archive unlimited magazine articles
uploaded by you, the Mygazines community.



---



Dennis posted a link.
at 9:21pm Jun 26.

**Haverty Communications**
Source: www.HavertyCommunica...
   A way to celebrate family, friends and clients.

---

John posted a link.
at 7:55am Jun 26.

**Putting you in touch with all of the right
people.Limousine Tours Toronto & Niagara
Falls Tours, Lux**
Source: ltuw.com

"Putting you in touch with all of the right people
Knowing full well that although a wedding is supposed to be the
happiest day of your life it is often the most stressful, Leave it to Us
Weddings ...



---



Tammy posted a link.
at 7:15am Jun 26.

**www.instyleweddings.ca**
Source: www.instyleweddings.ca
   From detailed wedding planning services, to customized wedding
   décor using our large assortment of fabrics, props, chair covers &
   specialty linens; In-Style Weddings can assist you in designing
   the overall look and feel for your special day.

---



Lulu posted a link.
at 11:54pm Apr 16.

**Lasting Touch Photography & Studios**
Source: ltphotographystudios...

Hello Everyone,So right now in the works we have
special events packages!! That's right, it's a long
awaited event and now it's finally here! :) We have;The Mother's day
event packageStarting at $250.00-it's ...



Freddie posted a link.
at 6:07pm Apr 16.

**iContact Photo - Toronto Wedding
Photography - Photojournalism - Toronto**
Source: icontactphoto.com

Serving the Greater Toronto Area





Lindsay posted a link.
at 12:18pm Apr 16.

**Lindsay Foster Visual Artist**
Source: www.lindsayfosterva....

Great gift ideas for parents, grandparents,
wedding party, etc. Unique ideas at
affordable prices!



Johnny posted a link.
at 10:23am Apr 16.

**Elegant Wedding Video by Active One
Digital Video Inc.**
Source: www.activeonedigital...

Getting Married- Congratulations!
Click here for an affordable High Definition
Wedding Video!





Bobbi-Jo posted a link.
at 3:03pm Apr 14.

**Almost Hitched | Wedding & Event Planning
Services**
Source: almosthitchedwedding...

Congratulations you are "Almost Hitched". My
mission is to provide professional consulting and
coordinating services in order to ensure a
successful event, while you relax and enjoy your
special day!





Nancy posted a link.
at 10:50am Apr 14.

**www.facebook.com**
Source: www.facebook.com

Nancy Power Cosmetic Artistry

To learn more about me and my services please visit my
facebook page!

1 comment

1 2 Next

Facebook © 2008  |  English                    About  Find Friends  Advertising  Developers  Terms  Privacy  Help

**Email:**

**Password:**

☐ Remember me

Forgot Password?

Everyone Can Join

Sign Up

## HYPE1.com

Glc

### Information

**Basic Info**

Type: Entertainment & Arts - Online Media

Description: Hype1.com is an entertainment and nightlife network, a city guide and an on-line community all in one!

We thrive on bringing our members the newest, hottest and best of nightlife and entertainment in the trendiest cities across the world. We provide photo coverage of top events, VIP guestlist to the hottest parties and directory listings of the coolest spots to visit, stay, shop, dine and party!

Our members are mainly comprised of young professionals, entertainment industry staff and the nightlife savvy individuals that need a well trusted source to find out what's hot and what's not. They are well traveled, well educated and affluent; they are the trendsetters and the tastemakers of today. If you are looking for a one stop shop for all your lifestyle, entertainment and nightlife needs, this picture rich city guide to best in nightlife, events, restaurants, shops and hotels is for you!

Recent High Profile Events include:
- CineVegas Film Festival
- Fashion Cares in Toronto
- Mercedes Benz Fashion Week in LA
- L'Oreal Fashion Week in Toronto
- Winter Music Conference in Miami

Members of this group will be kept up-to-date on upcoming events and guestlists in Toronto, Los Angeles, Las Vegas, Montreal, and Miami. You will also be in the know how of special giveaways and contests that Hype1 is holding!

