UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE   :
MAGAZINE PUBLISHERS INC., AMERICAN   :
MEDIA, INC., HACHETTE FILIPACCHI MEDIA   :
U.S., INC., THE McGRAW-HILL COMPANIES,   :
INC., NEWSWEEK, INC., SOURCE INTERLINK   :
MAGAZINES, LLC, REED BUSINESS   :        08 Civ. 7392 (WHP)
INFORMATION, A DIVISION OF REED   :
ELSEVIER INC., VARIETY, INC., REED   :        ECF CASE
ELSEVIER PROPERTIES INC., BONNIER   :
CORPORATION, ZIFF DAVIS PUBLISHING   :
HOLDINGS INC., FORBES LLC, REIMAN MEDIA   :
GROUP, INC., RD LARGE EDITION, INC., HOME   :
SERVICE PUBLICATIONS, INC. and READER'S   :
DIGEST LATINOAMERICA SA,   :
                                                        :
                                    Plaintiffs,   :
                                                        :
                    - against -   :
                                                        :
DARREN ANDREW BUDD, SALVEO LIMITED,   :
CYBERNET COMMUNICATIONS, INC.,   :
SWITCHWORKS TECHNOLOGIES, INC.;   :
HAMIDULLA GHUMAL ABBAS, YOAV   :
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,   :
                                                        :
                                    Defendants.   :

----------------------------------------------------------------- x

## DECLARATION OF MICHAEL J. ANTONELLO
## IN SUPPORT OF PLAINTIFFS' MOTION
## FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, MICHAEL J. ANTONELLO, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the Associate General Counsel of American Media, Inc. ("Company"), one of the plaintiffs in the within infringement action. I am fully familiar with the facts stated herein. I submit this declaration in support of plaintiffs' motion for a temporary restraining order and preliminary injunction enjoining and restraining defendants

Darren Andrew Budd ("Budd"), Salveo Limited ("Salveo"), Cybernet Communications, Inc. ("Cybernet"), Switchworks Technologies, Inc. ("Switchworks"), Hamidulla Ghumal Abbas ("Abbas"), Yoav Schwartz ("Schwartz"), Rick Ross ("Ross") and John Does 1-20 (collectively, "defendants") from infringing plaintiffs' copyrights, trademarks and trade dress.

2.      American Media, Inc. is a Delaware corporation with its principal place of business at 1000 American Media Way, Boca Raton, FL 33464-1000.

3.      American Media, Inc. owns and publishes many well known magazines, including: Country Weekly, FLEX, GLOBE, Men's Fitness, MUSCLE & FITNESS, National Enquirer, SHAPE, and Star. Each magazine is distributed throughout the United States (including in New York), as well as internationally. American Media, Inc. also owns and publishes these magazines throughout Canada.

4.      American Media Inc's practice with regard to obtaining copyright on these magazines generally is to apply for registration of each copyright as they are published.

5.      The purpose of this declaration is to set forth factual information and exhibits relevant to this injunction motion.

## Mygazines.com Is Infringing American Media Inc.'s Copyrights and Trademarks

6.      I first became aware of the Mygazines.com website on or about July 24, 2008, at which time the website appeared to be fully populated with uniform, high-quality magazines. Without American Media Inc.'s knowledge, consent or authorization,

Mygazines.com was displaying full text reproductions of numerous magazines owned and published by American Media, Inc.

7.      Specifically, the full text of the following magazines owned and published    by American Media, Inc. are being displayed by defendants on the Mygazines.com website without our consent:

(a)    Country Weekly: June 2, 2008, 2008, June 16, 2008, June 30, 2008, July 14, 2008, July 28, 2008, and August 11, 2008.  American Media, Inc. has obtained Copyright Registration No. TX 6-648-097 for these Country Weekly issues on August 5, 2008.  A copy of the certificate of registration is annexed hereto as part of Exhibit A.

(b)    FLEX: June 2008, July 2008, and August 2008.  American Media, Inc. has obtained Copyright Registration No. TX 6-648-095 for these FLEX issues on August 5, 2008.  A copy of the certificate of registration is annexed hereto as part of Exhibit A.

