UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE   :
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA   :
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK   :
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED          :       08 Civ. 7 3 9 2 (WHP)
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER        :       ECF Case
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA  :
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S  :
DIGEST LATINOAMERICA SA,
                                         :
                Plaintiffs,
                                         :
        - against -
                                         :
DARREN ANDREW BUDD, SALVEO LIMITED,      :
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;          :
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,  :
                                         :
                Defendants.
                                         :
---------------------------------------------------------------- x

## DECLARATION OF JOHN BELLANDO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, John Bellando, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the Vice President of Advance Magazine Publishers Inc. ("AMPI"),

of which The Condé Nast Publications is an unincorporated division, one of the plaintiffs in the

within infringement action. I am fully familiar with the facts stated herein. I submit this

declaration in support of plaintiffs' motion for a temporary restraining order and preliminary

injunction enjoining and restraining defendants Darren Andrew Budd ("Budd"), Salveo Limited

("Salveo"), Cybernet Communications, Inc. ("Cybernet"), Switchworks Technologies, Inc.

("Switchworks"), Hamidulla Ghumal Abbas ("Abbas"), Yoav Schwartz ("Schwartz"), Rick Ross

("Ross") and John Does 1-20 (collectively, "Defendants") from infringing plaintiffs' copyrights, trademarks and trade dress.

2.    AMPI is a New York state corporation with its principal place of business at Four Times Square, New York, NY 10036.

3.    The purpose of this declaration is to set forth factual information and exhibits relevant to this injunction motion.

**The Condé Nast Magazines**

4.    AMPI owns and publishes, among others, ALLURE, ARCHITECTURAL DIGEST, BON APPETIT, BRIDES, CONDE NAST TRAVELER, DETAILS, DOMINO, GLAMOUR, GOURMET, LUCKY, MODERN BRIDE, SELF, TEEN VOGUE, THE NEW YORKER, VANITY FAIR, VOGUE, W, and WIRED magazines, all well-known periodicals, and the WIRED GEEKIPEDIA supplement. ALLURE, ARCHITECTURAL DIGEST, BON APPETIT, BRIDES, CONDE NAST TRAVELER, DETAILS, DOMINO, GLAMOUR, GOURMET, LUCKY, MODERN BRIDE, SELF, TEEN VOGUE, THE NEW YORKER, VANITY FAIR, VOGUE, W, and WIRED magazines, and the WIRED GEEKIPEDIA supplement, are distributed throughout the United States (including in New York) and Canada, as well as throughout the world. For purposes of this declaration, ALLURE, ARCHITECTURAL DIGEST, BON APPETIT, BRIDES, CONDE NAST TRAVELER, DETAILS, DOMINO, GLAMOUR, GOURMET, MODERN BRIDE, SELF, TEEN VOGUE, THE NEW YORKER, VANITY FAIR, VOGUE, W, and WIRED magazines, and the WIRED GEEKIPEDIA supplement, shall together be referred to as the Condé Nast Magazines.

5.    AMPI's practice with regard to obtaining copyright on its monthly Magazines generally is to file, on a monthly basis, individual Short Form SE registration forms for the issues of all monthly Condé Nast Magazines published during the prior month. For The

New Yorker, Condé Nast registers the issues published during the prior month on a form SE/Group registration form. For the WIRED GEEKIPEDIA supplement, Condé Nast registers on a Form TX. With each application, two (2) copies of the relevant issue of the Magazines are filed with the Copyright Office.

**Mygazines.com Is Infringing AMPI's Copyrights and Trademarks**

6.    I first became aware of the Mygazines.com website on or about July 28, 2008, at which time the website appeared to be fully populated with uniform, high-quality magazines. Without AMPI's knowledge, consent or authorization, Mygazines.com was displaying full text reproductions of numerous magazines owned and published by AMPI.

7.    Specifically, the full text of the following Condé Nast Magazines owned and published by AMPI are being displayed by defendants on the Mygazines.com website without our consent:

a.    ALLURE, issues dated June 2008, July 2008 and August 2008 (Copyright Registration Numbers to be issued). Copies of the registration applications are annexed hereto as part of Exhibit B.

b.    ARCHITECTUAL DIGEST, issues dated January 2007 (Copyright Registration No. TX 6-502-788), February 2007 (Copyright Registration No. TX 6-513-535), March 2007 (Copyright Registration No. TX 6-549-578), April 2007 (Copyright Registration No. TX 6-559-017), May 2007 (Copyright Registration No. TX 6-593-361), June 2007 (Copyright Registration No. TX 6-595-375), September 2007 (Copyright Registration No. TX 6-825-462), October 2007 (Copyright Registration Number to be issued), November 2007 (Copyright Registration Number to be issued), May 2008 (Copyright Registration Number to be issued), July 2008 (Copyright

Registration Number to be issued), August 2008 (Copyright Registration Number to be issued). Copies of the issued certificates of registration are annexed hereto as part of Exhibit A, and copies of the registration applications are annexed hereto as part of Exhibit B.

       c.    BON APPETIT, issues dated June 2008, July 2008 and August 2008 (Copyright Registration Numbers to be issued). Copies of the registration applications are annexed hereto as part of Exhibit B.

       d.    BRIDES, issue dated July/August 2008 (Copyright Registration Number to be issued). A copy of the registration application is annexed hereto as part of Exhibit B.

       e.    CONDÉ NAST TRAVELER, issues dated July 2008 and August 2008 (Copyright Registration Numbers to be issued). Copies of the registration applications are annexed hereto as part of Exhibit B.

       f.    DETAILS, issues dated January/February 2006, June/July 2007, June/July 2008 and August 2008 (Copyright Registration Numbers to be issued). Copies of the registration applications are annexed hereto as part of Exhibit B.

       g.    DOMINO, issues dated June/July 2008 and August 2008 (Copyright Registration Numbers to be issued). Copies of the registration applications are annexed hereto as part of Exhibit B.

h.    GLAMOUR, issues dated May 2008, June 2008 and August 2008, (Copyright Registration Numbers to be issued).  Copies of the registration applications are annexed hereto as part of Exhibit B.

i.    GOURMET, issues dated July 2008 and August 2008 (Copyright Registration Numbers to be issued).  Copies of the registration applications are annexed hereto as part of Exhibit B.

j.    LUCKY, issues dated July 2008 and August 2008 (Copyright Registration Numbers to be issued).  Copies of the registration applications are annexed hereto as part of Exhibit B.

k.    MODERN    BRIDE,    issues    dated    June/July    2008    and August/September 2008 (Copyright Registration Numbers to be issued).  Copies of the registration applications are annexed hereto as part of Exhibit B.

l.    THE NEW YORKER, issues dated April 7, 2008, April 14, 2008, April 21, 2008, April 28, 2008, May 5, 2008, May 12, 2008, May 19, 2008, May 26, 2008, June 2, 2008, June 9 & 16, 2008, June 23, 2008, June 30, 2008, July 7 & 14, 2008, July 21, 2008, July 28, 2008, August 4, 2008, August 11 & 18, 2008 (Copyright Registration Numbers to be issued).  Copies of the registration applications are annexed hereto as part of Exhibit B.

