UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

                          Plaintiffs,

         - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                          Defendants.

------------------------------------------------------------ x

08 Civ. 7392 (WHP)

ECF CASE

**DECLARATION OF KATHERINE J. DANIELS
IN SUPPORT OF PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

         I, KATHERINE J. DANIELS, pursuant to 28 U.S.C. § 1746, declare as

follows:

         1.    I am the Vice President, Associate General Counsel of Hachette

Filipacchi Media U.S., Inc. ("Hachette"), one of the plaintiffs in the within infringement

action. I am fully familiar with the facts stated herein. I submit this declaration in support of plaintiffs' motion for a temporary restraining order and preliminary injunction enjoining and restraining defendants Darren Andrew Budd ("Budd"), Salveo Limited ("Salveo"), Cybernet Communications, Inc. ("Cybernet"), Switchworks Technologies, Inc. ("Switchworks"), Hamidulla Ghumal Abbas ("Abbas"), Yoav Schwartz ("Schwartz"), Rick Ross ("Ross") and John Does 1-20 (collectively, "defendants") from infringing plaintiffs' copyrights, trademarks and trade dress.

2.      Hachette Filipacchi Media U.S., Inc. is a Delaware corporation with its principal place of business at 1633 Broadway, New York, NY 10019.

3.      Hachette Filipacchi Media U.S., Inc. owns and publishes many well known magazines, including: *ELLE, ELLE Decor, ELLEgirl, Car and Driver, Road & Track, Metropolitan Home, Popular Photography, Sound & Vision, Boating* and *HOME.* These magazines are distributed throughout the United States (including in New York) as well as in Canada and many other countries around the world.

4.      Hachette Filipacchi Media U.S., Inc.'s practice with regard to obtaining copyright registrations on these magazines generally is to submit Form SE Group applications for two to three issues of each magazine as a group, depending upon how many issues fit within the ninety (90) day time period allowed for group filings.

5.      The purpose of this declaration is to set forth factual information and exhibits relevant to this injunction motion.

**Mygazines.com Is Infringing Hachette's Copyrights and Trademarks**

6.    I first became aware of the Mygazines.com website on or about September 23, 2008, at which time the website appeared to be fully populated with uniform, high-quality magazines.    Without Hachette Filipacchi Media U.S., Inc.'s knowledge, consent or authorization, Mygazines.com was displaying full text reproductions of numerous magazines owned and published by Hachette Filipacchi Media U.S., Inc.

7.    Specifically, the full text of the following magazines owned and published by Hachette Filipacchi Media U.S., Inc. are being displayed by defendants on the Mygazines.com website without our consent:

(a)    *BOATING*, July 2008.    Hachette obtained Copyright Registration TX 6-648-085 for the July 2008 issue of *BOATING* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(b)    *BOATING*, August 2008.    Hachette obtained Copyright Registration TX 6-648-085 for the August 2008 issue of *BOATING* on August 7, 2008. A copy of the registration is annexed hereto as part of Exhibit A.

(c)    *CAR AND DRIVER*, July 2008.    Hachette obtained Copyright Registration TX 6-648-088 for the June 2008 issue of *CAR AND DRIVER* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(d)    *CAR AND DRIVER*, August 2008.    Hachette obtained Copyright Registration TX 6-648-088 for the August 2008 issue of *CAR AND DRIVER* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(e)    *CAR AND DRIVER*, September 2008. Hachette has not yet applied for registration of its copyrights in the September 2008 issue because it was published very recently, but intends to do so.

(f)    *ELLE,* July 2008.    Hachette obtained Copyright Registration TX 6-648-089 for the July 2008 issue of *ELLE* on August 7, 2008. A copy of the registration is annexed hereto as part of Exhibit A.

(g)    *ELLE DECOR*, January 2006.    Hachette obtained Copyright Registration No. TX 6-333-154 for the January 2006 issue of *ELLE DECOR* on February 28, 2006. A copy of the registration is annexed hereto as part of Exhibit A.

(h)    *ELLE DECOR*, March 2006. Hachette obtained Copyright Registration No. TX 6-322-911 for the March 2006 issue of *ELLE DECOR* on April 24, 2006. A copy of the registration is annexed hereto as part of Exhibit A.

(i)    *ELLE DECOR*, July/August 2008.    Hachette obtained Copyright Registration No. TX 6-648-091 for the July/August 2008 issue of *ELLE DECOR* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(j)    *ELLE GIRL*, February 2006. Hachette obtained Copyright Registration No. TX 6-349-861 for the March 2006 issue of *ELLE GIRL* on April 24, 2006. A copy of the registration is annexed hereto as part of Exhibit A.

