UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

       Plaintiffs,

   - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

       Defendants.

------------------------------------------------------------ x

08 Civ. 7392 (WHP)

ECF CASE

## DECLARATION OF KAI FALKENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

   I, KAI FALKENBERG, pursuant to 28 U.S.C. § 1746, declare as follows:

   1.  I am the Editorial Counsel of Forbes LLC ("Company" or "Forbes"), one of the plaintiffs in the within infringement action. I am fully familiar with the facts stated herein. I submit this declaration in support of plaintiffs' motion for a temporary restraining order and preliminary injunction enjoining and restraining defendants Darren Andrew Budd ("Budd"), Salveo Limited ("Salveo"), Cybernet Communications, Inc. ("Cybernet"),

Switchworks Technologies, Inc. ("Switchworks"), Hamidulla Ghumal Abbas ("Abbas"), Yoav Schwartz ("Schwartz"), Rick Ross ("Ross") and John Does 1-20 (collectively, "defendants") from infringing plaintiffs' copyrights, trademarks and trade dress.

2.  Forbes is a Delaware corporation with its principal place of business at 60 Fifth Avenue, New York, New York, 10011.

3.  Forbes owns and publishes several well-known magazines including Forbes magazine. Forbes magazine is distributed throughout the United States (including in New York), Canada and in other countries around the world.

4.  Forbes' practice with regard to obtaining copyright on these magazines generally is to apply for copyright registration on a quarterly basis for all of our magazines.

5.  The purpose of this declaration is to set forth factual information and exhibits relevant to this injunction motion.

## Mygazines.com Is Infringing Forbes' Copyrights and Trademarks

6.  I first became aware of the Mygazines.com website on or about July 24, 2008, at which time the website appeared to be fully populated with uniform, high-quality magazines. Without Forbes' knowledge, consent or authorization, Mygazines.com was displaying full text reproductions of numerous magazines owned and published by Forbes.

7. Specifically, the full text of the following magazines owned and published by Forbes are being displayed by defendants on the Mygazines.com website without our consent:

(a) Forbes, November 12, 2007 Issue. Forbes has applied to the Copyright Office for registration of the November 12, 2007 issue in May 2008 (attached as Exhibit A) and expects for the application to be approved by the Copyright Office shortly.

(b) Forbes, May 5, 2008 Issue. Forbes has applied to the Copyright Office for registration of the May 5, 2008 issue in May 2008 (attached as Exhibit B) and expects for the application to be approved by the Copyright Office shortly.

(c) Forbes, May 19, 2008 Issue. Forbes has applied to the Copyright Office for registration of the May 19, 2008 issue in May 2008 (attached as Exhibit B) and expects for the application to be approved by the Copyright Office shortly.

(d) Forbes, June 2, 2008 Issue. Forbes has applied to the Copyright Office for registration of the June 2, 2008 issue in May 2008 (attached as Exhibit B) and expects for the application to be approved by the Copyright Office shortly.

(e) Forbes, June 16, 2008 Issue. Forbes has applied to the Copyright Office for registration of the June 16, 2008 issue in May 2008 (attached as Exhibit B) and expects for the application to be approved by the Copyright Office shortly.

(f) Forbes, June 30, 2008 Issue. Forbes has applied to the Copyright Office for registration of the June 30, 2008 issue in May 2008 (attached as Exhibit B) and expects for the application to be approved by the Copyright Office shortly.

(g) Forbes, July 21, 2008 Issue. Forbes has not yet applied for registration of its copyright in the July 21, 2008 issue because it was published very recently, but intends to do so.

(h) Forbes, August 11, 2008 Issue. Forbes has not yet applied for registration of its copyright in the August 11, 2008 issue because it was published very recently, but intends to do so.

8. Forbes also owns trademark rights in the titles of its magazines. Specifically, Forbes holds the following trademark registrations for its magazines:

(a) Forbes is registration 1,919,483 in International Classes 9 and 35 for online publication;

(b) Forbes is registration 1,141,299 in International Class 16 for print publication.

9. Forbes is the owner of common law trademark rights in its magazine titles as well, based on its use of its marks in commerce over the period of many years, its current circulation of over 900,000 and the wide recognition of those marks by consumers as an indicator of the source of Forbes' products. The marks are thus famous.

10. In addition, Forbes has rights to the trade dress of its magazines. Each magazine has a distinctive cover with a stylized logo that functions as a source indicator to consumers, and is non-functional. Mygazines.com displays the cover of Forbes magazine trade dress in those covers.

11. Forbes has not authorized or licensed defendants to post any content from its magazines on the Mygazines.com website

12. Indeed, Forbes operates a web site, Forbes.com, which includes content for each of its titles, and offers some of the content available in the print editions of its magazines through those sites. Forbes earns revenue from its website by, among other things, offering advertising space to advertisers in conjunction with Forbes' content. By offering the same content to consumers on its site, for free, Mygazines.com directly competes with Forbes' website.

**Defendants' Conduct is Causing Forbes Irreparable Harm**

13. This application is brought on by way of Order to Show Cause because expedited relief is necessary due to the irreparable harm Forbes is suffering and will suffer from defendants' continued infringement of Forbes' copyrights, trademarks and trade dress.

14. Defendants' conduct amounts to the wholesale theft of the content and appearance of Forbes' magazines. Hundreds of people contribute to the creative effort that results in each issue of Forbes. Defendants' conduct belittles that effort and should be immediately stopped.

**WHEREFORE**, for the foregoing reasons, together with those set forth in the accompanying summons and complaint, declaration of other plaintiffs, and memorandum of law, your deponent respectfully prays for a temporary restraining order and preliminary injunction enjoining and restraining defendants from distributing or displaying Forbes' magazines, and from inducing and encouraging its users to upload our content.

Dated: August 19, 2008

_____
Kai Falkenberg

Exhibit A
To
Declaration of Kai Falkenberg

Case 1:08-cv-07392-WHP    Document 25    Filed 08/27/2008    Page 7 of 10

Ⓒ **Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY          CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

**1** List in order of publication

No previous registration under identical title ☐

| | TITLE ▼ | | | ISSN ▼ |
|---|---|---|---|---|
| | Forbes | | | 0015-6914 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 180 | 6 | October 1, 2007 | August 27, 2007 |
| 2. | 180 | 7 | October 8, 2007 | September 3, 2007 |
| 3. | 180 | 8 | October 15, 2007 | September 10, 2007 |
| 4. | 180 | 9 | October 29, 2007 | September 24, 2007 |
| 5. | 180 | 10 | November 12, 2007 | October 8, 2007 |
| 6. | 180 | 11 | November 26, 2007 | October 22, 2007 |
| 7. | 180 | 12 | December 10, 2007 | November 5, 2007 |
| 8. | 180 | 13 | December 24, 2007 | November 19, 2007 |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Forbes LLC, 60 Fifth Avenue, New York, NY 10011

| FOR NON-U.S. WORKS: Author's citizenship ▼ | Domicile ▼ | Nation of publication ▼ |
|---|---|---|
| USA | USA | USA |

**CERTIFICATION\***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _[signature]_     Typed or printed name MariaRosa Cartolano, Asst. General Counsel

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Carol Katz                              Daytime telephone  212 620-2404
Address (if other than given below)
Fax  (212) 620-1890                           Email  ckatz@forbes.com

Certificate will be mailed in window envelope to this address:

Name ▼
MariaRosa Cartolano, Assistant General Counsel, Forbes LLC
Number/Street/Apt ▼
60 Fifth Avenue
City/State/Zip ▼
New York, NY 10011

DEPOSIT ACCOUNT
Account number  93171
Name of account  Forbes Media LLC

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev. 07/2006   Print: 07/2006 — xx,000   Printed on recycled paper                    U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

Exhibit B
To
Declaration of Kai Falkenberg

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY          CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

# 1

List in order of publication

No previous registration under identical title ☐

| | Volume | Number | Issue date on copies | Month, day, and year of publication |
|---|---|---|---|---|
| TITLE ▼ Forbes | | | | ISSN ▼ 0015-6914 |
| 1. | 181 | 7 | April 7, 2008 | March 3, 2008 |
| 2. | 181 | 8 | April 21, 2008 | March 17, 2008 |
| 3. | 181 | 9 | May 5, 2008 | March 31, 2008 |
| 4. | 181 | 10 | May 19, 2008 | April 14, 2008 |
| 5. | 181 | 11 | June 2, 2008 | April 28, 2008 |
| 6. | 181 | 12 | June 16, 2008 | May 12, 2008 |
| 7. | 181 | 13 | June 30, 2008 | May 26, 2008 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Forbes LLC, 60 Fifth Avenue, New York, NY 10011
USA                                   USA                    USA

FOR NON-U.S. WORKS: Author's citizenship ▼   Domicile ▼   Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____[signature]_____   Typed or printed name  MariaRosa Cartolano, Asst. General Counsel

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Carol Katz                                        Daytime telephone  (212) 620-2404
Address (if other than given below)

Fax  (212) 620-1890                    Email  ckatz@forbes.com

Certificate will be mailed in window envelope to this address:

Name ▼
MariaRosa Cartolano, Assistant General Counsel, Forbes LLC

Number/Street/Apt ▼
60 Fifth Avenue

City/State/Zip ▼
New York, NY 10011

DEPOSIT ACCOUNT
Account number  93171
Name of account  Forbes Media LLC

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev: 07/2006   Print: 07/2006—xx,000   Printed on recycled paper                U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx