UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
BONNIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

                Plaintiffs,

        - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

              Defendants.

------------------------------------------------------------- x

08 Civ. 7392 (WHP)

ECF CASE

## DECLARATION OF SHIRIN MALKANI IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, SHIRIN MALKANI, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the General Counsel of Ziff Davis Publishing Holdings Inc. ("Ziff Davis"), one of the plaintiffs in the within infringement action. I am fully familiar with the facts stated herein. I submit this declaration in support of plaintiffs' motion for a temporary restraining order and preliminary injunction enjoining and restraining defendants Darren Andrew Budd ("Budd"), Salveo Limited ("Salveo"), Cybernet Communications, Inc. ("Cybernet"), Switchworks Technologies, Inc. ("Switchworks"), Hamidulla Ghumal Abbas ("Abbas"), Yoav

Schwartz ("Schwartz"), Rick Ross ("Ross") and John Does 1-20 (collectively, "defendants") from infringing plaintiffs' copyrights, trademarks and trade dress.

       2.      Ziff Davis is a Delaware corporation with its principal place of business at 28 East 28th Street, New York, NY 10016.

       3.      Ziff Davis owns and publishes several well known magazines, including: *PC Magazine* and *Electronic Gaming Monthly*. *PC Magazine* and *Electronic Gaming Monthly* are distributed throughout the United States (including in New York) as well as in Canada, Australia, France, Germany and over 150 other countries. Ziff Davis also licenses foreign editions of *PC Magazine* and *Electronic Gaming Monthly* for publication and distribution in over 25 countries, including Brazil, China, Mexico, Russia, Spain, Thailand and Turkey.

       4.      Ziff Davis' practice with regard to registering copyrights on these magazines generally is to file applications with the United States Copyright Office when Ziff Davis becomes aware of potential litigation related to such magazines.

       5.      The purpose of this declaration is to set forth factual information and exhibits relevant to this injunction motion.

**Mygazines.com Is Infringing Ziff Davis' Copyrights and Trademarks**

       6.      I first became aware of the Mygazines.com website on or about July 23, 2008, at which time the website appeared to be fully populated with uniform, high-quality magazines. Without Ziff Davis' knowledge, consent or authorization, Mygazines.com was displaying full text reproductions of numerous magazines owned and published by Ziff Davis.

7.    Specifically, the full text of the following magazines owned and published by Ziff Davis are being displayed by defendants on the Mygazines.com website without our consent:

(a)    *PC Magazine*, issue February 2008.  Ziff Davis has applied to the Copyright Office for registration of *Electronic Gaming Monthly*, issue February 2008, on August 13, 2008 and expects for the application to be approved by the Copyright Office soon.  A copy of the application for registration is annexed hereto as part of Exhibit A.

(b)    *PC Magazine*, issue July 2008.  Ziff Davis has applied to the Copyright Office for expedited group registration of *PC Magazine*, issues July, August and September 2008, on August 13, 2008 and expects for the application to be approved by the Copyright Office within the next few days.  A copy of the application for expedited registration is annexed hereto as part of Exhibit A.

(c)    *PC Magazine*, issue August 2008.  Ziff Davis has applied to the Copyright Office for expedited group registration of *PC Magazine*, issues July, August and September 2008, on August 13, 2008 and expects for the application to be approved by the Copyright Office within the next few days.  A copy of the application for expedited registration is annexed hereto as part of Exhibit A.

(d)    *PC Magazine*, issue September 2008. Ziff Davis has applied to the Copyright Office for expedited group registration of *PC Magazine*, issues July, August and September 2008, on August 13, 2008 and expects for the application to be approved by the Copyright Office within the next few days.  A copy of the application for expedited registration is annexed hereto as part of Exhibit A.

(e)     *Electronic Gaming Monthly*, issue June 2008.  Ziff Davis has applied to the Copyright Office for registration of *Electronic Gaming Monthly*, issue June 2008, on August 13, 2008 and expects for the application to be approved by the Copyright Office soon. A copy of the application for registration is annexed hereto as part of Exhibit A.

(f)     *Electronic Gaming Monthly*, issue July 2008.  Ziff Davis has applied to the Copyright Office for expedited group registration of *Electronic Gaming Monthly*, issues July, August and September 2008, on August 13, 2008 and expects for the application to be approved by the Copyright Office within the next few days.  A copy of the application for expedited registration is annexed hereto as part of Exhibit A.

(g)     *Electronic Gaming Monthly*, issue August 2008.  Ziff Davis has applied to the Copyright Office for expedited group registration of *Electronic Gaming Monthly*, issues July, August and September 2008, on August 13, 2008 and expects for the application to be approved by the Copyright Office within the next few days.  A copy of the application for expedited registration is annexed hereto as part of Exhibit A.

(h)     *Electronic Gaming Monthly*, issue September 2008. Ziff Davis has applied to the Copyright Office for expedited group registration of *Electronic Gaming Monthly*, issues July, August and September 2008, on August 13, 2008 and expects for the application to be approved by the Copyright Office within the next few days.  A copy of the application for expedited registration is annexed hereto as part of Exhibit A.

8.     Ziff Davis also owns trademark rights in the titles of its magazines. Specifically, Ziff Davis holds the following trademark registrations for its magazines:

(a)     *PC MAGAZINE* is registrations 2590967, 1515365 and 1894061, all in International Class 16 for print publications; and

(b)    *ELECTRONIC GAMING MONTHLY* is registration 2406497 in International Classes 41 and 42 for interactive entertainment, computer services, on-line articles and registration 2597416 in International Class 16 for print publications.

9.    Ziff Davis has made extensive use of the trademark *PC Magazine* in connection with technology-related print and online magazines since 1987.   As a leading technology publication in the world for more than 20 years, *PC Magazine* brand has extended to include awards such as the *PC Magazine Editors' Choice Award*, the *PC Magazine Readers' Choice Awards* and *The PC Magazine Awards for Technical Excellence*, all of which continue the Ziff Davis legacy of recognizing the products, services, and industry leaders that have advanced the computing industry.   Ziff Davis's *Electronic Gaming Monthly* trademark has been in use in connection with video game-related print and online magazines since 1995.   The *Electronic Gaming Monthly* name is one of the most well-known in the industry.   Along with the other segments that comprise the Ziff Davis 1UP Network, *Electronic Gaming Monthly* reaches 22 million gamers worldwide.

10.    Ziff Davis is the owner of common law trademark rights in its magazine titles as well, based on its use of its marks in commerce over the period of many years, and the wide recognition of those marks by consumers as an indicator of the source of Ziff Davis's products.

11.    In addition, Ziff Davis has rights to the trade dress of its magazines.   Each magazine has a distinctive cover with a stylized logo that functions as a source indicator to consumers, and is non-functional.   Mygazines.com displays the cover of *PC Magazine*, and *Electronic Gaming Monthly* on the website, infringing Ziff Davis's trade dress in those covers.

12.     Ziff Davis has not authorized or licensed defendants to post any content from its magazines on the Mygazines.com website.

13.     Indeed, Ziff Davis operates a web site for each of its titles, and offers some of the content available in the print editions of its magazines through those sites. Ziff Davis earns revenue from its websites by, among other things, offering advertising space to advertisers in conjunction with Ziff Davis's content. By offering the same content to consumers on its site, for free, Mygazines.com directly competes with Ziff Davis's websites.

14.     Ziff Davis also offers digital editions of its magazines for sale through online partners such as Zinio.com. At Zinio.com, consumers may view, for a fee, digital editions of Ziff Davis' magazines, in much the same format as is offered by Mygazines.com. For this reason, Mygazines.com also competes directly with Ziff Davis' digital publications offered through its online partners.

**Ziff Davis Gave Defendants Notice of Their Infringing Activity**

15.     On July 25, 2008, Ziff Davis' Director of Intellectual Property, wrote to defendant Salveo, the registered owner of Mygazines.com, at the email address listed on the defendant's website and at the email addresses listed on its domain registration, demanding that it cease and desist from providing Ziff Davis' works to the public, in any form. On July 31, 2008, Ziff Davis' Director of Intellectual Property sent a third email to an address listed on a press release issued by the defendants, again demanding that that the site cease and desist from providing Ziff Davis' works to the public. Finally, on August 7, 2008, Ziff Davis' Director of Intellectual Property sent a written letter to defendant, Salveo, at the physical address listed on its domain registration, again demanding that it cease and desist from providing Ziff Davis' works to the public. Ziff Davis did not receive any response to its emails or letter.

**Defendants' Conduct is Causing Ziff Davis Irreparable Harm**

16.    This application is brought on by way of Order To Show Cause because expedited relief is necessary due to the irreparable harm Ziff Davis is suffering and will suffer from defendants' continued infringement of Ziff Davis' copyrights, trademarks and trade dress.

17.    The defendants are engaging in the wholesale theft of content that Ziff Davis has expended considerable energy and expense to produce.  Ziff Davis's magazines are the product of the hard work of scores of professionals, including those with specialized knowledge evaluating products in the company's industry leading testing labs.  By offering that content for free, in direct competition with Ziff Davis' current newsstand and subscription sales and its own magazine websites and its sales through online partners, defendants divert revenue from Ziff Davis' own legitimate and authorized sales.  That impact on revenue is unquantifiable as Ziff Davis has no way of knowing how many potential purchasers of Ziff Davis magazines have declined or will decline to purchase authorized copies because such potential purchasers can simply read the magazines online for free.  Ziff Davis also has no way of knowing how many advertisers who currently advertise in Ziff Davis' magazines might otherwise be inclined to advertise on Ziff Davis' websites but, seeing their advertisements distributed for free on the mygazines.com website, will decline to do so.  Defendants' conduct undermines the entire publishing industry and is particularly galling in that the defendants use Ziff Davis's trademarks and magazine images to advertise its website, and then offer our products online in a way that replicates the experience of reading our magazines.

**WHEREFORE**, for the foregoing reasons, together with those set forth in the accompanying summons and complaint, declaration of other plaintiffs, and memorandum of law, your deponent respectfully prays for a temporary restraining order and preliminary injunction enjoining and restraining defendants from distributing or displaying Company's magazines, and from inducing and encouraging its users to upload our content.

Dated:  August 19, 2008

Shirin Malkani

Exhibit A
To
Declaration of Shirin Malkani



# Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

No.    1-1FHNWM

Date:   8/14/2008 2:19:09 PM

## Received

| | |
|---|---|
| Form(s): | SE/GROUP |
| Deposit Count: | 6 |
| Piece Count: | 6 |
| Type of Deposit: | MAGAZINES |
| Other Enclosures: | COVER LETTER |
| Title: | ELECTRONIC GAMING MONTHLY & 1 OTHER |
| # of Additional Titles: | 1 |
| **Priority:** | Special Handling |
| **Received By:** | CKNI |
| # Of Documents: | |

☐ Search Report
☐ Search
☐ Retrieval
☐ Correspondence
☐ Inspection
☐ Photocopies
☐ Additional Certificate
☐ Certification
☐ Secure Test Exam
Other:

**Received From:**  ZIFF DAVIS MEDIA / TARA GARFINKLE          Phone:   (212) 503-3554
28 EAST 28TH STREET

NEW YORK, NY 10016-7930

**Representing:**   ZIFF DAVIS PUBLISHING HOLDINGS INC          Phone:

Corresponding Id:

## Fees

| | |
|---|---|
| No Fee: | ☐ |
| Fee to be Determined: | ☐ |
| Base Fee: | $150.00 |
| Special Handling Fee: | $1,370.00 |
| Secure Test Exam Fee: | $ |
| **Total Due:** | **$1,520.00** |

## Method of Payment

Check:
Money Order:
Deposit Account: 90786
Deposit Account Name:

## Amount

CHECK NO. 26519 FOR $2,500.00

ZIFF DAVIS PUBLISHING
HOLDINGS INC

| | |
|---|---|
| **Total Payment:** | **$1,520.00** |

## Special Handling

Delivery Method:    Hold for Pick-Up          Contact:     TARA GARFINKLE
Organization:   212-503-3554

## Notes

NOTE: DEPOSIT 2,500.00 CHECK IN REMITTER'S DEPOSIT ACCOUNT BEFORE CHARGING FOR THIS
SUBMISSION.

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been
made in the case, or that the material is acceptable for registration.



STAMP & RETURN

**TARA GARFINKLE**
IP MANAGER



RECEIVED
AUG 1 4 2008
COPYRIGHT OFFICE
PUBLIC OFFICE

August 13, 2008

**By Hand Delivery**
**Library of Congress**
**Copyright Office**
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Re:     **Group Copyright Application for ELECTRONIC GAMING**
**MONTHLY – and PC Magazine - For Expedited delivery**

Dear Sir or Madam:

Enclosed is one Form SE/Group application for the copyright registration of the July 2008, August 2008 and September 2008 issues of ELECTRONIC GAMING MONTHLY and the July 2008, August 2008 and September 2008 issues of PC Magazine, as well as a copy of each issue for deposit.  Please charge the fees to **Deposit Account DA90785** in the name of Carolyn Schurr Levin.

Applicant would please have these applications expedited in order to meet a time deadline for litigation purposes.

Please call me at 212 503-3554 if there are any problems or questions in connection with this request. Thank you for your assistance.

Sincerely,

Tara Garfinkle
Director of Intellectual Property
Ziff Davis Publishing Holdings Inc.

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**

**List in order of publication**

**No previous registration under identical title** ☐

TITLE ▼     ISSN ▼

PC MAGAZINE     0888-8507

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 8 | July 2008 | May 6, 2008 |
| 2. | 27 | 9 | August 2008 | June 3, 2008 |
| 3. | 27 | 10 | September 2008 | July 8, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Ziff Davis Publishing Holdings Inc.
28 East 28th Street, New York, NY 10016

FOR NON-U.S. WORKS:  Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name  **Tara Garfinkle**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Tara Garfinkle          Daytime telephone  (212) 503-3554

Address (if other than given below) _____

Fax  (212) 503-3560          Email  tara_garfinkle@ziffdavis.com

**Certificate will be mailed in window envelope to this address:**

Name ▼
Ziff Davis Media Inc., Attn: Tara Garfinkle
Number/Street/Apt ▼
28 East 28th Street, 11th Floor Legal Dept.
City/State/Zip ▼
New York, NY 10016

DEPOSIT ACCOUNT
Account number  DA90786
Name of account
Carolyn Schurr Levin

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1 List in order of publication

No previous registration under identical title

TITLE ▼  ELECTRONIC GAMING MONTHLY          ISSN ▼  1058-918X

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | | 230 | July 2008 | April 22, 2008 |
| 2. | | 231 | August 2008 | May 20, 2008 |
| 3. | | 232 | September 2008 | June 24, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Ziff Davis Publishing Holdings Inc.
28 East 28th Street, New York, NY 10016

FOR NON-U.S. WORKS:  Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____          Typed or printed name  Tara Garfinkle

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Tara Garfinkle          Daytime telephone  (212) 503-3554
Address (if other than given below) _____
Fax  (212) 503-3560          Email  tara_garfinkle@ziffdavis.com

Certificate will be mailed in window envelope to this address:

Name ▼  Ziff Davis Media Inc., Attn: Tara Garfinkle
Number/Street/Apt ▼  28 East 28th Street, 11th Floor Legal Dept.
City/State/Zip ▼  New York, NY 10016

**DEPOSIT ACCOUNT**
Account number  DA90786
Name of account  Carolyn Schurr Levin

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-5000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group  Rev. 07/2006  Print: 07/2006 —xx,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

---

## APPLICATION FOR COPYRIGHT REGISTRATION

---

\* Designates Required Fields

# 1 WORK BEING REGISTERED

**1a.** \* Type of work being registered (*Fill in one only*)

☐ Literary work      ☐ Performing arts work

☐ Visual arts work      ☐ Motion picture/audiovisual work

☐ Sound recording      ☒ Single serial issue

**1b.** \* Title of this work (*one title per space*)

ELECTRONIC GAMING MONTHLY

**1c.** For a serial issue: Volume [ ]   Number [229]   Issue [June 2008]   ISSN [1058-918X]

**1d.** Previous or alternative title

**1e.** \* Year of completion [2] [0] [0] [8]

**Publication** (*If this work has not been published, skip to Section 2*)

**1f.** Date of publication [05/06/2008] (*mm/dd/yyyy*)   **1g.** ISBN

**1h.** Nation of publication   ☒ United States   ☐ Other

**1i.** Published as a contribution in a larger work entitled

**1j.** If line 1i above names a serial issue   Volume [ ]   Number [ ]   Issue [ ]

**1k.** If work was preregistered   Number PRE- [ ][ ][ ][ ][ ][ ][ ][ ]

**For Office Use Only**

---

**Privacy Act Notice**
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

## 2 AUTHOR INFORMATION

**2a.** Personal name    `complete either 2a or 2b`

First Name                                 Middle                          Last

**2b.** Organization name    Ziff Davis Publishing Holdings Inc.

**2c.** Doing business as

**2d.** Year of birth          **2e.** Year of death

**2f.** *    ☐ Citizenship    ☐ United States    ☐ Other
           ☒ Domicile       ☒ United States    ☐ Other

**2g.** Author's contribution:    ☒ Made for hire    ☐ Anonymous
                                  ☐ Pseudonymous

### Continuation of Author Information

**2h.** * This author created (*Fill in only the authorship that applies to this author*)

☐ Text              ☒ Compilation           ☐ Map/technical drawing    ☐ Music
☐ Poetry            ☐ Sculpture             ☐ Architectural work       ☐ Lyrics
☐ Computer program  ☐ Jewelry design        ☐ Photography              ☐ Motion picture/audiovisual
☐ Editing           ☐ 2-dimensional artwork ☐ Script/play/screenplay   ☐ Sound recording/performance

Other:

**For Office Use Only**

AuthorInformation

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

## 3 COPYRIGHT CLAIMANT INFORMATION

**First Claimant**   * complete either 3a or 3b

**3a.** Personal name

| First Name | Middle | Last |
|---|---|---|
|  |  |  |

**3b.** Organization name

Ziff Davis Publishing Holdings Inc.

3c. Doing business as



3d . Street address (line 1)

28 East 28th Street

Street address (line 2)

11th Floor, Legal Dept.

| City | State | ZIP / Postal code | Country |
|---|---|---|---|
| New York | NY | 10016 | United States |

| Email | Phone number |
|---|---|
| tara_garfinkle@ziffdavis.com | 212-503-3554 |

**3e.** If claimant is **not** an author, copyright ownership acquired by:  ☐ Written agreement  ☐ Will or inheritance  ☐ Other

---

**For Office Use Only**

CopyrightClaimantInformation

---

Privacy Act Notice
Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

 UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

## 4 LIMITATION OF COPYRIGHT CLAIM

Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)*

☐ Text    ☐ Artwork    ☐ Music    ☐ Sound recording/performance    ☐ Motion picture/audiovisual

Other: _____

**4b.** Previous registration(s)    Number _____    Year _____

Number _____    Year _____

**4c.** New material included in this claim *(This work contains new, additional, or revised material)*

☐ Text              ☐ Compilation          ☐ Map/technical drawing    ☐ Music
☐ Poetry            ☐ Sculpture            ☐ Architectural work       ☐ Lyrics
☐ Computer program  ☐ Jewelry design       ☐ Photography              ☐ Motion picture/audiovisual
☐ Editing           ☐ 2-dimensional artwork ☐ Script/play/screenplay  ☐ Sound recording/performance

Other: _____

| For Office Use Only | |||||||| LimitationOfCopyrightClaim |

## 5 RIGHTS AND PERMISSIONS CONTACT

☒ Check if Information below should be copied from the **first** copyright claimant

| First Name | Middle | Last |
|---|---|---|
| Tara | L | Garfinkle |

Name of organization
Ziff Davis Publishing Holdings Inc.

Street address
28 East 28th Street

Street address (line 2)
11th Floor, Legal Dept.

| City | State | ZIP / Postal code | Country |
|---|---|---|---|
| New York | NY | 10016 | United States |

Email
tara_garfinkle@ziffdavis.com

Phone Number
212-503-3554

**Privacy Act Notice**
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



UNITED STATES COPYRIGHT OFFICE
# Form CO - Application for Copyright Registration



| For Office Use Only | |
|---|---|

RightsAndPermissionsContact

## 6 CORRESPONDENCE CONTACT

☐ Copy from **first** copyright claimant     ☒ Copy from rights and permissions contact

| * First Name | Middle | * Last |
|---|---|---|
| Tara | L | Garfinkle |

Name of organization
Ziff Davis Publishing Holdings Inc.

* Street address
28 East 28th Street

Street address (line 2)
11th Floor, Legal Dept.

| * City | State | ZIP / Postal code | Country |
|---|---|---|---|
| New York | NY | 10016 | United States |

| * Email | * Daytime phone number |
|---|---|
| tara_garfinkle@ziffdavis.com | 212-503-3554 |

| For Office Use Only | |
|---|---|

CorrespondenceContact

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

---

## 7 MAIL CERTIFICATE TO:

☐ Copy from **first** copyright claimant     ☐ Copy from rights and permissions contact     ☒ Copy from correspondence contact

| * First Name | Middle | * Last |
|---|---|---|
| Tara | L | Garfinkle |

Name of organization

Ziff Davis Publishing Holdings Inc.

* Street address

28 East 28th Street

Street address (line 2)

11th Floor, Legal Dept.

| * City | State | ZIP / Postal code | Country |
|---|---|---|---|
| New York | NY | 10016 | United States |

For Office Use Only

MailCertificateTo

---

**Privacy Act Notice**
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

 **UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

---

## 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

**8a.** Handwritten signature

Tara L. Garfinkle

**8b.** Printed name

8/13/2008

**8c.** Date signed

| **8d.** Deposit account number | Account holder |
|---|---|
| DA90785 | Carolyn Schurr Levin |

**8e.** Applicant's internal tracking number (optional)

---

**For Office Use Only**



Certification

**What are these barcodes for?**

The Adobe® LiveCycle® Barcoded Forms bar-codes provide a facility to automate the extraction of data from paper forms and deliver it to core systems for processing. This dramatically reduces costs, **errors,** and time compared to manual data entry and solutions based on optical character recognition (OCR).

---

**Privacy Act Notice**
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

# THE No.1 VIDEOGAME MAGAZINE



# EGM™



HANDS-ON

## METAL GEAR SOLID 4

We beat it! What you need to know

## ELECTRONIC GAMING MONTHLY 1UP.COM

# 35 RETRO REVIVALS

**Forgotten franchises return for Round Two!**

Including the world-exclusive first look at the new **SPLATTERHOUSE!**

+ • Street Fighter IV •
• Sonic Unleashed •
• Alone in the Dark •
• Tecmo Bowl: Kickoff •
• Golden Axe: Beast Rider •
• Bionic Commando •
• and more! •

**HOLY CRAP!**

## DARK VOID

The hot new shooter from the Crimson Skies team

## SOUL CALIBUR IV

Hands-on with Yoda and Darth Vader

JUNE 2008

Display Until June 2
$5.99 United States

06>

0 74470 06960 7



UNITED STATES COPYRIGHT OFFICE

# Form CO · Application for Copyright Registration

## APPLICATION FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

# 1 WORK BEING REGISTERED

**1a. \* Type of work being registered** (*Fill in one only*)

☐ Literary work      ☐ Performing arts work

☐ Visual arts work      ☐ Motion picture/audiovisual work

☐ Sound recording      ☒ Single serial issue

**1b. \* Title of this work** (*one title per space*)

PC Magazine

ApplicationForCopyrightRegistration

WorkTitles

**1c. For a serial issue:** Volume `27`   Number `3`   Issue `February 2008`   ISSN `0888 8507`

**1d. Previous or alternative title**

**1e. \* Year of completion** `2` `0` `0` `8`

**Publication** (*If this work has not been published, skip to Section 2*)

**1f. Date of publication** `01/22/2008`   (*mm/dd/yyyy*)   **1g. ISBN**

**1h. Nation of publication** ☒ United States   ☐ Other

**1i. Published as a contribution in a larger work entitled**

**1j. If line 1i above names a serial issue** Volume ___ Number ___ Issue ___

**1k. If work was preregistered** Number PRE-

**For Office Use Only**

WorkBeingRegistered

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

 UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

## 2 AUTHOR INFORMATION

**2a.** Personal name  `* complete either 2a or 2b`

First Name | Middle | Last

**2b.** Organization name  Ziff Davis Publishing Holdings Inc.

**2c.** Doing business as

**2d.** Year of birth  |  |  |  |     **2e.** Year of death  |  |  |  |

**2f.** *  ☐ Citizenship  ☐ United States  ☐ Other
        ☒ Domicile  ☒ United States  ☐ Other

**2g.** Author's contribution:  ☒ Made for hire  ☐ Anonymous
        ☐ Pseudonymous

### Continuation of Author Information

**2h.** * This author created (*Fill in only the authorship that applies to this author*)

☐ Text              ☒ Compilation          ☐ Map/technical drawing    ☐ Music
☐ Poetry            ☐ Sculpture            ☐ Architectural work        ☐ Lyrics
☐ Computer program  ☐ Jewelry design       ☐ Photography               ☐ Motion picture/audiovisual
☐ Editing           ☐ 2-dimensional artwork ☐ Script/play/screenplay   ☐ Sound recording/performance

Other:

---

**For Office Use Only**

AuthorInformation

---

**Privacy Act Notice**
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

## 3 COPYRIGHT CLAIMANT INFORMATION

### First Claimant   *complete either 3a or 3b*

**3a.** Personal name

| First Name | Middle | Last |
| --- | --- | --- |
| | | |

**3b.** Organization name

Ziff Davis Publishing Holdings Inc.

3c. Doing business as

3d . Street address (line 1)

28 East 28th Street

Street address (line 2)

11th Floor, Legal Dept.

| City | State | ZIP / Postal code | Country |
| --- | --- | --- | --- |
| New York | NY | 10016 | United States |

| Email | Phone number |
| --- | --- |
| tara_garfinkle@ziffdavis.com | 212-503-3554 |

**3e.** If claimant is **not** an author, copyright ownership acquired by:   ☐ Written agreement   ☐ Will or inheritance   ☐ Other

---

**For Office Use Only**

CopyrightClaimantInformation

---

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.


UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

## 4 LIMITATION OF COPYRIGHT CLAIM
**Skip section 4 if this work is all new.**

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)*

☐ Text   ☐ Artwork   ☐ Music   ☐ Sound recording/performance   ☐ Motion picture/audiovisual

Other: _____

**4b.** Previous registration(s)   Number _____   Year ☐☐☐☐

Number _____   Year ☐☐☐☐

**4c.** New material included in this claim *(This work contains new, additional, or revised material)*

☐ Text                 ☐ Compilation          ☐ Map/technical drawing     ☐ Music
☐ Poetry               ☐ Sculpture            ☐ Architectural work        ☐ Lyrics
☐ Computer program     ☐ Jewelry design       ☐ Photography               ☐ Motion picture/audiovisual
☐ Editing              ☐ 2-dimensional artwork ☐ Script/play/screenplay   ☐ Sound recording/performance

Other: _____

| For Office Use Only | |
|---|---|
| | LimitationOfCopyrightClaim |

## 5 RIGHTS AND PERMISSIONS CONTACT

☒ Check if information below should be copied from the **first** copyright claimant

| First Name | Middle | Last |
|---|---|---|
| Tara | L | Garfinkle |

Name of organization
Ziff Davis Publishing Holdings Inc.

Street address
28 East 28th Street

Street address (line 2)
11th Floor, Legal Dept.

| City | State | ZIP / Postal code | Country |
|---|---|---|---|
| New York | NY | 10016 | United States |

| Email | Phone Number |
|---|---|
| tara_garfinkle@ziffdavis.com | 212-503-3554 |

**Privacy Act Notice**
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

 UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

| For Office Use Only |  |
|---|---|

RightsAndPermissionsContact

## 6 CORRESPONDENCE CONTACT

☐ Copy from **first** copyright claimant   ☒ Copy from rights and permissions contact

| * First Name | Middle | * Last |
|---|---|---|
| Tara | L | Garfinkle |

Name of organization
Ziff Davis Publishing Holdings Inc.

* Street address
28 East 28th Street

Street address (line 2)
11th Floor, Legal Dept.

| * City | State | ZIP / Postal code | Country |
|---|---|---|---|
| New York | NY | 10016 | United States |

| * Email | * Daytime phone number |
|---|---|
| tara_garfinkle@ziffdavis.com | 212-503-3554 |

For Office Use Only

CorrespondenceContact

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.


**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

---

## 7 MAIL CERTIFICATE TO:

☐ Copy from **first** copyright claimant    ☐ Copy from rights and permissions contact    ☒ Copy from correspondence contact

**\* First Name**
Tara

Middle
L

**\* Last**
Garfinkle

Name of organization
Ziff Davis Publishing Holdings Inc.

**\* Street address**
28 East 28th Street

Street address (line 2)
11th Floor, Legal Dept.

**\* City**
New York

State
NY

ZIP / Postal code
10016

Country
United States

**For Office Use Only**

MailCertificateTo

---

**Privacy Act Notice**
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

---

## 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

**8a.** Handwritten signature

Tara L. Garfinkle

**8b.** Printed name

8/13/2008

**8c.** Date signed

| **8d.** Deposit account number | Account holder |
|---|---|
| DA90785 | Carolyn Schurr Levin |

**8e.** Applicant's internal tracking number (optional)

---

**For Office Use Only**



Certification

**What are these barcodes for?**

The Adobe® LiveCycle® Barcoded Forms bar-codes provide a facility to automate the extraction of data from paper forms and deliver it to core systems for processing. This dramatically reduces costs, **errors,** and time compared to manual data entry and solutions based on optical character recognition (OCR).

---

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

# PC MAGAZINE
GET MORE FROM TECHNOLOGY

## SPECIAL SECURITY ISSUE

**Refurb Mania: Buy a Good PC for Less**

**How to Build the Ultimate USB Key**

**Solutions: Inside Virtual Desktops**



**OLPC: Testing a Good Idea**

# 72 ESSENTIAL SECURITY TIPS

## EVERYTHING YOU NEED TO KNOW TO PROTECT YOUR PC

**Get Ahead of Today's & Tomorrow's Threats**

**Block Spyware • Foil Phish**

**Lock Down Your Network**

**14 Security Suites Reviewed & Tested**
- **Norton • McAfee**
- **Trend Micro**
- **Panda & More**

FEBRUARY 2008
WWW.PCMAG.COM

U.S. $6.99 / UK £4.00

**Report: Riding Shotgun with Server-Room Spies**