UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

                Plaintiffs,

      - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                Defendants.

------------------------------------------------------------ x

08 Civ. 7392 (WHP)

ECF CASE

**DECLARATION OF SCOTT J. SPOONER IN SUPPORT OF PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

      I, SCOTT J. SPOONER, pursuant to 28 U.S.C. § 1746, declare as follows:

      1.    I am the Vice President, Corporate Counsel – Intellectual Property of Source Interlink Companies, Inc., the ultimate parent company of Source Interlink Magazines, LLC, one of the plaintiffs in the infringement action. I am fully familiar with the facts stated herein. I submit this declaration in support of plaintiffs' motion for a temporary restraining order and preliminary injunction enjoining and restraining defendants Darren Andrew Budd ("Budd"),

Salveo Limited ("Salveo"), Cybernet Communications, Inc. ("Cybernet"), Switchworks Technologies, Inc. ("Switchworks"), Hamidulla Ghumal Abbas ("Abbas"), Yoav Schwartz ("Schwartz"), Rick Ross ("Ross") and John Does 1-20 (collectively, "defendants") from infringing plaintiffs' copyrights, trademarks and trade dress.

2.  Source Interlink Magazines, LLC ("SIM") is a Delaware limited liability company with its principal place of business located at 27500 Riverview Center Boulevard, Bonita Springs, Florida 34134.

3.  SIM owns and publishes many well known magazines, including the following fourteen (14) magazines (collectively the "Magazines") that appear on the web site located at www.mygazines.com without the consent or authorization of SIM:

    (a)  Motor Trend

    (b)  Automobile

    (c)  Hot Rod

    (d)  Soap Opera Digest

    (e)  Soap Opera Weekly

    (f)  Petersen's 4 Wheel & Off Road

    (g)  Four Wheeler

    (h)  Readers' Rigs

    (i)  Motorcyclist

    (j)  Motorcyclist Retro

    (k)  ATV Rider

    (l)  Dirt Rider

    (m)  Car Craft

(n)     Power & Motoryacht

4.     SIM distributes the Magazines throughout the United States (including in New York) as well as in numerous countries and territories outside of the United States. SIM also owns and publishes the Magazines throughout Canada.

5.     The Magazines are published by six (6) different publishing groups within SIM. Each publishing group pursues its own copyright application strategy in accordance with policies set by the senior vice president in charge of the publishing group.

6.     The purpose of this declaration is to set forth factual information and exhibits relevant to this injunction motion.

**Mygazines.com Is Infringing SIM's Copyrights and Trademarks**

7.     I first became aware of the Mygazines.com website on or about July 23, 2008, at which time the website appeared to be fully populated with uniform, high-quality magazines. Without SIM's knowledge, consent or authorization, Mygazines.com was displaying full text reproductions of numerous magazines owned and published by SIM.

8.     Specifically, the full text of the following magazines owned and published by SIM are being displayed by defendants on the Mygazines.com website without our consent:

(a)     *Automobile Magazine*: June, July, August, and September of 2008. SIM obtained Copyright Registration No. TX 6-648-102 for the July, August, and September 2008 issues of *Automobile Magazine* on August 7, 2008. A copy of the certificate of registration is annexed hereto as part of Exhibit A. SIM will file an expedited copyright application for the June issue of *Automobile Magazine* by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for this issue shortly thereafter.

(b) *Motor Trend Magazine*: June, July, August, and September of 2008. SIM obtained Copyright Registration No. TX 6-648-101 for the July, August, and September 2008 issues of *Motor Trend Magazine* on August 7, 2008. A copy of the certificate of registration is annexed hereto as part of Exhibit A. SIM will file an expedited copyright application for the June issue of *Motor Trend Magazine* by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for this issue shortly thereafter.

(c) *Hot Rod Magazine*: August and September of 2008. SIM will file an expedited copyright application for these magazine issues by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for these issues shortly thereafter.

(d) *Soap Opera Digest* (weekly publication): August 12, 2008, August 5, 2008, July 29, 2008, July 22, 2008, July 15, 2008, July 8, 2008, July 1, 2008, June 24, 2008, June 17, 2008, June 10, 2008, May 27, 2008, May 20, 2008, May 13, 2008. SIM has filed a copyright application to obtain a registration for the following issues of *Soap Opera Digest*: May 13, 2008, May 20, 2008, May 27, 2008, June 10, 2008, June 17, 2008, June 24, 2008, and July 1, 2008. A copy of the copyright application is attached hereto as part of Exhibit B. SIM will file an expedited copyright application for the other *Soap Opera Digest* issues posted on the Mygazines.com web site by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for these issues shortly thereafter.

(e) *Soap Opera Weekly* (weekly publication): August 19, 2008, August 12, 2008, August 5, 2008, July 29, 2008, July 22, 2008, July 15, 2008, July 8, 2008, July 1, 2008, June 24, 2008, June 17, 2008, June 3, 2008, May 27, 2008, May 20, 2008, May 13, 2008. SIM will file an expedited copyright application for these magazine issues by August 19,

2008 and expects that the U.S. Copyright Office will issue a copyright registration for these issues shortly thereafter.

   (f) *Petersen's 4 Wheel & Off Road Magazine*: July, September, and October of 2008. SIM will file an expedited copyright application for these magazine issues by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for these issues shortly thereafter.

   (g) *Four Wheeler Magazine*: June, August, and September of 2008. SIM will file an expedited copyright application for these magazine issues by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for these issues shortly thereafter.

   (h) *Readers' Rigs Magazine*: Summer 2008. SIM will file an expedited copyright application for this magazine issue by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for this magazine issue shortly thereafter.

   (i) *Motorcyclist Magazine*: July and August of 2008. SIM will file an expedited copyright application for these magazine issues by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for these issues shortly thereafter.

   (j) *Motorcyclist Retro*: Spring 2008. SIM will file an expedited copyright application for this magazine issue by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for this issue shortly thereafter.

   (k) *ATV Rider Magazine*: July, August, and September of 2008. SIM will file an expedited copyright application for these magazine issues by August 19, 2008 and

expects that the U.S. Copyright Office will issue a copyright registration for these issues shortly thereafter.

(l)  *Dirt Rider*: July and August of 2008.  SIM will file an expedited copyright application for these magazine issues by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for these issues shortly thereafter.

(m)  *Car Craft Magazine*: September of 2008.  SIM will file an expedited copyright application for this magazine issue by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for this issue shortly thereafter.

(n)  *Power & Motoryacht Magazine*: July and August of 2008.  SIM will file an expedited copyright application for these magazine issues by August 19, 2008 and expects that the U.S. Copyright Office will issue a copyright registration for these issues shortly thereafter.

9.  SIM also owns trademark and service mark rights in the titles of the Magazines (collectively the "SIM Trademarks").  Specifically, SIM holds the following trademark and service mark registrations in connection with the SIM Trademarks:

(a)  *Motor Trend Magazine*.  SIM owns trademark and service mark registrations for the mark *Motor Trend* in association with print and on-line magazines.  The trademark and service mark registration numbers are set forth below:

i.  U.S. Registration Number 2367705 with a registration date of July 18, 2000 in Class 16 for "periodical magazines featuring cars and the automotive industry" and in Class 42 for "computer services, namely, providing on-line magazines and archived magazine articles in the field of cars and the automotive industry."

(b)  *Automobile Magazine.*  SIM owns trademark and service mark registrations for the mark *Automobile* in association with print and on-line magazines. The trademark and service mark registration numbers are set forth below:

i.  U.S. Registration Number 2604737 with a registration date of August 6, 2002 in Class 16 for "magazines devoted to the interests of automobile enthusiasts."

ii.  U.S. Registration Number 2331583 with a registration date of March 21, 2000 in Class 42 for "computer services, namely providing an on-line magazine via website on the global computer network, devoted to the interests of automobile enthusiasts."

(c)  *Hot Rod Magazine.*  SIM owns trademark and service mark registrations for the mark *Hot Rod* in association with print and on-line magazines. The trademark and service mark registration numbers are set forth below:

i.  U.S. Registration Number 2372437 with a registration date of August 1, 2000 in Class 16 for "magazines specifically featuring automobiles, automobile parts, automobile assembly, automobile racing and other matters dealing with automobiles."

ii.  U.S. Registration Number 3316211 with a registration date of October 23, 2007 in Class 41 for "computer services, namely, providing on-line magazines and archived magazine articles in the field of cars and the automotive industry."

(d)  *Soap Opera Digest.*  SIM owns U.S. Registration Number 1491072 for the mark *Soap Opera Digest* with a registration date of June 7, 1988 in Class 16 for magazines.

(e)  *Soap Opera Weekly.*  SIM owns U.S. Registration Number 2398877 for the mark *Soap Opera Weekly* with a registration date of October 31, 2000 in Class 16 for "magazine providing information about soap opera programs."

(f) *Petersen's 4 Wheel & Off Road.* SIM owns U.S. Registration Number 2558789 for the mark Petersen's 4 Wheel & Off Road with a registration date of April 9, 2002 in Class 16 for "magazines in the field of 4 wheel and off-road vehicles."

(g) *Four Wheeler.* SIM owns trademark and service mark registrations for the mark *Four Wheeler* in association with print and on-line magazines. The trademark and service mark registration numbers are set forth below:

i. U.S. Registration Number 1403984 with a registration date of August 5, 1986 in Class 16 for a "periodically published magazine."

ii. U.S. Registration Number 2171720 with a registration date of July 7, 1998 in Class 42 for "computer services, namely, providing a periodically published magazine through a global computer network concerning a wide range of information."

(h) *Motorcyclist.* SIM owns U.S. Registration Number 2501973 for the mark *Motorcyclist* with a registration date of October 30, 2001 in Class 16 for "magazines relating to motorcycles."

(i) *ATV Rider.* SIM owns U.S. Registration Number 2644827 for the mark *ATV Rider* with a registration date of October 29, 2002 in Class 16 for "magazines related to off road motor sports activities."

(j) *Dirt Rider Magazine.* SIM owns U.S. Registration Number 2688174 for the mark *Dirt Rider* with a registration date of February 18, 2003 in Class 16 for "magazines related to off road motor sports activities."

(k) *Power & Motoryacht Magazine.* SIM owns two trademark registrations for the mark Power & Motoryacht, which are set forth more specifically below.

      i.  U.S. Registration Numbers 1650102 with a registration date of July 9, 1991 in Class 16 for "magazines dealing with boating."

      ii.  U.S. Registration Number 2133647 (stylized) with a registration date of February 3, 1998 in Class 16 for "magazines dealing with boating."

  10.  Many of the SIM Trademarks constitute "famous" marks within the meaning of the Lanham Act. Many of the SIM Trademarks, such as *Motor Trend*, *Automobile*, and *Hot Rod*, constitute very strong and distinctive marks that are well known in the United States and beyond the United States as a result of SIM's prolonged, extensive, and widespread use of these famous marks. The unauthorized use of the SIM Trademarks by Mygazines.com likely will cause dilution by blurring and dilution by tarnishment to SIM's famous marks. Dilution by blurring likely will occur because Mygazines.com is using SIM's famous marks without authority in a manner that likely will reduce consumer association of these famous marks with SIM. Dilution by tarnishment likely will occur because Mygazines.com's use of SIM's famous marks will lead to an association that will harm the reputation of the famous marks. SIM in no way wishes to be associated with Mygazines.com, and the unauthorized use of SIM's famous marks likely creates the harmful implication that SIM is somehow associated with Mygazines.com, which in turn will damage the reputation of the famous marks.

  11.  SIM is the owner of common law trademark rights in its magazine titles as well, based on its use of its marks in commerce over the period of many years, and the widespread recognition of those marks by consumers as an indicator of the source of SIM's goods and services.

  12.  In addition, SIM has rights to the trade dress of the Magazines. Each of the Magazines has a distinctive cover with a stylized logo that functions as a source indicator to

consumers, and is non-functional. Mygazines.com displays the cover of all fourteen (14) of the Magazines on the website, infringing SIM's trade dress rights in those covers.

13. SIM has not authorized or licensed defendants to post any content from the Magazines on the Mygazines.com website.

14. Indeed, SIM operates a web site for each of the Magazine titles infringed by defendants, and SIM offers some of the content available in the print editions of the Magazines through the web sites associated with each of the Magazines. SIM earns revenue from its magazine title companion websites by, among other things, offering advertising space to advertisers in conjunction with SIM's content. By offering the same content to consumers on its site, for free, Mygazines.com directly competes with SIM's magazine title companion websites.

15. SIM also offers digital editions of many of the Magazines for sale through online partners such as Zinio.com. At Zinio.com, consumers may view, for a fee, digital editions of SIM's magazines in much the same format as is offered by Mygazines.com. For this reason, Mygazines.com also competes directly with SIM's digital publications offered through its online partners. Of the fourteen (14) Magazines wrongfully displayed on the Mygazines.com web site, only *Soap Opera Weekly*, *Readers' Rigs*, and *ATV Rider* are not offered digitally to consumers through Zinio.com.

**SIM Gave Defendants Notice of Their Infringing Activity**

16. On July 23, 2008, SIM wrote to defendant Salveo, the registered owner of Mygazines.com, at the address listed on its domain registration and its email address, demanding that it cease and desist from providing SIM's works to the public, in any form. SIM received a response from defendant Salveo stating that Salveo did not know what SIM was talking about

and that SIM apparently had misdirected its Digital Millennium Copyright Act notice and take-down letter.

17. On July 23, 2008, SIM wrote to defendant Cybernet at the address listed on its website, and to its email address, demanding that it immediately disable access to the Mygazines.com website or, at a minimum, block access specifically to the Magazines published by SIM that were wrongfully displayed on the Mygazines.com web site. Cybernet to date has not responded substantively to SIM's notice and take-down letter under the Digital Millennium Copyright Act.

**Defendants' Conduct is Causing SIM Irreparable Harm**

18. This application is brought on by way of Order To Show Cause because expedited relief is necessary due to the irreparable harm SIM is suffering and will suffer from defendants' continued infringement of SIM's copyrights, trademarks and trade dress.

19. SIM has suffered and continues to suffer irreparable harm as a result of the defendants' infringing acts. SIM continues to sustain irreparable harm in the following ways:

(a) The defendants' web site at Mygazines.com deprives SIM of the right and ability to control the distribution, reproduction, and public display of SIM's copyrighted content, which SIM enjoys as the holder of exclusive rights under Section 106 of the United States Copyright Act. The monetary damage suffered by SIM as a result of the defendants' interference with SIM's exclusive rights under the U.S. Copyright Act is incalculable.

(b) The Mygazines.com web site offers free and/or discounted copyrighted content that is owned by SIM. The Mygazines.com web site acts as an alternative distribution platform for copyrighted content owned by third parties, and this alternative

distribution platform can be and is being exploited to: (i) undercut SIM's pricing for its Magazines; (ii) induce subscribers and loyal customers to leave SIM and instead procure the services of Mygazines.com to gain access to the very same copyrighted content; (iii) steal market share from SIM; (iv) supplant SIM as the beneficiary of the exclusive rights afforded to SIM as a copyright owner under Section 106 of the U.S. Copyright Act; and (v) act as an original content provider without expending the resources to create original content. The monetary damage suffered by SIM and its Magazines as a result of the defendants' infringing acts is incalculable.

(c) SIM's Magazines will encounter difficulty in retaining key creative employees if third parties such as Mygazines.com are permitted to distribute, reproduce, and publicly display SIM's copyrighted content without authorization. Such infringing activity prevents SIM from fully exploiting its copyrighted content, and in turn will impair SIM's ability to generate revenues from its copyrighted assets sufficient to retain the key employees necessary to create its copyrighted content. The likely loss of key employees by SIM would result in incalculable monetary damages.

(d) The Mygazines.com web site uses the registered trademarks and service marks of SIM without license or authorization. Such unauthorized use of SIM's trademarks and service marks is likely to cause confusion within the impacted reader bases because the Mygazines.com web site implies an association with SIM and/or that Mygazines.com is an authorized distributor of SIM's Magazines. SIM does not wish to be associated in any way with Mygazines.com, and such association likely will have a material adverse effect on the good will of SIM and its registered trademarks and service marks. The extent of the damage to SIM's good will is not ascertainable.

**WHEREFORE**, for the foregoing reasons, together with those set forth in the accompanying summons and complaint, declaration of other plaintiffs, and memorandum of law, your deponent respectfully prays for a temporary restraining order and preliminary injunction enjoining and restraining defendants from distributing or displaying SIM's Magazines, and from inducing and encouraging its users to upload our content.

Dated: August 15, 2008

                                                        _____
                                                        SCOTT J. SPOONER

Exhibit A
To
Declaration of Scott J. Spooner

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-101**

EFFECTIVE DATE OF REGISTRATION
AUG 7 2008

APPLICATION RECEIVED AUG 0 7 2008
ONE DEPOSIT RECEIVED AUG 0 7 2008
EXAMINED BY [signature] CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**TITLE ▼**  Motor Trend         **ISSN ▼** 0027-2094

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 60 | 7 | July 2008 | May 13, 2008 |
| 2. | 60 | 8 | August 2008 | June 10, 2008 |
| 3. | 60 | 9 | September 2008 | July 8, 2008 |

No previous registration under identical title

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Source Interlink Magazines, LLC.
261 Madison Avenue, New York, NY 10016

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION\***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Samantha Favitta*    Typed or printed name Samantha A. Favitta

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name Samantha A. Favitta    Daytime telephone 212-915-4665
Address (if other than given below)
Fax    Email samantha.favitta@sourceinterlink.com

Certificate will be mailed in window envelope to this address:

Name ▼
Source Interlink Media Attn: Samantha A. Favitta, Director IP
Number/Street/Apt ▼
261 Madison Avenue
City/State/Zip ▼
New York, NY 10016

**DEPOSIT ACCOUNT**
Account number
Name of account

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group  Rev: 07/2008  Print: 07/2008—xx,000  Printed on recycled paper    U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES ~~COPYRIGHT~~

TX 6-648-102

EFFECTIVE DATE OF REGISTRATION
AUG 7 2008

APPLICATION RECEIVED   AUG 0 7 2008
ONE DEPOSIT RECEIVED   AUG 0 7 2008
EXAMINED BY
CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**TITLE ▼**   Automobile

**ISSN ▼**   0894-3583

| List in order of publication | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 23 | 4 | July 2008 | May 13, 2008 |
| 2. | 23 | 5 | August 2008 | June 10, 2008 |
| 3. | 23 | 6 | September 2008 | July 8, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title ☐

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Source Interlink Magazines, LLC.
261 Madison Avenue, New York, NY 10016

**FOR NON-U.S. WORKS:** Author's citizenship ▼   Domicile ▼   Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Samantha Favitta*    Typed or printed name  Samantha A. Favitta

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Samantha A. Favitta    Daytime telephone  212-915-4665
Address (if other than given below)

Fax    Email  samantha.favitta@sourceinterlink.com

Certificate will be mailed in window envelope to this address:

Name▼  Source Interlink Media Attn: Samantha A. Favitta, Director IP
Number/Street/Apt ▼  261 Madison Avenue
City/State/Zip▼  New York, NY 10016

**DEPOSIT ACCOUNT**
Account number
Name of account

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev: 07/2008   Print: 07/2008—xx,000   Printed on recycled paper                U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx

Exhibit B
To
Declaration of Scott J. Spooner

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY          CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

## 1

TITLE ▼ SOAP OPERA DIGEST    ISSN ▼ 0164-3584

List in order of publication

No previous registration under identical title ☐

| # | Volume | Number | Issue date on copies | Month, day, and year of publication |
|---|--------|--------|----------------------|-------------------------------------|
| 1. | 33 | 15 | APRIL 8, 2008 | APRIL 1, 2008 |
| 2. | 33 | 16 | APRIL 15, 2008 | APRIL 8, 2008 |
| 3. | 33 | 17 | APRIL 22, 2008 | APRIL 15, 2008 |
| 4. | 33 | 18 | APRIL 29, 2008 | APRIL 22, 2008 |
| 5. | 33 | 19 | MAY 6, 2008 | APRIL 29, 2008 |
| 6. | 33 | 20 | MAY 13, 2008 | MAY 6, 2008 |
| 7. | 33 | 21 | MAY 20, 2008 | MAY 13, 2008 |
| 8. | 33 | 22 | MAY 27, 2008 | MAY 20, 2008 |
| 9. | 33 | 23 | JUNE 3, 2008 | MAY 27, 2008 |
| 10. | 33 | 24 | JUNE 10, 2008 | JUNE 3, 2008 |
| 11. | 33 | 25 | JUNE 17, 2008 | JUNE 10, 2008 |
| 12. | 33 | 26 | JUNE 24, 2008 | JUNE 17, 2008 |
| 13. | 33 | 27 | JULY 1, 2008 | JUNE 24, 2008 |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

SOURCE INTERLINK MAGAZINES, LLC    ADDRESS: SOAP OPERA DIGEST 261 MADISON AVE, 5TH FL NEW YORK, NY 10016

FOR NON-U.S. WORKS: Author's citizenship ▼    Domicile ▼    Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Stella Bednarz_    Typed or printed name _Stella Bednarz_

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name _Stella Bednarz_    Daytime telephone (212) 915-4203
Address (if other than given below) _____

Fax 212-915-4264    Email stella.bednarz@soapoperadigest.com

Certificate will be mailed in window envelope to this address:
Name ▼ STELLA BEDNARZ/SOAP OPERA DIGEST
Number/Street/Apt ▼ 261 MADISON AVE, 5TH FLOOR
City/State/Zip ▼ NEW YORK, NY 10016

DEPOSIT ACCOUNT
Account number _____
Name of account _____

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.