UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

                   Plaintiffs,

        - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                  Defendants.

-------------------------------------------------------------- x

          08 Civ. 7392 (WHP)

            ECF CASE

**DECLARATION OF DEBRA S. WEAVER IN SUPPORT OF PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, DEBRA S. WEAVER, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am the Senior Counsel of Hearst Corporation ("Company" or "Hearst"), one of

the plaintiffs in the within infringement action. I am fully familiar with the facts stated herein. I

submit this declaration in support of plaintiffs' motion for a temporary restraining order and

preliminary injunction enjoining and restraining defendants Darren Andrew Budd ("Budd"),

Salveo Limited ("Salveo"), Cybernet Communications, Inc. ("Cybernet"), Switchworks

Technologies, Inc. ("Switchworks"), Hamidulla Ghumal Abbas ("Abbas"), Yoav Schwartz

("Schwartz"), Rick Ross ("Ross") and John Does 1-20 (collectively, "defendants") from infringing plaintiffs' copyrights, trademarks and trade dress.

2.    Hearst is a Delaware corporation with its principal place of business at 300 West 57th St., New York, New York, 10019.

3.    Hearst (through its subsidiaries and joint venture relationships) publishes many well known magazines, including Cosmopolitan, CosmoGirl!, Country Living, Esquire, Good Housekeeping, Harper's Bazaar, House Beautiful, Marie Claire, O The Oprah Magazine, Popular Mechanics, Redbook, Seventeen, Town & Country, Veranda and Smart Money. Each of those magazines is widely distributed throughout the United States (including in New York) and Canada. Hearst's subsidiary in the United Kingdom also publishes local editions of many of those magazines, including Cosmopolitan, Good Housekeeping, Harper's Bazaar and House Beautiful. Hearst has authority to sue on behalf of the subsidiaries and joint ventures that publish each of the above magazines in the United States, Canada and United Kingdom.

4.    Hearst's practice with regard to registering copyright for these magazines in the United States generally is to file an application with respect to each issue at or about the time of publication.  No similar filing is made in the United Kingdom because U.K. law does not require it.

5.    The purpose of this declaration is to set forth factual information and exhibits relevant to this injunction motion.

**Mygazines.com Is Infringing Hearst's Copyrights and Trademarks**

6.    I first became aware of the Mygazines.com website on or about July 22, 2008, at which time the website appeared to be fully populated with uniform, high-quality magazines.

Without Hearst's knowledge, consent or authorization, Mygazines.com was displaying full text reproductions of numerous issues of magazines published by Hearst.

7.     Set forth below is a list of the issues of Hearst magazines that appear in their entirety on the Mygazines website as of August 12, 2008. Also set forth below is information about the status of the copyright registrations for each of the applicable issues. Hearst (through its subsidiaries and joint ventures) has registered copyrights for most of the issues of the United States editions of its magazines that appear on Mygazines. In many cases, those registrations were obtained on an expedited basis. That is so because the majority of the magazine issues posted unlawfully to the site are recent issues, and thus the applications that Hearst submits to the Copyright Office on a monthly basis in the ordinary course had not been acted upon by the Copyright Office at the time we became aware of Mymagazines' infringing activity. However, even since those expedited applications were registered with the Copyright Office, defendants have uploaded onto the site additional copies of the most recent issues of some of our magazines; thus, defendants are uploading our content faster than we or the Copyright Office can process copyright registrations. Copies of the issued registrations are set forth as Exhibit A. Copies of pending applications are set forth at Exhibit B.

Issues appearing on mygazines.com as to which copyright registration has issued:

> CosmoGirl, Aug. 2008, June/July 2008
> Cosmopolitan, Summer/Fall 2008, August 2008, June 2008
> Country Living, Aug. 2008, July 2008, June 2008
> Esquire, Aug. 2008, July 2008, June 2008
> Good Housekeeping, Aug. 2008, June 2008
> Harper's Bazaar, Aug. 2008, July 2008, June 2008, Sept. 2007
> House Beautiful, Aug. 2008, July 2008, Aug. 2007
> Marie Claire, Aug. 2008, June 2008, May 2008
> O The Oprah Magazine, Aug. 2008, July 2008, June 2008
> Popular Mechanics, Aug. 2008, June 2008
> Redbook, Aug. 2008, July 2008, June 2008
> Seventeen, Aug. 2008, June 2008

> Smart Money, Aug. 2008, July 2008, June 2008
> Town & Country, Aug. 2008, June 2008
> Veranda, Aug. 2008

Issue appearing on Mygazines.com with copyright applications pending and as which no registration has yet been issued because of the recent nature of the posting:

> CosmoGirl, Sept. 2008
> Country Living, Sept. 2008
> Esquire, Sept. 2008
> O The Oprah Magazine, Sept. 2008
> Popular Mechanics, Sept. 2008

United Kingdom editions of Hearst magazines appearing on Mygazines.com (as to these issues, no copyright applications have been filed because U.K. law does not require it):

> Cosmopolitan, July 2008, June 2008
> Good Housekeeping, July 2008, June 2008
> Harper's Bazaar, May 2008
> House Beautiful, July 2008, Aug. 2008

Several of these U.K. editions are incorrectly described on the Mygazines.com site as U.S. editions.

8.    Hearst also owns or is licensed to use trademark rights in the titles of its magazines.    Among the various trademarks held or licensed by Hearst are the following trademark registrations for its magazines in International Class 16 for printed matter:

| Name | Reg. No. |
| --- | --- |
| Cosmo Girl | US 2,527,954 |
| Cosmopolitan | US 630,028 |
| Cosmopolitan Style | US 3,197,099 |
| Cosmopolitan | Comm. E5014972 |
| Cosmopolitan | UK 654261 |
| Country Living | US 2,442,089 |
| Esquire | US 313,768 |
| Good Housekeeping | US 46,028 |
| Good Housekeeping | UK 1050330 and 614326 |
| Harper's Bazaar | US 274,802 |
| Harpers Bazaar | UK 614327 and 1052901 |
| House Beautiful | US 273,427 |

| Name | Reg. No. |
|---|---|
| House Beautiful | UK 2275278 |
| House Beautiful | UK 749991 |
| Marie Claire | US 2,679,247 |
| O the Oprah Magazine | US 2,691,371 |
| Popular Mechanics | US 101,201 |
| Redbook | US 968,669 |
| Seventeen | US 411,294 |
| Seventeen Prom | US 3,055,508 |
| SmartMoney | US 1,730,322 |
| Town & Country | US 188,718 |
| Town & Country Travel | US 2,977,300 |
| Town & Country Weddings | US 2,880,911 |

These trademarks enjoy widespread fame and recognition throughout the United States and Canada, and indeed, the world. For example, Cosmopolitan is the best-selling young women's magazine in the United States and has a United States and Canadian circulation of 2,937,800. International editions of the magazine are published in 58 countries. The trademark has been in continuous use since 1886. The Good Housekeeping mark has been in continuous use since 1880. The magazine has United States and Canadian circulation of 4, 669,700 and is published internationally in 16 editions. Good Housekeeping is also known for its famous "Seal" program, which for decades has been one of the country's foremost emblems of quality assurance. O the Oprah Magazine, while of more recent vintage (2000), has a United States circulation of 2, 394,000, and its fame is bolstered by the celebrity of Oprah Winfrey, its namesake and founder. While these are just a few examples, all of Hearst's magazines and trademarks are recognizable by consumers due to their widespread readership and distribution on newsstands throughout the country.

9.      Hearst is the owner of (or is licensed to use) common law trademark rights in its magazine titles as well, based on its use of its marks in commerce over the period of many years,

and the wide recognition of those marks by consumers as an indicator of the source of Hearst's publications.

10.    In addition, Hearst has rights to the trade dress of its magazines. Each magazine has a distinctive cover with a stylized logo that functions as a source indicator to consumers, and is non-functional. Mygazines.com displays the covers of each of the magazine issues listed at paragraph 7 above.

11.    Hearst has not authorized or licensed defendants to post any content from its magazines on the Mygazines.com website.

12.    Indeed, Hearst operates detailed web sites for each of its titles, and offers some of the content available in the print editions of its magazines through those sites. Hearst earns revenue from its websites by, among other things, offering advertising space to advertisers in conjunction with Hearst's content. By offering the same content to consumers on its site, for free, Mygazines.com directly competes with Hearst's websites.

13.    Hearst also offers digital editions of its magazines for sale through online partners such as Zinio.com. At Zinio.com, consumers may view, for a fee, digital editions of Hearst's magazines, in much the same format as is offered by Mygazines.com. For this reason, Mygazines.com also competes directly with Hearst's digital publications offered through its online partners.

**Hearst Gave Defendants Notice of Their Infringing Activity**

14.    On July 23, 2008 I sent an email on behalf of Hearst to Mygazines at the email contact listed on the website to report abuse, demanding that it cease and desist from providing Hearst's works to the public in any form. That email bounced back as undeliverable. On July 24, 2008 I wrote to John Smith, described at Mygazines' domain registration as the contact for

defendant Salveo, the registered owner of Mygazines.com, at the address listed on its domain registration. Hearst did not receive any response from Salveo or Mr. Smith.

15.    On July 23, 2008 I sent an email to defendant Cybernet at the address listed at the "Whois" database, followed by a letter dated July 24, 2008, demanding that it immediately disable access to the magazines published by Hearst. I received no response.

16.    On August 1, 2008 I sent an email to defendant Switchworks at the address listed at the "Whois" database, followed by a letter dated August 4, 2008, demanding that it immediately disable access to the magazines published by Hearst. I received no response.

**Defendants' Conduct is Causing Hearst Irreparable Harm**

17.    This application is brought on by way of Order To Show Cause because expedited relief is necessary due to the irreparable harm Hearst is suffering and will suffer from defendants' continued infringement of Hearst's copyrights, trademarks and trade dress.

18.    Defendants are engaging in the wholesale theft of the content and appearance of Company's magazines. Our magazines are the product of the creative vision and hard work of scores of professionals, which defendants appropriate and distribute for their own ends.  If consumers use Mygazines as a substitute for purchasing our magazines or reading our content on our own websites, we will likely see a decrease in circulation and a corresponding loss of advertising revenue. As a result, our ability to finance the creation of these works of art, news, entertainment and advice will be jeopardized. In fact, if defendants are allowed to continue arrogating the work product of the magazine industry to their own ends, the entire industry itself is at risk.

**WHEREFORE**, for the foregoing reasons, together with those set forth in the accompanying summons and complaint, declaration of other plaintiffs, and memorandum of law, your deponent respectfully prays for a temporary restraining order and preliminary injunction enjoining and restraining defendants from distributing or displaying Hearst's magazines, and from inducing and encouraging its users to upload our content.

Dated:  August 15, 2008

_____
Debra S. Weaver

Exhibit A
To
Declaration of Debra S. Weaver

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-648-112**

EFFECTIVE DATE OF REGISTRATION

'AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008

ONE DEPOSIT RECEIVED
AUG 05 2008

EXAMINED BY _JC_     CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title

TITLE ▼   COSMOGIRL!

ISSN ▼  1528-4824

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 10 | 5 | JUNE/JULY 2008 | MAY 20, 2008 |
| 2. | 10 | 6 | AUGUST 2008 | JULY 1, 2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Debra S Weaver*      Typed or printed name  Debra S. Weaver, Esq.

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Debra S. Weaver, Esq.      Daytime telephone  212-649-2047

Address (if other than given below) _____

Fax   646-280-2047      Email  dweaver@hearst.com

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| Name ▼ | Debra S. Weaver, Esq.  Hearst Communications, Inc. |
| Number/Street/Apt ▼ | 300 West 57th Street |
| City/State/Zip ▼ | New York, NY 10019 |

DEPOSIT ACCOUNT
Account number  DA50393
Name of account  Hearst Communications

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group    Rev: 07/2006    Print: 07/2006—xx,000    Printed on recycled paper

U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-103

EFFECTIVE DATE OF REGISTRATION

AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008
EXAMINED BY    JC    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

*No previous registration under identical title* ☐

**TITLE ▼** Cosmopolitan Magazine

**ISSN ▼** 0010-9541

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 245 | 2 | August 2008 | July 8, 2008 |
| 2. | 245 | 2A | Summer/Fall 2008 | July 29, 2008 |
| 3. | 244 | 6 | June 2008 | May 13, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Debra S Weaver*      Typed or printed name  Debra S. Weaver, Esq.

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name ▶ Debra S. Weaver, Esq.      Daytime telephone  212-649-2047
Address (if other than given below) ___
Fax  646-280-2047      Email  dweaver@hearst.com

| Certificate will be mailed in window envelope to this address: | Name ▼ Debra S. Weaver, Esq.<br>Hearst Communications, Inc. | DEPOSIT ACCOUNT<br>Account number  DA50393 |
|---|---|---|
| | Number/Street/Apt ▼ 300 West 57th Street | Name of account  Hearst Communications |
| | City/State/Zip ▼ New York, NY 10019 | MAIL TO<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev: 07/2008   Print: 07/2008 — xx,000   Printed on recycled paper      U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**C Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-114**



EFFECTIVE DATE OF REGISTRATION
**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**
ONE DEPOSIT RECEIVED
**AUG 05 2008**
EXAMINED BY     JC     CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

**List in order of publication**

No previous registration under identical title ☒

| | TITLE ▼ | | | ISSN ▼ |
|---|---|---|---|---|
| | COUNTRY LIVING | | | 0732-2569 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 31 | 6 | June 2008 | May 12, 2008 |
| 2. | 31 | 7 | July 2008 | June 18, 2008 |
| 3. | 31 | 8 | August 2008 | July 18, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

| FOR NON-U.S. WORKS: Author's citizenship ▼ | Domicile ▼ | Nation of publication ▼ |
|---|---|---|

---

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Debra S Weaver*        Typed or printed name   Debra S. Weaver, Esq.

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Debra S. Weaver, Esq.          Daytime telephone   212-649-2047
Address (if other than given below)

Fax   646-280-2047          ☒   Email   dweaver@hearst.com

---

**Certificate will be mailed in window envelope to this address:**

| Name ▼ | Debra S. Weaver, Esq.<br>Hearst Communications, Inc. |
|---|---|
| Number/Street/Apt ▼ | 300 West 57th Street |
| City/State/Zip ▼ | New York, NY 10019 |

**DEPOSIT ACCOUNT**
Account number   DA50393
Name of account   Hearst Communications

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6‑648‑113

EFFECTIVE DATE OF REGISTRATION
**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**

ONE DEPOSIT RECEIVED
**AUG 05 2008**

EXAMINED BY  JC     CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

TITLE ▼  *Esquire*

ISSN ▼  0194‑9535

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 149 | 6 | June, 2008 | May 13, 2008 |
| 2. | 150 | 1 | July 2008 | June 10, 2008 |
| 3. | 150 | 2 | August 2008 | July 15, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Debra S Weaver*     Typed or printed name  Debra S. Weaver, Esq.

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Debra S. Weaver, Esq.     Daytime telephone  212‑649‑2047
Address (if other than given below)

Fax  646‑280‑2047     Email  dweaver@hearst.com

Certificate will be mailed in window envelope to this address:

Name ▼  Debra S. Weaver, Esq.
Hearst Communications, Inc.

Number/Street/Apt ▼  300 West 57th Street

City/State/Zip ▼  New York, NY 10019

DEPOSIT ACCOUNT
Account number  DA50393
Name of account  Hearst Communications

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev: 07/2008   Print: 07/2008 — xx,000   Printed on recycled paper     U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-106

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

**APPLICATION RECEIVED**
AUG 05 2008

**ONE DEPOSIT RECEIVED**
AUG 05 2008

EXAMINED BY _JC_    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

No previous registration under identical title ☐

**TITLE ▼**  Good Housekeeping

**ISSN ▼**  : 0017-209X

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 246 | 6 | June 2008 | June 1, 2008 |
| 2. | 247 | 2 | August 2008 | August 1, 2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Debra S. Weaver_

Typed or printed name  Debra S. Weaver, Esq.

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Debra S. Weaver, Esq.     Daytime telephone  212-649-2047

Address (if other than given below)

Fax  646-280-2047     Email  dweaver@hearst.com

---

Certificate will be mailed in window envelope to this address:

**Name ▼**
Debra S. Weaver, Esq.
Hearst Communications, Inc.

**Number/Street/Apt ▼**
300 West 57th Street

**City/State/Zip ▼**
New York, NY 10019

**DEPOSIT ACCOUNT**
Account number,  DA50393
Name of account  Hearst Communications

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

---

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-104**

**EFFECTIVE DATE OF REGISTRATION**

**AUG 05 2008**

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008
EXAMINED BY _JC_          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**  Harper's Bazaar

**ISSN ▼**  0017-7873

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 3559 | June 2008 | May 5, 2008 | |
| 2. | 3560 | July 2008 | June 5, 2008 | |
| 3. | 3561 | August 2008 | July 1, 2008 | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Debra S Weaver*

Typed or printed name  Debra S. Weaver, Esq.

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Debra S. Weaver, Esq.          Daytime telephone  212-649-2047
Address (if other than given below)

Fax  646-280-2047          Email  dweaver@hearst.com

Certificate will be mailed in window envelope to this address:

**Name ▼**  Debra S. Weaver, Esq.
Hearst Communications, Inc.

**Number/Street/Apt ▼**  300 West 57th Street

**City/State/Zip ▼**  New York, NY 10019

**DEPOSIT ACCOUNT**
Account number  DA50393
Name of account  Hearst Communications

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

⁕161649937⁕

**Registration Number:**

## TX 6-856-808

**Effective date of registration:**

**August 5, 2008**

## Title

| | |
|---|---|
| Title of Work: | Harper's Bazaar |
| Number | 3550    Date on Copies  September 2007 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2007 |
| Date of 1st Publication: | August 21, 2007 |
| International Standard Number: | ISSN         0017-7873 |

## Author

| | |
|---|---|
| ■    Author: | Hearst Communications, Inc. |
| Author Created: | Collective Work |
| Work made for hire: | Yes |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Hearst Communications, Inc. |
| | 300 West 57th Street, New York, NY, 10019 |

## Certification

| | |
|---|---|
| Name: | Debra S. Weaver, Esq. |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Short Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

TX 6-594-569

Effective Date of Registration

7-2-07

Application Received
JUL 0 2 2007

Examined By
AWD

Correspondence ☐

| Deposit Received | | |
|---|---|---|
| One | JUL 0 2 2007 | Two |

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

House Beautiful

| Volume▼ | Number▼ | Date on copies▼ | ISSN▼ |
|---|---|---|---|
| 149 | 8 | August 2007 | 0018-6422 |

**2** NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Hearst Communications
300 West 57th Street
New York, NY 10019-3787

**3** DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| 07 | 17 | 2007 |

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED IF EARLIER THAN THE YEAR OF PUBLICATION:
Year ▶ 2007

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name of signer ___ Jonathan Chernes

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Jonathan Chernes
Address (if other than given below) ▶
Daytime phone ▶ (212) 903-5210
Fax ▶ (646) 280-4710        Email ▶ jchernes@hearst.com

DEPOSIT ACCOUNT

Account number ▶ DA 50393
Name of account ▶
Hearst Communications

| Certificate will be mailed in window envelope to this address: | Name▼ Jonathan Chernes/House Beautiful |
|---|---|
| | Number/Street/Apt ▼ 300 West 57th Street |
| | City/State/Zip ▼ New York, NY 10019-3787 |

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE-Short  Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper                                    U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**● Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-105**

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**

APPLICATION RECEIVED

**AUG 05 2008**

ONE DEPOSIT RECEIVED

**AUG 05 2008**

EXAMINED BY  JC         CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☒

**TITLE ▼** HOUSE BEAUTIFUL        **ISSN ▼** 0018-6422

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 150 | 7 | JULY 2008 | JUNE 17, 2008 |
| 2. | 150 | 8 | AUGUST 2008 | JULY 15, 2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Debra S Weaver*        Typed or printed name  Debra S. Weaver, Esq..

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Debra S. Weaver, Esq.        Daytime telephone  212-649-2047
Address (if other than given below)

Fax  646-280-2047        Email  dweaver@hearst.com

Certificate will be mailed in window envelope to this address:

**Name ▼** Debra S. Weaver, Esq.
Hearst Communications, Inc.
**Number/Street/Apt ▼** 300 West 57th Street
**City/State/Zip ▼** New York, NY 10019

**DEPOSIT ACCOUNT**
Account number  DA50393
Name of account  Hearst Communications

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev: 07/2008   Print: 07/2008 — xx,000   Printed on recycled paper        U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-109

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008

ONE DEPOSIT RECEIVED
AUG 05 2008

EXAMINED BY JC    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**  Marie Claire    **ISSN ▼** 1081-8626

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 15 | 5 | May 2008 | April 15, 2008 |
| 2. | 15 | 6 | June 2008 | May 13, 2008 |
| 3. | 15 | 8 | August 2008 | July 15, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

(Marie Claire, a joint publishing venture of Hearst Communications, Inc.)

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Debra S Weaver*    Typed or printed name  Debra S. Weaver, Esq.

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Debra S. Weaver, Esq.    Daytime telephone  212-649-2047

Address (if other than given below)

Fax  646-280-2047    Email  dweaver@hearst.com

Certificate will be mailed in window envelope to this address:

**Name ▼**  Debra S. Weaver, Esq.
Hearst Communications, Inc.

**Number/Street/Apt ▼**  300 West 57th Street

**City/State/Zip ▼**  New York, NY 10019

**DEPOSIT ACCOUNT**
Account number  DA50393
Name of account  Hearst Communications

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev: 07/2008   Print: 07/2006 — xx,000   Printed on recycled paper

U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-116

**EFFECTIVE DATE OF REGISTRATION**

AUG 05 2008

APPLICATION RECEIVED
AUG 05 2008
ONE DEPOSIT RECEIVED
AUG 05 2008
EXAMINED BY     JC          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

TITLE ▼          *O, The Oprah Magazine*          ISSN ▼ 15313247

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 9 | 6 | June 2008 | May 13, 2008 |
| 2. | 9 | 7 | July 2008 | June 17, 2008 |
| 3. | 9 | 8 | August 2008 | July 15, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Debra Weaver*          Typed or printed name  Debra S. Weaver, Esq.

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Debra S. Weaver, Esq.          Daytime telephone  212-649-2047
Address (if other than given below)

Fax  646-280-2047          Email  dweaver@hearst.com

Certificate will be mailed in window envelope to this address:

Name ▼
Debra S. Weaver, Esq.
Hearst Communications, Inc.

Number/Street/Apt ▼
300 West 57th Street

City/State/Zip ▼
New York, NY 10019

DEPOSIT ACCOUNT
Account number  DA50393
Name of account  Hearst Communications

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-648-115**

MT6600X4481154

**EFFECTIVE DATE OF REGISTRATION**

**AUG 05 2008**

**APPLICATION RECEIVED**
**AUG 05 2008**

**ONE DEPOSIT RECEIVED**
**AUG 05 2008**

**EXAMINED BY** | **CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**

List
in order of
publication

No previous registration under identical title

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| Popular Mechanics | | | | 0032-4558 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 185 | 6 | June 2008 | April 22, 2008 |
| 2. | 185 | 8 | August 2008 | June 24, 2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Debra S Weaver*     Typed or printed name   Debra S. Weaver, Esq.

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Debra S. Weaver, Esq.     Daytime telephone   212-649-2047
Address (if other than given below)

Fax   646-280-2047     Email   dweaver@hearst.com

---

Certificate will be mailed in window envelope to this address:

| Name ▼ | Debra S. Weaver, Esq. |
| | Hearst Communications, Inc. |
| Number/Street/Apt ▼ | 300 West 57th Street |
| City/State/Zip ▼ | New York, NY 10019 |

**DEPOSIT ACCOUNT**
Account number   DA50393
Name of account   Hearst Communications

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

---

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RE  **TX 6-648-110**

*TX0006648110*

**EFFECTIVE DATE OF REGISTRATION**

**AUG 05 2008**

**APPLICATION RECEIVED**
AUG 05 2008

**ONE DEPOSIT RECEIVED**
AUG 05 2008

**EXAMINED BY** *JC*    **CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

# 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**    Redbook    **ISSN ▼**    0034-2106

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 210. | 6. | June 2008 | May 13, 2008 |
| 2. | 211. | 1. | July 2008 | June 17, 2008 |
| 3. | 211. | 2. | August 2008 | July 15, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Debra S Weaver*    Typed or printed name    Debra S. Weaver, Esq.

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name    Debra S. Weaver, Esq.    Daytime telephone    212-649-2047
Address (If other than given below)

Fax    646-280-2047    ☒    Email    dweaver@hearst.com

Certificate will be mailed in window envelope to this address:

**Name▼**    Debra S. Weaver, Esq.
Hearst Communications, Inc.

**Number/Street/Apt ▼**    300 West 57th Street

**City/State/Zip▼**    New York, NY 10019

**DEPOSIT ACCOUNT**
Account number    DA50393
Name of account    Hearst Communications

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-107**

EFFECTIVE DATE OF REGISTRATION

**AUG 05 2008**

APPLICATION RECEIVED
**AUG 05 2008**

ONE DEPOSIT RECEIVED
**AUG 05 2008**

EXAMINED BY _____   CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**

List
in order of
publication

No previous registration under identical title ☐

| | TITLE ▼ Seventeen | | | ISSN▼ 0037-301X |
|---|---|---|---|---|
| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
| 1. | 67 | 6 | June, 2008 | May 6, 2008 |
| 2. | 67 | 8 | August, 2008 | July 8, 2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary
subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____          Typed or printed name   Debra S. Weaver, Esq.

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Debra S. Weaver, Esq.          Daytime telephone   212-649-2047

Address (if other than given below) _____

Fax   646-280-2047          Email   dweaver@hearst.com

Certificate
will be
mailed
in window
envelope
to this
address:

| Name▼ | Debra S. Weaver, Esq.<br>Hearst Communications, Inc. |
|---|---|
| Number/Street/Apt ▼ | 300 West 57th Street |
| City/State/Zip ▼ | New York, NY 10019 |

DEPOSIT ACCOUNT
Account number   DA50393
Name of account   Hearst Communications

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6 – 648 – 080

EFFECTIVE DATE OF REGISTRATION

AUG 0 5 2008
APPLICATION RECEIVED
AUG 0 5 2008
ONE DEPOSIT RECEIVED
AUG 0 5 2008
EXAMINED BY         CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

*Also provides registration under identical title*

**TITLE ▼**  SmartMoney

**ISSN ▼**  1069-2851

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | Vol. XVII | No. VI | June 2008 | May 20, 2008 |
| 2. | Vol. XVII | No. VII | July 2008 | June 17, 2008 |
| 3. | Vol. XVII | No. VIII | August 2008 | July 15, 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
SmartMoney
1755 Broadway, 2nd Floor
New York, NY 10019

**FOR NON-U.S. WORKS: Author's citizenship ▼**          **Domicile ▼**          **Nation of publication ▼**

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary
subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

**Handwritten signature (X)**  *Debra A Weaver*

**Typed or printed name**  Debra S. Weaver, Esq.

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
**Name**  Debra S. Weaver, Esq.                                    **Daytime telephone**  212-649-2047
**Address (if other than given below)**  Hearst Communications, Inc.  300 West 57th Street
New York, NY 10019
**Fax**  646-280-2047                        **Email**  dweaver@hearst.com

| | | DEPOSIT ACCOUNT |
|---|---|---|
| **Certificate will be mailed in window envelope to this address:** | **Name ▼** Debra S. Weaver, Esq. Hearst Communications, Inc. | **Account number** DA76341 |
| | **Number/Street/Apt ▼** 300 West 57th Street – 40th Floor | **Name of account** SmartMoney, a joint venture of Dow Jones & Hearst |
| | **City/State/Zip ▼** New York, NY 10019 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-648-108

|||||||||||||||||||
NT10886648108R

**EFFECTIVE DATE OF REGISTRATION**
AUG 05 2008

**APPLICATION RECEIVED**
AUG 05 2008

**ONE DEPOSIT RECEIVED**
AUG 05 2008

**EXAMINED BY** JC          **CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ▪

**TITLE ▼**   Town & Country

**ISSN▼** 0040-9952

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 162 | 5337 | June 2008 | May 13, 2008 |
| 2. | 162 | 5339 | August 2008 | July 15, 2008 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Debra S Weaver*          Typed or printed name   Debra S. Weaver, Esq.

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Debra S. Weaver, Esq.          Daytime telephone   212-649-2047
Address (if other than given below)
Fax   646-280-2047          Email   dweaver@hearst.com

Certificate will be mailed in window envelope to this address:

**Name▼** Debra S. Weaver, Esq.
Hearst Communications, Inc.

**Number/Street/Apt▼** 300 West 57th Street

**City/State/Zip▼** New York, NY 10019

**DEPOSIT ACCOUNT**
Account number   DA50393
Name of account   Hearst Communications

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev: 07/2008   Print: 07/2008 — xx,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-111**

**EFFECTIVE DATE OF REGISTRATION**
AUG 05 2008

**APPLICATION RECEIVED**
AUG 05 2008

**ONE DEPOSIT RECEIVED**
AUG 05 2008

**EXAMINED BY** JC        **CORRESPONDENCE**

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼** *Veranda*        **ISSN ▼** 1040-8150

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | XXII | 5 | July - August 2008 | June 15, 2008 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Hearst Communications, Inc.
300 West 57th Street
New York, NY 10019

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼  *Debra S Weaver*        Typed or printed name   Debra S. Weaver, Esq.

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Debra S. Weaver, Esq.        Daytime telephone  212-649-2047
Address (if other than given below)

Fax  646-280-2047        ☒  Email  dweaver@hearst.com

---

Certificate will be mailed in window envelope to this address:

**Name ▼**  Debra S. Weaver, Esq.
Hearst Communications, Inc.

**Number/Street/Apt ▼**  300 West 57th Street

**City/State/Zip ▼**  New York, NY 10019

**DEPOSIT ACCOUNT**
Account number  DA50393
Name of account  Hearst Communications

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE/Group   Rev: 07/2008   Print: 07/2008 — xx,000   Printed on recycled paper        U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx

Exhibit B
To
Declaration of Debra S. Weaver

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy
right Office, or call (202) 707-3000



**Short Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Effective Date of Registration

Examined By

Correspondence ☐

Application Received

Deposit Received
One          Two

Fee Received

**DO NOT WRITE ABOVE THIS LINE.**

**1**

TITLE OF THIS SERIAL AS IT APPEARS ON THE COPY

CosmoGirl

| Volume ▼ | Number ▼ | Date on copies ▼ | ISSN ▼ |
|---|---|---|---|
| 10 | 7 | September 2008 | 1528-4824 |

**2**

NAME AND ADDRESS OF THE AUTHOR AND COPYRIGHT CLAIMANT IN THIS COLLECTIVE WORK MADE FOR HIRE

Hearst Communications
300 West 57 Street
New York, NY 10019

**3**

DATE OF PUBLICATION OF THIS PARTICULAR ISSUE

| Month ▼ | Day ▼ | Year ▼ |
|---|---|---|
| 08 | 05 | 2008 |

YEAR IN WHICH CREATION OF
THIS ISSUE WAS COMPLETED     (IF
EARLIER THAN THE YEAR OF
PUBLICATION):

Year ▶ 2008

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature

Typed or printed name of signer     Sally Tusa

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name ▶ Sally Tusa

Address (if other than given below) ▶

Daytime phone ▶ ( 212 ) 649-3878

Fax ▶ ( 646 ) 280-1052          Email ▶ stusa@hearst.com

DEPOSIT ACCOUNT

Account number ▶ DA50393

Name of account ▶

Hearst Communications

Certificate
will be
mailed
in window
envelope
to this
address:

Name ▼
Sally Tusa/CosmoGirl
Number/Street/Apt ▼
300 W 57 Street, 20th Floor
City/State/Zip ▼
New York, NY 10019

YOU MUST:
· Complete all necessary spaces
· Sign your application.
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check
or money order payable to Register
of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE-Short   Rev: 11/2006   Print: 11/2006 — xx,000   Printed on recycled paper

U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

08/14/2008  22:56   646-280-1002                                    PAGE  02/02

Fees are effective through June 30, 2002.
After that date, check the Copyright Office
Website at www.loc.gov/copyright or call
(202) 707-3000 for current fee information.

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

_____ U

EFFECTIVE DATE OF REGISTRATION

_____

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS SERIAL ▼

Country Living

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 31 | 9 | September 2008 | Monthly |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**  **a** NAME OF AUTHOR ▼

Hearst Corporation

Was this contribution to the work a "work made for hire"?
✓ Yes
No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶ USA

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Collective Work   Other:

**b** NAME OF AUTHOR ▼

Hearst Corporation

Was this contribution to the work a "work made for hire"?
✓ Yes
No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶ USA

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Collective Work   Other:

**c** NAME OF AUTHOR ▼

Hearst Corporation

Was this contribution to the work a "work made for hire"?
✓ Yes
No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶ USA

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Collective Work   Other:

**3**  **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given ▼ Year in all cases.
2008

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ Aug   Day ▶ 12   Year ▶ 2008   ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Hearst Corporation
300 West 57th St.
New York, NY 10019

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   DO NOT WRITE HERE
                 • See detailed instructions.   • Sign the form at line 8.                      Page 1 of ___ pages

08/14/2008  22:57    646-280-1002                                    PAGE  02/02

EXAMINED BY _____     FORM SE

CHECKED BY _____

☐ CORRESPONDENCE                          FOR
   Yes                                    COPYRIGHT
                                          OFFICE
                                          USE
                                          ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?                                                                **5**
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.        **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼                           **a**

_____
_____                                               See instructions
                                                                                               before completing
Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    this space.   **b**
_____
_____

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **a**   **7**
Name ▼  Hearst Corporation                   Account Number ▼
        Hearst Magazines                      DA 050 393

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼   **b**
Country Living Magazine              Attn: Dianne Rowan
300 West 57th St. 42 Floor
New York, NY 10019
Area code and telephone number ▶ 212-649-3511    Fax number ▶ 646-280-3511
Email ▶ drowan@hearst.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the              ☐ author                                          **8**
                                                              Check only one ▶ ☐ other copyright claimant
                                                                               ☐ owner of exclusive rights
of the work identified in this application and that the statements made          ☑ authorized agent of
by me in this application are correct to the best of my knowledge.                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nancy Soriano, Editor-in-chief            Date ▶ 8/1/08
Handwritten signature (X) ▼
x Nancy M Soriano

Certificate        Name ▼  Hearst Corporation                                   **9**
will be                    Attn: Dianne Rowan
mailed in          Number/Street/Apt ▼  300 West 57th St.
window                                   32 fl.
envelope           City/State/ZIP ▼
to this            New York, NY 10019
address:

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form SE
is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
August 2000—20,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/20,004
WEB REV: June 1999

**Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS SERIAL ▼**

Esquire

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 150 | 3 | September 2008 | Monthly |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2**

**a  NAME OF AUTHOR ▼**  Hearst Communications Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: _____

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  2008  ◄ Year  in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▸ August  Day ▸ 12  Year ▸ 2008
Nation ▸ USA  ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Hearst Communications Inc.
300 West 57th St.
New York, NY 10019

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE / OFFICE USE ONLY*

---

**MORE ON BACK ▸**  • Complete all applicable spaces (numbers 5–9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

EXAMINED BY

FORM SE

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  *Hearst Magazines Division*                Account Number ▼  *DA 050393*

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Area code and daytime telephone number ▶                Fax number ▶

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  *Hearst Communications Inc.*
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

*Helene F Rubinstein*                Date ▶  *8/11/08*

Handwritten signature ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  *Helene F Rubinstein*

Number/Street/Apt ▼  *300 West 57th St.*

City/State/Zip ▼  *New York, NY 10019*

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE–Full   Rev: 11/2006   Print: 11/2006   Printed on recycled paper                U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

08/14/2008  07:44    646-280-1060                                    PAGE  02/03

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

_____ U

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

**FEE CHANGES**
**Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**    TITLE OF THIS SERIAL ▼

O, THE OPRAH MAGAZINE

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 9 | 9 | September 2008 | Monthly |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**  **a**    NAME OF AUTHOR ▼

HEARST COMMUNICATIONS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☒ Collective Work    Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c**    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3**  **a**    YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
2008  ◀ Year

**b**    DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE  Complete this information ONLY if this work has been published.
Month ▶ AUG  Day ▶ 12  Year ▶ 2008
USA  ◀ Nation

---

**4**    COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

HEARST COMMUNICATIONS, INC.
300 WEST 57th ST.
NEW YORK, NY 10019

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

08/14/2008  07:44    646-280-1060                                PAGE  03/03

| EXAMINED BY | FORM SE |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>  Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

HEARST COMMUNICATION, INC.              DA 050393

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

HEARST COMMUNICATIONS, INC.  ATTN: DOROTHEA HUNTER /O MAGAZINE
300 WEST 57th STREET, 36th FLOOR
NEW YORK, NY 10019

Area Code and Telephone Number ▶ (212) 903-5245

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  HEARST COMMUNICATION, INC.

the work identified in this application and that the statements made
me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

DOROTHEA HUNTER                                         date ▶ 8/14/08

Handwritten signature (X) ▼   _Dorothea Hunter_

**MAIL
CERTIFI-
CATE TO**

O, THE OPRAH MAGAZINE  Attn: DOROTHEA HUNTER
Number/Street/Apartment Number ▼
300 WEST 57th STREET, 36th FLOOR
City/State/ZIP ▼
NEW YORK, NY 10019

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration, provided for by section 409, or in any written statement filed in connection

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Ⓒ Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

U

EFFECTIVE DATE OF REGISTRATION

Month            Day            Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   TITLE OF THIS SERIAL ▼

Popular Mechanics

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 185 | 9 | September 2008 | Monthly |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**   NAME OF AUTHOR ▼

a.   Hearst Communications, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b.   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

c.   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**   a. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2008   ◄ Year

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 22   Year ▶ 2008   ◄ Nation
USA

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Hearst Communications, Inc.
300 West 57 Street
New York, NY 10019

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

02/23/2008  17:17   646-280-1081                                    PAGE  02/02

| EXAMINED BY | | FORM 5E |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[ ] Yes  [X] No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. [ ] This is the first published edition of a work previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [ ] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼   **a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

**6**

See instructions
before completing
this space.

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **a**

Name ▼                                      Account Number ▼

Hearst Communications, Inc.                 DA 050393

**7**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼   **b**

Popular Mechanics - W Logrono
300 West 57th Street 23 Floor
New York, NY 10019                                                                          +

Area code and daytime telephone number ▶ 212-649-2885            Fax number ▶ 646-280-2885

Email ▶ wlogrono@hearst.com

CERTIFICATION* I, the undersigned, hereby certify that I am the   ☐ author
                                                    Check only one ◀ ☐ other copyright claimant
                                                                     ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☒ authorized agent of Hearst Communications, Inc.
by me in this application are correct to the best of my knowledge.            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Wendy Logrono                                                          Date ▶ 8/13/08

          Handwritten signature ▼

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Wendy Logrono | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼<br>300 West 57th Street 23 Floor | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/Zip ▼<br>New York, NY 10019 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6222 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SE–Full   Rev: 11/2006   Print: 11/2006   Printed on recycled paper                           U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx