UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

               Plaintiffs,

       - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.;
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

               Defendants.
-------------------------------------------------------------------- x

08 Civ. 7392 (WHP)

## AFFIDAVIT OF SERVICE OF NORMAN NG
(sworn August 25, 2008)

I, Norman Ng, of City of Toronto, in the Province of Ontario **MAKE OATH AND SAY:**

1. On August 22nd, 2008, I served Mr. Rick Ross, Cybernet Technologies, Inc. and Switchworks Technologies, Inc. with the below listed documents:

    (a)    Summons;

    (b)    Individual Practices of Magistrate Judge Michael H. Dolinger;

    (c)    Individual Practices of Judge William H. Pauley III;

    (d)    Civil Cover Sheet;

(e) Complaint;

(f) Memorandum of Law in Support of Plaintiffs' Application for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery;

(g) Order to Show Cause;

(h) Declarations of: Lacy H. Koonce, III; Andrew Blau; Barry Kuang Pai-Chun; Michael J. Antonello; John Bellando; Adriaan Bouten; Katherine J. Daniels; Kai Falkenberg; Paul A. Lee; Shirin Malkani; Jeremy Pomeroy; Renee Simonton; Randy L. Shaprio; Mark A. Sirota; Scott J. Spooner; Jeremy Thompson; Debra S. Weaver; and

(i) Rule 7.1 Statements of: Advance Magazine Publishers, American Media Inc., Bonnier Corporation, Forbes LLC, Hachette Filipacchi Media U.S., The Hearst Corporation, The McGraw-Hill Companies, Inc., Newsweek, Inc., Reiman Media Group, Inc., Reed Business Information, Source Interlink Magazines LLC, Time Inc., and Ziff Davis Publishing Holdings, Inc.

by leaving a copy of the above with Rick Ross at the corporate address of 20 Amber Street, Markham, Ontario, L3R 5P4.

SWORN BEFORE ME at the City of
Toronto, in the Province of Ontario on
August 25, 2008.

_____
Commissioner for taking affidavits

_____
Norman Ng

Franco Temprile, a Commissioner, etc., City of
Toronto, for 011027 Ontario Inc. o/a Reliable
Process Servers Inc. and for Process Serving and
Residential Tenancies Act, 2006 matters only.
Expires December 16, 2010.