ANGUILLA
A.D. 2008

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC., and READER'S
DIGEST LATINOAMERICA SA,

                       **Plaintiffs**

-against-

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.,
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                       **Defendants**

08 Civ. 7392 (WHP)

## AFFIDAVIT OF SERVICE

I, **MICHELLE SMITH**, of Little Dix, in the island of Anguilla, a Legal Assistant, hereby **MAKE OATH** and say as follows:

1. That I am employed by K.C.W et al, Solicitors and Barristers at law, of Suite # 14, Fairplay Commercial Complex, The Valley, Anguilla. Part of my duties is to serve various legal processes as instructed by my employer.

2. On 22nd August 2008, I was instructed through my employer, by the Firm of Davis Wright Tremaine LLP of 1633 Broadway, New York, New York 10019, USA, Attorneys

Affidavit of Service of Michelle Smith
Time Inc., et al v. Darren Andrew Budd et al
Page 2 of 4

for the plaintiff in the captioned suit, to serve the following documents on Salveo Limited, an Anguillan company with registered offices at Mitchell House, P.O. Box 17, The Valley, Anguilla, and whose physical address is Mitchell House, First Anguilla Trust Co Ltd, The Quarter, Anguilla.

(i)   Complaint with Exhibits A – B
(ii)  Order to Show Cause dated August 21, 2008
(iii) Civil Cover Sheet dated August 21, 2008
(iv)  Declaration of Barry Kuang Pai-Chun executed on 20th August 2008 with Exhibits A –I
(v)   Summons to Switchworks Technologies, Inc., dated August 21, 2008
(vi)  Summons to Yoav Schwartz dated August 21, 2008
(vii) Summons to Salveo Limited dated August 21, 2008
(viii) Summons to Rick Ross dated August 21, 2008
(ix)  Summons to Darren Andrew Budd dated August 21, 2008
(x)   Summons to Cybernet Communications, Inc., dated August 21, 2008
(xi)  Summons to Hamidulla Ghumal Abbas dated August 21, 2008
(xii) Declaration of Paul A. Lee in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 14, 2008
(xiii) Declaration of Kai Falkenberg in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 19, 2008 and Exhibits A – B
(xiv) Declaration of Adriaan Bouten in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 19, 2008 and Exhibit A
(xv)  Declaration of Shirin Malkani in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 19, 2008 and Exhibit A
(xvi) Declaration of John Bellando in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 19, 2008 and Exhibits A – B
(xvii) Declaration of Debra S. Weaver in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 15, 2008 and Exhibits A – B
(xviii) Declaration of Andrew Blau in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 19, 2008 and Exhibits 1 – 35
(xix) Declaration of Lance Koonce in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 20, 2008 and Exhibits A – H
(xx)  Declaration of Katherine J. Daniels in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 14, 2008 and Exhibit A

Affidavit of Service of Michelle Smith
Time Inc., et al v. Darren Andrew Budd et al
Page 3 of 4

(xxi) Declaration of Michael J. Antonello in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 18, 2008 and Exhibit A

(xxii) Declaration of Jeremy Thompson in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 18, 2008 and Exhibit A

(xxiii) Declaration of Scott J. Spooner in support of Plaintiff's motion for temporary restraining order and preliminary injunction executed August 15, 2008 and Exhibits A – B

(xxiv) Declaration of Randy L. Shapiro in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 19, 2008 and Exhibit A

(xxv) Declaration of Mark A. Sirota in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 18, 2008 and Exhibits A – D

(xxvi) Declaration of Renee Simonton in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 18, 2008

(xxvii) Declaration of Jeremy Pomeroy in support of Plaintiffs motion for temporary restraining order and preliminary injunction executed August 18, 2008 and Exhibits A - B

(xxviii) Ziff Davis Publishing Holdings Inc.'s Rule 7.1 Disclosure Statement dated August 19, 2008

(xxix) Advance Magazine Publishers Inc.'s Rule 7.1 Disclosure Statement dated August 19, 2008

(xxx) The Hearst Corporation's Rule 7.1 Disclosure Statement dated August 19, 2008

(xxxi) Bonnier Corporation's Rule 7.1 Disclosure Statement dated August 19, 2008

(xxxii) Hachette Filipacchi Media U.S., Inc.'s Rule 7.1 Disclosure Statement dated August 19, 2008

(xxxiii) Forbes LLC's Rule 7.1 Disclosure Statement dated August 19, 2008

(xxxiv) Reed Business Information, A Division of Reed Elsevier Inc., Variety Inc., and Reed Elsevier Properties Inc.'s Rule 7.1 Disclosure Statement dated August 19, 2008

(xxxv) Newsweek, Inc.'s Rule 7.1 Disclosure Statement dated August 19, 2008

(xxxvi) Reiman Media Group, Inc., RD Large Edition, Inc., Reader's Digest Latinoamerica SA. And Home Service Publications Inc.'s Rule 7.1 Disclosure Statement dated August 19, 2008

(xxxvii) Source Interlink Magazines, LLC's Rule 7.1 Disclosure Statement dated August 19, 2008

(xxxviii) Time Inc.'s Rule 7.1 Disclosure Statement dated August 19, 2008

(xxxix) The McGraw-Hill Companies, Inc.'s Rule 7.1 Disclosure Statement dated August 19, 2008

(xl) Individual practices of Judge William H. Pauley III

(xli) Individual practices of Magistrate Judge Michael H. Dolinger

Affidavit of Service of Michelle Smith
Time Inc., et al v. Darren Andrew Budd et al
Page 4 of 4

3. I served the said documents on Salveo Limited on 22nd August 2008 at 4:38pm at Mitchell House, First Anguilla Trust Co Ltd, The Quarter, Anguilla, by handing same to a clerk personally by the name of Kennisha Webster, who acknowledged receipt of the documents for Salveo Limited by signing my copy of each document.

4. On Monday 25th August 2008, I served Salveo Limited with a copy of American Media, Inc.'s Rule 7.1 Disclosure Statement, which was inadvertently left out of the several documents served by me on Friday 22nd August 2008. Service was effected by handing a copy of the document personally to a clerk by the name of Carmen Raymond at 2:01 pm, at Mitchell House, First Anguilla Trust Co Ltd, The Quarter, Anguilla. The said clerk acknowledged receipt of the document by signing my copy of same.

5. I make this Affidavit for the purpose of showing that the Defendant Salveo Limited was duly served.

6. The contents of this Affidavit are true to the best of my knowledge, information and belief.

Sworn to at the Valley )
In the island of Anguilla on )
The 26th day of August 2008 )   ..................................
Before Me )   **MICHELLE SMITH**

..................................  )
Notary Public

LISA M. BASS LLB (HONS), LEC
NOTARY PUBLIC
APPOINTED BY THE CHIEF
JUSTICE OF THE EASTERN CARIBBEAN
SUPREME COURT
ANGUILLA B.W.I.