UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN
MEDIA, INC., HACHETTE FILIPACCHI MEDIA
U.S., INC., THE McGRAW-HILL COMPANIES,
INC., NEWSWEEK, INC., SOURCE INTERLINK
MAGAZINES, LLC, REED BUSINESS
INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED
ELSEVIER PROPERTIES INC., BONNIER
CORPORATION, ZIFF DAVIS PUBLISHING
HOLDINGS INC., FORBES LLC, REIMAN MEDIA
GROUP, INC., RD LARGE EDITION, INC., HOME
SERVICE PUBLICATIONS, INC. and READER'S
DIGEST LATINOAMERICA SA,

                Plaintiffs,

    - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC.,
SWITCHWORKS TECHNOLOGIES, INC.,
HAMIDULLA GHUMAL ABBAS, YOAV
SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                Defendants.

08 Civ. 7392 (WHP)

ECF Case

-------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

      I, RACHEL L. BRODSKY, associated with Davis Wright Tremaine LLP, attorneys for Plaintiffs TIME INC., HEARST CORPORATION, ADVANCE MAGAZINE PUBLISHERS INC., AMERICAN MEDIA, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., THE McGRAW-HILL COMPANIES, INC., NEWSWEEK, INC., SOURCE INTERLINK MAGAZINES, LLC, REED BUSINESS INFORMATION, A DIVISION OF REED ELSEVIER INC., VARIETY, INC., REED ELSEVIER PROPERTIES INC., BONNIER CORPORATION, ZIFF DAVIS PUBLISHING HOLDINGS INC., FORBES LLC, REIMAN MEDIA GROUP, INC., RD LARGE EDITION, INC., HOME SERVICE PUBLICATIONS, INC. and READER'S DIGEST LATINOAMERICA SA certify:

    I am over eighteen (18) years of age.  On this 22nd day of August, 2008, I caused to be served copies of the following documents on behalf of Plaintiffs:

- SUMMONS
- COMPLAINT, WITH EXHIBITS
- CIVIL COVER SHEET
- ORDER TO SHOW CAUSE
- MEMORANDUM OF LAW
- DECLARATION OF LACY H. KOONCE, III
- DECLARATION OF ANDREW BLAU
- DECLARATION OF BARRY KUANG PAI-CHUN
- DECLARATION OF MICHAEL J. ANTONELLO
- DECLARATION OF JEREMY THOMPSON
- DECLARATION OF JOHN BELLANDO
- DECLARATION OF KAI FALKENBERG
- DECLARATION OF DEBRA S. WEAVER
- DECLARATION OF ADRIAAN BOUTEN
- DECLARATION OF RANDY L. SHAPIRO
- DECLARATION OF MARK K. SIROTA
- DECLARATION OF JEREMY POMEROY
- DECLARATION OF RENEE SIMONTON
- DECLARATION OF SCOTT J. SPOONER
- DECLARATION OF PAUL A. LEE
- DECLARATION OF SHIRINI MALKANI
- DECLARATION OF KATHERINE DANIELS
- ADVANCE MAGAZINE PUBLISHERS INC.'S RULE 7.1 DISCLOSURE STATEMENT
- AMERICAN MEDIA, INC.'S RULE 7.1 DISCLOSURE STATEMENT
- BONNIER CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT
- FORBES LLC'S RULE 7.1 DISCLOSURE STATEMENT

- HACHETTE FILIPACCHI MEDIA U.S., INC.'S RULE 7.1 DISCLOSURE STATEMENT
- THE HEARST CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT
- THE MCGRAW-HILL COMPANIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT
- NEWSWEEK, INC.'S RULE 7.1 DISCLOSURE STATEMENT
- REED BUSINESS INFORMATION, A DIVISION OF REED ELSEVIER INC., VARIETY, INC., AND REED ELSEVIER PROPERTIES INC.'S RULE 7.1 DISCLOSURE STATEMENT
- REIMAN MEDIA GROUP, INC. RD LARGE EDITION, INC. READER'S DIGEST LATINOAMERICA SA, AND HOME SERVICE PUBLICATIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT
- SOURCE INTERLINK MAGAZINES, LLC'S RULE 7.1 DISCLOSURE STATEMENT
- TIME INC.'S RULE 7.1 DISCLOSURE STATEMENT
- ZIFF DAVIS PUBLISHING HOLDINGS INC.'S RULE 7.1 DISCLOSURE STATEMENT
- INDIVIDUAL PRACTICES OF JUDGE WILLIAM H. PAULEY III, WITH ELECTRONIC CASE FILING RULES & INSTRUCTIONS
- INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER

on the following individuals in the manner indicated below:

<u>BY UNITED STATES INTERNATIONAL REGISTERED MAIL:</u>

    Salveo Limited
    Mitchell House
    P.O. Box 17
    The Valley, Anguilla (BWI)

    Darren Andrew Budd
    21 Mayfair Avenue
    Toronto, Ontario
    M5N 2N5
    Canada

    Yoav Schwartz
    10 Bellair Street, Unit 1604
    Toronto, Ontario
    M5R 3T8
    Canada

Hamidulla Ghumal Abbas
95 Thorncliffe Park Drive
Toronto, Ontario
M4H 1L7
Canada


Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Rachel L. Brodsky

Sworn to before me this
22nd day of August, 2008

_____
Notary Public

LESLIE MAJER
Notary Public, State of New York
No. 4797970
Qualified in Kings County
Commission Expires October 31, 2009

- 4 -