```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TIME INC., HEARST CORPORATION, ADVANCE
MAGAZINE PUBLISHERS INC., AMERICAN MEDIA,
INC., HACHETTE FILIPACCHI MEDIA U.S., INC., THE
McGRAW-HILL COMPANIES, INC., NEWSWEEK, INC.,
SOURCE INTERLINK MAGAZINES, LLC, REED
BUSINESS INFORMATION, A DIVISION OF REED
ELSEVIER INC., VARIETY, INC., REED ELSEVIER
PROPERTIES INC., BONNIER CORPORATION, ZIFF
DAVIS PUBLISHING HOLDINGS INC., FORBES LLC,
REIMAN MEDIA GROUP, INC., RD LARGE EDITION,
INC., HOME SERVICE PUBLICATIONS, INC. and
READER'S DIGEST LATINOAMERICA SA,

                              Plaintiffs,

               - against -

DARREN ANDREW BUDD, SALVEO LIMITED,
CYBERNET COMMUNICATIONS, INC., SWITCHWORKS
TECHNOLOGIES, INC., HAMIDULLA GHUMAL ABBAS,
YOAV SCHWARTZ, RICK ROSS and JOHN DOES 1-20,

                              Defendants.
----------------------------------------------------------------x

08 Civ. 7392 (WHP)

**STIPULATION AND ORDER
EXTENDING TEMPORARY
RESTRAINING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that:

Pursuant to Fed. R. Civ. P. 65(b)(2), the temporary restraining order entered by the Court on August 21, 2008, shall be, and hereby is, continued and extended until September 12, 2008.

Dated: New York, New York
       August 28, 2008

DAVIS WRIGHT TREMAINE LLP

By: _____
   Robert D. Balin (RDB 5847)
   Lacy H. Koonce, III (LK 8784)
   Deborah A. Adler (DA 0909)

1633 Broadway – 27th Fl.
New York, N.Y. 10019
(212) 489-8230

*Attorneys for Plaintiffs*

LAX O'SULLIVAN SCOTT LLP

By: _____
   Clifford Lax
Suite 1920
145 King Street West
Toronto, Ontario M5H IJ8
(416) 598-0988

*As representative of defendants
Darren Andrew Budd, Salveo Limited,
Hamidullah Ghumal Abbas and Yoav Schwartz*

SO ORDERED:

_____  8/29/08
WILLIAM H. PAULEY III U.S.D.J.

LAW OFFICES OF DOROTHY BROPHY

By: *[signature]*
Dorothy Brophy
56 Hubbard Boulevard
Toronto, Ontario
M4E 1A4
(416) 698-1534

*As representative of defendants*
*Rick Ross, Cybernet Communications, Inc. and*
*Switchworks Technologies, Inc.*

SO ORDERED:

_____
U.S.D.J.