```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
TIME INC. et al.,             :
                              :
         Plaintiffs,          :     08 Civ. 7392 (WHP)
                              :
    -against-                 :     SCHEDULING ORDER
                              :
DARREN ANDREW BUDD et al.,    :
                              :
         Defendants.          :
                              :
------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2008

WILLIAM H. PAULEY III, District Judge:

      The hearing on plaintiffs' Order to Show Cause will be held on September 11, 2008, at 10:30 a.m.

Dated: September 3, 2008
      New York, New York

                               SO ORDERED:

                               _____
                               WILLIAM H. PAULEY III
                               U.S.D.J.

*Copies to:*

Deborah Adler, Esq.
Robert D. Balin, Esq.
Lance Herman Koonce, III, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
212 489-8230
Fax: 212 489-8340
Email: robbalin@dwt.com

*Counsel for Plaintiffs*