Has Hype1 caught you out and about?
Feel free to upload your photos that were taken by one of our photographers!

HYPE1.com - See and be Seen

**Contact Info**

Email: info@hype1.com

Website: http://www.hype1.com

Office: HYPE1.com



**Group Type**

This is an open group. Anyone ca join and invite others to join.

### Recent News

WMC 2008 - Event Listings and Guestlists!!! CLICK HERE:
http://www.hype1.com/wordpress/?city=miami&p=318

Going out this weekend? Get on the guestlist for the hottest events in Toronto! It's as simple as clicking this link: http://www.hype1.com/toronto/events

Guestlists available for Rockwood, Ultra Supper Club, This Is London, Century Room, and many others!
-------------------------------------------------------------------
Join the HYPE1 Facebook group and receive special offers!

### Photos

Displaying 4 of 77 photos                                                    See All

   

**Video**

Displaying 2 of 4 videos.    See All

 **(Bleach)-Empty.Anathema**
by YaNs Yassin K. Sadek
**3:01** Added about 7 months ago

5 comments

 **--STEP_2_YaNs--**
by YaNs Yassin K. Sadek
**0:36** Added about 9 months ago

4 comments

**Posted Items**

Displaying 3 of 4 posted items    See All

 **Porngazines.com - check out our rack!**
Source: www.porngazines.com

You may only enter this Website if you are at least 18 years of age, or
at least the age of majority in the jurisdiction where you reside or from
which you access this Website. If you do not meet these requirements,
then you do not have permission to use the Website.

    Same but for Porn.

Posted by Darren

 **Mygazines.com - upload. share. archive.**
Source: www.mygazines.com

Mygazines is your free place to browse, organize,
customize and archive unlimited magazine articles
uploaded by you, the Mygazines community. 

Posted by Darren

  **Mobin Master feat damir - Be Yourself**
Source: youtube.com

mobin master feat damir - be yourself

Posted by Vlad

**Discussion Board**

Displaying 3 of 20 discussion topics    See All

**8/6-8/7 FREE Movies**
1 post by 1 person. Updated on Jul 23, 2008 at 8:10 AM.

**FASTLANE: SUMMER SOCIAL PATIO PARTY**
1 post by 1 person. Updated on Jul 8, 2008 at 12:29 PM.

**April 19th at the Aqua Lounge**
1 post by 1 person. Updated on Apr 12, 2008 at 1:59 PM.

## Members

Displaying 6 of 1,248 members

     

Iulia   Ross   Michelle   Aneliz   April   Roman

## The Wall

Displaying 5 of 115 wall posts.                    See All



**Vlad** wrote at 11:45pm yesterday

MOBIN MASTER W/ HIT SHOW ME LOVE@ CLUB 1234 AUG 22
*******************************************
CLICK HERE TO SEE THE EVITE
http://www.motto.ca/evites/07_mobin_master/
*******************************************
INFO 514 833 4844



**Hassan** wrote at 6:52am on August 16th, 2008

@ Foot Work

AUGUST 31st (labor day Long weekend)AS KANDU
PROMOTIONS PRESENTS THE GOT SEXY CLOTHING MODEL
SEARCH.

HOSTED BY THE eVenusDOLLZ, FXtion ENT, Kandu
Productions.

GOT SEXY Clothing is fun, funky, fabulous,
ultra sexy and vivacious!
COME OUT AND TAKE CRAZY PIX WITH THE eVenusDOLLZ.

Music by

Andy Reid
NocturnalMagazine.net, Hotbox Digital
http://www.myspace.com/djandyreid

and

Dj Edj(Germany)

@ Foot Work

http://www.new.facebook.com/profile.php?id=502808631
&ref=ts#/event.php?eid=43328600624

**Bill** wrote at 8:09am on July 23rd, 2008

I just heard about FREE movies at Lummus Park on Wed, 8/6
and Thurs, 8/7. It's the TripAdvisor Traveling Movie Tour.
They're showing great travel movies, Roman Holiday and
Planes, Trains, and Automobiles. The movies start at
sundown, but you can head over early to grab seats and
check out the festivities. Visit tripadvisor.com/MovieTour for
more info.

English



**Peter** wrote at 7:46am on July 17th, 2008

Hi all . My account was hacked. and all friends deleted. I just got control of it again. I don't know if anything was said to you. If it was please ignore it. Some low life has nothing better to do. I'm deleting this account now.



**BlueSuede** wrote at 9:19pm on June 25th, 2008

CANADA DAY EXTRA LONG WEEKEND AT MISSISSAUGA'S HOTTEST NIGHTCLUB - BLUE SUEDE SUE'S

OPEN SUNDAY JUNE 29 AND MONDAY JUNE 30, 2008

*******************************************

SUNDAY JUNE 29 - $200 CASH GIVEAWAY
Blue Suede Sue's will be open on Sunday June 29, and will be giving away $200 CASH!!!

***Make sure you arrive before 10:30 PM so you can win the $200 CASH!***

Sundays at Sue's - Come join us for your chance to win the $200 CASH GIVEAWAY, and enjoy free parking, free food, door prizes, go go dancers and VIP pass giveaways.

*******************************************

MONDAY JUNE 30 - WIN A TRIP FOR 2 TO LAS VEGAS
COME SEE THE MOLSON CANADIAN GIRLS!

WIN A TRIP FOR TWO TO LAS VEGAS for Civic Day Long Weekend - Only at Mississauga's Hottest Nightclub - Blue Suede Sue's.

Blue Suede Sue's will be open on Monday June 30, and will be giving away a TRIP FOR TWO TO LAS VEGAS for Civic Day Long Weekend. So make sure you come to enjoy the CANADA DAY EXTRA LONG WEEKEND at Mississauga's Hot

See all 115 wall posts

About    Find Friends    Advertising    Developers    Terms    Privacy    Help



**Email:**

**Password:**

☐ Remember me

Forgot Password?

Everyone Can Join

Sign Up

## Posted Items on "HYPE1.com"

Back to HYPE1.com

Displaying all 4 posted items.



Darren posted a link.
at 8:45pm Jun 29.

**Porngazines.com - check out our rack!**
Source: www.porngazines.com

You may only enter this Website if you are at least 18 years of age, or at least the age of majority in the jurisdiction where you reside or from which you access this Website. If you do not meet these requirements, then you do not have permission to use the Website.

Same but for Porn.

Darren posted a link.
at 8:45pm Jun 29.

**Mygazines.com - upload. share. archive.**
Source: www.mygazines.com



Mygazines is your free place to browse, organize, customize and archive unlimited magazine articles uploaded by you, the Mygazines community.



Vlad posted a video.
at 8:39am Jun 26.



**Mobin Master feat damir - Be Yourself**
Source: youtube.com

mobin master feat damir - be yourself



Vahid posted a link.
at 7:57pm Apr 15.

**MySpace.com - VaYa - CA - Minimalist / Electro / House - www.myspace.com/vaya23**
Source: www.myspace.com



MySpace music profile for VaYa with tour dates, songs, videos, pictures, blogs, band information, downloads and more

Summer is here hope you guys are having fun, here is a track by Vaya called " Amores Perros " hope you guys enjoy it, please feel free to give me any feedback. here is the link just click on it and you will be able to listen to the track.
looking forward 2 your feedbacks

Share on Facebook

Drag the button above to your Bookmarks Bar to quickly share content with your friends.

More details »

**Posted Items Help**

Explore how Share works »
Add Share to your site »

Dream iZ Destiny

http://www.myspace.com/vaya23

http://www.myspace.com/vaya23

http://www.myspace.com/vaya23

http://www.myspace.com/vaya23

Facebook © 2008  |  English

About  Find Friends  Advertising  Developers  Terms  Privacy  Help