(c)    GLOBE: June 23, 2008, June 30, 2008, July 7, 2008, July 14, 2008, July 21, 2008, July 28, 2008, August 4, 2008, and August 11, 2008.  American Media, Inc. has obtained Copyright Registration No. TX 6-648-092 for these GLOBE issues on August 5, 2008.  A copy of the certificate of registration is annexed hereto as part of Exhibit A.

(d)    Men's Fitness: June/July 2008 and August 2008.  American Media, Inc. has obtained Copyright Registration No. TX 6-648-094 for these Men's Fitness

issues on August 5, 2008.  A copy of the certificate of registration is annexed hereto as part of Exhibit A.

(e)    MUSCLE & FITNESS: July 2008, August 2008, and September 2008. American Media, Inc. has obtained Copyright Registration No. TX 6-648-098 for these MUSCLE & FITNESS issues on August 5, 2008.  A copy of the certificate of registration is annexed hereto as part of Exhibit A.

(f)    NATIONAL ENQUIRER: June 9, 2008, June 16, 2008, June 23, 2008, June 30, 2008, July 7, 2008, July 14, 2008, July 21, 2008, July 28, 2008, August 4, 2008, and August 11, 2008. American Media, Inc. has obtained Copyright Registration No. TX 6-648-099 for expedited registration of these NATIONAL ENQUIRER issues on August 5, 2008.  A copy of the certificate of registration is annexed hereto as part of Exhibit A.

(g)    SHAPE: August 2008 and September 2008.  American Media, Inc. has obtained Copyright Registration No. TX 6-648-096 for these SHAPE issues on August 5, 2008.  A copy of the certificate of registration is annexed hereto as part of Exhibit A.

(h)    Star: May 26, 2008, June 2, 2008, June 9, 2008, June 16, 2008, June 23, 2008, June 30, 2008, July 7, 2008, July 14, 2008, July 21, 2008, July 28, 2008, and August 4, 2008.  American Media, Inc. has obtained Certificate of Registration No. TX 6-648-093 for these Star issues on August 5, 2008, and expects for the application to be approved by the Copyright Office within the next few days.  A copy of the application for expedited registration is annexed hereto as Exhibit A.

8.    American Media, Inc. also owns trademark rights in the titles of its magazines. Specifically, American Media, Inc. holds the following trademark registrations for its magazines:

(a)    Country Weekly has registration #2,489,717 in International Classes 42 for computer services, namely, providing online magazines in the field of news and entertainment; and registration #2372499 in International Class 16 for a magazine featuring information on country music;

(b)    FLEX has registration #1,340,659 in International Class 16 for a monthly magazine relating to exercise and fitness; and registration #2,186,743 in International Class 42 for computer services, namely, providing on-line magazines in the field of health and fitness;

(c)    GLOBE has registration #1,639,082 in International Class 16 for a monthly magazine relating to human interest newspapers, magazines and tabloids; and registration #2,997,451 in International Class 41 for computer services, namely, providing on-line magazines in the field of human interest and celebrity news via a global communication information network site;

(d)    Men's Fitness has registration #1,956,592 in International Class 16 for a magazine dealing with a variety of topics; registration #1,519,426 in International Class 16 for a magazine dealing with a variety of topics; and in International Class 42 for computer services, namely, providing on-line magazines in the field of health and fitness; and providing information in the field of health and fitness;

(e)    MUSCLE & FITNESS has registration #3,009,086 in International Classes 9 & 16 for pre-recorded CD-Roms and printed matter; registration #2,692,744 in International Class 16 for publications, namely magazines in the fields of health and fitness; registration #2,686,042 in International Class 16 for publications, namely magazines in the fields of health and fitness; registration #2,842,209 in International Class 41 for computer services, namely, providing online in the field of fitness; registration #2,842,210 in International Class 41 for computer services, namely, providing online information in the field of fitness; registration #2,856,392 in International Class 41 for providing on-line magazines in the field of health and fitness via a global communication information network; special event planning, organizing, coordinating, and promotion community sporting and cultural events, contests and weightlifting and bodybuilding competitions; registration #2,254,062 in International Class 42 for computer services, namely, providing online magazines in the field of health and fitness and providing information in the field of health and fitness for a global communication information network site;

(f)    National Enquirer has registration #736,824 in International Class 16 for a newspaper; registration #3,087,754 in International Class 16 for a publication, namely, a weekly entertainment newspaper; and registration #2,373,131 in International Class 42 for computer services, namely, providing on-line magazines in the field of news and entertainment;

(g)    SHAPE has registration #1,525,562 in International Class 16 for a magazine relating to physical fitness and exercise;  registration #1,498,564 in International Class 16 for a magazine dealing with health and fitness; registration

#2,741,626 in International Class 16 and 41 for computer services, namely, providing online magazines in the field of health and fitness and providing information in the field of health and fitness via a global communication information network site; registration #2,189,909 in International Class 42 for computer services, namely, providing online magazines in the field of health and fitness and providing information in the field of health and fitness via a global communication information network site.

(h)    Star has registration #1,224,966 in International Class 16 for a weekly newspaper; and registration #2,751,537 in International Class 41 for providing information and news in the fields of entertainment and current events reporting via the global computer network.

9.    American Media, Inc. is the owner of common law trademark rights in its magazine titles as well, based on its use of its marks in commerce over the period of many years, and the wide recognition of those marks by consumers as an indicator of the source of American Media, Inc.'s products. The AMI magazine National Enquirer, for example, has a weekly circulation of approximately 956,095, while SHAPE has a circulation of approximately 1,703,421, and Star has a circulation of approximately 1,320,963. Accordingly, these trademarked magazine titles are widely known worldwide and constitute famous marks.

10.    In addition, American Media, Inc. has rights to the trade dress of its magazines. Each magazine has a distinctive cover with a stylized logo that functions as a source indicator to consumers, and is non-functional. Mygazines.com displays the covers of Country Weekly, FLEX, GLOBE, Men's Fitness, MUSCLE & FITNESS, National

Enquirer, SHAPE, and Star on the website, infringing American Media, Inc.'s trade dress in those covers.

11.    American Media, Inc. has not authorized or licensed defendants to post any content from its magazines on the Mygazines.com website.

12.    Indeed, American Media, Inc. operates a web site for each of its titles, and offers some of the content available in the print editions of its magazines through those sites.    American Media, Inc. earns revenue from its websites by, among other things, offering advertising space to advertisers in conjunction with American Media, Inc.'s content.    By offering the same content to consumers on its site, for free, Mygazines.com directly competes with American Media, Inc.'s websites.

13.    American Media, Inc. also licenses its content to third parties for republication on those parties' web sites.    By offering some of the same content on its site for free, Mygazines.com directly competes with American Media, Inc.'s publications that are licensed to third parties.

**American Media, Inc. Gave Defendants Notice of Their Infringing Activity**

14.    On July 24, 2008, American Media, Inc. wrote to defendant Salveo, the registered owner of Mygazines.com,  at the address listed on its domain registration and its email address, demanding that it cease and desist from providing American Media, Inc.'s works to the public, in any form.    American Media, Inc. did not receive any response from Salveo.  (Some emails were returned as undeliverable.)

15. On July 24, 2008, American Media, Inc. wrote to defendant Cybernet at the address listed on its website, and to its email address, demanding that it immediately disable access to the Mygazines.com website or, at a minimum, block access specifically to the magazines published by American Media, Inc. No response was received.

16. On August 8, 2008, our counsel, Davis Wright Tremaine, LLP wrote to defendant Switchworks at the address listed on its website, and to its email address, demanding that it immediately disable access to the Mygazines.com website or, at a minimum, block access specifically to the magazines published by American Media, Inc. No response was received.

## Defendants' Conduct is Causing American Media, Inc. Irreparable Harm

17. This application is brought on by way of Order To Show Cause because expedited relief is necessary due to the irreparable harm American Media, Inc. is suffering and

will suffer from defendants' continued infringement of American Media, Inc.'s copyrights, trademarks and trade dress.

18. Defendants are engaging in the wholesale theft of content that is published through the diligence and creativity of hundreds of staffers and freelancers who work for American Media, Inc. As a result of defendants' action, American Media, Inc. has not only lost sales and market share, but its entire business model is being undermined. It is particularly galling that defendants use the names and images of our magazines to advertise its website, and then offer our products online in a way that replicates the experience of reading our magazines.

**WHEREFORE**, for the foregoing reasons, together with those set forth in the accompanying summons and complaint, declaration of American Media, Inc., and memorandum of law, your deponent respectfully prays for a temporary restraining order and preliminary injunction enjoining and restraining defendants from distributing or displaying American Media, Inc.'s magazines, and from inducing and encouraging its users to upload our content.

Dated:  August 18, 2008

Michael J. Antonello
Associate General Counsel
American Media, Inc.

Exhibit A
To
Declaration of Michael J. Antonello

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT

**TX 6—648—092**

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**
APPLICATION RECEIVED

**AUG 05 2008**
ONE DEPOSIT RECEIVED

**AUG 05 2008**
EXAMINED BY ☐ CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1** TITLE▼

List in order of publication

GLOBE

ISSN▼ 1094-6047

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 55 | 21 | May 26, 2008 | May 19, 2008 |
| 2. | 55 | 22 | June 2, 2008 | May 26, 2008 |
| 3. | 55 | 23 | June 9, 2008 | June 2, 2008 |
| 4. | 55 | 24 | June 16, 2008 | June 9, 2008 |
| 5. | 55 | 25 | June 23, 2008 | June 16, 2008 |
| 6. | 55 | 26 | June 30, 2008 | June 23, 2008 |
| 7. | 55 | 27 | July 7, 2008 | June 30, 2008 |
| 8. | 55 | 28 | July 14, 2008 | July 7, 2008 |
| 9. | 55 | 29 | July 21, 2008 | July 14, 2008 |
| 10. | 55 | 30 | July 28, 2008 | July 21, 2008 |
| 11. | 55 | 31 | August 4, 2008 | July 28, 2008 |
| 12. | 55 | 32 | August 11, 2008 | August 4, 2008 |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title ☐

---

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

American Media, Inc.
1 Park Avenue, 3rd Floor
New York, NY 10016

FOR NON-U.S. WORKS: Author's citizenship ▼       Domicile ▼       Nation of publication ▼

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *M J Wallis*       Typed or printed name  Marian J. Wallis

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Marian J. Wallis       Daytime telephone  561-998-7202
Address (if other than given below)

Fax  561-989-1224       Email  mwallis@noss.amilink.com

---

| Certificate will be mailed in window envelope to this address: | Name▼ American Media, Inc. ~ Marian Wallis | DEPOSIT ACCOUNT Account number  DA086851 |
|---|---|---|
| | Number/Street/Apt ▼ 1000 American Media Way | Name of account  American Media, Inc. |
| | City/State/Zip▼ Boca Raton, FL 33464-1000 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev. 07/2006   Print: 07/2006—xxx,000   Printed on recycled paper       U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-093

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008

AUG 05 2008
EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**

List in order of publication

No previous registration under identical title

**TITLE ▼**
Star
ISSN ▼    1052-875X

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 35 | 20 | May 19, 2008 | May 12, 2008 |
| 2. | 35 | 21 | May 26, 2008 | May 19, 2008 |
| 3. | 35 | 22 | June 2, 2008 | May 26, 2008 |
| 4. | 35 | 23 | June 9, 2008 | June 2, 2008 |
| 5. | 35 | 24 | June 16, 2008 | June 9, 2008 |
| 6. | 35 | 25 | June 23, 2008 | June 16, 2008 |
| 7. | 35 | 26 | June 30, 2008 | June 23, 2008 |
| 8. | 35 | 27 | July 7, 2008 | June 30, 2008 |
| 9. | 35 | 28 | July 14, 2008 | July 7, 2008 |
| 10. | 35 | 29 | July 21, 2008 | July 14, 2008 |
| 11. | 35 | 30 | July 28, 2008 | July 21, 2008 |
| 12. | 35 | 31 | August 4, 2008 | July 28, 2008 |
| 13. | | | | |
| 14. | | | | |

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

American Media, Inc.
1 Park Avenue, 3rd Floor
New York, NY 10016

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____          Typed or printed name  Marian J. Wallis

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Marian J. Wallis          Daytime telephone  561-998-7202
Address (if other than given below) _____
Fax  561-989-1224          Email  mwallis@noss.amilink.com

Certificate will be mailed in window envelope to this address:

| Name ▼ |
|---|
| American Media, Inc. ~ Marian Wallis |
| Number/Street/Apt ▼ |
| 1000 American Media Way |
| City/State/Zip ▼ |
| Boca Raton, FL 33464-1000 |

**DEPOSIT ACCOUNT**
Account number  DA086851
Name of account  American Media, Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group  Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper          US Government Printing Office 2006-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-094

EFFECTIVE DATE OF REGISTRATION
AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008
EXAMINED BY                CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1** **TITLE ▼**

List in order of publication

No previous registration under identical title ☐

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| | Men's Fitness | | | ISSN ▼ 0893-4460 |
| 1. | 24 | 5 | June/July 2008 | May 19, 2008 |
| 2. | 24 | 6 | August 2008 | July 7, 2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** **NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Weider Publications, LLC, a subsidiary of American Media, Inc.
1 Park Avenue
New York, NY 10016

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____     Typed or printed name  Marian J. Wallis

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Marian J. Wallis          Daytime telephone  561-998-7202

Address (if other than given below) _____

Fax  561-989-1224          Email  mwallis@noss.amilink.com

---

Certificate will be mailed in window envelope to this address:

Name▼ American Media, Inc. ~ Marian Wallis
Number/Street/Apt ▼ 1000 American Media Way
City/State/Zip▼ Boca Raton, FL 33464-1000

**DEPOSIT ACCOUNT**
Account number  DA086851
Name of account  American Media, Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group  Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/xxx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-095**

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**
ONE DEPOSIT RECEIVED
**AUG 05 2008**
EXAMINED BY              CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

No previous registration under identical title

**TITLE ▼**  FLEX                                    **ISSN ▼**  8750-8915

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 4 | June 2008 | May 12, 2008 |
| 2. | 26 | 5 | July 2008 | June 9, 2008 |
| 3. | 26 | 6 | August 2008 | July 14, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Weider Publications, LLC, a subsidiary of American Media, Inc.
1 Park Avenue
New York, NY 10016

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)                                    Typed or printed name  Marian J. Wallis

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Marian J. Wallis                          Daytime telephone  561-998-7202
Address (if other than given below)

Fax  561-989-1224                    Email  mwallis@noss.amilink.com

| Certificate will be mailed in window envelope to this address: | **Name ▼** American Media, Inc. ~ Marian Wallis |
|---|---|
| | **Number/Street/Apt ▼** 1000 American Media Way |
| | **City/State/Zip ▼** Boca Raton, FL 33464-1000 |

**DEPOSIT ACCOUNT**
Account number  DA086851
Name of account  American Media, Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group  Rev: 07/2006  Print: 07/2006—xxx,000  Printed on recycled paper                          U.S. Government Printing Office: 2006-xxx-xxx/xxx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-096**

EFFECTIVE DATE OF REGISTRATION
**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**
ONE DEPOSIT RECEIVED
**AUG 05 2008**
EXAMINED BY ☑    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

| | TITLE ▼ | | | ISSN ▼ |
|---|---|---|---|---|
| | SHAPE | | | 0744-5121 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 12 | August 2008 | July 7, 2008 |
| 2. | 28 | 1 | September 2008 | August 4, 2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Weider Publications, LLC, a subsidiary of American Media, Inc.
1 Park Avenue
New York, NY 10016

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____     Typed or printed name  Marian J. Wallis

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Marian J. Wallis      Daytime telephone  561-998-7202
Address (if other than given below) _____

Fax  561-989-1224      Email  mwallis@noss.amilink.com

| | |
|---|---|
| **Certificate will be mailed in window envelope to this address:** | **Name ▼** American Media, Inc. ~ Marian Wallis<br>**Number/Street/Apt ▼** 1000 American Media Way<br>**City/State/Zip ▼** Boca Raton, FL 33464-1000 |

**DEPOSIT ACCOUNT**
Account number  DA086851
Name of account  American Media, Inc.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-097**

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008
EXAMINED BY          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1 List in order of publication

No previous registration under identical title ☐

TITLE ▼ **COUNTRY WEEKLY**       ISSN ▼ 1074-3235

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 15 | 11 | June 2, 2008 | May 14, 2008 |
| 2. | 15 | 12 | June 16, 2008 | May 28, 2008 |
| 3. | 15 | 13 | June 30, 2008 | June 11, 2008 |
| 4. | 15 | 14 | July 14, 2008 | June 25, 2008 |
| 5. | 15 | 15 | July 28, 2008 | July 9, 2008 |
| 6. | 15 | 16 | August 11, 2008 | July 23, 2008 |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

American Media, Inc.
1 Park Avenue
New York, NY 10016

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____       Typed or printed name **Marian J. Wallis**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Marian J. Wallis          Daytime telephone   561-998-7202
Address (if other than given below)

Fax  561-989-1224          Email  mwallis@noss.amilink.com

---

| Certificate will be mailed in window envelope to this address: | Name ▼ American Media, Inc. ~ Marian Wallis |
|---|---|
| | Number/Street/Apt ▼ 1000 American Media Way |
| | City/State/Zip ▼ Boca Raton, FL 33464-1000 |

**DEPOSIT ACCOUNT**
Account number  DA086851
Name of account  American Media, Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group  Rev: 07/2006  Print: 07/2006—xxx,000  Printed on recycled paper          U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**

TX 6-648-098

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

**APPLICATION RECEIVED**

AUG 05 2008

**ONE DEPOSIT RECEIVED**

AUG 05 2008

**EXAMINED BY** | **CORRESPONDENCE** ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**  MUSCLE & FITNESS

**ISSN ▼** 0744-5015

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 69 | 7 | July 2008 | June 2, 2008 |
| 2. | 69 | 8 | August 2008 | July 7, 2008 |
| 3. | 69 | 9 | September 2008 | August 4, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Weider Publications, LLC, a subsidiary of American Media, Inc.
1 Park Avenue
New York, NY 10016

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name  Marian J. Wallis

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Marian J. Wallis

Daytime telephone  561-998-7202

Address (if other than given below) _____

Fax  561-989-1224        Email  mwallis@noss.amilink.com

---

**Certificate will be mailed in window envelope to this address:**

Name ▼  American Media, Inc. ~ Marian Wallis

Number/Street/Apt ▼  1000 American Media Way

City/State/Zip ▼  Boca Raton, FL 33464-1000

**DEPOSIT ACCOUNT**

Account number  DA086851

Name of account  American Media, Inc.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev. 07/2006   Print: 07/2006—xxx,000   Printed on recycled paper

U.S. Government Printing Office: 2006-xxx-xxx/xxx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-099**

EFFECTIVE DATE OF REGISTRATION
**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**

ONE DEPOSIT RECEIVED
**AUG 05 2008**

EXAMINED BY _____ CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

TITLE ▼

ISSN ▼

**NATIONAL ENQUIRER**          1056-3482

List in order of publication

No previous registration under identical title

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 83 | 21 | May 26, 2008 | May 19, 2008 |
| 2. | 83 | 22 | June 2, 2008 | May 26, 2008 |
| 3. | 83 | 23 | June 9, 2008 | June 2, 2008 |
| 4. | 83 | 24 | June 16, 2008 | June 9, 2008 |
| 5. | 83 | 25 | June 23, 2008 | June 16, 2008 |
| 6. | 83 | 26 | June 30, 2008 | June 23, 2008 |
| 7. | 83 | 27 | July 7, 2008 | June 30, 2008 |
| 8. | 83 | 28 | July 14, 2008 | July 7, 2008 |
| 9. | 83 | 29 | July 21, 2008 | July 14, 2008 |
| 10. | 83 | 30 | July 28, 2008 | July 21, 2008 |
| 11. | 83 | 31 | August 4, 2008 | July 28, 2008 |
| 12. | 83 | 32 | August 11, 2008 | August 4, 2008 |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

American Media, Inc.
1 Park Avenue, 3rd Floor
New York, NY 10016

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)_____

Typed or printed name   Marian J. Wallis

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Marian J. Wallis          Daytime telephone  561-998-7202

Address (if other than given below) _____

Fax  561-989-1224          Email  mwallis@moss.amilink.com

---

Certificate will be mailed in window envelope to this address:

Name ▼
American Media, Inc. ~ Marian Wallis

Number/Street/Apt ▼
1000 American Media Way

City/State/Zip ▼
Boca Raton, FL 33464-1000

**DEPOSIT ACCOUNT**
Account number  DA086851
Name of account  American Media, Inc.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.