m.    SELF, issues dated June 2008, July 2008 and August 2008 (Copyright Registration Numbers to be issued).  Copies of the registration applications are annexed hereto as part of Exhibit B.

n.     TEEN VOGUE, issues dated June/July 2008 and August 2008 (Copyright Registration Numbers to be issued).  Copies of the registration applications are annexed hereto as part of Exhibit B.

o.     VANITY FAIR, issues dated June 2008, July 2008 and August 2008 (Copyright Registration Numbers to be issued).  Copies of the registration applications are annexed hereto as part of Exhibit B.

p.     VOGUE, issues dated June 2008, July 2008 and August 2008 (Copyright Registration Numbers to be issued).  Copies of the registration applications are annexed hereto as part of Exhibit B.

q.     W, issue dated August 2008 (Copyright Registration Number to be issued).  A copy of the registration application is annexed hereto as part of Exhibit B.

r.     WIRED, issues dated October 2004 (Copyright Registration Number to be issued), January 2006 (Copyright Registration No. TX 6-341-378), January 2008, February 2008, March 2008, April 2008, May 2008, June 2008, July 2008 and August 2008 (Copyright Registration Numbers to be issued).  A copy of the issued certificate of registration is annexed as part of Exhibit A and copies of the registration applications are annexed hereto as part of Exhibit B.

s.     WIRED GEEKIPEDIA, issue dated October 2007 (Copyright Registration Number to be issued).  A copy of the registration application is annexed hereto as part of Exhibit B.

8.    AMPI also owns trademark rights in the titles of its Magazines. AMPI holds, *inter alia*, the following trademark registrations for its Magazines:

a.    ALLURE is Registration Nos. 1378072 and 1751874 in International Class 16 for a magazine of general news and features and Registration No. 280811 in International Class 44 for an online website;

b.    ARCHITECTURAL DIGEST is Registration No. 916331 and ARCHITECTURAL DIGEST (Design) is Registration No. 2471378 in International Class 16 for a magazine of general news and features, and Registration No. 2823955 in International Class 42 for an online website;

c.    BON APPETIT is Registration No. 653791 and BON APPETIT (Stylized) is Registration No. 3480492 in International Class 16 for a magazine of general news and features, and Registration No. 2773320 in International Class 41 for an online website;

d.    BRIDES (Stylized) is Registration No. 340115 in International Class 16 for a magazine of general news and features, Registration No. 2340335 in International Class 42 for an online website, and BRIDES.COM is Registration No. 3387062 in International Class 41 for an online website;

e.    CONDÉ NAST TRAVELER (Stylized) is Registration No. 1568296 in International Class 16 for a magazine of general news and features and CONDÉ NAST TRAVELER is Registration No. 2761342 in International Class 41 for an online website;

f.    DETAILS is Registration Nos. 2728880 and 2695667 in International 16 for a magazine of general news and features;

213144

g.    DOMINO is Registration No. 3014161 in International Class 16 for a magazine of general news and features and International Class 41 for an online website;

h.    GLAMOUR is Registration No. 407439 and GLAMOUR (Stylized) is Registration No. 503282 in International Class 16 for a magazine of general news and features, Registration No. 3019078 in International Class 44 and 45 for an online website, and GLAMOUR.COM is Registration No. 2553759 International Class 42 for an online website;

i.    GOURMET (Stylized) is Registration No. 384160 in International Class 16 for a magazine of general news and features and Registration No. 2766544 in International Class 43 for an online website;

j.    LUCKY is Registration No. 2469245 in International Class 16 for a magazine of general news and features and International Class 42 for an online website, and Registration No. 2781524 in International Class 41 for an online website;

k.    MODERN BRIDE is Registration No. 529969 in International Class 16 for a magazine of general news and features and Registration No. 2309148 in International Class 42 for an online website;

l.    THE NEW YORKER is Registration No. 2746797 and THE NEW YORKER (Stylized) is Registration No. 844606 in International Class 16 for a magazine of general news and features, and Registration No. 2773319 in International Class 41 for an online website;

m.    SELF is Registration Nos. 1120502, 1721094, and 1663404 in International Class 16 for a magazine of general news and features, and SELF.COM is Registration No. 1938464 in International Class 42 for an online website;

n.    TEEN VOGUE is Registration No. 2568246 in International Class 16 for a magazine of general news and features and Registration No. 2835164 in International Class 42 for an online website;

o.    VANITY FAIR is Registration No. 1229720 in International Class 16 for a magazine of general news and features and Registration No. 2952420 in International Class 41 for an online website;

p.    VOGUE is Registration Nos. 125542, 504006, 1336659, and VOGUE (Stylized) is Registration No. 69530 in International Class 16 for a magazine of general news and features, Registration No. 3069976 in International Class 44 and 45 for an online website, and VOGUE.COM is Registration No. 2592452 in International Class 42 for an online website;

q.    W is Registration No. 1882171 in International Class 16 for a magazine of general news and features and W& DESIGN is Registration No. 2624545 in International Class 42 for an online website;

r.    WIRED is Registration Nos. 1853612 and 2150960 in International Class 16 for a magazine of general news and features, Registration No. 1997802 in International Class 38 for an online website, Registration No. 2781551 in International Class 35 for an online website, and Registration No. 3078104 in International Class 35 and 42 for an online website;

9.      AMPI is the owner of common law trademark rights in its Magazine titles as well, based on its use of its marks in commerce over the period of many years, and the wide recognition of those marks by consumers as an indicator of the source of AMPI products. Many of the titles of Condé Nast's magazines are famous marks, including but not limited to Vogue, The New Yorker, Vanity Fair, Glamour, Gourmet, and Architectural Digest.

10.     In addition, AMPI has rights to the trade dress of its Magazines. Each Magazine has a distinctive cover with a stylized logo that functions as a source indicator to consumers, and is non-functional. Mygazines.com displays the cover of ALLURE, ARCHITECTURAL DIGEST, BON APPETIT, BRIDES, CONDE NAST TRAVELER, DETAILS, DOMINO, GLAMOUR, GOURMET, LUCKY, MODERN BRIDE, SELF, TEEN VOGUE, THE NEW YORKER, VANITY FAIR, VOGUE, W, WIRED, and WIRED GEEKIPEDIA on its website, infringing AMPI's trade dress in those covers.

11.     AMPI has not authorized or licensed defendants to post any content from its Magazines on the Mygazines.com website.

12.     Indeed, AMPI operates web sites for or in connection with each of its Magazines, and offers some of the content available in the print editions of its Magazines through those sites. AMPI earns revenue from its websites by, among other things, offering advertising space to advertisers in conjunction with AMPI content. By offering the same content to consumers on its site, for free, Mygazines.com directly competes with AMPI's websites, as well as with the print editions of the Condé Nast Magazines.

**AMPI Gave Defendants Notice of Their Infringing Activity**

13.     On July 23, 2008, employees of AMPI wrote to defendant Salveo, the registered owner of Mygazines.com, via Federal Express overnight mail at the address listed on

its domain registration and its email address, demanding that it cease and desist from providing AMPI's works to the public, in any form.  AMPI did not receive any response from Salveo.

   14. On July 24, 2008, employees of AMPI wrote to defendant Cybernet via Federal Express overnight mail at the address listed on its website, and to its email address, demanding that it immediately disable access to the Mygazines.com website or, at a minimum, block access specifically to the magazines published by AMPI.  AMPI did not receive a response.

**Defendants' Conduct is Causing AMPI Irreparable Harm**

   15. This application is brought on by way of Order To Show Cause because expedited relief is necessary due to the irreparable harm AMPI is suffering and will suffer from defendants' continued infringement of AMPI's copyrights, trademarks and trade dress.

   16. Each day that defendants continue to display entire issues of ALLURE, ARCHITECTURAL DIGEST, BON APPETIT, BRIDES, CONDE NAST TRAVELER, DETAILS, DOMINO, GLAMOUR, GOURMET, LUCKY, MODERN BRIDE, SELF, TEEN VOGUE, THE NEW YORKER, VANITY FAIR, VOGUE, W, WIRED, and WIRED GEEKIPEDIA prolongs the harm suffered by AMPI.  The Magazines are the product of the creative vision and hard work of hundreds of professionals, which defendants appropriate and distribute for their own end.  Defendants' conduct undermines the entire industry and is nothing short of wholesale theft.  It is particularly galling that defendants use the names and images of the Magazines to advertise its website, and then offer our products online in a way that replicates the experience of reading our magazines.  The harm to AMPI is irreparable and should not be countenanced by this Court.

**WHEREFORE**, for the foregoing reasons, together with those set forth in the accompanying summons and complaint, declaration of other plaintiffs, and memorandum of law, your deponent respectfully prays for a temporary restraining order and preliminary injunction enjoining and restraining defendants from distributing or displaying AMPI's magazines, and from inducing and encouraging its users to upload our content.

Dated:  August 19, 2008

_____
John W. Bellando

213144

Exhibit A
To
Bellando Declaration

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE



Registration Number

**TX 6-502-788**

*TX0006502788*

Effective Date of Registration

*Jan, 03 2007*

Application Received
JAN 0 3 2007

Deposit Received
One

Two **JAN 0 3 2007**

Fee Received

Examined By *mc*

Correspondence ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 64 | 1 | January 2007 | 0003-8520 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, N.Y. 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| December | 12 | 06 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): Year▶ 2006

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Karen Browning

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name▶ Karen Browning
Address (if other than given below)▶
Daytime phone ▶ ( 212 ) 630-5611
Fax▶ ( 212 ) 630-5880    Email▶ karen_browning@condenast.com

DEPOSIT ACCOUNT
Account number▶ DA 019321
Name of account▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Contracts Dept. Attn: Karen Browning
Number/Street/Apt.▼
750 Third Ave, 3rd floor
City/State/ZIP▼
New York, New York 10017

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002   Ⓟ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form SE** 
For a Serial
UNITED STATES COPYRIGHT OFFICE
Registration Number

**TX 6–513–535**

*TX0006513535*

Effective Date of Registration

01    29    07

Application Received
**JAN 2 9 2007**

Deposit Received
One    Two **JAN 2 9 2007**

Fee Received

Examined By

Correspondence ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Architectural Digest

| Volume ▼ | Number ▼ | Date on copies ▼ | ISSN ▼ |
|---|---|---|---|
| 64 | 2 | February 2007 | 0003-8520 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| January | 9 | 07 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (If EARLIER THAN THE YEAR OF PUBLICATION):
Year ▶ 2007

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Karen Browning

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Karen Browning
Address (if other than given below) ▶
Daytime phone ▶ (212) 630-5611
Fax ▶ (212) 630-5880         Email ▶ karen_browning@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name ▼
The Conde Nast Publications, Contracts Dept.  Attn: Karen Browning
Number/Street/Apt ▼
750 Third Ave, 3rd floor
City/State/ZIP ▼
New York, New York 10017

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE 

Registration Number

**TX 6—549—578**

*TX0006549578*

Effective Date of Registration

3-5-07

Application Received

**MAR 0 5 2007**

Deposit Received
One                    Two

Fee Received

**MAR 0 5 2007**

---

Examined By

Correspondence ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 64 | 3 | March 2007 | 0003-8520 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|--------|------|-------|
| February | 13 | 07 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2007

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name of signer   Karen Browning

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Karen Browning
Address (if other than given below) ▶
Daytime phone ▶ ( 212 )630-5611
Fax ▶ ( 212 )630-5880        Email ▶ karen_browning@condenast.com

DEPOSIT ACCOUNT
Account number ▶ DA 019321
Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Contracts Dept.  Attn: Karen Browning |
|---|---|
| | Number/Street/Apt ▼ 750 Third Ave, 3rd floor |
| | City/State/ZIP ▼ New York, New York 10017 |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002 · ⊛ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
Registration Number


**TX 6-559-017**

*TX0006559017*

Effective Date of Registration

4-4-07
APR 04 2007

Examined By _____

Correspondence ☐

Deposit Received
APR 04 2007    Two

Fee Received

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 64 | 4 | April 2007 | 0003-8520 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ | YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): |
|---|---|---|---|
| March | 13 | 07 | Year ▶ 2007 |

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Karen Browning

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Karen Browning

Address (if other than given below) ▶

Daytime phone ▶ ( 212 ) 630-5611

Fax ▶ ( 212 ) 630-5880    Email ▶ karen_browning@condenast.com

DEPOSIT ACCOUNT
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name ▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Karen Browning

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP ▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev. June 2002    ⊕ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE



Registration Number

**TX 6-593-361**

Effective Date of Registration

4-25-07

Application Received
**APR 25 2007**

Deposit Received
One  **APR 25 2007**

Fee Received

---

Examined By

Correspondence ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**  **TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY**

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 64 | 5 | May 2007 | 0003-8520 |

**2**  **NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3**  **DATE OF PUBLICATION OF THIS PARTICULAR ISSUE**

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| April | 10 | 07 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year▶ 2007

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Karen Browning

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Karen Browning
Address (if other than given below) ▶
Daytime phone ▶ ( 212 )630-5611
Fax ▶ ( 212  630-5880          Email ▶ karen_browning@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Karen Browning
Number/Street/Apt ▼
1440 Broadway, 11th Floor
City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

Registration Number

**TX 6–595–375**

Effective Date of Registration

06    05    07

JUN 0 5 2007

Deposit Received
One           Two JUN 0 5 2007

Fee Received

Examined By

Correspondence ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
**TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY**

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 64 | 6 | June 2007 | 0003-8520 |

## 2
**NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3
**DATE OF PUBLICATION OF THIS PARTICULAR ISSUE**

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| May | 8 | 07 |

YEAR IN WHICH CREATION OF
THIS ISSUE WAS COMPLETED IF
EARLIER THAN THE YEAR OF
PUBLICATION:

Year ▶ 2007

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer  Karen Browning

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Karen Browning

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 ) 630-5611

Fax ▶ 212 630-5880          Email ▶ karen_browning@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶ Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate
will be
mailed
in window
envelope
to this
address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Karen Browning

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
*Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-825-462

**Effective date of
registration:**

October 3, 2007

## Title

**Title of Work:** Architectural Digest

**Volume** 64     **Number** 9     **Date on Copies** September 2007

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 14, 2007        **Nation of 1st Publication:** United States

**International Standard Number:** ISSN         0003-8520

## Author

■     **Author:** Advance Magazine Publishers, Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Advance Magazine Publishers, Inc.

4 Times Square, New York, NY 10036

## Certification

**Name:** Karen Browning

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

**TX 6-341-378**

*TX0006341378*

Effective Date of Registration

**3-10-06**

Application Received **MAR 1 0 2006**

Deposit Received
One          Two          **MAR 1 0 2006**

Fee Received

Examined By _____

Correspondence ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

---

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 14 | 1 | January 2006 | 1059-1028 |

---

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc., d/b/a The Conde Nast Publications, Inc.
4 Times Square
New York, N.Y. 10036

---

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| 12 | 27 | 05 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year ▶ 2005

---

**CERTIFICATION\***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Robin O'Hare

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Robin O'Hare
Address (if other than given below) ▶
Daytime phone ▶ (212 )630-5611
Fax ▶ (212 )630-5880    Email ▶ robin_o'hare@advancemags.com

**DEPOSIT ACCOUNT** DA 019321
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

---

Certificate will be mailed in window envelope to this address:

Name ▼
The Conde Nast Publications, Contracts Dept. Attn: Robin O'Hare

Number/Street/Apt ▼
750 Third Ave, 3rd Floor

City/State/ZIP ▼
New York, New York 10017

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev: June 2002    ● Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

Exhibit B
To
Bellando Declaration

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

Examined By

Application Received

Correspondence ☐

Deposit Received
One | Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Allure

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 18 | 6 | June 2008 | 1054-7711 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| May | 20 | 2008 |

YEAR IN WHICH CREATION OF
THIS ISSUE WAS COMPLETED   (IF
EARLIER THAN THE YEAR OF
PUBLICATION):

Year ▶ 2008

**CERTIFICATION\***:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880         Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▶ The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele |
|---|---|
| | Number/Street/Apt ▶ 1440 Broadway, 11th Floor |
| | City/State/ZIP▶ New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the *Copyright Office* website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

_____

Effective Date of Registration

_____

Examined By _____

Application Received

_____

Correspondence ☐

| Deposit Received | |
|---|---|
| One | Two |

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Allure

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 18 | 7 | July 2008 | 1054-7711 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| June | 24 | 2008 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▶ _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele |
|---|---|
| | Number/Street/Apt ▼ 1440 Broadway, 11th Floor |
| | City/State/ZIP▼ New York, New York 10018 |

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One                Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Allure

| Volume ▼ | Number ▼ | Date on copies ▼ | ISSN ▼ |
|---|---|---|---|
| 18 | 8 | August 2008 | 1054-7711 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| July | 22 | 2008 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212 )630-5613
Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name ▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele
Number/Street/Apt ▼
1440 Broadway, 11th Floor
City/State/ZIP ▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 64 | 10 | October 2007 | 0003-8520 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|--------|------|-------|
| September | 11 | 07 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year▶ 2007

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Karen Browning

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Karen Browning

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 ) 630-5611

Fax ▶ ( 212 ) 630-5880    Email ▶ karen_browning@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights Attn: Karen Browning |
|---|---|
| | Number/Street/Apt▼ 1440 Broadway, 11th Floor |
| | City/State/ZIP▼ New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

Effective Date of Registration

Examined By

Correspondence ☐

Application Received

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1   TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 64 | 11 | November 2007 | 0003-8520 |

## 2   NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3   DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| October | 9 | 07 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year ▶ 2007

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Karen Browning

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Karen Browning
Address (if other than given below) ▶ _____
Daytime phone ▶ ( 212 )630-5611
Fax ▶ ( 212 )630-5880      Email ▶ karen_browning@condenast.com

**DEPOSIT ACCOUNT**   DA 019321
Account number ▶ _____
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights Attn: Karen Browning |
|---|---|
| | Number/Street/Apt ▼  1440 Broadway, 11th Floor |
| | City/State/ZIP ▼  New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

Examined By

Application Received

Correspondence ☐

Deposit Received

One                    Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 65 | 5 | May 2008 | 0003-8520 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|--------|------|-------|
| April | 8 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year► 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ► Michele Mastrodomenico

Address (if other than given below) ► _____

Daytime phone ► ( 212 ) 630-5613

Fax ► ( 212 ) 630-5880    Email ► michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ► DA 019321

Name of account ► Advance Magazine Publishers d/b/a The Conde Nast Publications

**Certificate will be mailed in window envelope to this address:**

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele

Number/Street/Apt▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov,* write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 65 | 7 | July 2008 | 0003-8520 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| June | 10 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880          Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

| Examined By | Application Received |
|---|---|

| Correspondence ☐ | Deposit Received |
| | One / Two |
| | Fee Received |

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Architectural Digest

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 65 | 8 | August 2008 | 0003-8520 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| July | 8 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  _____

Typed or printed name of signer  Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶ _____
Daytime phone ▶ ( 212 )630-5613
Fax ▶ ( 212 )630-5880      Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321
Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

| Name▼ |
| The Conde Nast Publications, Editorial Assets & Rights Attn: Michele |
| Number/Street/Apt ▼ |
| 1440 Broadway, 11th Floor |
| City/State/ZIP ▼ |
| New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Correspondence ☐

Application Received

Deposit Received
One          |  Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Bon Appetit

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 53 | 6 | June 2008 | 0006-6990 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| May 2008 | 6 | 08 |

YEAR IN WHICH CREATION OF
THIS ISSUE WAS COMPLETED     (IF
EARLIER THAN THE YEAR OF
PUBLICATION):
Year ▶ 2008

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name of signer     Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶ _____
Daytime phone ▶ ( 212  )630-5613
Fax ▶ ( 212  )630-5880          Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | **Name▼** The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele |
| | **Number/Street/Apt ▼** 1440 Broadway, 11th Floor |
| | **City/State/ZIP▼** New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ☺ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Short Form SE** 
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

| Examined By | | Application Received |
| --- | --- | --- |
| Correspondence ☐ | | Deposit Received One | Two |
| | | Fee Received | |

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Bon Appetit

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
| --- | --- | --- | --- |
| 53 | 7 | July 2008 | 0006-6990 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
| --- | --- | --- |
| June | 10 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year ▶ 2008

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880        Email ▶ michele_mastrodomenico@condenast.com

DEPOSIT ACCOUNT

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⨀ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov,* write the Copy-
right Office, or call **(202) 707-3000.**

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

| Examined By | Application Received |
|---|---|

| Correspondence ☐ | Deposit Received One | Two |
|---|---|---|
| | Fee Received | |

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY**

Bon Appetit

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 53 | 8 | August 2008 | 0006-6990 |

## 2

**NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3

**DATE OF PUBLICATION OF THIS PARTICULAR ISSUE**

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| July | 8 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name of signer          Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880          Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele |
|---|---|
| | Number/Street/Apt ▼ 1440 Broadway, 11th Floor |
| | City/State/ZIP ▼ New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov,* write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

Effective Date of Registration

Examined By

Correspondence ☐

Application Received

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Bride's

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 75 | 4 | July/August 2008 | 1084-1628 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| June | 10 | 2008 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 ) 630-5613

Fax ▶ ( 212 ) 630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name ▼
The Conde Nast Publications, Contracts Dept.  Attn: Michele Mastrodomenico

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP ▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

*\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: June 2002—20,000    Web Rev: June 2002    ⊛ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

Examined By _____

Application Received

Correspondence ☐

Deposit Received
One _____ | Two _____

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

---

## 1   TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Conde Nast Traveler

| Volume ▼ | Number ▼ | Date on copies ▼ | ISSN ▼ |
|----------|----------|------------------|--------|
| 43 | 7 | July 2008 | 0893-9683 |

---

## 2   NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

---

## 3   DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

Month ▼   June     Day ▼   24     Year ▼   08

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212 ) 630-5613
Fax ▶ ( 212 ) 630-5880     Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

---

Certificate will be mailed in window envelope to this address:

Name ▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP ▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE



Registration Number

_____

Effective Date of Registration

_____

Examined By

Application Received

Correspondence ☐

Deposit Received
One    Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Conde Nast Traveler

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 43 | 8 | August 2008 | 0893-9683 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| July | 22 | 08 |

YEAR IN WHICH CREATION OF
THIS ISSUE WAS COMPLETED (IF
EARLIER THAN THE YEAR OF
PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 ) 630-5613

Fax ▶ ( 212 ) 630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶ Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate
will be
mailed
in window
envelope
to this
address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
*Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
or call
(202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE



**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

Effective Date of Registration

Examined By

Correspondence ☐

Application Received

Deposit Received
One | Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Details

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 24 | 4 | January / February 2006 | 0740-4921 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc., d/b/a The Conde Nast Publications, Inc.
4 Times Square
New York, N.Y. 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| 1 | 3 | 2006 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

**Year** ▶ 2006

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer          Robin O'Hare

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Robin O'Hare

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 ) 630-5611

Fax ▶ ( 212 ) 630-5880          Email ▶ robin_o'hare@advancemags.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶

Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Contracts Dept. Attn: Robin O'Hare |
|---|---|
| | Number/Street/Apt ▼ 750 Third Ave., 3rd Floor |
| | City/State/ZIP▼ New York, New York 10017 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002  ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE


Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Details

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 24 | 8 | June/July 2007 | 0740-4921 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| May | 30 | 06 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2006

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Karen Browning

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Karen Browning

Address (if other than given below) ▶

Daytime phone ▶ ( 212 )630-5611

Fax ▶ ( 212  630-5880        Email ▶ karen_browning@condenast.com

DEPOSIT ACCOUNT

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate
will be
mailed
in window
envelope
to this
address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Karen Browning

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE 
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One | Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Details

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 26 | 9 | June/July 2008 | 0740-4921 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year ▼ |
|--------|------|--------|
| June | 3 | 08 |

YEAR IN WHICH CREATION OF
THIS ISSUE WAS COMPLETED (IF
EARLIER THAN THE YEAR OF
PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶ _____
Daytime phone ▶ ( 212 )630-5613
Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

DEPOSIT ACCOUNT
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate
will be
mailed
in window
envelope
to this
address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
*Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
or call
(202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ♻ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

| Examined By | Application Received |
|---|---|
| Correspondence ☐ | Deposit Received |
| | One          Two |
| | Fee Received |

## DO NOT WRITE ABOVE THIS LINE.

**1**  **TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY**

Details

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 26 | 10 | August 2008 | 0740-4921 |

**2**  **NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3**  **DATE OF PUBLICATION OF THIS PARTICULAR ISSUE**

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| July | 15 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico _____

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶

Daytime phone ▶ ( 212  )630-5613

Fax ▶ ( 212  )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

| Name▼ |
|---|
| The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele |
| Number/Street/Apt ▼ |
| 1440 Broadway, 11th Floor |
| City/State/ZIP ▼ |
| New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

| Deposit Received | |
|---|---|
| One | Two |

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Domino

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 4 | 5 | June/July 2008 | 1554-7361 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, N.Y. 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| June | 3 | 2008 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212  )630-5880          Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn:  Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
### For a Serial
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received

| One | Two |

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Domino

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 4 | 6 | August 2008 | 1554-7361 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, N.Y. 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| July | 15 | 2008 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer ▶ Michele Mastrodomenico _____

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶  Michele Mastrodomenico
Address (if other than given below) ▶ _____
Daytime phone ▶ ( 212  )630-5613
Fax ▶ ( 212  )630-5880          Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights Attn:  Michele |
| | Number/Street/Apt ▼ 1440 Broadway, 11th Floor |
| | City/State/ZIP▼ New York, New York 10018 |

YOU MUST:
· Complete all necessary spaces
· Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⊛ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Short Form SE**
**For a Serial**
UNITED STATES COPYRIGHT OFFICE



Registration Number

_____

Effective Date of Registration

_____

Examined By _____

Correspondence ☐

Application Received

Deposit Received
One                        Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**  **TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY**

Glamour

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 106 | 5 | May 2008 | 0017-0747 |

**2**  **NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3**  **DATE OF PUBLICATION OF THIS PARTICULAR ISSUE**

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| April | 8 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212  )630-5613
Fax ▶ ( 212  )630-5880     Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

---

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev.: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One     Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Glamour

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 106 | 6 | June 2008 | 0017-0747 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| May 2008 | 6 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP ▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⬥ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE



Registration Number

_____

Effective Date of Registration

_____

**Examined By**

Application Received

**Correspondence** ☐

Deposit Received
One _____ | Two _____

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Glamour

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 106 | 8 | August 2008 | 0017-0747 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| July | 8 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico _____

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212  )630-5613
Fax ▶ ( 212  )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

**Certificate will be mailed in window envelope to this address:**

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

• **YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Short Form SE**
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

| | |
|---|---|
| Examined By | Application Received |
| Correspondence ☐ | Deposit Received |
| | One | Two |
| | Fee Received |

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Gourmet

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 68 | 7 | July 2008 | 0017-2553 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| June | 24 | 2008 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION:

Year ▶ 2008

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer     Michele Mastrodomenico

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶ _____
Daytime phone ▶ ( 212 ) 630-5613
Fax ▶ ( 212 ) 630-5880     Email ▶ michele_mastrodomenico@condenast.com

DEPOSIT ACCOUNT

Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele |
|---|---|
| | Number/Street/Apt ▼ 1440 Broadway, 11th Floor |
| | City/State/ZIP ▼ New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Gourmet

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 68 | 8 | August 2008 | 0017-2553 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| July | 22 | 2008 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer  Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212 )630-5613
Fax ▶ ( 212 )630-5880          Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Short Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

Registration Number

Effective Date of Registration

Examined By

Correspondence ☐

Application Received

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Lucky

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 8 | 6 | June 2008 | 1531-4294 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| May | 6 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶2008

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶  Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212  )630-5613
Fax ▶ ( 212  )630-5880       Email ▶ michele_mastrodomenico@condenast.com

DEPOSIT ACCOUNT
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate
will be
mailed
in window
envelope
to this
address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 fee in
check or money order payable to
*Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

| | |
|---|---|
| Examined By | Application Received |
| Correspondence ☐ | Deposit Received<br>One     Two |
| | Fee Received |

**DO NOT WRITE ABOVE THIS LINE.**

## 1   TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Lucky

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 8 | 8 | August 2008 | 1531-4294 |

## 2   NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3   DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| July | 8 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶   Michele Mastrodomenico

Address (if other than given below) ▶

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| | |
|---|---|
| **Certificate will be mailed in window envelope to this address:** | **Name▼**<br>The Conde Nast Publications, Editorial Assets & Rights   Attn: Michele<br>**Number/Street/Apt ▼**<br>1440 Broadway, 11th Floor<br>**City/State/ZIP▼**<br>New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ℗ Printed on recycled paper      U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov,* write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number _____

Effective Date of Registration _____

Examined By _____

Application Received _____

Correspondence ☐

Deposit Received
One _____ | Two _____

Fee Received _____

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Modern Bride

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 60 | 3 | June/July 2008 | 0026-7546 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| May | 13 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer ▶ Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

Examined By

Correspondence ☐

Application Received

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Modern Bride

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 60 | 4 | August/September 2008 | 0026-7546 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| July | 15 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):
Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880          Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

---

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Ⓒ Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**          **ISSN ▼**

The New Yorker          0028-792X

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | LXXXIV | 8 | 4/7/2008 | 3/24/2008 |
| 2. | LXXXIV | 9 | 4/14/2008 | 4/7/2008 |
| 3. | LXXXIV | 10 | 4/21/2008 | 4/14/2008 |
| 4. | LXXXIV | 11 | 4/28/2008 | 4/21/2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)          Typed or printed name   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Michele Mastrodomenico          Daytime telephone   212-630-5613

Address (if other than given below)   1440 Broadway, 11th Floor
New York. NY 10018

Fax   212-630-5880          Email   michele_mastrodomenico@condenast.com

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele Mastrodomenico |
| | Number/Street/Apt ▼ |
| | 1440 Broadway, 11th Floor |
| | City/State/ZIP ▼ |
| | NewYork, NY 10018 |

**DEPOSIT ACCOUNT**
Account number   DA 019321
Name of account
Advance Magazine Publishers
d/b/a The Conde Nast Publications

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

# 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**   The New Yorker

**ISSN▼**   0028-792X

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | LXXXIV | 12 | 5/5/2008 | 4/28/2008 |
| 2. | LXXXIV | 13 | 5/12/2008 | 5/5/2008 |
| 3. | LXXXIV | 14 | 5/19/2008 | 5/12/2008 |
| 4. | LXXXIV | 15 | 5/26/2008 | 5/19/2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼

Typed or printed name   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Michele Mastrodomenico          Daytime telephone   212-630-5613

Address (if other than given below)   1440 Broadway, 11th Floor
New York, NY 10018

Fax   212-630-5880          Email   michele_mastrodomenico@condenast.com

Certificate will be mailed in window envelope to this address:

**Name▼**   The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele Mastodomenico

**Number/Street/Apt ▼**   1440 Broadway, 11th Floor

**City/State/ZIP▼**   New York, NY 10018

**DEPOSIT ACCOUNT**
Account number   DA 019321
Name of account
Advance Magazine Publishers
d/b/a The Conde Nast Publications

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

# 1

**List in order of publication**

No previous registration under identical title ☐

TITLE ▼

The New Yorker

ISSN▼

0028-792X

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | LXXXIV | 16 | 6/2/2008 | 5/26/2008 |
| 2. | LXXXIV | 17 | 6/9 & 6/16/2008 | 6/2/2008 |
| 3. | LXXXIV | 18 | 6/23/2008 | 6/16/2008 |
| 4. | LXXXIV | 19 | 6/30/2008 | 6/23/2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

FOR NON-U.S. WORKS:  Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:**     I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary
subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X)

Typed or
printed name  Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Michele Mastrodomenico          Daytime telephone   212-630-5613

Address (if other than given below)     1440 Broadway, 11th Floor
                                        New York, NY 10018

Fax   212-630-5880          Email   michele_mastrodomenico@condenast.com

**Certificate will be mailed in window envelope to this address:**

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele Mastodomenico

Number/Street/Apt▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, NY 10018

**DEPOSIT ACCOUNT**
Account number   DA 019321
Name of account
Advance Magazine Publishers
d/b/a The Conde Nast Publications

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation  of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000  Web Rev: July 2002   Printed on recycled paper                                                U.S. Government Printing Office: 2003-496-605/60,019

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

# 1

**List in order of publication**

**No previous registration under identical title** ☐

TITLE ▼

The New Yorker

ISSN ▼

0028-792X

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | LXXXIV | 20 | 7/7 & 7/14/2008 | 6/30/2008 |
| 2. | LXXXIV | 21 | 7/21/2008 | 7/14/2008 |
| 3. | LXXXIV | 22 | 7/28/2008 | 7/21/2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Michele Mastrodomenico          Daytime telephone   212-630-5613

Address (if other than given below)   1440 Broadway, 11th Floor
New York, NY 10018

Fax   212-630-5880          Email   michele_mastrodomenico@condenast.com

**Certificate will be mailed in window envelope to this address:**

Name ▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele Mastrodomenico

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP ▼
New York, NY 10018

**DEPOSIT ACCOUNT**

Account number   DA 019321

Name of account
Advance Magazine Publishers
d/b/a The Conde Nast Publications

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY ☐          CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

## 1 List in order of publication

No previous registration under identical title ☐

**TITLE ▼**

The New Yorker

**ISSN▼**

0028-792X

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | LXXXIV | 23 | 8/4/08 | 7/28/2008 |
| 2. | LXXXIV | 24 | 8/11/08 & 8/18/2008 | 8/4/08 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Michele Mastrodomenico          Daytime telephone   212-630-5613

Address (if other than given below)   1440 Broadway, 11th Floor
New York. NY 10018

Fax   212-630-5880          Email   michele_mastrodomenico@condenast.com

**Certificate will be mailed in window envelope to this address:**

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele Mastodomenico

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
NewYork, NY 10018

**DEPOSIT ACCOUNT**
Account number   DA 019321
Name of account
Advance Magazine Publishers
d/b/a The Conde Nast Publications

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation  of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.




# Short Form SE

For a Serial
UNITED STATES COPYRIGHT OFFICE

Registration Number

Effective Date of Registration

| Examined By | Application Received |
| --- | --- |
| Correspondence ☐ | Deposit Received One | Two |
| | Fee Received |

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Self

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
| --- | --- | --- | --- |
| 30 | 6 | June 2008 | 0149-0699 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
| --- | --- | --- |
| May | 20 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212  )630-5613
Fax ▶ ( 212  )630-5880       Email ▶ michele_mastrodomenico@condenast.com

DEPOSIT ACCOUNT

Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

---

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper       U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE



Registration Number

_____

Effective Date of Registration

_____

Examined By _____

Application Received _____

Correspondence ☐

| Deposit Received | |
|---|---|
| One | Two |

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Self

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 30 | 7 | July 2008 | 0149-0699 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| June | 24 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

**Year** ▶ 2008

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880     Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶

Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper     U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

Examined By

Application Received

Correspondence ☐

Deposit Received
One    Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Self

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 30 | 8 | August 2008 | 0149-0699 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| July | 22 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ► 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ► Michele Mastrodomenico

Address (if other than given below) ►

Daytime phone ► ( 212 )630-5613

Fax ► ( 212 )630-5880    Email ► michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ► DA 019321

Name of account ►
Advance Magazine Publishers
d/b/a The Conde Nast Publications

**Certificate will be mailed in window envelope to this address:**

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⊕ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number
_____

Effective Date of Registration

Examined By _____

Application Received

Correspondence ☐

Deposit Received
One _____ Two _____

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Teen Vogue

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 8 | 5 | June/July 2008 | 1540-2215 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, N.Y. 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| May | 20 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212 )630-5613
Fax ▶ ( 212 )630-5880   Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele
Number/Street/Apt ▼
1440 Broadway, 11th Floor
City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One _____ | Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Teen Vogue

| Volume ▼ | Number ▼ | Date on copies ▼ | ISSN ▼ |
|---|---|---|---|
| 8 | 6A | August 2008 | 1540-2215 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, N.Y. 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| July | 1 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 ) 630-5613

Fax ▶ ( 212 ) 630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶

Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name ▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP ▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Correspondence ☐

Application Received

Deposit Received
One | Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Vanity Fair

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 50 | 6 | June 2008 | 0733-8899 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| May | 6 | 08 |

YEAR IN WHICH CREATION OF
THIS ISSUE WAS COMPLETED    (IF
EARLIER THAN THE YEAR OF
PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212 ) 630-5613
Fax ▶ ( 212 ) 630-5880    Email ▶ michele_mastrodomenico@condenast.com

DEPOSIT ACCOUNT
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate
will be
mailed
in window
envelope
to this
address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele

Number/Street/Apt▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
*Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

Examined By _____

Application Received

Correspondence ☐ | Deposit Received
| One | Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY**

Vanity Fair

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 50 | 7 | July 2008 | 0733-8899 |

## 2

**NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3

**DATE OF PUBLICATION OF THIS PARTICULAR ISSUE**

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| June | 10 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Michele Mastrodomenico

Typed or printed name of signer

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 ) 630-5613

Fax ▶ ( 212 ) 630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶

Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

| Name▼ |
|---|
| The Conde Nast Publications, Editorial Assets & Rights Attn: Michele |

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

| Examined By | Application Received |
|---|---|

| Correspondence ☐ | Deposit Received |
| | One | Two |
| | Fee Received |

**DO NOT WRITE ABOVE THIS LINE.**

---

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Vanity Fair

| Volume ▼ | Number ▼ | Date on copies ▼ | ISSN ▼ |
|---|---|---|---|
| 50 | 8 | August 2008 | 0733-8899 |

---

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

---

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| July | 8 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico _____

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶ Advance Magazine Publishers
d/b/a The Conde Nast Publications

---

Certificate will be mailed in window envelope to this address:

Name ▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP ▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, or call (202) 707-3000.

---

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE



Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1   TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Vogue

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 198 | 6 | June 2008 | 0042-8000 |

## 2   NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3   DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| May | 6 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶   Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212 ) 630-5613
Fax ▶ ( 212 ) 630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Certificate will be mailed in window envelope to this address:

| Name▼ |
|-------|
| The Conde Nast Publications, Editorial Assets & Rights   Attn: Michele |
| Number/Street/Apt ▼ |
| 1440 Broadway, 11th Floor |
| City/State/ZIP▼ |
| New York, New York 10018 |

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

___

Effective Date of Registration

___

Examined By

Application Received

Correspondence ☐

Deposit Received
One    Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Vogue

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 198 | 7 | July 2008 | 0042-8000 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|--------|------|-------|
| June | 10 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶2008

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ___

Typed or printed name of signer   Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶

Daytime phone ▶ ( 212 )630-5613

Fax ▶( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ☻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

| Examined By | Application Received |
| --- | --- |
| Correspondence ☐ | Deposit Received |
| | One | Two |
| | Fee Received | |

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Vogue

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
| --- | --- | --- | --- |
| 198 | 8 | August 2008 | 0042-8000 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
| --- | --- | --- |
| July | 8 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

DEPOSIT ACCOUNT

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn:  Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♲ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One                Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

W

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 37 | 8 | August 2008 | 0162-9115 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|--------|------|-------|
| July | 22 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer ▶ Michele Mastrodomenico

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212 )630-5613
Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

DEPOSIT ACCOUNT
Account number ▶ DA 019321
Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights Attn: Michele
Number/Street/Apt ▼
1440 Broadway, 11th Floor
City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE


Registration Number

Effective Date of Registration

Examined By

Correspondence ☐

Application Received

Deposit Received
One          Two

Fee Received

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1
**TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY**

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 12 | 10 | October 2004 | 1059-1028 |

## 2
**NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE**

Advance Magazine Publishers, Inc., d/b/a The Conde Nast Publications, Inc.
4 Times Square
New York, N.Y. 10036

## 3
**DATE OF PUBLICATION OF THIS PARTICULAR ISSUE**

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| 9 | 28 | 04 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2004

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Christine Lassiter_

Typed or printed name of signer    Christine Lassiter

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶  Christine Lassiter

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5611

Fax ▶ ( 212 )630-5880        Email ▶ christine_lassiter@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**Certificate will be mailed in window envelope to this address:**

Name▼
The Conde Nast Publications, Contracts Dept. Attn: Christine Lassiter

Number/Street/Apt ▼
750 Third Ave, 3rd Floor

City/State/ZIP▼
New York, New York 10017

---

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE

**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

| Examined By | Application Received |
| --- | --- |
| Correspondence ☐ | Deposit Received |
| | One | Two |
| | Fee Received |

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
| --- | --- | --- | --- |
| 16 | 1 | January 2008 | 1059-1028 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
| --- | --- | --- |
| December | 25 | 07 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2007

**CERTIFICATION\***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶ Advance Magazine Publishers d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele |
| --- | --- |
| | Number/Street/Apt▼ 1440 Broadway, 11th Floor |
| | City/State/ZIP▼ New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

Examined By

Application Received

Correspondence ☐

Deposit Received
One        Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 16 | 2 | February 2008 | 1059-1028 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month▼ | Day▼ | Year▼ |
|---|---|---|
| January | 22 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer _____ Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212  )630-5613
Fax ▶ ( 212  )630-5880        Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn:  Michele
Number/Street/Apt ▼
1440 Broadway, 11th Floor
City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♲ Printed on recycled paper         U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE


Registration Number

_____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One              Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 16 | 3 | March 2008 | 1059-1028 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| February | 26 | 08 |

YEAR IN WHICH CREATION OF
THIS ISSUE WAS COMPLETED (IF
EARLIER THAN THE YEAR OF
PUBLICATION):

Year ► 2008

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name ► Michele Mastrodomenico

Address (if other than given below) ►

Daytime phone ► ( 212 )630-5613

Fax ► ( 212 )630-5880    Email ► michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ► DA 019321

Name of account ►
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate
will be
mailed
in window
envelope
to this
address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn:  Michele

Number/Street/Apt▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE



Registration Number

_____

_____

**Effective Date of Registration**

_____

| | Examined By | Application Received |
|---|---|---|
| | | _____ |
| | Correspondence ☐ | Deposit Received |
| | | One          Two |
| | | Fee Received |

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 16 | 4 | April 2008 | 1059-1028 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| March | 25 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶ ( 212  )630-5613
Fax ▶ ( 212  )630-5880          Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights  Attn:  Michele |
|---|---|
| | Number/Street/Apt ▼ 1440 Broadway, 11th Floor |
| | City/State/ZIP ▼ New York, New York 10018 |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov,* write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number _____

Effective Date of Registration

Examined By

Application Received

Correspondence ☐

Deposit Received
One _____  Two _____

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

**1**  **TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY**

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 16 | 5 | May 2008 | 1059-1028 |

**2**  **NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE**

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3**  **DATE OF PUBLICATION OF THIS PARTICULAR ISSUE**

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| April | 22 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION): Year ▶ 2008

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer    Michele Mastrodomenico

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶  Michele Mastrodomenico
Address (if other than given below) ▶
Daytime phone ▶  ( 212 )630-5613
Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶  DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt ▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov,* write the Copyright Office, or call (202) 707-3000.

*\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: June 2002—20,000  Web Rev: June 2002  ♻ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number _____

_____

Effective Date of Registration _____

Examined By _____

Application Received _____

Correspondence ☐

Deposit Received
One                    Two

Fee Received _____

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---------|---------|-----------------|-------|
| 16 | 6 | June 2008 | 1059-1028 |

## 2  NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3  DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---------|-------|--------|
| May | 20 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer  *Michele Mastrodomenico*

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Michele Mastrodomenico
Address (if other than given below) ▶ _____
Daytime phone ▶ ( 212  )630-5613
Fax ▶ ( 212  )630-5880        Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

Certificate will be mailed in window envelope to this address:

Name▼
The Conde Nast Publications, Editorial Assets & Rights  Attn: Michele

Number/Street/Apt▼
1440 Broadway, 11th Floor

City/State/ZIP▼
New York, New York 10018

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov,* write the Copy-
right Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

Registration Number

_____

Effective Date of Registration

_____

| Examined By | Application Received |
|---|---|
| Correspondence ☐ | Deposit Received |
| | One        Two |
| | Fee Received |

**DO NOT WRITE ABOVE THIS LINE.**

## 1 TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 16 | 7 | July 2008 | 1059-1028 |

## 2 NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

## 3 DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| June | 24 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name of signer   Michele Mastrodomenico

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶ _____

Daytime phone ▶ ( 212 )630-5613

Fax ▶ ( 212 )630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**
Account number ▶ DA 019321
Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights  Attn:  Michele |
|---|---|
| | Number/Street/Apt ▼ 1440 Broadway, 11th Floor |
| | City/State/ZIP ▼ New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

# Short Form SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE



Registration Number

_____

Effective Date of Registration

| Examined By | Application Received |
|---|---|

| Correspondence ☐ | Deposit Received |
|---|---|
| | One      Two |
| | Fee Received |

**DO NOT WRITE ABOVE THIS LINE.**

---

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

Wired

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 16 | 8 | August 2008 | 1059-1028 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Advance Magazine Publishers, Inc.
4 Times Square
New York, NY 10036

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| July | 22 | 08 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED (IF EARLIER THAN THE YEAR OF PUBLICATION):

Year ▶ 2008

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼

Typed or printed name of signer    Michele Mastrodomenico

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Michele Mastrodomenico

Address (if other than given below) ▶

Daytime phone ▶ ( 212 ) 630-5613

Fax ▶ ( 212 ) 630-5880    Email ▶ michele_mastrodomenico@condenast.com

**DEPOSIT ACCOUNT**

Account number ▶ DA 019321

Name of account ▶
Advance Magazine Publishers
d/b/a The Conde Nast Publications

| Certificate will be mailed in window envelope to this address: | Name▼ The Conde Nast Publications, Editorial Assets & Rights  Attn:  Michele |
|---|---|
| | Number/Street/Apt ▼ 1440 Broadway, 11th Floor |
| | City/State/ZIP ▼ New York, New York 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Wired Geekpedia

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
Wired

| If published in a periodical or serial give: | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|
| | 15 | 10A | October 2007 | Onsert |

## 2

**a** **NAME OF AUTHOR ▼**
Advance Magazine Publishers

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September  Day ▶ 25  Year ▶ 2007  ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Advance Magazine Publishers Inc
4 Times Square
New York, NY 10036

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶                    **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                    **Account Number** ▼

Advance Magazine Publishers Inc d/b/a The Condé Nast Publications        DA 019321

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Michele Mastrodomenico
Condé Nast Publications, Editorial Assets & Rights
1440 Broadway, 11th Floor
New York, NY 10018

**b**

Area code and daytime telephone number ▶ 212 630 5611          Fax number ▶ 212 630 5880

Email ▶ karen_browning@condenast.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Condé Nast Publications

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Karen Browning                                        Date ▶

Handwritten signature (X) ▶

X

**Certificate will be mailed in window envelope to this address:**

| Name ▼ |
|---|
| Condé Nast Publications, Editorial Assets and Rights<br>Attn: Karen Browning |
| Number/Street/Apt ▼ |
| 1440 Broadway, 11th Floor |
| City/State/ZIP ▼ |
| New York, New York 10018 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 *USC* § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-320-958/60,123