(k)    *ELLE GIRL*, March 2006.  Hachette obtained Copyright Registration No. TX 6-349-861 for the March 2006 issue of *ELLE GIRL* on April 24, 2006. A copy of the registration is annexed hereto as part of Exhibit A.

(l)     *FLYING*, August 2008.     Hachette obtained Copyright Registration No. TX 6-648-090 for the August 2008 issue of *FLYING* on August 7, 2008. A copy of the registration is annexed hereto as part of Exhibit A.

(m)     *HOME*, June 2008.     Hachette obtained Copyright Registration No. TX 6-648-083 for the June 2008 issue of *HOME* on August 7, 2008. A copy of the registration is annexed hereto as part of Exhibit A.

(n)     *HOME*, July 2008.     Hachette obtained Copyright Registration No. TX 6-648-083 for the July 2008 issue of *HOME* on August 7, 2008. A copy of the registration is annexed hereto as part of Exhibit A.

(o)     *METROPOLITAN HOME*, June 2008.  Hachette obtained Copyright Registration No. TX 6-648-087 for the June 2008 issue of *METROPOLITAN HOME* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(p)     *METROPOLITAN HOME*, July/August 2008.     Hachette obtained Copyright Registration No. TX 6-648-087 for the July/August 2008 issue of *METROPOLITAN HOME* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(q)     POPULAR PHOTOGRAPHY, June 2008.     Hachette obtained Copyright Registration No. TX 6-648-086 for the June 2008 issue of *POPULAR PHOTOGRAPHY* on August 7, 2008. A copy of the registration is annexed hereto as part of Exhibit A.

(r)     *POPULAR PHOTOGRAPHY*, July 2008.     Hachette obtained Copyright Registration No. TX 6-648-086 for the July 2008 issue of *POPULAR PHOTOGRAPHY* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(s)     *POPULAR PHOTOGRAPHY*, August 2008.     Hachette obtained Copyright Registration No. TX 6-648-086 for the August 2008 issue of *POPULAR PHOTOGRAPHY* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(t)     *ROAD & TRACK*, June 2008.  Hachette obtained Copyright Registration No. TX 6-648-082 for the June 2008 issue of *ROAD & TRACK* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(u)     *ROAD & TRACK*, August 2008.     Hachette obtained Copyright Registration No. TX 6-648-082 for the August 2008 issue of *ROAD & TRACK* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

(v)     *ROAD & TRACK*, September 2008.  Hachette has not yet applied for registration of its copyrights in the September 2008 issue because it was published very recently, but intends to do so.

(w)     *SOUND & VISION*, July 2008.     Hachette obtained Copyright Registration No. TX 6-648-084 for the July 2008 issue of *SOUND & VISION* on August 7, 2008.  A copy of the registration is annexed hereto as part of Exhibit A.

8.    Hachette Filipacchi Media U.S., Inc. also owns trademark rights in the titles of its magazines. Specifically, Hachette holds the following trademark registrations for its magazines:

(a)    *BOATING* is registration 910,927 in International Class 16 for a magazine published monthly. *BOATING* has been in continuous use in connection with the magazine since 1966. *BOATING* magazine currently has 2.7 million readers per issue, located primarily in the United States and Canada. The *BOATING* trademark is also used in connection with the magazine's companion website, which receives 41,700 unique visitors per month. *BOATING* is the leading magazine in its category and is widely recognized by the general consuming public of the United States as the authoritative source of information about power boats and boating.

(b)    *CAR AND DRIVER* is registration 904,765 in International Class 16 for a magazine published monthly. *CAR & DRIVER* has been in continuous use in connection with the magazine since April 1961. The United States edition of *CAR AND DRIVER* magazine currently has 10 million readers per issue. *CAR AND DRIVER* is the largest automotive magazine in the world with six (6) foreign editions and a website, CarandDriver.com, which receives 2 million unique visitors per month. Hachette also publishes a mobile edition of CarandDriver.com, which receives 200,000 unique visitors each month. *CAR AND DRIVER* is widely recognized by the general consuming public of the United States as an authoritative source of information about automobiles.

(c)     *FLYING* is registration 521,411 in International Class 16 for a monthly magazine devoted to aviation. *FLYING* has been in continuous use in connection with the magazine since 1943. *FLYING* magazine holds a special place in the world of general and business aviation. It has been the authoritative voice of aviation since Lindbergh departed Roosevelt Field, NY for his historic cross-Atlantic, non-stop flight to Paris in 1927. That was 80 years ago and the magazine's title was Popular Aviation. The brand *FLYING* was born 16 years later, introduced on the May 1943 cover. *FLYING* magazine currently has 1.2 million readers per issue, located primarily in the United States and Canada. Flyingmag.com receives 52,400 unique visitors each month. *FLYING* is the leading magazine in its category and is widely recognized by the general consuming public of the United States as the authoritative source of information about aviation.

(d)     *HOME* is registration 160,374 in International Class 16 for a magazine pertaining to architecture, design, decorating, remodeling, gardening, landscaping and entertainment. The *HOME* mark has been in continuous use in connection with the magazine since May 1983. *HOME* is an established authority for renovation and design enthusiasts and provides nearly 3.5 million readers per issue with a solid foundation of knowledge about products and prices. *HOME's* companion website PointClickHome.com receives 746,500 unique visitors per month. Most readers of HOME are located in the United States and Canada. *HOME* is widely recognized by the general consuming public of the United States as an authoritative source of information about home renovation and design.

(e)     *METROPOLITAN HOME* is registration 1,235,238 in International Class 16 for magazines. *METROPOLITAN HOME* has been in continuous use in connection with the magazine since March 1981. *METROPOLITAN HOME* focuses on high-end modern design and interiors. It is currently the only luxury modern design magazine. *METROPOLITAN HOME* has 2.4 million readers per issue and 746,500 consumers per month visit the brand on its companion website, PointClickHome.com. *METROPOLITAN HOME* is widely recognized by the general consuming public of the United States and by the professional modern design trade as the authoritative source of information about modern design.

(f)     *POPULAR PHOTOGRAPHY* is registration 511,952 in International Class 16 for a magazine. *POPULAR PHOTOGRAPHY* has been in continuous use in connection with the magazine since June 1936. *POPULAR PHOTOGRAPHY* is the world's largest photography magazine and the leading technical authority, buyers guide, and how-to resource for the photo enthusiast. Each issue of the magazine is read by approximately 1.2 million readers and its companion website, PopPhoto.com receives 500,500 unique visitors per month. *POPULAR PHOTOGRAPHY* is widely recognized by the general consuming public of the United States as the authoritative source of information about photography.

(g)     *ROAD & TRACK* is registration 854,203 in International Class 16 for a periodical magazine. *ROAD & TRACK* has been in continuous use in connection with the magazine since June 1947. *ROAD & TRACK* is America's original car-enthusiast publication. It has a 60 year track record of providing its audience with

high quality road tests of new cars, plentiful comparisons for making informed shopping decisions and over-the-horizon looks at future cars and trends and technology. Each issue of *ROAD & TRACK* is read by approximately 5.5 million people. RoadandTrack.com receives 1 million unique visitors each month. *ROAD & TRACK* is widely recognized by the general consuming public of the United States as an authoritative source of information about automobiles.

(h)    *SOUND & VISION* is registration 2,428,754 in International Classes 16, for a magazine in the field of audio, video and electronic equipment, and 42 for computer services, namely providing an on-line magazine in the field of audio, video and electronic equipment. SOUND & VISION has been in continuous use in connection with the magazine since September 1998. SOUND & VISION magazine is the world's most comprehensive and engaging home entertainment magazine. SoundandVisionmag.com receives 206,340 unique visitors each month, located primarily in the United States and Canada. *SOUND & VISION* is widely recognized by the general consuming public of the United States as an authoritative source of information about electronic equipment.

9.    Hachette Filipacchi Media U.S., Inc.'s corporate affiliate, Hachette Filipacchi Presse, owns trademark rights in the titles of its magazines. Specifically, Hachette Filipacchi Presse holds the following trademark registrations for its magazines:

(a)    *ELLE* is registration 758,137 in international class 16 for magazines. *ELLE* has been in continuous use in connection with the magazine since November 1945. ELLE is the worlds leading fashion magazine with 39 editions

published on 5 continents and has 21 million readers globally.  ELLE.com receives 1,584,667 unique visitors per month.  *ELLE* is widely recognized by the general consuming public of the United States as an authoritative source of information about fashion and beauty.

(b)    *ELLE DECOR* is registration1,732,988 in international class 16 for magazines.  *ELLE DECOR* has been in continuous use in connection with the magazine since 1989.  *ELLE DECOR* is the only media brand dedicated to international fashion for the home and is part of the world's largest design magazine network.  *ELLE DECOR* is published in 23 editions in 30 countries and has 8 million readers worldwide. Each issue of the United States edition of *ELLE DECOR* is read by 1.6 million people. *ELLE DECOR* is also viewed on the web by 746,500 million people each month who access it through PointClickHome.com.  *ELLE DECOR* is widely recognized by the general consuming public of the United States as an authoritative source of information about international fashion for the home.

(c)    *ELLE GIRL* is registration 2,737,728 in international class 16 for magazines.  ELLE GIRL was in continuous use in connection with the magazine from August 2001 through July 2006.  The infringing publications come from this time period. ELLE GIRL is currently published only on the web at www.ELLEgirl.com.  The site provides young women with insider information on fashion, beauty, service and pop culture.  It is deigned for the modern, internet-savvy teenage girl and future ELLE reader. ELLEgirl.com gets 522,500 unique visitors each month.  *ELLE GIRL* is widely

recognized by the general consuming public of the United States as an authoritative source of information about fashion, beauty, service and pop culture for young women.

(d)     Hachette Filipacchi Media U.S., Inc. holds an exclusive license from Hachette Filipacchi Presse, to use the *ELLE, ELLE, DECOR* and *ELLE GIRL* trademarks on magazines, websites and related products and services in the United States. Hachette Filipacchi Media U.S., Inc. is authorized by the trademark owner to assert its exclusive rights through this action.

10.     Hachette Filipacchi Media U.S., Inc. and Hachette Filipacchi Presse are the owner of common law trademark rights in its magazine titles as well, based on its use of its marks in commerce over the period of many years, and the wide recognition of those marks by consumers as an indicator of the source of Hachette's products.

11.     In addition, Hachette Filipacchi Media U.S., Inc. has rights to the trade dress of its magazines. Each magazine has a distinctive cover with a stylized logo that functions as a source indicator to consumers, and is non-functional. Mygazines.com displays the cover of *BOATING, CAR AND DRIVER, ELLE, ELLE DECOR, ELLE GIRL, FLYING, HOME, METROPOLITAN HOME, POPULAR PHOTOGRAPHY, ROAD & TRACK* and *SOUND & VISION* on the website, infringing Hachette's trade dress in those covers.

12.     Hachette Filipacchi Media U.S., Inc. has not authorized or licensed defendants to post any content from its magazines on the Mygazines.com website.

13.     Indeed, Hachette Filipacchi Media U.S., Inc. operates a web site or

web pages for each of its titles, and offers some of the content available in the print editions of its magazines through those sites. Hachette earns revenue from its websites by, among other things, offering advertising space to advertisers in conjunction with Hachette's content. By offering the same content to consumers on its site, for free, Mygazines.com directly competes with Hachette's websites.

14.     Hachette Filipacchi Media U.S., Inc. also offers digital editions of its magazines for sale through online partners such as Zinio.com. At Zinio.com, consumers may subscribe to and view, for a fee, digital editions of Hachette's magazines, in much the same format as is offered by Mygazines.com. For this reason, Mygazines.com also competes directly with Hachette's digital publications offered through its authorized online partners.

**Hachette Gave Defendants Notice of Their Infringing Activity**

15.     On July 24, 2008, on behalf of Hachette Filipacchi Media U.S., Inc., we wrote to defendant Salveo, the registered owner of Mygazines.com,  at the address listed on its domain registration and its email address, demanding that it cease and desist from providing Hachette's works to the public, in any form.   Hachette did not receive any response from Salveo.

16.     On July 24, 2008, we wrote to defendant Cybernet at the address listed on its website, and to its email address, demanding that it immediately disable access to the Mygazines.com website or, at a minimum, block access specifically to the magazines published by Hachette. In response, we received an automatic email response that the complaint had been received.

17.    On August 4, 2008, we wrote to defendant Switchworks Technologies at the address listed on its website, and to its email address, demanding that it immediately disable access to the Mygazines.com website or, at a minimum, block access specifically to the magazines published by Hachette.  In response, we received an automatic email response that the complaint had been received.

**Defendants' Conduct is Causing Hachette Irreparable Harm**

18.    This application is brought on by way of Order to Show Cause because expedited relief is necessary due to the irreparable harm Hachette Filipacchi Media U.S., Inc. is suffering and will suffer from defendants' continued infringement of Hachette's copyrights, trademarks and trade dress.

19.    Defendants are engaging in the wholesale theft of the content and appearance of Hachette's magazines.  This wholesale theft of Hachette's content is causing injury to Hachette's goodwill and is causing Hachette to lose sales of its magazines, both print and electronic versions, which are sold through Hachette's authorized vendor, Zinio.  Defendant's unlawful conduct is also drawing traffic from Hachette's own websites.  Our magazines are the product of the creative vision and hard work of scores of professionals, which defendants appropriate and distribute for their own ends in clear and deliberate violation of well established law.  This conduct undermines the entire publishing industry.  It is inexcusable that defendants use the names and images of our magazines to advertise its website, and then offer our products online in a way that replicates the experience of reading our magazines.

**WHEREFORE**, for the foregoing reasons, together with those set forth in the accompanying summons and complaint, declaration of Katherine J. Daniels, and memorandum of law, your deponent respectfully prays for a temporary restraining order and preliminary injunction enjoining and restraining defendants from distributing or displaying Hachette Filipacchi Media U.S., Inc.'s magazines, and from inducing and encouraging its users to upload our content.

Dated:  August 14, 2008

_____
Katherine J. Daniels

Exhibit A
To
Declaration of Katherine Daniels

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6–648–085**

EFFECTIVE DATE OF REGISTRATION

**AUG 07 2008**

APPLICATION RECEIVED
**AUG 07 2008**

ONE DEPOSIT RECEIVED
**AUG 07 2008**

EXAMINED BY _____ CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| **Boating** | | | | **0006-5374** |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 81 | 7 | JULY 2008 | 06/17/2008 |
| 2. | 81 | 8 | AUG 2008 | 07/15/2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Norma Newman*          Typed or printed name   Norma Newman

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   **Norma Newman**                          Daytime telephone   **(212) 767-6919**
Address (if other than given below) _____

Fax   **(212) 767-5631**                     Email   **nnewman@hfmus.com**

---

| Certificate will be mailed in window envelope to this address: | Name ▼ Hachette Filipacchi Media U.S., Inc. Attn: Norma Newman | DEPOSIT ACCOUNT Account number  **DA061395** Name of account  **Hachette Filipacchi Media U.S., Inc.** |
|---|---|---|
| | Number/Street/Apt ▼  **1633 Broadway** | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |
| | City/State/Zip ▼  **New York, NY 10019** | |

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-088**

EFFECTIVE DATE OF REGISTRATION

**AUG 07 2008**

APPLICATION RECEIVED
**AUG 07 2008**

ONE DEPOSIT RECEIVED
**AUG 07 2008**

EXAMINED BY ✗          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title

| TITLE ▼ | | | | | ISSN ▼ |
|---|---|---|---|---|---|
| **Car and Driver** | | | | | **0008-6002** |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 53 | 12 | JUNE 2008 | 05/06/2008 |
| 2. | 54 | 1 | JULY 2008 | 06/03/2008 |
| 3. | 54 | 2 | AUG 2008 | 07/01/2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Norma Newman*          Typed or printed name **Norma Newman**

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name    **Norma Newman**          Daytime telephone    **(212) 767-6919**
Address (if other than given below)
Fax    **(212) 767-5631**          Email    **nnewman@hfmus.com**

| | | DEPOSIT ACCOUNT |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ **Hachette Filipacchi Media U.S., Inc.** **Attn: Norma Newman** | Account number **DA061395** Name of account **Hachette Filipacchi Media U.S., Inc.** |
| | Number/Street/Apt ▼ **1633 Broadway** | MAIL TO Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |
| | City/State/Zip ▼ **New York, NY 10019** | |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-089**

EFFECTIVE DATE OF REGISTRATION

**AUG 07 2008**

APPLICATION RECEIVED
**AUG 07 2008**
ONE DEPOSIT RECEIVED
**AUG 07 2008**
EXAMINED BY ☐ CORRESPONDENCE ☐

*✱ On copy: No. 11/275*

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

| | TITLE ▼ | | | ISSN ▼ |
|---|---|---|---|---|
| | **Elle** | | | **0888-0808** |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 23 | 10/274 | JUNE 2008 | 05/13/2008 |
| 2. | 23 | ✱ 10/275 | JULY 2008 | 06/17/2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Norma Newman*          Typed or printed name  **Norma Newman**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  **Norma Newman**          Daytime telephone  **(212) 767-6919**
Address (if other than given below)

Fax  **(212) 767-5631**          Email  **nnewman@hfmus.com**

| | | DEPOSIT ACCOUNT |
|---|---|---|
| **Certificate will be mailed in window envelope to this address:** | Name ▼  **Hachette Filipacchi Media U.S., Inc.**  Attn: Norma Newman | Account number  **DA061395** Name of account  **Hachette Filipacchi Media U.S., Inc.** |
| | Number/Street/Apt ▼  **1633 Broadway** | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |
| | City/State/Zip ▼  **New York, NY 10019** | |

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6–333–154

EFFECTIVE DATE OF REGISTRATION

02   28   06

APPLICATION RECEIVED
FEB 28 2006
ONE DEPOSIT RECEIVED
FEB 28 2006

EXAMINED BY ☐     CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

TITLE ▼     **Elle Decor**     ISSN ▼  **1046–1957**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 16 | 10 | DEC 2005 | 11/22/2005 |
| 2. | 17 | 1 | JAN/FEB 2006 | 12/27/2005 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼
Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

FOR NON-U.S. WORKS: Author's citizenship ▶     Domicile ▼     Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Norma Newman*     Typed or printed name   **Norma Newman**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Norma Newman     Daytime telephone   **(212) 767-6919**
Address (if other than given below)
Fax   **(212) 767-5631**     Email   **nnewman@hfmus.com**

Certificate will be mailed in window envelope to this address:
Name ▼   Hachette Filipacchi Media U.S., Inc.
Attn: Norma Newman
Number/Street/Apt ▼   1633 Broadway
City/State/ZIP ▼   New York, NY 10019

DEPOSIT ACCOUNT
Account number   **DA061395**
Name of account   **Hachette Filipacchi Media U.S., Inc.**

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-322-911**

EFFECTIVE DATE OF REGISTRATION

**APR 2 4 2006**

APPLICATION RECEIVED
APR 2 4 2006

ONE DEPOSIT RECEIVED
APR 2 4 2006

EXAMINED BY _____    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

# 1

**TITLE ▼**    Elle Decor        **ISSN ▼**    1046-1957

List in order of publication

*No previous registration under identical title*

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | | Month, day, and year of publication ▼ |
|---|---|---|---|---|---|
| 1. | 17 | 2 | | MAR 2006 | 2/07/2006 |
| 2. | 17 | 3 | | APR 2006 | 3/14/2006 |
| 3. | 17 | 4 | | MAY 2006 | 4/18/2006 |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    *Norma Newman*    Typed or printed name    **Norma Newman**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name    **Norma Newman**        Daytime telephone    **(212) 767-6919**
Address (if other than given below)

Fax    **(212) 767-5631**        Email    **nnewman@hfmus.com**

Certificate will be mailed in window envelope to this address:

**Name ▼**    Hachette Filipacchi Media U.S., Inc.
Attn: Norma Newman

**Number/Street/Apt ▼**    1633 Broadway

**City/State/ZIP ▼**    New York, NY 10019

**DEPOSIT ACCOUNT**
Account number    **DA061395**
Name of account    **Hachette Filipacchi Media U.S., Inc.**

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-091**

EFFECTIVE DATE OF REGISTRATION

**AUG 07 2008**

APPLICATION RECEIVED
**AUG 07 2008**
ONE DEPOSIT RECEIVED
**AUG 07 2008**

EXAMINED BY

CORRESPONDENCE ☐

*On Copy. No. 7*

**DO NOT WRITE ABOVE THIS LINE.**

## 1
List in order of publication

No previous registration under identical title ☐

TITLE ▼
### Elle Decor

ISSN ▼ **1046-1957**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 19 | 05 | JUNE 2008 | 05/20/2008 |
| 2. | 19 | 06 | JULY/AUG 2008 | 06/24/2008 |
| 3. | 19 | 08 | SEPT 2008 | 08/12/08 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Norma Newman*

Typed or printed name **Norma Newman**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name    Norma Newman
Address (if other than given below)

Daytime telephone **(212) 767-6919**

Fax    **(212) 767-5631**

Email    nnewman@hfmus.com

Certificate will be mailed in window envelope to this address:

Name ▼
Hachette Filipacchi Media U.S., Inc.
Attn: Norma Newman

Number/Street/Apt ▼  **1633 Broadway**

City/State/Zip ▼  **New York, NY 10019**

DEPOSIT ACCOUNT
Account number **DA061395**
Name of account  Hachette Filipacchi Media U.S., Inc.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-349-861**

EFFECTIVE DATE OF REGISTRATION

4-24-06

APPLICATION RECEIVED
APR 2 4 2006

ONE DEPOSIT RECEIVED
APR 2 4 2006

EXAMINED BY    CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

## 1

**List in order of publication**

No previous registration under identical title

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| **Elle Girl** | | | | **1535-7465** |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 5 | 1 | FEBRUARY 2006 | 1/10/2006 |
| 2. | 5 | 2 | MARCH 2006 | 2/07/2006 |
| 3. | 5 | 3 | APRIL 2006 | 3/07/2006 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

FOR NON-U.S. WORKS:  Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION\***:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Norma Newman*
Typed or printed name  **Norma Newman**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Norma Newman    Daytime telephone  (212) 767-6919
Address (if other than given below)

Fax  (212) 767-5631    Email  nnewman@hfmus.com

Certificate will be mailed in window envelope to this address:

Name ▼
Hachette Filipacchi Media U.S., Inc.
Attn: Norma Newman

Number/Street/Apt ▼
1633 Broadway

City/State/ZIP ▼
New York, NY 10019

DEPOSIT ACCOUNT
Account number  DA061395
Name of account  Hachette Filipacchi Media U.S., Inc.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-090

EFFECTIVE DATE OF REGISTRATION
**AUG 07 2008**

APPLICATION RECEIVED
**AUG 07 2008**

ONE DEPOSIT RECEIVED
**AUG 07 2008**

EXAMINED BY          CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

List in order of publication

No previous registration under identical title ☐

TITLE ▼ **Flying**          ISSN▼ **0015-4806**

| | Volume▼ | Number▼ | Issue date on copies▼ | | Month, day, and year of publication ▼ |
|---|---|---|---|---|---|
| 1. | 135 | 06 | JUNE 2008 | | 05/13/2008 |
| 2. | 135 | 07 | JULY 2008 | | 06/10/2008 |
| 3. | 135 | 08 | AUG 2008 | | 07/15/2008 |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

---

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼
Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Norma Newman*          Typed or printed name **Norma Newman**

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name **Norma Newman**          Daytime telephone **(212) 767-6919**
Address (if other than given below)

Fax **(212) 767-5631**          Email **nnewman@hfmus.com**

---

Certificate will be mailed in window envelope to this address:

Name▼ **Hachette Filipacchi Media U.S., Inc.**
**Attn: Norma Newman**
Number/Street/Apt ▼ **1633 Broadway**
City/State/Zip▼ **New York, NY 10019**

DEPOSIT ACCOUNT
Account number **DA061395**
Name of account **Hachette Filipacchi Media U.S., Inc.**

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

---

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6–648–083

**EFFECTIVE DATE OF REGISTRATION**
AUG 07 2008

APPLICATION RECEIVED
AUG 07 2008
ONE DEPOSIT RECEIVED
AUG 07 2008
EXAMINED BY                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼** Home

**ISSN▼** 0278-2839

| | Volume▼ | Number▼ | Issue date on copies▼ | | Month, day, and year of publication ▼ |
|---|---|---|---|---|---|
| 1. | 54 | 5 | | JUNE 2008 | 5/20/2008 |
| 2. | | | | JULY/AUG 2008 | 6/24/2008 |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Hachette Filipacchi Media U.S., Inc.
**1633 Broadway**
**New York, NY 10019**

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Norma Newman*        Typed or printed name **Norma Newman**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name **Norma Newman**        Daytime telephone **(212) 767-6919**
Address (if other than given below)

Fax **(212) 767-5631**        Email **nnewman@hfmus.com**

Certificate will be mailed in window envelope to this address:

Name▼ **Hachette Filipacchi Media U.S., Inc.**
**Attn: Norma Newman**
Number/Street/Apt ▼ **1633 Broadway**
City/State/Zip▼ **New York, NY 10019**

**DEPOSIT ACCOUNT**
Account number — **DA061395**
Name of account — **Hachette Filipacchi Media U.S., Inc.**

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group    Rev: 07/2008    Print: 07/2008—xx,000    Printed on recycled paper        U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REI    **TX 6-648-087**

EFFECTIVE DATE OF REGISTRATION

**AUG 07 2008**

APPLICATION RECEIVED
**AUG 07 2008**

ONE DEPOSIT RECEIVED
**AUG 07 2008**

EXAMINED BY          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

**TITLE ▼**

**Metropolitan Home**          ISSN ▼  **0273-2858**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 40 | 5 | JUNE 2008 | 5/13/2008 |
| 2. | 40 | 6 | JULY/AUG 2008 | 6/17/2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Hachette Filipacchi Media U.S., Inc.
**1633 Broadway**
**New York, NY 10019**

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Norma Newman*          Typed or printed name  **Norma Newman**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  **Norma Newman**          Daytime telephone  **(212) 767-6919**
Address (if other than given below)

Fax  **(212) 767-5631**          Email  **nnewman@hfmus.com**

| Certificate will be mailed in window envelope to this address: | Name ▼ **Hachette Filipacchi Media U.S., Inc.** Attn: Norma Newman |
| | Number/Street/Apt ▼ **1633 Broadway** |
| | City/State/Zip ▼ **New York, NY 10019** |

**DEPOSIT ACCOUNT**
Account number  **DA061395**
Name of account  **Hachette Filipacchi Media U.S., Inc.**

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT

TX 6-648-086

EFFECTIVE DATE OF REGISTRATION
AUG 07 2008

APPLICATION RECEIVED
AUG 07 2008

ONE DEPOSIT RECEIVED
AUG 07 2008

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1 List in order of publication

No previous registration under identical title ☐

TITLE ▼ **Popular Photography**          ISSN ▼ **0032-4582**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | | Month, day, and year of publication ▼ |
|---|---|---|---|---|---|
| 1. | 72 | 7 | | JULY 2008 | 06/17/2008 |
| 2. | 72 | 8 | | AUG 2008 | 07/15/2008 |
| 3. | 72 | 6 | | JUNE 2008 | 05/13/2008 |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Norma Newman*          Typed or printed name  **Norma Newman**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name
Address (if other than given below)  Norma Newman          Daytime telephone  **(212) 767-6919**

Fax  **(212) 767-5631**          Email  **nnewman@hfmus.com**

| Certificate will be mailed in window envelope to this address: | Name ▼  Hachette Filipacchi Media U.S., Inc.  Attn: Norma Newman  Number/Street/Apt ▼  1633 Broadway  City/State/Zip ▼  New York, NY 10019 | DEPOSIT ACCOUNT  Account number  **DA061395**  Name of account  **Hachette Filipacchi Media U.S., Inc.**  MAIL TO:  Library of Congress  Copyright Office  101 Independence Avenue SE  Washington, DC 20559-6000 |
|---|---|---|

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REG. **TX 6-648-082**

EFFECTIVE DATE OF REGISTRATION

**AUG 07 2008**

APPLICATION RECEIVED
**AUG 07 2008**
ONE DEPOSIT RECEIVED
**AUG 07 2008**

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

| TITLE ▼ | | | ISSN ▼ |
|---|---|---|---|
| **Road & Track** | | | **0035-7189** |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 59 | 10 | JUNE 2008 | 05/02/2008 |
| 2. | 59 | 11 | JULY 2008 | 06/03/2008 |
| 3. | 59 | 12 | AUG 2008 | 07/01/2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Norma Newman*          Typed or printed name **Norma Newman**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   **Norma Newman**          Daytime telephone   **(212) 767-6919**
Address (if other than given below)

Fax   **(212) 767-5631**          Email   **nnewman@hfmus.com**

| Certificate will be mailed in window envelope to this address: | Name ▼ | Hachette Filipacchi Media U.S., Inc.<br>Attn: Norma Newman |
|---|---|---|
| | Number/Street/Apt ▼ | 1633 Broadway |
| | City/State/Zip ▼ | New York, NY 10019 |

DEPOSIT ACCOUNT
Account number   **DA061395**
Name of account   **Hachette Filipacchi Media U.S., Inc.**

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-084

EFFECTIVE DATE OF REGISTRATION
**AUG 07 2008**

APPLICATION RECEIVED
AUG 07 2008
ONE DEPOSIT RECEIVED
AUG 07 2008
EXAMINED BY              CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1** List in order of publication

**No previous registration under identical title** ☐

TITLE ▼ **Sound & Vision**      ISSN▼ **1537-5838**

| | Volume▼ 73 | Number▼ 5 | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 73 | 6 | JUNE 2008 | 5/20/2008 |
| 2. | | | JULY/AUG 2008 | 7/01/2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼
Hachette Filipacchi Media U.S., Inc.
1633 Broadway
New York, NY 10019

FOR NON-U.S. WORKS: Author's citizenship ▼      Domicile ▼      Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature (X) *Norma Newman*      Typed or printed name **Norma Newman**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name **Norma Newman**      Daytime telephone **(212) 767-6919**
Address (if other than given below)
Fax **(212) 767-5631**      Email nnewman@hfmus.com

Certificate will be mailed in window envelope to this address:
Name▼ **Hachette Filipacchi Media U.S., Inc.**
Attn: Norma Newman
Number/Street/Apt ▼ **1633 Broadway**
City/State/Zip▼ **New York, NY 10019**

DEPOSIT ACCOUNT
Account number **DA061395**
Name of account **Hachette Filipacchi Media U.S., Inc.**
MAIL TO: Library of Congress, Copyright Office, 101 Independence Avenue SE, Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Form SE/Group   Rev: 07/2008   Print: 07/2008—xx,000   Printed on recycled paper      U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx